# EXHIBIT B

```
                    FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT
                              UTAH COUNTY, STATE OF UTAH


                         et al. vs. JEFFREY GRAY et al.
CASE NUMBER 240406123 Civil Rights
_____

CURRENT ASSIGNED JUDGE
        KRAIG POWELL


PARTIES
        Plaintiff - SINGULARISM
        Represented by: TANNER BEAN
        Represented by: ANNA CHRISTIANSEN

        Plaintiff - BRIDGER JENSEN
        Represented by: TANNER BEAN
        Represented by: ANNA CHRISTIANSEN

        Plaintiff - PSYCHE HEALING AND BRIDGING LL
        Represented by: TANNER BEAN
        Represented by: ANNA CHRISTIANSEN

        Defendant - UTAH COUNTY

        Defendant - PROVO CITY
        Represented by: RICHARD ROBERTS
        Represented by: J JONES
        Represented by: GARY MILLWARD

        Defendant - BRIAN WOLKEN
        Represented by: RICHARD ROBERTS
        Represented by: J JONES
        Represented by: GARY MILLWARD

        Defendant - JACKSON JULIAN
        Represented by: RICHARD ROBERTS
        Represented by: J JONES
        Represented by: GARY MILLWARD

        Defendant - JEFFREY GRAY

        Defendant - JOHN DOES 1-4


ACCOUNT SUMMARY
                   Total Revenue Amount Due:           625.00
                                Amount Paid:           625.00
                              Amount Credit:             0.00
                                    Balance:             0.00
                  Bail/Cash Bonds Amount Due:           300.00
                                Amount Paid:             0.00
```

```
                     Amount Credit:             0.00
                            Balance:           300.00
    REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                 Original Amount Due:          375.00
                  Amended Amount Due:          375.00
                        Amount Paid:           375.00
                     Amount Credit:             0.00
                            Balance:             0.00


    REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                 Original Amount Due:          250.00
                  Amended Amount Due:          250.00
                        Amount Paid:           250.00
                     Amount Credit:             0.00
                            Balance:             0.00

      BAIL/CASH BOND DETAIL - TYPE: CASH BOND: Civil, Misc.
                         Posted By: KARALYNN E NIELSON
                             Posted:           300.00
                          Forfeited:             0.00
                         Exonerated:             0.00
                            Balance:           300.00
```

CASE NOTE


PROCEEDINGS
```
11-19-2024   Filed: Verified Complaint and Jury Demand
11-19-2024   Case filed by efiler
11-19-2024   Fee Account created Total Due: 375.00
11-19-2024   Fee Account created Total Due: 250.00
11-19-2024   COMPLAINT - NO AMT S Payment Received:  375.00
11-19-2024   JURY DEMAND - CIVIL Payment Received:  250.00
11-19-2024   Judge KRAIG POWELL assigned.
11-19-2024   Note: discovery tier set to 2
11-19-2024   Filed: Return of Electronic Notification
11-19-2024   Filed: Exhibits A-H to Complaint
11-19-2024   Filed: Return of Electronic Notification
11-19-2024   Filed: Request to Submit - Motion for Leave to File Overlength
             Motion for Temporary Restraining Order and Preliminary
             Injunction
11-19-2024   Filed: Motion for Leave to File Overlength Motion for Temporary
             Restraining Order and Preliminary Injunction
                 Filed by: PSYCHE HEALING AND BRIDGING LL et al.
11-19-2024   Filed: Order (Proposed) Granting Motion for Leaving to File
             Overlength Motion for Temporary Restraining Order and
             Preliminary Injunction
11-19-2024   Filed: Return of Electronic Notification
11-19-2024   Filed: Motion for Temporary Restraining Order and Preliminary
             Injunction
                 Filed by: PSYCHE HEALING AND BRIDGING LL et al.
11-19-2024   Filed: Exhibits A-K
11-19-2024   Filed: Exhibits L-R
```

```
11-19-2024   Filed: Return of Electronic Notification
11-20-2024   Bond Account created Total Due: 300.00
11-20-2024   Bond Posted  300.00
11-20-2024   Filed: Notice of Appearance - Anna P. Christiansen
11-20-2024   Filed: Return of Electronic Notification
11-20-2024   Filed: Order (Proposed) Granting Motion for Temporary
             Restraining Order
11-20-2024   Filed: Return of Electronic Notification
11-23-2024   Filed order: Order Granting Motion for Leaving to File
             Overlength Motion for Temporary Restraining Order and
             Preliminary Injunction
                    Judge KRAIG POWELL
                    Signed November 23, 2024
11-23-2024   Filed: Return of Electronic Notification
11-25-2024   Filed: Notice of Limited Appearance
11-25-2024   Filed: Return of Electronic Notification
```