# EXHIBIT F

Tanner J. Bean (A17128)
tbean@fabianvancott.com
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

**IN THE FOURTH JUDICIAL DISTRICT**

**UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>        Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>        Defendants. | **DECLARATION OF MARJORIE JOHNSON**<br><br>Case No. _____<br><br>Honorable _____ |

I, Marjorie Johnson, declare:

1. I am a 48-year-old mother of four and am the CEO of a female-owned local business.

2. I was introduced to Singularism after meeting its visionary founder, Bridger Jensen, who shared his worldview and experiences with me. He spoke with such passion about the transcendent experiences his followers had, and I felt a strong pull to explore whether this

practice could be the right path for me. At that time, I was struggling deeply with my sense of self, my understanding of life, and my shattered worldview. I felt as though I had no solid foundation on which to rebuild my life or guide my children in truth. When I came to Singularism, I was desperate for enlightenment and direction.

3. The experiences I've had with Singularism, particularly the sacred rituals and sacraments, are profoundly spiritual to me—they saved my life. They offered me hope when I had lost all hope, light in the midst of darkness, and a renewed sense of purpose when all seemed lost. These teachings provided me with a worldview that reconnected me to faith, something I thought I had lost forever.

4. Singularism has not only helped me personally but has also strengthened my familial relationships. It enabled me to overcome the emotional scars of childhood abuse, rediscover my sense of self, and embrace a renewed faith. It has also deepened my understanding of love for others and for all living creatures, awakening in me a profound sense of interconnectedness.

5. One of the most transformative aspects of Singularism is the sacred ritual of setting an intention, speaking it aloud during the ceremony, and partaking of the sacramental tea. During one ceremony, I experienced an overwhelming sense of joy, inner peace, and enlightenment. This moment was nothing short of transcendent—a deeply spiritual encounter that connected me to something greater than myself. It helped me see that all life on Earth exists in a beautiful, synergistic state.

6. Before my participation, Bridger screened me with great care, ensuring I was ready for the spiritual journey ahead. The conversations I had with him in his church were filled

with kindness, patience, and understanding. His approach is unlike anything I've encountered in either therapy or traditional religious ceremonies.

7. Singularism is not a business—it is a sacred practice and a deeply spiritual path that has changed my life in ways I never thought possible. It is vital that we protect our right to worship freely and practice our spiritual beliefs without interference. Our founding fathers enshrined these freedoms in the Constitution, and we must honor their vision of a truly free country.

<u>Declaration</u>

8. I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

DATED this 18th day of November, 2024.

/s/ *Margie K Johnson*
Marjorie Johnson
Singularism Member