# EXHIBIT K



**CHIEF TROY BEEBE**

TEL (801) 852-6257
445 West Center St
PROVO, UT 84601

Dear Utah Valley Foot and Ankle LLC,

This letter is in reference to your property located at 1969 N. State St., Provo, Utah 84604.

The Provo Police Department has obtained information regarding criminal activity, based on case number 24PR24922 (Bridger Jensen/Singularism.org), where psilocybin and THC drugs and drug paraphernalia were seized.

This evidence shows that drug distribution and use/possession is occurring. Therefore, a nuisance exists on the property that you own, in violation of 78b-6-1107, Utah Code Annotated. We hope you agree that this type of activity in the community is unacceptable. Our primary concern is for the residents in that neighborhood who are living in unnecessary fear and danger should this kind of illegal activity be allowed to continue.

As members of the Provo Police Department, we are asking for your cooperation by evicting your tenant(s) as soon as possible. We are confident that you may not have been aware of the illegal and dangerous activity that was occurring on your property, and that you will take the appropriate steps to ensure that your offending tenant is evicted.

Please be advised that if you allow your current tenants to continue to reside at this property, Provo City will have no choice but to proceed with the civil abatement process authorized by the State of Utah Code section 78b-6-1108, Utah Code Annotated. The statute mandates that you be made a party defendant and if Provo City demonstrates that a nuisance exists, Provo City can also collect its cost and attorney's fees against you.

In addition, should Provo City develop sufficient facts showing ongoing drug nuisances, Provo City may seek forfeitures of real property, automobiles and other property used for the distribution, storage or manufacture of controlled substances, pursuant to the section 58-37-8, Utah Code Annotated.

Please contact me if you have any questions or concerns.

Sincerely,

Captain Brian Wolken
Provo City Police Department
Special Operations Division
801 852 7251

POLICE.PROVO.ORG