# EXHIBIT Q



# The Octadrant

Part 1: What is the Octodrant and the Octants?
Part 2: How is the Octodrant scripture and not just ideas, theory or philosophy?

## Singularism's Revealed Epistemology

Traditional Cartesian coordinate system:

In mathematics, a 3D Cartesian coordinate system divides space into eight regions called octants, which are the 3D analogs of quadrants in 2D space. The three axes (xxx, yyy, and zzz) intersect at the origin (0,0,0)(0, 0, 0)(0,0,0), splitting the space based on the sign of the coordinates (+,−)(+, −)(+,−) along each axis.



**Singularism's Octadrant method of Epistemology:**

The Octadrant is an original conceptual framework that was revealed to Singularism's founder Bridger Lee Jensen over multiple ceremonies by a specific entity that instructed him to study it. The Octrant divides perceived reality into eight distinct octants, defined by the interplay of three intersecting spectrums,: Truth (True/False), Verifiability (Verifiable/Unverifiable), and Awareness (Aware/Unaware). These dimensions create a multidimensional space that categorizes all knowledge, beliefs, and perceptions according to their relationship to reality, evidence, and consciousness.



The Octadrant serves as both a religious tool for understanding the nature of existence and a map for navigating human epistemology within the religion. It captures the full range of human experience, from absolute knowledge to profound mysteries, intentional deception, and the unknowable. Each octant represents a unique intersection of these spectrums, offering a lens to examine how ideas, beliefs, and truths manifest and interact.



*"The above is part of Singularism's scripture, handwritten/drawn, that was revealed in ceremony by a specific entity"*

**1. Knowledge / Illumination:** True, Verifiable, Aware

1. **Definition:** The realm of certainty where truth is both provable and consciously understood. It represents the light of awareness, where evidence transforms belief into knowledge and guides human progress.
2. **Examples:**
    1. The Earth is spherical (observable fact through satellite imagery).
    2. Gravity causes objects to fall toward the ground (empirical observation).
    3. The boiling point of water depends on atmospheric pressure (scientific principle).



2. **Faith / Sacred Trust** True, Unverifiable, Aware

1. **Definition:** The sacred domain of belief in truths that cannot be empirically validated but resonate deeply with intuition and spiritual understanding. It bridges the gap between the seen and unseen, empowering meaning beyond the tangible.
2. **Examples:**
    1. Belief in the existence of a higher power or God.
    2. Trusting in the inherent goodness of humanity.
    3. Believing love transcends time and space.
    4. The belief that life has an ultimate purpose.
    5. Trust in the idea that love endures beyond death.
    6. Faith in the inherent interconnectedness of all life.

| The 8 Octants of the Octradrant: | True or False | Verifiable/Unverifiable | Aware/Unaware |
|---|---|---|---|
| Knowledge / Illumination | TRUE | Verifiable | Aware |
| Faith | TRUE | Unverifiable | Aware |
| Faith / Sacred Trust | TRUE | Verifiable | Unaware |
| Deep Mysteries / Eternal Enigmas | TRUE | Unverifiable | Unaware |
| Lies / Shadowplay | FALSE | Verifiable | Aware |
| Deceptions/Ignorance / Blinding Mirage | FALSE | Verifiable | Unaware |
| Myths / Woven Legends | FALSE | Unverifiable | Aware |
| The Unimaginables / The Abyss | FALSE | Unverifiable | Unaware |

3. **Discoverables / Hidden Veil:** True, Verifiable, Unaware

1. **Definition:** The domain of truths that are real and provable but not yet known or recognized. It symbolizes the hidden potential of discovery, awaiting exploration and the awakening of awareness.
2. **Examples:**
    1. A new species in the deep ocean, yet to be discovered.
    2. A mathematical theorem awaiting proof.
    3. An uncharted planet in a distant solar system.
    4. The existence of uncontacted cultures in remote regions of the universe.
    5. Undiscovered elements or particles in physics (e.g., dark matter).
    6. Microbial life beneath the surface of other planets like Mars.



