Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Before the Court is Plaintiffs Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging LLC dba Psychedelic Therapy Journey's (collectively "**Plaintiffs**") motion for the entry of a temporary restraining order and preliminary injunction (the "**Motion**"). Defendants have received notice of the Motion. Based on the Motion, the exhibits and evidence appended thereto, the parties' briefing, and evidence and oral argument received at the hearing on the Motion, for

good cause appearing on the record, the Court hereby GRANTS the Motion and enters the following findings of fact:

## **FINDINGS**

1. Singularism is a small minority faith located in Provo, Utah that was founded by Plaintiff Bridger Lee Jensen.

2. Singularism has openly and publicly operated its religious community since November 2023.

3. Singularism has operated peacefully and without any private or public incident or complaint related to it or any of its members since it opened the doors of its center.

4. On November 11, 2024, law enforcement from Provo City Police Department presented at Singularism's spiritual center with a warrant to search the premises and seize certain items. During this search, the officers seized Singularism's sacramental psilocybin and their sacred scripture. In total, law enforcement removed psilocybin, a black grinder, a black scale, and a gold scale used in preparing Singularism's sacramental psilocybin tea, THC, and "Bridging Model.

5. At the end of the encounter, Detective Julian told Mr. Jensen that he recommended Singularism cease all its religious practices.

6. The next day, on November 12, 2024, Defendants Wolken served Singularism's landlord with a letter, threatening that if he did not evict Singularism from their rented space, that law enforcement would pursue the landlord for civil abatement and forfeiture.

7. As a result of Defendants' actions, Mr. Jensen was detained and Plaintiffs have been deprived of the possession and usage of their sacramental psilocybin, have been deprived of precious records regarding Singularism's voyagers, have been placed under threat of eviction, have been placed under threat of criminal prosecution and forfeiture, have had their livelihoods

threatened, and have endured substantial emotional and mental distress. It is anticipated that the continued course of Defendants' conduct will only deepen the present and future harms to Plaintiffs' statutory and constitutional religious rights. For example, Plaintiffs expect that Singularism's religious community will be irreparably diminished, voyagers will no longer feel safe participating in a Singularism ceremony, and Psyche Bridging and Healing, as a result, will sustain substantial financial losses to the point of closure.

8. Defendants' actions have caused injury to the Plaintiffs that greatly outweighs any potential damage to the Defendants.

Each Defendant is hereby RESTRAINED and ENJOINED until further order from the Court as follows:

1. Defendants are prohibited from taking any action to formally or informally limit Plaintiffs' free exercise of religion.
2. Defendants are prohibited from prosecuting Plaintiffs' sincere free exercise of religion, threatening Singularism's eviction, or otherwise acting to interfere with Plaintiffs' sincere free exercise of religion regarding their religious entheogenic ceremonies.

Each Defendant is hereby ORDERED as follows:

1. Defendants are ordered to return all items they seized during their November 11, 2024 search within 14 days of this order.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2024, a true and correct copy of the foregoing proposed order was served via the Court's electronic filing service and by email on the following:

>Mitchell A. Stephens
>Lara A. Swensen
>JAMES DODGE RUSSEL & STEPHENS, P.C.
>10 West Broadway, Ste 400
>Salt Lake City, Utah 84101
>(801) 363-6363
>mstephens@jdrslaw.com
>lswensen@jdrslaw.com
>*Attorneys for Defendants Utah County and Jeffrey Gray*
>
>J. Brian Jones
>Gary D. Millward
>Richard A. Roberts
>PROVO CITY ATTORNEY'S OFFICE
>445 West Center St.
>Provo, Utah 84601
>(801) 852-6140
>bjones@provo.gov
>gmillward@provo.gov
>rroberts@provo.gov
>*Attorneys for Defendants Provo City, Troy Beebe, Brian Wolken, and Jackson Julian*

*/s/ Tanner J. Bean*