# EXHIBIT A

_____

IN THE FOURTH DISTRICT COURT - ALL DEPARTMENT

IN AND FOR UTAH COUNTY, STATE OF UTAH

_____

### AFFIDAVIT FOR SEARCH WARRANT

STATE OF UTAH )
                     :ss
County of Utah )

The undersigned affiant, Detective JACKSON JULIAN of Provo Police Department, upon an oath or written affidavit subscribed under criminal penalty, declares:

That your affiant has reason to believe:

THAT

    On the premises known as 1969 N State Street, Provo, UT, further described as A brown brick building located in a business complex on the west side of North State St. The numbers "1969" are displayed on a white pillar, just outside the front entrance which sits at the bottom of an outdoor stair case. The word "Singularism" is printed on the glass front entrance door.;

    On the person(s) described as:

        Bridger Lee Jensen (DOB 9/6/1981)

In the City of Provo, County of Utah, State of Utah, there is now certain property or evidence described as:

    - Psilocybin Mushrooms
    - Equipment used to ingest and/or cultivate psilocybin
    - Business records which document the administering of psilocybin to clients
    - Financial records which indicate transaction history of purchasing cultivation equipment, income produced by administering psilocybin to clients, and where the money garnered from this business is being kept

and that said property or evidence:

    Was unlawfully acquired or is unlawfully possessed;

has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or

is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of
- Possession of Psilocybin (Schedule I Controlled Substance) with the Intent to distribute, per UCA 58-37-8
- Possession of Drug Paraphernalia, Per UCA 58-37A-5.

The facts to establish the grounds for issuance of a Search Warrant are:

I graduated Utah POST in May of 2018 and have been a law enforcement officer with Provo City Police Department since May of 2018. I have investigated numerous cases involving the use, possession, and/or distribution of illegal narcotics in the course of my duties as a sworn police officer. I am a member of the Provo Bomb Squad and Special Weapons and Tactics (SWAT) Team, a member of the Provo Special Enforcement Team, and a Field Training Officer. I have attended training on Advanced Search and Seizure, Advanced Traffic Stops, and the Utah Narcotics Officers Association. I have written, served, and/or assisted on hundreds of search warrants which have lead to successful prosecution throughout my career.

Provo Special Enforcement Team (SET) detectives received information in September of 2023 about a Facebook post advertising the opening of a "Mushroom Wellness Center" in Provo. The Facebook post listed the address for the center at a residence in Provo and that the grand opening would be on September 6, 2023. On September 6, 2023 I went to the residence and knocked on the door, I was greeted by a male at the front door. When I inquired about the mushroom wellness center, the male stated that I must be mistaken and he had no idea what I was talking about. When I spoke with the male at the door, there was no indication that there was any nefarious activity happening there.

On November 2, 2023, a FOX 31 News story was published about a mushroom treatment center called Singluarism opening its doors in Provo. The news article featured a male named Bridger Lee Jensen who claims to be the founder of the business. In the article, Bridger is quoted and audio/video recorded discussing his experiences in using psilocybin mushrooms. He also discusses how his treatment center is a place where people can "work on their lives and progress spiritually". He also discusses with the interviewer about "guided trips".

The news article discusses how Bridger pushed legislators to pass a bill to allow for the legal use of psilocybin. The bill Bridger is referencing is S.B. 200
"Psilocybin Recommendation Pilot Program Amendments". That bill's current location is found in "Senate file for bills not passed". In the news article, Governor Spencer Cox is quoted saying, "It's just not there yet. We got there with medical marijuana. I just don't believe the science is there. I don't believe we should be experimenting on 5000 people here in our state. And I think there are some serious consequences and side effects societally and as well as medically that I'm just not comfortable with."

The news interview goes on to where Bridger says the following, "When you get to the point where you have had these experiences and you've seen hundreds of people benefit and heeled from it, the scary thought is NOT doing it." According to the news article,

- Page 2 of 6 Search Warrant No. 2992661 -

Bridger claims that his business is protected by the Religious Freedom Restoration Act of the United States Constitution.

Later in November 2023 a concerned citizen, who did not want to be named, came forward wanting to speak with detectives about Bridger and his business. I met with the citizen and they advised me that Bridger has a website promoting the business and identified where the business was located. The website is Singularism.org and the business location is 1969 N State St, Provo, UT.

