# EXHIBIT B

# Singularism

1969 N State St, Provo, UT

**5.0** ★★★★★  2 reviews ⓘ

**Write a review**

**Sort by**

Most relevant | Newest | Highest | Lowest

---

**Jourdan Biesinger**
3 reviews · 2 photos

★★★★★  3 weeks ago  **NEW**

Wow. My husband and I came here looking for anxiety help after trying everything, including medication. I was expecting a retro Grateful Dead environment, but I was pleasantly surprised at how beautiful, clean, and modern the Singularism center is.

Bridger and Brandi were so patient and caring, and they took the time to really listen to our situation to help us determine if they would be able to help us. There was absolutely no pressure and Bridger shared tons of information to help us understand the healing process and what to expect.

I'm grateful that there is finally a safe location in our state that provides a spiritual setting and approach for this type of soul therapy. It's so much safer than having to find it on the street from illegal sources with no responsible supervision or safe spiritual guidance!

👍 Like

---

**Tyler Hacking**
Local Guide · 19 reviews · 23 photos

★★★★★  8 months ago

Best clinic in Utah

👍 1