# EXHIBIT C

Experience another breakthrough with Bridger Lee Jensen



Welcome to my links and info page!

# Schedule a 30 minute

Experience another breakthrough with Bridger Lee Jensen



# consultation with me

Experience another breakthrough! 😁

GET STARTED

# Want to learn more?

## Get informed and stay informed to be part if the psychedelic transformation:

Interested in expanding your knowledge? Join Bridger Lee Jensen for a live webinar. To receive an invitation or gather more information about this event and other exciting opportunities, consider subscribing to our newsletter. By doing so, you'll gain access to webinar invitations, exclusive updates, valuable resources, and the chance to secure early access to upcoming courses and private events!

First Name

Last Name

Email

Phone

Zip Code

✓ Privacy & Agreement. By clicking here you agree to get a confirmation text and email and our news letters.

**Sign Up**

Follow our social accounts for updates, stories and more:

    

Experience  -  Advocate  -  Certify  -  Questions  -  Research  -  Announcements

Copyright ©2025  PsychedelicTherapyJourney.com

bridger@utahmushroomtherapy.org

PHONE:  435.800.1969

# Explore my companies and resources below



It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery. At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of entheogenic spiritual practices. Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change. Learn more at Singularism.org





Utah Psychedelic Therapy is dedicated to advocating for the safe and legal use of psychedelic-assisted therapy and sincere religous use. Our lobbying and advocacy work aims to educate lawmakers, healthcare professionals, and the public about the benefits of psychedelic-assisted therapy in treating a range of mental health conditions. By raising awareness, offering online resources, and promoting evidence-based research, we hope to remove the stigma surrounding psychedelics and expand access to this promising form of therapy for those who need it most.





Mental Gurus was a large scale ethical data company that combined the power of machine learning with psychometrics. It was operable from 2013 to 2023 when Bridger exited the project.  This early AI created online mental wellness and personality tests, that benefited the users by providing AI based reports and recommendations. The website creates online tools with which individuals can gain greater self-awareness about themselves and their loved ones, understand strengths and weaknesses with greater insight, and find meaningful tips for personal growth and happiness. Through unique and completely free evaluations, individuals get customized feedback, detailed information, resources, and tested recommendations that contribute to success and well-being.



Experience another breakthrough with Bridger Lee Jensen                                                    12/9/24, 6:10 PM



by:

Welcome to RevealMyself.com, a pioneering platform dedicated to empowering individuals in their journey towards building resilience and realizing their fullest potential. Our unique approach transcends traditional therapy and online courses, merging evidence-based models with profound insights from the social sciences. We believe in not just changing, but revealing the true essence of who you are.





Psychedeliccon.org hosts an annual conference that brings together leading experts, researchers, and advocates in the field of psychedelic-assisted therapy. This cutting-edge conference features keynote speakers, panel discussions, workshops, and networking opportunities for individuals and organizations interested in the potential of psychedelic-assisted therapy. Attendees can learn about the latest research, trends, and developments in this exciting field, while connecting with like-minded individuals and organizations. Don't miss the opportunity to join this vibrant community and explore the potential of psychedelic-assisted therapy at the next Psychedeliccon.org conference.

# About Bridger

Bridger's career in mental health began in 2002, when he worked as a guide for a prominent outdoor behavioral healthcare clinic for youth. Bridger facilitated over 400 seminars and presented in dozens of conferences before earning his undergraduate degree in therapeutic recreation and his master's degree in counseling psychology.

Having gained a national reputation as a therapist, Bridger conceptualized Mental Gurus in response to

losing several youthful clients to suicide. His dedication to his work and his passion for human consciousness led him to see the potential for artificial intelligence to improve psychotherapy and psychometrics.

Bridger's passion for alleviating human suffering led him to utilize technology in creating a powerful psychometrics engine, which is now widely used for personality and mental wellness.



Today Bridger is an active advisor and consultant to well known companies and high profile individuals. Specializing in clinical

psycedelic integration, Bridger embodies leadership and passion, which has brought his multiple teams together.

When not working, Bridger enjoys spending time with his family, including four children in the outdoors. Bridger is also an accomplished artist with a love for sculpting, poetry, dance, and photography, having received several grants and awards for his work, which has been displayed nationally in various exhibitions.

# Sign up for my newsletter or send a message





Enter your name and email below to get updates form my organizations and activity or just use this form to send me a message.

First Name

Last Name

Phone

Email

Message

SIGN UP



bridger@utahmushroomtherapy.org

**PHONE:** 435.800.1969