# EXHIBIT D

   
Home | My Network | Jobs | Messaging



### Bridger Lee Jensen · 3rd

We train elite psychedelic practitioners through unmatched in-person, live practicums, and top-tier academic training. Our commitment to excellence, innovation, and compassionate therapy sets us apart in applications.

-  Psychedelic Therapy Academy
-  Master of Psychological Counseling

Orem, Utah, United States · **Contact info**

**Psychedelic Therapy Academy**

500+ connections

[Message]  [+ Follow]  [More]

## About

Having gained a national reputation as a therapist, Bridger conceptualized Mental Gurus in response to losing several youthful clients to suicide. Inspirited from the losses, and in hopes of creating effective and actionable guidance for mental wellness and personality development, Bridger founded Mental Gurus on the premise that every person has profound wisdom to offer one another. Every user of Mental Gurus, is esteemed as a contributing guru, and thus helps train and develop the digital collective conscious that Mental Gurus is rapidly becoming.

As a visionary and innovator, Bridger has always been a true entrepreneur. Wanting to help people see their own self-deceptions, Bridger utilized technology to create a powerful psychometrics engine. Today it is the most advanced personality device in the world, and is still used on Mental Gurus for personality testing today.

Bridger began his Mental Health profession in 2002, when he became a guide for a prominent outdoor behavioral healthcare clinic for youth. Having facilitated over 400 seminars and presented in dozens of conferences, Bridger began his career leading therapeutic survival and high adventure expeditions for most of his 20's, Bridger also earned an undergraduate degree in therapeutic recreation, before also gaining a masters degree in counseling psychology.

Always passionate about alleviating suffering in the human experience, and obsessed with human consciousness, Bridger saw the potential that artificial intelligence wields to profoundly impact mental wellness and address major shortcomings in current psychotherapy implementation and practice. With limited resources, Bridger assembled his own development team, gained funding, and worked tenaciously to make Mental Gurus the success it already is.

Bridger epitomizes extroversion and passion, with an authentic confidence that characterizes the leadership that has brought the Mental Gurus team together. When he's not working on Mental Gurus, you'll find him with his beloved wife and 4 children - ideally in the outdoors. Bridger is also passionate about the arts, including sculpting, poetry, dance, and photography, and he has received several prestigious art grants and numerous awards for his work. His art has been naturally displayed in various exhibitions.

## Featured

Document

Wilderness Symposiu…

- Two of my good friends and I presented this at the NAROPA wilderness symposium in Sept 2010.
- The purpose was to gain consensus on a definition of wilderness therapy – which is suggested in slide 17.
- Our hope is to further the research body of wilderness therapy and respond to negative media and poor legislation/reports.
- Because this document was accompanied by a presentation, you may wish for clarification. Anyone is welcome to contact me through linkedin

## Activity

1,443 followers

**Bridger Lee Jensen** reposted this • 1w

💡 Exploring the science of serotonin! Researchers are uncovering how plant-derived compounds might hold the key to enhancing mood, percepti ...show more



**Did you Know?**

 1                                                                 1 repost

---

**Bridger Lee Jensen** posted this • 4mo

It's been a while since I started my role at Psychedelic Therapy Academy as a Founder and CEO, but I wanted to share this update with everyone.

8                                                                 3 comments

---

Show all posts →

## Experience

**Psychedelic Therapy Academy**
Full-time · 8 yrs 4 mos
Provo, Utah, United States · On-site

**Founder and CEO**
Sep 2016 - Present · 8 yrs 4 mos

Our mission is to harness the transformative potential of psychedelic therapy to alleviate suffering and promote mental wellness globally. By

◇ Psychedelic Therapy, Psychotherapy and +4 skills

**Founder**
Sep 2016 - Present · 8 yrs 4 mos

As the founder of UtahMushroomTherapy.org, Singularism.org, and PsychedelicTherapyAcademy.com, I am dedicated to revolutionizing mental health through the power of entheogenic practices. With over 21 years of experience, I specialize in training elite psychedelic practitioners through unmatched in-person practicums and top-tier academic programs.

Our commitment to excellence, innovation, and compassionate therapy is setting new industry standards. My organizations have achieved groundbreaking milestones, including the establishment of the nation's first mushroom-based wellness center and the creation of a pioneering training academy for psilocybin practitioners.

Leading efforts in comprehensive training and certification, I emphasize rigorous screening processes to ensure the highest safety and efficacy standards. Our mission is to harness the transformative potential of psychedelic therapy to alleviate suffering and promote mental wellness on a global scale.

At Utah Mushroom Therapy, we provide a unique approach to mental health, addressing spiritual and existential issues alongside mental wellness. The Bridging Model, our signature approach, ensures quality screening, safety, and effectiveness in all our practices. This model not only sets us apart but also ensures that our practices are both ethical and effective.

Our vision extends beyond therapy. We aim to educate and empower a new generation of practitioners who are committed to compassionate, innovative, and effective mental health solutions. Through Singularism, we integrate spiritual and existential healing, offering a holistic approach to mental wellness.

Join me on this journey to explore the profound impacts of entheogenic practices and contribute to a more compassionate, mentally well world. Together, we can make a lasting impact, alleviating suffering and fostering a healthier, more connected community.

🔹 Psychotherapy, Entrepreneurship and +3 skills


**Founder & CEO**
Mental Gurus
Sep 2018 - Jul 2024 · 5 yrs 11 mos
United States

Mental Gurus is an absolutely free online resource that helps people know themselves, grow with others, and then show the way t…  …see more


**Discovery Connections, Clinical Outreach**
Discovery Connections
Dec 2016 - Sep 2018 · 1 yr 10 mos

 download.png


**Owner & Founder**
Venture Imagery
Aug 2007 - Dec 2016 · 9 yrs 5 mos
Hilo, Hawaii

Since 2007 Venture Imagery has been creating and produces stunning product, stock, and commercial imagery. Photo - Video - Des…  …see more

 new logo NO BG.jpg



**Primary Therapist**
Pacific Quest
Dec 2011 - Jun 2016 · 4 yrs 7 mos
Hilo, Hawaii

A big thanks to both my former employer New Haven and my new Employer Pacific Quest! I feel so thankful to them both!

Show all 12 experiences →

## Education



**Master of Psychological Counseling**
University of Phoenix, Mental Health/Counseling/Family Therapy
2008 - 2010

Activities and societies: Accepted to present research at AMCAP and NAROPA Wilderness Symposium



**Brigham Young University**
Bachelor of Science, Therapeutic Recreation, Psychology
2002 - 2005

Activities and societies: T/A Developments Psychology
T/A BYU rock climbing course          …see more

Participated in the Conservation Outdoor Leadership Training program Hiking Club, Backpacking Club, Climbing Club.

Show all 3 educations →

## Skills

**Psychedelic Therapy**
 Founder and CEO at Psychedelic Therapy Academy

**Creative Problem Solving**
 Founder and CEO at Psychedelic Therapy Academy

Show all 26 skills →

## Recommendations

**Received**   Given



**Dakota Hanshew** · 3rd
Digital Anthropologist | AI/ML Enthusiast
January 31, 2021, Bridger Lee was senior to Dakota but didn't manage Dakota directly

Bridger is one of the most passionate and creative people I've ever met. He aspires to do many great things on top of what he has already done and accomplished. Not only is he passionate but he's passionate about things that most others I would say find difficult to sustain a passion around: global mental health and self awareness. He's been working on the Mental Gurus project for quite some time and its impressive how devoted he is to the project and helping others find themselves and improve themselves for the better using AI / Machine learning. It's always