# EXHIBIT F



# Facilitator Course Application form

Welcome to a transformative journey that sets the benchmark in the world of psychedelic facilitation. We're thrilled that you're applying to join our exclusive course and training program, designed for those who aspire to be the best in this field.

Our course isn't just another training; it's a pathway to excellence, curated for individuals who are passionate about guiding others through profound experiences and facilitating personal growth.

You're invited to be part of a select group of individuals who share a common goal: to create a safer, more supportive, and more enlightening space for those exploring the incredible world of psychedelics. While we maintain high standards, we are committed to fostering a warm and welcoming community. Your journey begins here, and we're eager to have you on board.

Please be aware that we place little emphasis on perfect spelling, punctuation, or formal qualifications. No need to spend hours filling out this form. We prioritize individuals who are dedicated to safety, authenticity, and the creation of a nurturing and enriching experience for their clients.

We are also NOT exclusively looking for people with lots of experience as a psychedelic guide. We are open and receptive to all experience levels.

mitchell.a.stephens@gmail.com    Switch account    

* Indicates required question

**Email** *

Your email

**First Name** *

Your answer

**Last Name** *

Your answer

**Phone Number** *

Your answer

**Age**

Your answer

**Why are you interested in becoming a psychedelic facilitator, and what personal or professional experiences have led you to this path?**

There no right or wrong answer here.

Your answer

**Share any relevant skills or qualifications you possess that you feel will contribute to your success as a psychedelic facilitator.**

These do not need to be formal skills, your personality and life experiences count.

Your answer

**What unique perspectives or qualities do you bring to the table that would enrich our community of facilitators?**

Everyone has skills. :)  Tell us some things about yourself. There's no wrong answer.

Your answer

**Have you had any prior experience with psychedelics, either personally or in a supportive role? If so, please share a brief description of your experiences and insights.**

Your answer

**What do you hope to achieve by completing this training, and how do you envision your role as a facilitator impacting the psychedelic community and individuals you'll work with?**

Your answer

**In your view, what makes a facilitator truly exceptional, and how do you plan to embody these qualities throughout your career?**

Your answer

**What expectations do you have for our facilitator training program in terms of personal and professional development, and how do you see yourself contributing to the learning experience of your peers?**

Your answer

During this course we may be recording audio and video for future digitization. Are you willing to allow your questions and comments be part of our online course and other media purposes?

○ Yes

○ No

If accepted, are you able and committed to attending on ALL the following dates from 6:00-8:30PM in our wellness center located in Provo Utah?

May 21st, 22nd, 28th
June 5th, 12th, 19th, 26th
July 3rd, 10th, 17th, 23rd, 31st

○ Yes

○ No

I understand that the tuition is $1,800, and I can pay in full by the 14th of May.

If this is a major problem for you, let's talk. We'll do what we can to help this work for you if needed.

Your answer

**What questions do you have? What are your hopes? How can we serve you best with this course and training?**

Your answer

Submit                                     Clear form

Never submit passwords through Google Forms.

This form was created inside of Bridger Jensen.
Does this form look suspicious? Report

Google Forms