# EXHIBIT H







# Bridger Lee Jensen

**5.2K followers · 870 following**



 Message

 Add friend

 Search ⌄

---

| Posts | About | Reels | Photos | Videos | Events | More ▼ | ••• |

---

## Intro

I love family, friends, profession, outdoors, and art 😃🤍

---

ⓘ **Profile** · Public figure

💼 Chief Executive Officer (CEO) & Founder at **RevealMyself.com**

💼 Founder at **Psychedelic Therapy Journey**

🎓 Studied at **BYU**

---

Studied at **BYU**

Went to Provo High School

Pronounces name BE-FU-kin AW-e-sum

Authenticbridgerjensen

Singularism.org



**Featured**

## Photos

See all photos



## Friends

See all friends

1 mutual friend



**Chad R. Hawkins**

## Life events

See all





**Started New Job at RevealMyself.com**

September 6, 2020

**Started New Job at Psychedelic Therapy
Journey**

September 7, 2014

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

## Posts                                                                    ⚙ **Filters**



**Bridger Lee Jensen** · Follow
Reels · Nov 13 · 🌐