EXHIBIT J



**Get Started**

Welcome to Reveal Myself,  where you'll learn how to:

# Overcome your Obstacles

*This science-based __campaign__ increases your resilience so that you can:*

- **Transcend Trauma**
- **Alleviate Anxiety**
- **Subdue Stress**
- **Defeat Depression**

**Testimonial Video**

**About this campaign**



To help you find what you are looking for quickly, use this table navigate to the content you want on this page.

# Click the links below to learn what this campaign is all about:

 **VIDEO #1:** *"What you Get"* This video is an inside peek at what you get as part of this campaign, and how to get started. So much content and material! **If you only watch one video on this page, make it this one.**

ⓘ **INFO:** *"How this works"* These 5 steps guide you through the process.

🎁 **Free Gift:** *"Free Access to the first 8 Deeds"* Definitely take advantage of this free resource. You'll get to



**VIDEO #2: "*Why you're here*"** Why this is a campaign and not just a course. You can build resilience! You are the guru in this process! We'll discuss why this works.

**VIDEO #3: "*Belle's Story*"** This 60 second video is just one of several testimonials on this page.

**VIDEO #4: "*Misconceptions about resilience*"** *This video covers the many ways that resilience is misunderstood.* **Watch this video to get the discount code.**

preview the first 8 deeds!

ⓘ **INFO: "*FAQ*"** These are my most frequently asked questions before people sign up.

EACH VIDEO TAKES YOU FURTHER INTO THIS JOURNEY AND will HELP YOU SEE HOW MUCH YOU WILL GROW AS YOU DO THE CAMPAIGN.

Want a sneak peek into what members get on the first day?

# Watch this video for an overview of what's included

This is just a small taste.



*Before founding Mental Gurus, & Reveal Myself, Bridger Jensen, practiced therapy for 16 years and served in administrative positions as a business consultant for clinical programs. Learn More about Bridger Here.*

Next Video     Get Started Now

Overcome all obstacles

12/9/24, 6:35 PM

# How this campaign differs other wellness resources online

   More than just an online course

More than therapeutic program

More than traditional therapy

Evidence-based model

Informed by social sciences, perfected by users.



## This is a time-release CAMPAIG

# Resilience helps us become stronger to life's challenging events.



💔 **Relationship stress or breakups**

🥴 **Work & school stress**

😥 **Family & social conflict**

😢 **Loss and bereavement**

😳 **Traumatic events**

🥺 **Depression, dysthymia**

😫 **Stress, anxiety, & excessive worry**

😠 **Anger management**

🤬 **Irritability, & outburst control**

# Overcome any obstacle, stressor, or trauma

**Why this is called a campaign not just a course.**

We shouldn't be focusing on "changing" ourselves, but rather we should focus on revealing who we are.

In this video, you'll learn about our online campaign, and what brought you here today.



How this works    Get Started Now

Overcome all obstacles

9/13/24, 6:35 PM

# Therapy without the stigma, or frustration

## Growth does not have to be hard

*"I personally didn't need an expensive therapist, or to huge self-help seminars and workshops. I got years worth of therapy with out the hassle or expense."*

**-M.K.**
**College Student**

"This is so much better then therapy. You're like Bill Nye the Science guy, but of therapy. It's fun, but still incredibly helpful. Tha nk you! I'll be doing the next campaign too."

**-H.T.**
**Graphic Designer**

Huge value:

# Realizing Resilience Workbook!

We'll be utilizing the official workbook "Realizing Resilience" from **Positive Psychology!**

*workbook not sold separately of the campaign*

# How this works:

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.367    Page 13 of 32



# Join the member area and get access.

Below you'll be able to sign up for immediate access to our Overcoming Obstacles campaign.

