# EXHIBIT L

# License Application Status

LCB202300523

You will only be able to view fees if you are a contact on the license application.
/
Note: You can collapse and expand individual sections by clicking the header of the section you wish to collapse/expand.

## License Application Summary

| | |
|---:|:---|
| Application Number: | LCB202300523 |
| Business Name: | Psyche Healing and Bridging, LLC |
| License Type: | Business |
| Application Status: | Awaiting Approval |
| Description of Business: | Training program for therapists and wellness workers |
| Mailing Address: | 1969 N State St. |
| | Provo UT 84604 |
| | United States |
| | bridgerjensen@gmail.com |

## Locations

Locations: **Property**
49:296:0002 (/CityViewPortal/Property/PropertyReview?searchKey=desc&searchValue=49%3A296%3A0002)

**Structure**
# 8805472

**Address**
1969 N State St, Provo, UT 84604 (/CityViewPortal/Property/PropertyReview?searchKey=desc&searchValue=1969%20N%20State%20St%2C%20Provo%2C%20UT%2084604)

## Issuances

| Type | Date Issued | Date Expires | Status | Number |
|---|---|---|---|---|
| **Business License** | 11/11/2024 | 09/30/2025 | Renewal | 0001202401944 |
| **Business License** | 09/06/2023 | 09/30/2024 | Expired | 0001202301652 |

## Reviews

There are no reviews for this license application.