# EXHIBIT M

Home    Agenda    Presenters    PsychedelicCON

Register

# Three Tracks

## HEAL - TRANSCEND - EXPLORE

Our conference covers the three paths of psychedelics: clinical/healing, recreational/play and spiritual/religious, providing a comprehensive understanding of their benefits and risks. Whether you're interested in therapeutic use, creativity, or spirituality, the conference offers an opportunity to learn and connect with like-minded people.







# psychedelic thought leaders

- **Brooke Lark** of Ayahuasca Diaries will talk about the importance of exploration and plant medicines.
- **Steve Urquhart,** co-founder of the Divine Assembly will share the power of spirituality through psilocybin.
- **Bridger Lee Jensen**, founder of Utah Psychedelic Therapy, and clinical coach with over 4,000 hrs of guided sessions.
- **Mindy Vincent** of Utah Harm Reduction will celebrate the important work being done in therapy and healing through

plant medicines.

## 10:30am - 11:20am
## Breakout Sessions



### Psychedelic-Assisted Therapy: Best Practices for Safe and Effective Patient Care

As psychedelic-assisted therapies become increasingly popular, more patients and clients are turning to therapists and other healthcare providers for guidance and support. This breakout session is designed for licensed professionals looking to enhance their skills and



### Beyond the Trip: Integrating Tantric Practices for a Sustainable Psychedelic Journey

Join us for a thought provoking presentation on how to weave tantric practices into your psychedelic journey and your life as a whole for sustained awakening and inner joy. Our speaker will clear up misconceptions and share insights on how



### Psychedelics 101: A Beginner's Guide to Understanding Psychedelic Drugs

Curious about the world of psychedelics but not sure where to start? This breakout session is designed for those new to the field, providing a comprehensive overview of the major psychedelic drugs, including their history, effects on the human mind and body and current uses

knowledge in working with patients who are taking psychedelics - with or without their supervision. From preparation to integration, you'll learn the best practices for providing safe, ethical, and effective care to those in need. Join us to protect yourself and your patients, and to help lead the way in this rapidly evolving field.

adopting tantric mindfulness can help deepen your connection to divinity and create a more meaningful and fulfilling life. In this session, you'll learn about the intersection of tantra and psychedelics and how they can complement each other for a transformative experience brimming with love and connection to all. Whether you're new to tantra or an experienced practitioner, join us as we explore the power of tantra and psychedelics to unlock a new level of love, awareness and spiritual growth in your life.

in research and therapy. From psilocybin to LSD to ayahuasca, we'll cover the basics of each drug and how to stay safe if you choose to explore them. If you're not interested in using psychedelics yourself, this session will equip you with the knowledge you need to help others, whether as a healthcare provider, researcher or simply an interested observer.

# 11:30am - 12:20pm
# Breakout Sessions





## The Power of Integration: Moving Beyond the Psychedelic Experience

The psychedelic experience can be transformative, but its true power lies in what comes after. In this session, we'll explore the crucial role of integration in making the most of your psychedelic journey. Whether you're using psychedelics for therapeutic or spiritual purposes, integration is key to translating your insights and experiences into lasting change in your life. Led by experts in the field, this session will provide practical tips and strategies for

## Redefining Spirituality: Finding Meaning and Purpose in the Psychedelic Experience

When scientific research participants claim deep spiritual healing through studies that include psychedelics, it raises important questions about the nature of spirituality and the relationship between science and religion. In this session, we'll explore the ways in which psychedelic experiences can challenge and expand our understanding of spirituality and how we can redefine our relationship with the divine. Whether you're a scientist, a spiritual seeker or simply curious

## Beyond the Hype: Navigating Ethics and Consent in Psychedelic Spaces

Join us for a thought-provoking talk on the intersection of sex, drugs and consent in psychedelic spaces. Our pamelists will delve into the ethical considerations that arise in these contexts and offer practical tools for navigating these issues with care, consent, boundaries and compassion. In this session, you'll learn about the importance of creating safe and consensual spaces for exploring altered states of consciousness and the potential risks involved when boundaries are not

| | | |
|---|---|---|
| integrating your psychedelic experiences including journaling, meditation, and therapy. | about the intersection of psychedelics and spirituality, this session will provide a thought-provoking and insightful exploration of the topic. | respected. |

**Register Now**



# Lunch Keynote

## 12:30 -2pm



**Lunch Keynote:** Join a panel of experts to discuss the future of psychedelics. Panelists include Sarah Collett and Amy Rossi.



# Closing Networking Meeting

After the final lunch keynote, stay and network with local businesses, individuals, and presente

rs within Utah's vibrant psychedelic community.

2pm-3pm



**Networking:** Connect with fellow conference attendees during our networking event, which will take place after the closing keynote. It's a great chance to meet others in the space.



Register


Now

# Want to market your business at our event?

If you are a local business or individual that would

like to attend this networking and marketing event please fill out the form below

Become a Sponsoring



Businesses Fill Out This Form

# Even if you can't come April 14th, stay informed and connected

Sign up for our newsletter to receive regular updates on the latest breakthroughs, news and events in the changing landscape of psychedelics - at a local, federal and worldwide level.

Hear about other events from both the Divine Assembly and Utah Psilocybin Therapy



TDA Website    |    Utah Psychedelic Therapy