# EXHIBIT N



Experience          Advocate

Certify

Resources & Announcements  ⌄



# Welcome to Psychedelic Therapy Journey

The Nation's Largest Private Psilocybin Wellness Center, where evidence based methods make a profound transformational process.



**Attend Our Webinar**

**Book a Consultation**

✅ Evidence-Based and Clinically Informed

✅ Comprehensive Practitioner Training

✅ Legal & Sacred Psilocybin Ceremonies

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training                                    9/3/24, 6:29 PM

5 ways to

# Begin Your Voyage Below:



We offer 5 ways to begin your Psychedelic Therapy Journey. Below, you'll find information on how to:

1. Experience our guided ceremonies

2. Become a certified practitioner

3. Help us legalize psilocybin therapy for others

4. Attend our events and webinars

5. Explore our research, readings, and media links

---

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training                                                    9/3/24, 6:29 PM

## 1. Experience Psilocybin Therapy

We offer participation in legal psilocybin therapy through our safe and clinically informed ceremonies. Whether you're seeking mental wellness, spiritual insight, or personal growth, our evidence-based approach will guide you toward profound new possibilities.



**Your Journey includes:**

- Clinically Informed, Evidence-Based Model
- Opportunity to experience the propound
- Expert Practitioners
- Personalized Guidance
- Aesthetic Environment to Journey Within
- Profound Mental and Spiritual Experience
- A Safe, Legal and Supportive Team

**Book a Consultation**

## 2. Become a Certified Psychedelic Practitioner





Are you ready to guide others on their healing journey? At Psychedelic Therapy Journey, we offer world-class training programs through our Psychedelic Therapy Academy. Gain the knowledge, skills, and hands-on experience needed to become an expert in psilocybin therapy and join the largest team of certified practitioners in the nation.

**Your Path to Mastery:**

- Nations only practicum based experience
- Comprehensive Training in Psilocybin Therapy
- Hands-On Practicums and Real-World Experience
- Certification from a Leading Academy
- Opportunities to Join the Nation's Largest Team
- Ongoing Support and Professional Growth

**Train in our Academy**



## 3. Attend our events and webinars

**Join the Movement for Therapeutic Freedom**
Psilocybin therapy is transforming lives, but legal barriers still prevent many from accessing its healing potential. By supporting our efforts to legalize psilocybin therapy, you can be part of a historic movement to expand access to this life-changing treatment.

**Sign Our Petition**

# 4. Attend Our Free Events & Webinars

Our events and webinars provide a unique opportunity to learn more about psilocybin therapy, the science behind it, and its profound spiritual and mental health benefits. Whether you're curious about experiencing a ceremony, becoming a certified practitioner, or supporting the legalization movement, our events are tailored to guide you through every step of the journey.

**Your Path to Mastery:**

- Expert-Led Webinars
- Workshops & Training Sessions
- Q&A with Industry Leaders
- Certification from a Leading Academy
- Stay Informed on Courses, Seminars and More
- Ongoing Supports for and Professional Growth



**Attend Our Webinar**



## 5. Explore our research, readings, and media links

Discover a wealth of knowledge in our curated collection of research articles, insightful readings, and engaging media content. Dive into our blog to explore the latest advancements in psychedelic therapy, inspiring success stories, and expert perspectives. Whether you're a seasoned professional or just beginning your journey, our resources are designed to inform, inspire, and guide you on the path to mental wellness and transformation.

### COMING SOON

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

| 210 | 14,000 | 10 |
|---|---|---|
| ROUNDS SERVED | HOURS PRACTICED | TRAINED PRACTITIONERS |

# Explore your Inner Universe

### Attend Our Webinar

Learn more about our services and ceremonies at our bi-monthly webinars.



*"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."*

**Declan E.**



*"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."*

**Finley N.**



*"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."*

**Harper V.**



# Featured in nearly 200 publications, including:



















Cli



nic al or Spi rit ual ?

