# EXHIBIT O

_____

IN THE FOURTH DISTRICT COURT - ALL DEPARTMENT

IN AND FOR UTAH COUNTY, STATE OF UTAH

_____

### SEARCH WARRANT

No. 2992661

COUNTY OF UTAH, STATE OF UTAH

To any peace officer in the State of Utah:

Proof by Affidavit made upon oath or written affirmation subscribed under criminal penalty of the State of Utah having been made to me by Detective JACKSON JULIAN of Provo Police Department, this day, I am satisfied that there is probable cause to believe

THAT

On the premises known as 1969 N State Street, Provo, UT, further described as A brown brick building located in a business complex on the west side of North State St. The numbers "1969" are displayed on a white pillar, just outside the front entrance which sits at the bottom of an outdoor stair case. The word "Singularism" is printed on the glass front entrance door.;

On the person(s) described as:

Bridger Lee Jensen (DOB 9/6/1981)

In the City of Provo, County of Utah, State of Utah, there is now certain property or evidence described as:

- Psilocybin Mushrooms
- Equipment used to ingest and/or cultivate psilocybin
- Business records which document the administering of psilocybin to clients
- Financial records which indicate transaction history of purchasing cultivation equipment, income produced by administering psilocybin to clients, and where the money garnered from this business is being kept

and that said property or evidence:

    Was unlawfully acquired or is unlawfully possessed;

    has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or

    is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of - Possession of Psilocybin (Schedule I Controlled Substance) with the Intent to distribute, per UCA 58-37-8
- Possession of Drug Paraphernalia, Per UCA 58-37A-5.

YOU ARE THEREFORE COMMANDED:

to make a search in the daytimeof the above-named or described person, vehicle, item, and/or premises for the herein-above described property or evidence and if you find the same or any part thereof, retain such property in your custody subject to the direction of a prosecutor or an order of this Court.

Dated: 4th day of November, 2024 @ 05:05 PM   /s/   
SEAN PETERSEN
District Court Judge