# EXHIBIT P

## RETURN TO SEARCH WARRANT

NO. 2992661

The personal property listed below or set out on the inventory attached hereto was taken from the person of Bridger Lee Jensen (DOB 9/6/1981), by virtue of a search warrant dated the 4th day of November, 2024, and issued by Magistrate SEAN PETERSEN of the FOURTH DISTRICT COURT - ALL DEPARTMENT:

- 459.8 grams psilocybin mushrooms
- Psilocybin paraphernalia (scales, storage cups, electronic grinder)
- 1 vial of unidentified liquid
- 2 fluid ounces of THC liquid syrup
- Paperwork for mushroom wellness center therapy sessions and attorney letter

I, Detective JACKSON JULIAN of Provo Police Department, by whom this warrant was executed, do swear that the above listed or below attached inventory contains a true and detailed account of all the property taken by me under the warrant, on the 11th day of November, 2024.

All of the property taken by virtue of said warrant will be retained in my custody subject to the order of this Court or of any other court in which the offense in respect to which the property, or things taken, is triable.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

Executed on: 11th day of November, 2024 @ 09:50 PM by   /s/ JACKSON JULIAN