# EXHIBIT A

Tanner J. Bean (A17128)
tbean@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

---

**IN THE FOURTH JUDICIAL DISTRICT**

**UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>          Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>          Defendants. | **DECLARATION OF BRIDGER JENSEN**<br><br>     Case No. _____<br><br>     Honorable _____ |

I, Bridger Jensen, declare:

1.     I am over eighteen years old and competent to testify.

2.     I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

3.     I come from a family with a deep and storied religious history. My great-grandfathers were Lutheran pastors who attended a Lutheran school in Denmark in the 1860s. After immigrating to the United States, one of them was appointed the first bishop of Star Valley,

1

Wyoming. His legacy is remembered for fostering honest and equitable relationships with Native Americans in the region, reflecting a commitment to fairness and compassion that has been passed down through generations.

4. Born into a devout Mormon family, I was raised with the encouragement to seek my own spiritual path. My upbringing instilled in me a reverence for faith and truth, and it was this foundation that inspired me to actively explore and question the nature of religion and spirituality. My parents taught me to prioritize the religion of my heart, which gave me the courage to embark on a lifelong journey of spiritual discovery.

5. From a young age, I was known for my thoughtful questions about the universe and the nature of God. At just eight years old, I fervently prayed for the same visions that the prophets of scripture had received. I wanted not proof, but a direct and personal connection with the Divine. My mother often remarked that I asked more profound and challenging questions than any of her other children, reflecting a unique and sincere engagement with my faith.

6. As a child, I often laid awake at night, journaling about the mysteries of the universe and my love for all of creation. In high school, I found my identity in religion, attending seminary classes with fervor. I competed in scripture mastery competitions, winning first or second place for two consecutive years, and spent lunch hours conversing with seminary teachers. These experiences deepened my commitment to spiritual growth and missionary work.

7. I served as a missionary for the Church of Jesus Christ of Latter-day Saints, continuing my scriptural studies and developing a reputation for compassion and understanding. While I had a strong grasp of church doctrine, I gravitated toward leaders who emphasized love, charity, and devotion over discipline and rigidity. This orientation shaped my approach to faith as one rooted in kindness and humility.

8. My father, a professor at BYU, introduced me to the works of great psychologists and philosophers. Figures like Martin Buber, a devout Hasidic and existential philosopher, and Carl Jung, a psychologist who integrated science and spirituality, deeply influenced my perspective. Jung's exploration of divine archetypes and universal truths, criticized for being "too religious for science and too scientific for religion," resonated profoundly with me. I also explored existentialism, Buddhism, Taoism, Confucianism, Christianity, and Hinduism—traditions that, despite their differences, share a universal focus on self-awareness, mental wellness, and connection with the Divine. These teachings further inspired me to bridge spirituality and mental health in my own life and work.

9. In my mid-twenties, I stepped away from my upbringing, driven by a desire for intellectual honesty and self-acceptance. I entered a period of agnosticism, during which I explored physics and atheism while maintaining my belief in meaning and purpose. This phase deepened my understanding of the complexities of faith and reinforced my commitment to authenticity.

10. During this time, I aspired to become a therapist specializing in spiritual counseling. Inspired by thinkers like Allen Bergin, who emphasized the integration of spirituality into therapy, I sought to address the often-neglected spiritual dimensions of mental health.

11. My first experience with psychedelics occurred in my mid-twenties during a hiking trip in Peru. I consumed a sacred drink—likely ayahuasca—shared by Sherpas who spoke the ancient Incan language. That night, on the summit of a mountain, I had a vision that transformed my understanding of existence. I felt a profound sense of unity, love, and divine connection—a transcendent experience that I had prayed for throughout my life. The insights and emotions I encountered were ineffable, leaving me with a sense of gratitude for every sentient being and a renewed faith in the Divine.

12. This awakening left a lasting impression, but I kept this sacred experience private for many years, processing its significance in the quiet of my heart.

13. Nearly a decade passed after my initial entheogenic experience before I once again used psychedelics for spiritual purposes. On my 32nd birthday, I found myself alone on a beach in Hawaii, where I experienced a profound reconnection with the Divine. I felt an overwhelming sense of unity with the Earth, the stars, and all of creation. It was as if God's love enveloped me completely, and I wept for the time I had spent in my twenties dismissing religion as a potential human construct. This encounter awakened in me a renewed faith in God, moral values, and the importance of pursuing a life filled with meaning and purpose. It reignited my childhood desire to make a positive impact on the world and strengthened my commitment to live authentically.

14. Despite my dedication to faith and family, my spiritual sincerity ultimately played a significant role in my marriage ending. My efforts to align with traditional religious expectations were not enough to bridge the gap between my personal beliefs and my then-wife's unwavering devotion to our shared faith. Our spiritual differences became the primary reason for the dissolution of our marriage, a deeply painful experience that continues to weigh heavily on my heart. I believe that my unyielding pursuit of spiritual authenticity, while difficult, was necessary for me to honor my own inalienable rights and the path I felt called to follow. This commitment to truth has been both a source of personal challenge and spiritual growth.

