# EXHIBIT D

Tanner J. Bean (A17128)
tbean@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT
## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>          Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>          Defendants. | **DECLARATION OF ALLAN JOHNSON**<br><br>Case No. _____<br><br>Honorable _____ |

I, Allan Johnson, declare:

1. I am over eighteen years old and competent to testify.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

1

3. I am a retired First-Class Petty Office Navy Seal. I currently work as a software engineer.

4. I have served two combat tours in Iraq and have faced unique challenges and sought deeper meeting and connection in my life, so I approached Singularism.

5. My wife and I were impressed by the care and attention given during Singularism's preparation and screening process. Before my ceremony, we had a thorough conversation with Bridger and his team. They spoke thoughtfully about the spiritual significance of the experience and emphasized how Singularism complements, rather than contradicts, existing religious or spiritual practices. This immediately resonated with me, as it framed the practice as a way to deepen spiritual connection rather than replace or undermine it.

6. The screening process itself was comprehensive and conducted with great care. I was asked detailed medical questions to ensure I was in a stable condition to proceed. I also underwent a multi-hour preparation interview, during which I shared my background, the challenges I was facing, and my personal spiritual goals for the experience. This allowed the team to tailor the process to ensure it addressed my specific struggles. The preparation was intentional, emphasizing the spiritual nature of the journey and making it clear that the goal was not to prescribe a one-size-fits-all solution, but rather to help me explore my own mind and find personal insights.

7. The ceremony itself was profoundly transformative. One moment stands out in particular: I experienced an overwhelming sense of unity with all things. This wasn't just a fleeting sensation but a deeply religious encounter with the sacredness of existence. I felt as though the boundaries between myself and the universe dissolved, revealing a divine interconnectedness that

was both awe-inspiring and grounding. This realization brought clarity, healing, and a renewed sense of purpose that continues to guide me in my daily life.

8. For me, Singularism is much more than a therapeutic practice—it is a sacred, spiritual journey. Its teachings, such as "All is one," align deeply with my understanding of faith and the interconnectedness of all things. Singularism has enriched my spiritual life and provided me with tools to address challenges with a greater sense of peace and clarity.

9. It is my hope that my story helps convey the sacred and spiritual nature of Singularism and the care and intention behind its practices.

10. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 18th day of November, 2024.

/s/ *Allan Johnson*
Allan Johnson