# EXHIBIT E

Tanner J. Bean (A17128)
tbean@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

**IN THE FOURTH JUDICIAL DISTRICT**

**UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>          Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>          Defendants. | **DECLARATION OF BRANDI LEE**<br><br>Case No. _____<br><br>Honorable _____ |

I, Brandi Lee, declare:

1.     I am over eighteen years old and competent to testify.

2.     I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

3.     I am a Practitioner at Singularism.

4.     Before discovering Singularism, I was a mother of four, happily married for 24 years, and a member of the LDS Church. However, beneath the surface, I struggled with an eating

1

disorder, anxiety, and severe PMDD. In 2020, my world was shattered by the unexpected loss of my father. Grief and fear consumed me, and just eight months later, my beloved brother tragically took his own life. The pain was almost unbearable. Witnessing the devastation and trying to support his young daughters left me feeling lost and broken.

5. As if life hadn't tested me enough, six months after my brother's passing, my husband, my best friend and partner of 24 years, asked for a divorce. The gaslighting and verbal abuse that followed left me questioning my own sanity and self-worth. I spiraled into a dark abyss, battling panic attacks, unable to eat, and spending countless hours hiding in my closet.

6. For a year, I endured unimaginable pain, contemplating ending my own life to escape the torment. In desperation, I turned to my faith, attending the temple weekly and fasting, hoping for a miracle. Thankfully, a dear friend introduced me to Bridger and Singularism. It felt like a lifeline, a final chance to reclaim my life.

7. From my very first meeting with Bridger, I felt a sense of hope. He carefully screened me to ensure my safety and explained the process and the potential for healing. He emphasized the importance of personal religious exploration and the journey toward unlocking our authentic selves.

8. During my first session, Bridger prepared the psilocybin tea with transparency and care. We engaged in an intention ceremony, and as I drank the tea, something remarkable happened. I found myself laughing uncontrollably, a deep and joyful laughter that had been absent for far too long. In that moment, I reconnected with a lost part of myself, the playful and humorous spirit I had suppressed for years. I hadn't realized that I had blocked this part of me after meeting my husband when I was 17 years old. He was really funny and so I stepped aside to let him be the funny one.

9. Each subsequent session brought further insights and profound healing. I encountered my brother and father, radiant and at peace. I walked alongside Jesus, who reminded me that love is the answer to everything. He taught me that true spirituality resides within each of us, transcending any specific religion. I embraced Heavenly Mother and Father, feeling their unconditional love and reassurance. They acknowledged my pain and reminded me of my purpose, assuring me that they were with me every step of the way.

10. The experiences I had during those sessions were transformative. After completing my four sessions, I emerged a new person. My anxiety had dissipated, my grief had eased, and my eating disorder was finally manageable. Singularism saved my life and, in doing so, helped me rediscover my true self – a person filled with love, empathy, and a deep appreciation for the beauty and resilience of the human spirit.

11. My belief in the healing power of Singularism is so strong that I felt called to help others find the same solace and transformation. In September 2023, I began working as a facilitator with Singularism. Witnessing the healing journeys of others has been an incredible privilege and a testament to the profound impact of this practice.

12. It is a religion of healing, self-discovery, and love. It has the power to transform lives, one voyager at a time. Bridger's professionalism and the controlled, safe environment of the wellness center, where the sacrament is never sold or removed, instilled in me a sense of security and trust. This allowed me to fully surrender to the experience and embrace the healing journey that awaited me.

13. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 18th day of November, 2024.

/s/ *Brandi Lee*
Brandi Lee