# EXHIBIT G

Tanner J. Bean (A17128)
tbean@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>        Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>        Defendants. | **DECLARATION OF JENNIFER DENBLEYKER**<br>Case No. _____<br><br>Honorable _____ |

I, Jennifer DenBleyker, declare:

1.     I am over eighteen years old and competent to testify.

2.     I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

3.     I am a medical doctor that has practiced for 20 years.

4.     I found Singularism last year while struggling with a growing disconnection from God and the breakdown of some key relationships. Despite following all the religious advice I had

been given, I couldn't find a successful way forward. When I met with Bridger, we explored my spiritual history in depth as well as the role psilocybin might play in reconnecting me with the God to which I had dedicated my life. With my medical background, I was impressed by the thorough screening process. I felt reassured that my safety and well-being were priorities, which gave me confidence to proceed.

5. During the guided sessions, the psilocybin helped facilitate a renewed spiritual connection which I had been seeking for decades. I was able to experience God not by traveling through space to where I imagined that He resided, but by having him show up in the very air molecules that surrounded me and indwelt me with every breath, always near and available to me. Another insight I had was how awkward my body felt, and I heard the words "it's not supposed to fit." This was freeing to my perfectionist prone ego which realized in a more experiential way that my body is just a temporary housing for my spiritual self. The psilocybin also helped me understand some of the issues that were blocking my most important relationships. It provided me metaphors showing me that I needed to not let fear keep me from going "all in" on my relationships.

6. This experience has been transformative, strengthening my spiritual life, improving my emotional health, and offering a blueprint for better relationships. The journey was so impactful that I decided to pursue facilitator training through Singularism, hoping to help others achieve similar healing and spiritual connection. The training was professional and thorough, with a focus on safety, well-being, and helping others connect with the divine.

7. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 18th day of November, 2024.

/s/ *[signature]*
Jennifer DenBleyker