# EXHIBIT H

Tanner J. Bean (A17128)
tbean@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT
## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>        Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>        Defendants. | **DECLARATION OF JAKE WOOD**<br><br>Case No. _____<br><br>Honorable _____ |

I, Jake Wood, declare:

1. I am over eighteen years old and competent to testify.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

3. I am a 41-year-old Resilience and Transformation Coach. I am also a spiritual facilitator for Singularism.

1

4. I became involved with Singularism because I was drawn to its potential to bring about deep emotional and spiritual transformation for others, something I had not seen with traditional therapeutic approaches. As a facilitator, I have had the privilege of working closely with participants as they navigated their own healing journeys through psilocybin therapy.

5. During my time as a facilitator, I have witnessed firsthand the profound effects Singularism has on individuals. Many participants come to us after struggling with conventional therapies, unable to make progress in their emotional or spiritual well-being. Through the carefully guided ceremonies and the principles of Singularism, I have seen participants experience breakthroughs that were both transformative and deeply spiritual.

6. The work I do with Singularism is more than just facilitation. It is part of something sacred. The care, intention, and spiritual depth involved in every ceremony ensures that participants feel prepared, safe, and fully supported throughout their journey. We conduct thorough screenings and follow strict safety protocols to ensure that each participant is in the right state physically, emotionally, and spiritually for the experience. The emphasis on preparation and integration is key to making the process as safe and effective as possible. It is this dedication to safety that allows participants to truly let go and engage fully with their healing journey.

7. Singularism is much more than a therapeutic approach; it is a deeply spiritual practice that helps individuals reconnect with themselves and something greater. I believe it is a necessary pathway for those seeking profound emotional and spiritual progress, offering a kind of transformation that many people simply cannot find through traditional means.

8. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 18th day of November, 2024.

/s/ *Jacob Wood*
Jake Wood