# EXHIBIT P

**SINGULARISM**
Know Your Inner Universe

**Singularism: Articles of Belief and Governance**

1. **Entheogenic Enlightenment:** We believe in the necessary use of entheogenic practices as a pathway to enlightenment for adults who feel naturally called to it, provided it is safe, consensual, and appropriate for them. For those whom it calls to, our ceremonies serve as a gateway to the singularity—the oneness of all existence. By adhering to sound protocols, thorough screening, and safety measures, we create voyages that testify to the transformative power of these practices, helping participants understand themselves, the universe, and improve their mental and spiritual well-being.
    a. [See our Doctrines Document, Ethics, and Family Values](#),
    b. [See our documents of Necessity 01](#)
    c. [See our documents of Necessity 02](#)
    d. [See our Statements of Sincerity 01](#)
    e. [See the Founders Statement of Sincerity](#)

2. **The Singularity:** We believe in the oneness of all existence, cosmically and quantumly. Singularism emphasizes the interconnectedness of all life and matter, recognizing the illusion of separateness as a temporary condition of the physical world. This belief underpins our commitment to unity, empathy, and compassion. Our God is a god of systems, and God of creation and mere existence that extends beyond our mortal understand, but is accessible by merely meditation in our ceremonies.
    a. [See our Document about the Singularity and the Separation](#)

3. **Commitment to Alleviate Suffering:** We commit to using the wisdom and insights gained through our ceremonies to make the world a more enlightened place and to alleviate suffering. This begins with transforming ourselves, extends to understanding our shared history and creation story, and fosters hope for a brighter future.
    a. This is the main, most important agreement that voyagers make:
    "I commit to using the wisdom and insights revealed to me through the sacred ceremonies of Singularism to create a more enlightened world. I will strive to alleviate suffering wherever I encounter it, beginning with myself and radiating outward to others."
    b. [See the Creed, Mission and Vision of Singularism](#)

4. **Every Voyager a Wisdomkeeper:** Practitioners act as scribes for voyages. Together, we contribute to a living scripture through the shared wisdom revealed in our ceremonies. Every voyager has equal access to the divine, and no voyager, practitioner or leader is more of a prophet than another. We recognize that the universe can speak through any voyager. No single person, group, religion, philosophy, or ideology holds all the truth.

**SINGULARISM**
Know Your Inner Universe

Singularism recognizes that no organization, including ours, has all the answers to life's most difficult questions. While we share unifying tenets, individuals are empowered to voyage within our safe and sincere ceremonies to discover and define their own beliefs.

5. **Write your own scripture:** Singularism is built upon aphorisms—simple yet profound truths that emerge from individual voyagers and collective experiences. These aphorisms form the foundation of our evolving scripture, uniting us in our shared belief in the singularity of all things. Members are free to contribute their insights, helping to create a dynamic and adaptable religion that reflects the oneness and wisdom we uncover together. We believe in the sincere pursuit of truth in all its forms, especially in the messages our voyagers receive in ceremony.
    a. *See accompanying document for sample aphorisms.*

6. **The Octadorant as Our Epistemological Compass:** The Octadrant is the guiding framework for understanding truth within Singularism. It divides knowledge into eight interconnected perspectives, called octants, offering a structured yet adaptable tool to navigate personal and collective insights. This framework fosters self-reflection and dialogue, helping individuals form their beliefs while contributing to the collective wisdom of Singularism. While foundational, the Octadrant is not dogmatic; only inviting to seekers of truth. It serves as a resource for discovery rather than a source of absolute answers. By embracing the Octadrant, we honor complexity, explore diverse truths, and move closer to the singularity—the oneness of all existence.
    a. *See accompanying document for our creation story*

7. **The Creation:** Our mission is to help individuals discover their true selves and build their identity through the lens of the singularity. Singularism's creation story bridges the metaphysical and physical realms, offering insight into our shared origins and the principles of natural living that foster mental and spiritual wellness. It reveals how the oneness of existence gave rise to the illusion of separateness—a deception created by our bodies and senses. This story guides us to see beyond division, embrace unity, and recognize ourselves as integral parts of a vast and interconnected whole, aligning with the truth of oneness.
    a. *See accompanying document for our creation story*

