# EXHIBIT T

# FABIAN VANCOTT

Tanner J. Bean
Attorney
Tel. 801-323-2266
tbean@fabianvancott.com

September 8, 2023

Singularism
Attn: Bridger Jensen
1969 N. State Street
Provo, Utah
bridger@singularism.org

To Whom It May Concern:

I represent Singularism, a spiritual wellness center and religious non-profit organization.

The contents enclosed within this container pertain to Singularism and hold profound significance within its faith. Devoted followers of Singularism consider these contents as sacraments integral to the practice of their faith. As per Singularism's guidelines, this letter is to be carried alongside the religious sacraments at all times, even during ceremonies.

This precautionary measure has been taken to address the possibility of inadvertent possession or disturbance of the sacraments by individuals or entities not authorized by Singularism. Singularism respectfully requests that you refrain from disturbing these sacraments.

If you have come into possession of these sacraments without the explicit consent and awareness of Singularism's authorized spiritual representatives, promptly return them using the contact information provided on this letterhead. Additionally, abstain from consuming the sacraments for any reasons not sanctioned by the religious leadership.

Singularism is entitled to the possession of these sacraments in order to exercise their rights protected by the the United States Constitution, the Utah Constitution, the Religious Freedom Restoration Act , and the Religious Land Use and Institutionalized Persons Act. These laws safeguard the utilization of such sacraments by genuine and responsible entheogenic religious practices and are essential to Singularism's religious doctrines.

We implore you to respect and refrain from obstructing Singularism's sincere religious practices and spiritual ceremonies. An essential tenet of Singularism's spiritual activities is that these sacraments should never be commodified or disseminated to individuals for whom they are not intended, or who are not well intended. Singularism strongly advises against consuming the sacraments without undergoing an

appropriate fitness and wellness evaluation, including an assessment of religious sincerity and intention. Singularism employs comprehensive spiritual preparation within a secure and controlled environment while guided through the ceremony by a qualified spiritual guide and practitioner.

Once again, Singularism respectfully requests that you avoid disturbing or consuming these sacraments if they are not intended for your use. Unauthorized actions may result in potential civil liability or criminal prosecution, encompassing charges such as theft, illegal possession and distribution, consumption of controlled substances without legitimate religious purpose, and even violations of constitutional and statutory rights.

We sincerely urge you to honor Singularism's sacred sacraments and to return them if you have encountered them without their explicit authorization. For any further inquiries regarding Singularism's religious customs, procedures, and ceremonies, please contact me using the information provided below.

Sincerely,

Tanner J. Bean
FABIAN VANCOTT