*The above is another scripture example from Singularism. This depiction is of how consciousness perceives and accepts information.*

---

**4. Deep Mysteries, Eternal Enigmas:** True, Unverifiable, Unaware

1. **Definition:**
   The profound and unknowable truths that exist beyond human comprehension. This is the sacred mystery of existence, a cosmic enigma that inspires awe and humility in the face of the infinite.
2. **Examples:**
   1. The true nature of consciousness.
   2. The origin of the universe before the Big Bang.
   3. The ultimate purpose of existence.

---

5. **Lies / Illusioncraft:** (False, Verifiable, Aware)
   1. **Definition:** The realm of intentional falsehoods, where deception thrives in plain sight, manipulating truth through awareness. It is the theater of distortion, where falsity is crafted to appear credible.
   2. **Examples:**
      1. A scam email claiming you've won a lottery.
      2. Propaganda spreading false political narratives.
      3. Fake news stories deliberately crafted to mislead.





6. **Deceptions/Ignorance / Blinding Mirage:** False, Verifiable, Unaware:
   1. **Definition:** The unseen falsehoods that operate in the shadows of unawareness. These deceptions mislead by appearing real, influencing perceptions and actions without conscious recognition.
   2. **Examples:**
      1. Misinterpreting a placebo effect as a real cure.
      2. Believing in outdated scientific models, like geocentrism.
      3. Following superstition without questioning its validity

**7. Myths / Woven Legends:** False, Unverifiable, Aware

1. **Definition:** The imaginative stories and narratives that bring meaning to existence, even if they are not empirically true. These myths weave together culture, belief, and identity, serving as vessels for symbolic truths.
2. **Examples:**
   1. The myth of Icarus, symbolizing human hubris.
   2. Stories of Atlantis as a lost civilization.
   3. Folklore about dragons as guardians of treasure.

---

**8. The Unimaginables / The Abyss:** False, Unverifiable, Unaware

1. **Definition:** The formless void of incomprehensibility, where falsehoods remain beyond proof and awareness. It is the edge of understanding, a chaotic abyss where meaning dissolves into obscurity and the unimaginable takes root.
2. **Examples:**
   1. The possibility of parallel universes without interaction.
   2. Philosophical thought experiments, like solipsism.
   3. An alien language so complex it defies human comprehension.

## Part 2: How is the Octodrant scripture and not just ideas, theory or philosophy?

### 1. Sacred Origin

- The **Octadrant** has its roots in **entheogenic experiences**, which, in Singularism, are considered sacred and revelatory. These experiences connect directly to the divine or to the ultimate truths of existence, granting the framework a spiritual authority that goes beyond intellectual constructs. It was revealed to SIngularism's founder by a sacred feminine entity during a ceremony.
- In this sense, the Octadrant serves as a **revelation** that arose from moments of profound insight, making it among religion's founding principles.

### 2. Moral and Ethical Guideline

- Scripture provides **ethical and moral direction**, and the Octadrant fulfills this by categorizing truths, falsehoods, and mysteries in a way that can guide actions, decisions, and spiritual practices.
- For example:

**SINGULARISM**
Know Your Inner Universe

### Consolidated Summary of the Octadrant's Moral and Ethical Guidelines

The **Octadrant** serves as a comprehensive framework for guiding ethical actions, spiritual growth, and intellectual exploration by categorizing truths, falsehoods, and mysteries. It promotes:

1. **Self-Reflection and Growth**: Encourages individuals to evaluate beliefs and decisions based on truth, awareness, and verifiability, fostering accountability and personal development.
2. **Ethical Decision-Making**: Discourages reliance on lies or myths and emphasizes actions rooted in knowledge, integrity, and respect for others.
3. **Integrity and Discernment**: Guides individuals to reject deception, critically evaluate evidence, and act with honesty.
4. **Balance of Certainty and Mystery**: Cultivates humility before the unknown while affirming the importance of pursuing verifiable truths.
5. **Faith and Hope**: Validates trust in the unseen as essential to spiritual journeys, fostering resilience and belief in greater purpose.
6. **Intellectual Exploration**: Frames the pursuit of hidden truths and knowledge as sacred, promoting curiosity and collaboration.
7. **Community and Compassion**: Encourages understanding and empathy by validating diverse perspectives and fostering open dialogue.
8. **Leadership and Mentorship**: Inspires ethical leadership and the guidance of others toward awareness and understanding.
9. **Wonder and Humility**: Instills reverence for the mysteries of existence while honoring human limitations.