I went to the website and found that it shows Bridger Jensen as the founder, Alex Koritz as the Public Relations Director, Brandi Lee Didrickson as the administrative assistant. Mariangel Babbel as the Relations Specialist, Justin Sharp as the Chief Technical Officer, and Garett Robertson as the founder partner. The website shows a picture of Bridger appearing to provide some kind of council while a female lays on a couch and appears to be in an either unconscious or semi-conscious state. The website also includes testimonials of people who state they used psilocybin at Singularism.

The website states:
"At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits."

I found that throughout the website, there are several claims that Singluarism is a religious experience and as such it operates within the Utah State Constitution and United States Constitution. However, the website also states that Singularism charges for their "spiritual counseling services" at a rate of "approximately $180 per hour,...Participants book packages ranging from 20 to 40 hours at a time."

While Singularism claims to be religious, therefore exempt from the controlled substance act, their website states that participants "do not need to leave [their] current faith or religious beliefs to participate in Singularism's ceremonies."

I spoke with a Utah County Attorney regarding this case and was advised that their office does not feel that Singularism's claim to have religious exemption has any merit and that if there is evidence of anyone possessing, using, distributing, or cultivating psilocybin, that person is subject to prosecution in the state of Utah.

Over the last few months I have continued researching Singularism to try and determine the legitimacy of their claims for the legal use of psilocybin under claims of religious exemption. While on the website, I found a link to register for a free webinar. I also found the website to promote an "academy" to become a "Certified Psychedelic Practitioner". I applied to register for the webinar under an undercover alias.

On October 14, 2024, after registering for the webinar, I received a call from 801-203-0102. When I answered, the male on the other end of the line identified himself as Bridger Jensen. He was calling to follow-up on my application. We spoke for a few minutes about my interest in psychedelic therapy. I discussed my interest using a made up backstory to support my undercover role. During the call, Bridger's phone disconnected. I attempted to call back several times, but it went straight to voicemail. The pre-recorded voicemail

message stated that I had reached Bridger Jensen's phone. I opted not to leave a voicemail. About a minute later, I received another phone call from 435-800-1969. When I answered, I was greeted again by Bridger who explained that his phone had died and that he was now calling me from his assistant, Brandi's, phone. We continued our conversation and he explained he invited me to attend a tour of the wellness center.

I inquired about how much the therapy sessions costed and he explained that they have packages that cost between $3900 - $6400. He also invited me to attend a consultation. When I asked him how much a consultation costs, he informed me that they are $49. We discussed how I was not so much interested in receiving the therapy, but rather in becoming a facilitator, he stated that I should come on the tour and then possibly schedule a consultation.
During our conversation, Bridger explained that the use of psilocybin is legal in his practice due to the religion of Singularism. He explained that Singularism is supportive of other religions and that you need not leave any other religion to join Singularism, but rather it adds to your beliefs that already exist.

On Oct 21, 2024 I attended a tour of the Mushroom Therapy Center located at 1969 N State St, Provo, UT. I met with Bridger in an undercover capacity. He and I walked through the wellness center together. He showed me several rooms that he informed me is where the therapy sessions occur. Each therapy room has a large couch in it where their client sits with a large cushioned chair positioned in front of it where the staff member sits during the sessions.

Bridger and I discussed some aspects of how the center operated. He informed about psilocybin is at the core of their practice at the wellness center. He strongly asserted that their use of psilocybin at the wellness center unlocks the mind and allows for their clients to get the best therapeutic care possible. I asked him about how he knows what mushrooms are safe and he stated that the mushroom they use are "lab quality" and that they grow from grain. He also stated that the way he knows they are safe is by "becoming and expert" such as himself.

During the tour, I noticed one room in the center that the door was slightly ajar. Bridger did not take me into that room, but from what I could see through the small opening, there appeared to be lab equipment inside. I also observed just outside the front entrance, there were about 7 to 10 five-gallon jugs of purified water.

During the tour Bridger also briefly explained the process of a therapy session. He definitively confirmed that they do give psilocybin to their clients in the form of a tea. He stated that the drinking of the tea was considered a "ceremony" and that it induces a psychedelic state. He said that he and his staff members are the ones who provide the psilocybin and that they are "Certified Psychedelic Practitioners." He also said that these sessions last anywhere from 5 to 10 hours.