# 2

# Explore the member area.

Activities you can begin today:

1. Download the official "Realizing Resilience" workbook
2. Watch the Chalk Talk videos
3. Download accompanying slides
4. Explore the resources
5. Access our research and citations
6. Take the resilience test

# 3

# Do the "DEEDS."

Now that you have full access, you'll be able to do the deeds! The "deeds" are effective, science-based tasks that help you build resilience. Complete them to meet your goals and potential. Examples include (but are not limited to):

- Specific activities that challenge your self-perceptions
- Specific conversations to have with others
- Specific journaling assignments
- Specific exercises that expand your array of coping

Overcome all obstacles
skills
- .....And many more



# New content every two weeks!

For the next 8 weeks you'll get new chalk talks, new deeds, and new resources every two weeks. This will continue for 2 full months. Complete them at your leisure, you'll have 12 months of full access to this campaign.

# 5

# Continue the growth cycle ♻️

This campaign is designed to be a continual cycle of growth. There's so much to learn and you can compound the benefits by continuing the cycle of growth. Re-engage with the campaign endlessly as many times as you like for 12 months.

As you grow, your insights and questions will be come increasingly advanced, and your ability to transcend stress, trauma and anxiety will increase.

**Get Started**

*Many people want to continue access longer then 12 months. If you want to continue you'll have access to significant discounts.*

# Want FREE access?!

Fill out the form below and I'll send a link to the initial deeds and a few of my chalk talk videos for you to peruse! 😀

The deeds are a big deal. They are the things that members can actively DO to increase their own resilience. They are the equivalent to what therapists calls "therapeutic assignments".

I call them "deeds" because as you do these things and strengthen yourself, you are doing good deeds for all the world.





**Email me the Deeds**

🔒 We deeply value your privacy and won't send you spam, you can also remove yourself anytime.

First Name

EMAIL

Overcome all obstacles

12/3/24, 6:35 PM

Don't try to change who you are

# Build resilience & reveal who you are

See Belle's journey




Get Free Stuff

Get Started Now

Overcome all obstacles                                                                                    9/23/24, 6:35 PM

**Ok, I'm interested, but I have a few questions**

# Frequently Asked Questions 

## Here are a few questions people ask me:

⊙ **How is a campaign more then just a course?**
This is so much more then a regular online course:

1. This campaign is highly interactive, and designed to make lasting changes over time. The deeds are ongoing, repeatable, and become more effective as you continually engage in them.
2. This campaign is not just a lesson, this is a part of knowing yourself deeply, and tapping into new skills and becoming a resilient person.
3. We have psychometric tests,

Overcome all obstacles                                                                                         9/13/24, 6:35 PM

and evaluations which can track your growth, and you'll be able to see your progress.

4. It isn't just educational, this is life enhancing. It isn't just made to inform you, it is made to help you reveal who you are.

This is beyond the scope of any online course I know of.

## ⊙ What are the deeds?

The deeds are my version of what therapists call "therapeutic assignments",
or "interventions". However, I call them deeds because as we improve ourselves, we improve the world around us. As we improve the world around us, we are making the world a better place. Thus, by completing these simple and engaging activities

# WHAT IS INCLUDED IN THIS CAMPAIGN?

(You get a lot of stuff)

 **6 COMPLETE CHALK TALKS -** Our concise and detailed

proprietary psychoeducation al courses. Our chalk talks are the backbone of this campaign. See video below to learn more about what chalk talks are. Each chalk talk has several videos.

⊙ **ACCESS TO THE DEEDS -** These are the exercises that help people grow. They are created using clinical concepts from traditional therapy models and other evidence-based methods.

⊙ **WORKBOOK** - Our electronic workb ook is thorough, detailed and complete with assignments that coincide with the deeds and chalk talks.

⊙ **TRACKING TOOLS** - Our tracking features allow you to track progress and get free reports on Mental Gurus.

⊙ **CITATIONS & RESEARCH** - We'll give you access to the complete

Overcome all obstacles                                                                                          9/13/24, 6:35 PM

bibliography
where you can
access the
academic
citations

◉ **RESOURCES** -
We'll give you
links to the best
articles, videos,
blogs and
podcasts on
the topic of
resilience.