**Res earc hers agre e that psil ocy bin is bot h a**

**religous experince and a shows superior clinical efficacy.**

In the realm of psilocybin, a remarkable harmony emerges between

the
clinical
and the
spiritual
.
Experts
and
research
ers
unanim
ously
emphasi
ze that
separati
ng these
dimensi
ons is to
miss the
essence
of its
transfor
mative
potentia
l. From
clinical
insights
to
profoun
d
spiritual
experien
ces, our

approach seamlessly integrates both realms. Witness how the clinical and spiritual unite, guiding individuals toward holistic healing, growth, and enlightenment.

Some of our



"The weight of my past traumas made

par
tici
pa
nts
sto
rie
s:

Use
the
arro
ws
to
pan
thro
ugh
our
clie
nts
insp



Are you one of our participants that would like to share your story?

Click here to share your testimonial

# irational stories.

The testimonials are real, though some names are changed for privacy.

–Kinsley K.| Proud Homemaker

# Psilocybin and the Scientific Meaning of Life

Jo



hn

s

H

op

ki

ns

Re

se

ar

ch

er,

M

ar

y

C

os

im

an

o,

sh

ar

es





# Awaken Your Potential

Embark on a transformative journey that seamlessly fuses the power of Psilocybin Therapy and Spiritual Counseling. Our approach marries evidence-based clinical insights with the profound wisdom of spiritual exploration. Through carefully guided experiences and personalized counseling, we offer a holistic path to healing, self-discovery, and growth. This unique synergy allows us to address challenges on both the clinical and spiritual fronts, paving the way for profound insights, inner harmony, and lasting change.

**Book a Consultation**

# What is Spiritual Counseling ?

**Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.**



At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

Our ceremonies are
rooted in the belief
that
psilocybin serves as
a conduit to
profound spiritual
experiences.



Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey. **Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

# Profound Spiritual Experiences Align with Scientific Advancements in Healing.

Our Approach Embraces the Holistic Benefits of Psilocybin, Fusing Spiritual and Clinical Pathways for Transformation.

*"Psilocyb in is giving us a temporar y peek into a biological process that underlies the very*

*origin of religious and spiritual practices. What's remarkable about psilocybin is its breadth and depth of impact. It's almost unparalleled in psychiatry that a single dose of a medicine produces these kinds of dramatic and enduring results!"*

-Dr. Roland R. Griffith





**Attend Our Webinar**

Griffith
s,

**Professor of
Behavioral
Biology,
Psychiatry,
and
Neuroscienc
e at Johns
Hopkins
University**

# Entheogenic Spiritual Guidance: Nurturing Transformative Connection

At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance, into our ceremonies as a means to facilitate deep spiritual connections and foster profound inner transformation. Our ceremonies are designed to be safe, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits.

## Sincere                    Safe                    Necessary

Our ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences. Embracing ancient wisdom and modern insights, **we honor the rich tapestry of spiritual traditions. Through the careful guidance of our practitioners,** we facilitate an encounter with the divine that aligns with your personal religious beliefs, fostering an experience that resonates with your heart and soul.

Our commitment to safety ensures that your journey unfolds within a space of trust and reverence. Our **fusion of spiritual wisdom and clinical rigor** ensures that your journey with us is not only spiritually enriching but also conducted with the highest standards of safety and care. Your well-being remains at the heart of everything we do, as we guide you toward transformative experiences that embrace the best of both worlds.

The efficacy of our Entheogenic Spiritual Guidance stems from its necessity in driving **transformative change. By intertwining the power of psilocybin with sincere religious practices,** we create a synergy that unlocks hidden truths within your consciousness. Our ceremonies are carefully structured to be catalysts for self-discovery, personal growth, and profound insights that can lead to lasting positive change in your life.

## Frequently Asked Questions

Follow our social accounts
for updates, stories and more:

     

## Experience - Advocate - Certify - Questions - Research - Announcements

Copyright

©2025 PsychedelicTherapyJourney.com