15. For over 16 years, I enjoyed a successful career as a therapist, gaining national recognition for my work with children, adolescents, and families. Clients were referred to me from across the country and internationally. However, in 2019, as my license was due for renewal, I made the difficult decision not to renew it. This choice was not due to any complaints or issues with my practice but was driven by my belief that continuing as a licensed therapist might conflict

with my sincere use of psychedelics as a healing and spiritual tool. I sacrificed a thriving career because I believed it was the ethical and honest decision to make in pursuit of my spiritual calling.

16. During the early stages of exploring entheogenic practices, I encountered unsafe and unethical behaviors within the underground psychedelic community. Some practitioners failed to disclose the substances they used, blurred professional boundaries, or neglected safety protocols. These experiences deeply troubled me and reinforced my commitment to creating a safer, more ethical approach. I dedicated myself to studying the research and refining my practices, ensuring that safety and accountability were at the forefront of every session.

17. I immersed myself in the study of psychedelic therapy, reviewing research from esteemed institutions like Johns Hopkins University and Harvard Medical School. This research validated my belief that these practices, when approached with care and reverence, could unlock profound spiritual truths and healing. I documented my own experiences and insights in art and journals, using creative expression to process my visions and revelations. These practices helped heal my heart and clarified the path I felt called to pursue.

18. Inspired by my own experiences and the concept of the "mystical experience" described in clinical research, I founded the religion of Singularism in the fall of 2023. Singularism is a humble, sincere religion focused on reducing harm and fostering safe, transformative spiritual experiences. It draws upon ancient traditions and marries them with modern, empirically supported methods to ensure both safety and efficacy.

19. Singularism prioritizes safety through stringent screening processes based on clinical standards. Participants are carefully evaluated for physical and psychological readiness, and I ensure that no one engages in a ceremony without confirming that it is safe and appropriate for them. I also encourage participants to consult with their clinicians about potential

5

contraindications. Unlike some underground communities, we respect medical advice and work to integrate spiritual and clinical wisdom. In over a year of practice, there has not been a single incident of harm or unsafe outcome during a Singularism ceremony.

20. Singularism does not claim special access to divine truths or elevate itself above others. Instead, at Singularism, we teach participants to find their own spiritual revelations and solutions. These insights are documented as "living scripture" in the form of aphorisms, which affirm their authenticity and personal growth.

21. Singularism provides a safe and legitimate space for those seeking spiritual healing. Participants often come to us after exhausting traditional methods, such as therapy or medication, and finding them insufficient for addressing their spiritual and mental wellness needs. By offering a structured, ethical, and supportive environment, Singularism reduces harm in the community and provides a pathway to greater self-understanding and connection with the Divine.

22. My beliefs are deeply held and my actions are guided by a genuine desire to help and heal. I have worked diligently to ensure that Singularism's practices are safe and beneficial. Singularism has actively sought to reduce harm, promote healing, and create a safe environment for all interested in our community.

23. My religious community, which I consider a collective endeavor, reflects the sincere contributions of its members. I do not see myself as a prophet or leader in the traditional sense but as a facilitator who helps individuals access their own spiritual insights. Together, we create active scripture—wisdom drawn from safe and meaningful ceremonies that build upon traditions practiced by humans across cultures and history.

24. My practices are informed by extensive research and guided by the dictates of my conscience and faith. I adhere to the highest standards of safety, implementing protocols inspired

by clinical journals and research from renowned institutions such as Johns Hopkins University, Harvard University, and University College London. These guidelines ensure that the substances used are safe and non-threatening and that participants are appropriately screened and supported.

25. I do not claim any special or unique access to God that is unavailable to others. Instead, I hold that all people are capable of connecting with the Divine and receiving equally valid and transformative revelations. My faith teaches that the great spirit of the universe loves all of us equally, embracing both our flaws and our greatness.

26. The practitioners in my faith do not position themselves as spiritual authorities or gurus. Rather, they serve as scribes and guides, helping participants—whom we call Voyagers—access their highest potential and deepest truths. By documenting these personal insights, practitioners help individuals feel their connection to the Divine without imposing any pre-defined doctrine or claiming to be the source of spiritual revelation.

27. The true heroes of our faith are the Voyagers themselves, who courageously embark on guided journeys in safe and supportive settings. It is their insights, experiences, and personal growth that define and enrich our collective practice. My role is simply to facilitate and protect this process with integrity and reverence.

28. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 19th day of November, 2024.

/s/ *[signature: Bridger Jensen]*
Bridger Jensen