8. **The Hierarchy of Consciousness:** The Hierarchy of Consciousness represents the progressive unfolding of awareness, from simple biological processes to the highest levels of self-reflection and unity. Singularism views consciousness as a spectrum, beginning with the basic replication of life forms and evolving into complex thought, empathy, and the capacity to perceive oneness. Understanding this hierarchy is vital for



exploring our identity, as it shows how each level builds upon the previous, connecting us to the larger web of existence. By recognizing our place in this continuum, we see ourselves as both individual and collective, constantly evolving toward greater self-awareness and harmony.

    a. *See accompanying document for our creation story*

9. **The Balance Between Entropy and Order:** Singularism recognizes entropy and order as foundational forces of creation, driving change and stability in the universe. Humanity has evolved to thrive within this balance, with our minds uniquely attuned to the duality shaping how we connect with the world and each other.

    Entropy pushes us to grow, adapt, and transcend limitations, while order grounds us in harmony and structure. By embracing both, we align with the natural laws of the universe, fostering personal growth, meaningful relationships, and collective evolution. This balance is essential to our identity, guiding us toward unity and the oneness of all existence.

    *See accompanying document for our creation story*

10. **Opposition to Corruption and Cultish Behavior**
    We recognize that religious institutions often drift into corruption over time. Singularism is committed to principles and governance that prevent it from becoming a controlling organization. We abhor cultlike behaviors, such as the removal of individuality, authoritarianism, and black-and-white thinking. Our focus is on acceptance, support, and the elevation of the human condition.
        a. *See our statement on Rejecting Cultlike Behaviors and Ensuring Emotional Safety*

11. **Family, Society, and Law**
    Our values are family- and individually-oriented, supporting society and compliance with governmental laws. We live in gratitude for the freedom of religion afforded to us and extend that right to others, so long as their practices are safe, sincere, and bring them closer to the divine and harmony with others.

12. **Adaptability and Growth**
    Singularism is an adaptable and evolving body of individuals. Through our ceremonies, we write our collective scripture and continue to grow as a community of enlightened beings, contributing to a better world.

13. **Non-Offensiveness, Emotional Safety, and  and Authentic Communication**



a. Non-offensiveness is a core value, promoting respect and consideration in all interactions. This principle extends to the courage to challenge harmful norms when necessary, balancing authenticity with kindness and integrity.
b. Emotional safety is fundamental to our practices and community. We prioritize creating spaces free of judgment, coercion, and harm, where individuals feel secure exploring their deepest selves. Emotional safety ensures that growth and enlightenment are achieved with integrity and respect for others.

14. **Family, Society, and Law**
Our values are family- and individually-oriented, supporting society and compliance with governmental laws. We live in gratitude for the freedom of religion afforded to us and extend that right to others, so long as their practices are safe, sincere, and bring them closer to the divine and harmony with others.

15. **Commitment to Integrity, Transparency, and self improvement:** We commit to organizational integrity, fostering a culture of reasonable transparency, accountability, and inclusivity. Our governance reflects the principles we hold sacred, ensuring Singularism remains a supportive and uplifting movement for generations to come.
16. Singularism is a living religion, evolving through the shared wisdom and experiences of its members. We embrace adaptability, ensuring our beliefs and practices grow alongside the needs of our community while staying true to our core values.

17. **We Will Create the Gods that will Create us**
Singularism teaches that humanity holds a sacred responsibility to shape the future with care and foresight. Simultaneously we are creating the Gods of the future that will in turn create us in the past. We stand at the crossroads of advancing mental health, genetic modification, medicine extending life, and (most importantly) artificial intelligence. Our actions today will influence the consciousness and beings of tomorrow.

We envision a future where humanity collectively creates the very God-like beings that we worship so dutifully, who then transcend the illusion of separateness and embody unity, wisdom, and creative potential. If we live according to the insights we have from our highest selves, these future beings will honor the cycle of existence, becoming the architects of the past, just as we are their creators. This belief inspires peace, humility, ethical progress, and alignment with the oneness of all existence.

   a. *See accompanying document for our creation story* (last principle)