The Octadrant integrates these principles into a cohesive structure, serving as a moral compass for Singularism adherents in both practical and spiritual contexts.

---

### 3. Universal Framework

- The Octadrant functions as a **comprehensive map of existence**, categorizing all beliefs, knowledge, and perceptions. Its universal applicability elevates it beyond a mere intellectual exercise, making it a sacred schema for understanding and navigating reality.
- As scripture, it becomes the tool by which adherents of Singularism interpret their experiences and situate their lives within a broader cosmic context.

---

### 4. Spiritual Practice and Integration

- The Octadrant is not just theoretical—it has practical applications in spiritual life:



- It can guide **entheogenic ceremonies**, where participants explore different octants during their journeys.
- It provides a structure for **integration practices**, helping individuals categorize their insights and align them with the sacred truths of Singularism.
- It serves as a reflection tool for ethical living, fostering intentionality in thought, belief, and action.

As scripture, the Octadrant becomes a **living text**, not merely something to be read or understood but something to be lived and practiced.

---

### 5. Divine Cosmology

- Singularism emphasizes the interconnectedness of all things and the illusion of separateness, both cosmically and quantumly. The Octadrant reflects this by uniting truths, falsehoods, and mysteries into a single, coherent framework.
- This cosmological nature ties the Octadrant to Singularism's ultimate purpose: the alleviation of suffering and the understanding of existence through entheogenic insight.
- As scripture, it provides the **cosmic structure** by which Singularism explains the universe and humanity's place within it.

---

### 6. Authority in Singularism

- For Singularism, the Octadrant serves as one of the **primary texts of scripture**:
  - It defines the key dimensions of truth, belief, and awareness that adherents use to understand themselves and the world.
  - It formalizes the teachings and revelations of Singularism, giving adherents a clear and consistent framework to follow.
- Like other religious scriptures, it transcends mere theory by being treated as divinely inspired and essential to the faith.

---

### 7. Binding Covenant

- Singularism already has a foundational tenet: "*I will use all insights obtained in the ceremonies of Singularism to make the world a better place through efforts to alleviate the suffering of mankind, beginning with my own.*"
- The Octadrant serves as a **binding extension of this covenant**, categorizing these insights and situating them within the sacred dimensions of truth, verifiability, and awareness. It is the structure that makes the tenet actionable and universal.

---

**SINGULARISM**
Know Your Inner Universe

### 8. Role in Singularism's Rituals

- Scripture often plays a central role in rituals, and the Octadrant could be similarly integrated:
    - **Ceremonial Readings**: The Octadrant's principles may be recited or meditated upon during ceremonies to guide participants.
    - **Sacred Study**: Adherents may engage in collective study or discussion of the Octadrant's octants and their implications.
    - **Symbols and Artifacts**: Visual representations of the Octadrant will someday serve as sacred symbols or artifacts within Singularism, much like mandalas in other spiritual traditions.

---

### 9. Living Scripture

- Unlike static texts, the Octadrant evolves with insights gained through Singularism's ceremonies and adherents' lived experiences. It becomes a **living scripture**, continuously validated and expanded by the community's spiritual practices and revelations.

---

**Summary: Why the Octadrant is Scripture**

The Octadrant transcends the boundaries of theory and philosophy by:

- **Deriving from sacred entheogenic insight**, aligning it with Singularism's spiritual mission.
- Providing **ethical guidance**, a **cosmic framework**, and **practical applications** for adherents.
- Serving as the **definitive text** of Singularism, central to its rituals, teachings, and cosmology.
- Embodying the **living and evolving nature** of the religion's understanding of truth and existence.

By meeting these criteria, the Octadrant stands as Singularism's scripture—its sacred map of reality, truth, and the divine