The tour lasted about 10 to 15 minutes and he invited me to join a webinar the following day to get more information about pricing for their services.

On Oct 22, 2024 I attended a webinar that was hosted by Bridger. There where two other people that attended that were interested in participating in the wellness center's services. There where also two other people that attended the webinar that were members of Bridger's staff. Their names were displayed on their screen as Brandi Lee and Ryan Hightower. During the webinar, Ryan stated that he had "guided a trip" just earlier that day

and had completed that session about a half hour before the webinar began at 1800 hours.

During the webinar, Bridger discussed how he is the founder of Singularism and discussed the basis of the religion. He said that the use of psilocybin is the central point upon which Singularism is based. He said that Singularism is not to be considered a "dogmatic" religion in a sense that you do not need to leave any religion you currently associate yourself with in order to participate in Singularism. He also stated that the way that he founded the religion was by talking with his lawyer to review prior cases in which people claimed religious exemption; where those claimants won or lost; and the judges comments, and essentially created a roadmap to create his religion of Singularism. He even said the ceremonies where the psilocybin is used are his ceremonies. Bridger discussed how the guided use of psilocybin is a "mystical" and "religious" experience. He stated that their sessions are "clinically informed" even though he is "no longer a licensed clinician".

During the webinar, Bridger shared videos of people giving interviews and sharing their experiences using psilocybin. In one particular video, about 1 hour into the webinar, the person being interviewed was detailing the hallucinations he had seen during his "trip". The talk show host asks the person he is interviewing if what he was doing was legal. The Person being interviewed abruptly responded with, "No." Bridger immediately paused the video and assured those of us attending the webinar that his practice of using psilocybin mushrooms in Singularism is legal. Although he did not offer any explanation as to how. Bridger also claimed that he knows that the mushrooms used at his clinic are safe because they are "lab quality" and that he had to learn through trial and error the perfect conditions for extracting the psilocybin from the mushrooms. He also stated that at his wellness center they do not use placebos.

At the conclusion of the webinar, Bridger explained the pricing and the process of how the therapy sessions work. He sells packages in "rounds" and the minimum package is a two round package.

The first step is by attended a consultation with Bridger. During the consultation you answer various screening questions for him to determine if this is the proper course of action for you and if you would benefit from taking psilocybin. If Bridger feels that you qualify, then you can purchase a two, three, or four round package.

The first round consists of four meetings. The first two meetings are considered preparatory meetings. Each preparatory meeting lasts about an hour where you discuss what you may encounter on your "psychedelic journey" and how to deal with those encounters and what to expect from the practitioner supervising your "trip". The third meeting is the "guided session" where you partake of the psilocybin infused tea and enter the hallucinogenic state. This session lasts anywhere from 5 to 10 hours. During this session the staff member documents the client's behaviors and experiences. The final session of the round is a follow up where the client and staff member review the staff member's notes and they discuss the client's experiences. This session lasts about an hour. After about 2-6 weeks, the client repeats the process for a second round, except there is only one preparatory meeting, followed by a guided trip session, followed by a follow up session. The pricing for a two round package is $3900, a three round package is $5400, and a four round package is $6400.

Due to the totality of the circumstances, I feel there is Probable Cause that Bridger is running an illicit business under the guise of a religion. He is getting people to come to a location where he gets them to pay incredibly high amounts of money in exchange for

psilocybin. He has admitted openly that at his "wellness center" the use of psilocybin is the foundation of their practice. He has made statements that he has intimate knowledge of where and how the mushrooms are cultivated and that he has learned the perfect conditions for extracting psilocybin through trial and error.

I am requesting authority to search the Mushroom Wellness Center to seize any illegal psilocybin mushrooms; any equipment used to cultivate the mushrooms or extract the psilocybin; and records, whether physical or electronic, that are kept within the wellness center that is evidence of to whom the wellness center has distributed psilocybin.

This affidavit has been reviewed by Pete Reichman of the Utah County Attorney Office, and it has been approved for presentation to the court.

WHEREFORE, your affiant prays that a Search Warrant be issued for the seizure of said items in the daytime.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

Executed on: 4th day of November, 2024 @ 04:55 PM by   /s/ JACKSON JULIAN