◉ **BONUS
MATERIAL** - This
campaign now
comes with some
great surprise
bonus content!

◉ **12 month
access** -
Continue to learn
and complete the
campaign
repeatedly for 12
months!

A lot of people have misconceptions about resilience

# Misconceptions about resilience

A lot of people falsely believe they are flawed

# 5 Misconceptions of resilience

In this video, you'll get a taste of our online psychotherapeutic courses and campaign.  In this video I'll address the 5 big misconceptions about resilience. You'll also learn what resilience is and some ways to grow increasingly resilient.



Bridger Jensen MS., TRS. is the founder of *Mental Gurus* and *Reveal Myself*

Get Started

Overcome all Obstacles

12/3/24, 6:35 PM

**Here's a quick summary of all 6 chalk talks.**

# All 6 chalk talks are packed full of powerful content.

The other chalk talks modules include:

## Chalk Talk #1:  Resilience research, theory and examples.

4 videos, 8 deeds, and the initial resilience measurement scale. Learn your role and in this process (it's not what you think). Learn how to do the deeds effectively, and what the important question is. This chalk talk is available immediately upon purchase.

## Chalk Talk #2:  Focus, Attention, and Resilience

5 videos and 6 deeds. You'll begin this chalk talk with your workbook and new journal! This is where we really get going! It is an exciting time. The deed you are tasked with will help you build focus and the psychoeducation will help you understand the importance of putting your attention on to something great.  This chalk talk is released after 2 two weeks of membership.

## Chalk Talk #3:  Thoughts, Beliefs and Appraisal Theory

Closely related to the philosophical concept of self deception, we can not hope to truly transcend our trauma without core beliefs that support the miracle that is our world.  Chalk talk 3 is available on the 1 month anniversary of your membership.

## Chalk Talk #4:  See the world clearly

This is an exciting part. We closely examine ourselves and the things we very often overlook to construct our worldview. We all blind ourselves to the things that confirm the narrative we already believe. This limits our growth. Lets unlock it! This Chalk Talk appears on your 6th week.

## Chalk Talk #5:  Interpretation & Deeper Application

We've been doing the deeds, and getting the psychoeducation. Let's take this to the next level to further increase our resilience! This Chalk talk is available on your 8 week mark.



### Chalk Talk #6: Motivation & Continuation!

It's a big deal that you've come this far! Your resilience is growing and you can increase your motivation and zeal for life with these materials.  Learn about coping styles and the various ways the worlds most resilient people have learned to apply resilience in their lives. This chalk talk comes at your 10 weeks mark.  Consistency over time!

## What our participants say:



# How this campaign began:

I conceptualized this campaign, and the deeds over the last 19 years of being a therapist, coach and, organizational business consultant. As this campaign grew, I realized that I needed a way to bring it online so that I could reach more people. It's taken a lot of work, but today we're excited to bring you Our Overcoming Obstacles Campaign completely online.

Today my entire practice is online, and I am able to bring you years worth of therapeutic value for just a fraction of the price and without the process of meeting with a therapist.

**Read more about Bridger here**

*"Before this course I had no idea how much my lack of resilience was hurting me. Becoming more resilient changed everything! Thank you!"*

**Bridger Jensen, MS, TRS**

Founder, & CEO

Overcome all obstacles                                                                                                                    9/3/24, 6:35 PM

Want a sneak peek into what members get on the first day?

# What are Chalk Talks?

This is just a small taste.



*\*Before founding Mental Gurus, & Reveal Myself, Bridger Jensen, practiced therapy for 16 years and served in administrative positions as a business consultant for clinical programs. Learn More about Bridger Here.*

**Back to page outline**          **Get Started Now**

Overcome all obstacles

12/3/24, 6:35 PM

**Home    Terms**
**Privacy    Disclaimer**
**About**

Copyright ©2021 Reveal Myself. All

rights reserved