# EXHIBIT V

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>　　　　　Defendants. | **SUPPLEMENTAL DECLARATION OF BRIDGER JENSEN**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

　　　　I, Bridger Jensen, declare:

　　　　1.　　I am over eighteen years old and competent to testify.

　　　　2.　　I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

1

3. As stated in my original declaration, I am the founder of Singularism. I am also the Supervising Practitioner at Singularism. As the founder and Lead Guide, I have firsthand knowledge regarding Singularism's practices, teachings, and organization.

4. Singularism is a religion derived from profound experiences, revelations, and practices that align with the spiritual, metaphysical, and existential needs of its members. Singularism addresses the deepest questions about life through its creation story and spiritual framework.

5. Singularism teaches that creation of existence and our place in the universe through five stages:

> **Singularity:** A state of cosmic oneness before time and space.
> **Duality:** The emergence of opposites, symbolized by the Vesica Piscis, a universal archetype.
> **The Golden Threads of Creation:** The spiritual and physical forces connecting all beings.
> **Multiplicity:** The illusion of separateness after the Big Bang, yet quantum entanglement remains.
> **Spectrum of Consciousness:** The rise of life and the progression toward higher awareness, including humanity's potential to contribute to divine creation.

6. Among the core spiritual frameworks of Singularism are the principles described in the Octadrants. The Octadrants serve as both a religious tool for understanding the nature of existence and a map for navigating human epistemology within the religion. It captures the full range of human experience, from absolute knowledge to profound mysteries, intentional deception, and the unknowable. Each octant represents a unique intersection of these spectrums, offering a lens to examine how ideas, beliefs, and truths manifest and interact.

7. The Octadrants framework bridges empirical knowledge and transcendent understanding. Its divisions categorize human perception, spiritual truths, and unseen forces,

demonstrating how material and spiritual realities coexist. It is the source of the eight epistemological Octants, namely: Knowledge / Illumination, Faith, Sacred Trust, Deep Mysteries / Eternal Enigmas, Lies / Shadowplay, Deceptions/Ignorance / Blinding Mirage, Myths / Woven Legends, and The Unimaginables / The Abyss.

8. The Octadrants were revealed to me during sacred ceremonies involving the sacrament of psilocybin. In what is often described as a "download or singularity with source information, I experienced a vision of the Octogoddess**,** an ethereal entity who has been speaking to me for years in meditative and sacramental states. I have seen her and drawn her in my sleep. She entrusted me with the Octadrants as a gift for humanity to categorize and navigate the realms of knowledge, from the empirical to the metaphysical.

9. The Octogoddess specifically commanded me to avoid claiming exclusive revelatory powers, emphasizing that everyone can access their own visions and entities. Singularism thus empowers individuals to "*write their own scripture*," fostering spiritual autonomy while providing a structured framework for understanding existence.

10. While the Octodrants are a core spiritual framework of Singularism, I do not share the Octadrants or my visions with all voyagers before their voyages. This is intentional, as it allows participants to form their own connections with entities and receive their own revelations. I train Singularism's spiritual guides or facilitators) that telling voyagers about their personal experiences before a voyage may stunt voyagers from having their own experiences. The entire religion rests on people having their own sacred experiences after passing the screening described below. Sometimes we call the screening requirements a "Calling Confirmation." Singularism teaches that

3

each individual's spiritual purpose is discovered through ceremonies that facilitate insight and transformation.

11. Singularism teaches and its members practice accessing the divine and transcendent through the ritual of the sacrament. Psilocybin is the central sacrament to Singularism's ceremonies, never as a recreational drug but as a sacred medium that allows voyagers to dissolve their egos, see through self-deceptions, and connect with the divine. This mystical experience transcends material reality, unlocking states of awareness that provide insights into universal truths. These ceremonies bridge the sacred and the practical, helping members address personal challenges such as career balance, family dynamics, and spiritual crises. The ceremonies are integral to fostering this growth.

12. Singularism acknowledges the potential for voyagers to encounter spiritual entities in their journeys, including their higher selves. These interactions are not dictated by dogma but are deeply personal, enabling participants to discover their own metaphysical truths.

13. Singularism teaches its members to abide by three core tenants for guiding their lives. These tenants are as follows:

> **Alleviating Suffering:** Singularism's mission is to alleviate suffering, starting with oneself and extending outward. Members are called to use the insights gained from ceremonies to make the world a better place.
> **Non-Offensiveness:** The principle of non-offensiveness guides all interactions, fostering respect, safety, and understanding. Members are encouraged to engage in thoughtful dialogue and stand firm in their values while respecting others.
> **Agency and Responsibility:** Through the practice of "Write Your Own Scripture," members are given the tools to define their moral compass within Singularism's framework. This unique approach combines individual agency with collective ethical principles.

14. The foregoing represents the structured, but evolving doctrine of Singularism. While members can add to their own personal scripture, the core principles of Singularism remain consistent. This ensures stability while allowing for personal and collective growth.

15. In order for a person to participate in a ceremony with Singularism, a person must undergo a rigorous six-criteria screening process, which we sometimes refer to as the "Calling Confirmation.". The six criteria for participation are as follows:

> **Safety:** Screening for psychological risks such as mental health issues, or suicidal ideation, mental wellness, and physical symptoms. Ensuring no medical conditions or drug interactions that could pose a risk during the ceremony.
>
> **Sincerity:** Sincerity is a cornerstone of Singularism's process, ensuring that participants feel a deep, authentic spiritual calling to engage in the ceremony. This calling transcends curiosity or external pressure; it must come from an intrinsic, heartfelt desire to connect with the divine, seek spiritual growth, and address profound personal or existential questions.
>
> **Calling and Necessity:** The voyager may only proceed into Ceremony if they truly feel called to this ceremony and must state verbally and in writing that it is a necessary part of their spiritual journey, and sincerely feel confirmation.
>
> **Efficacy:** Determining whether the ceremony will provide meaningful spiritual benefits that the voyager desires. If Singularism's ceremonies are not likely to benefit the voyager, the guide will not proceed.
>
> **Commitment:** The commitment in Singularism's screening process requires voyagers to pledge themselves to act on the religious insights they receive during the ceremony. Whether it involves apologizing to an estranged friend, rekindling a meaningful relationship, or addressing a personal task, participants affirm their dedication to integrating these revelations into their lives with sincerity and purpose.
>
> **Ethics:** The sixth criterion, ethics, reflects Singularism's deep commitment to the well-being of its voyagers by ensuring that participation does not create undue harm or hardship, nor is it unethical for the voyager in any way.

16. The screening process is not only rooted in our deeply held religious beliefs but also serves as a vital ordinance within our ceremonies, in addition to being necessary for safety purposes.

17. Singularism's screening process is not an anomaly. Other religious organizations use similar ways to assess and guide participants through sacred journeys, such as the screening practices of Christianity (for example, worthiness interviews conducted by leaders such as bishops in The Church of Jesus Christ of Latter-day Saints determine whether individuals are spiritually prepared to enter a temple).

18. Singularism's six screening criteria are parallel to these practices, serving as both a preparatory and participatory element of the ceremony. By walking through this process, voyagers are spiritually prepared to engage with the sacrament, ensuring that the ceremony is conducted with reverence, alignment, and ethical clarity.

19. On the day of a ceremony, voyagers are instructed to dress comfortably and modestly. Additionally, we fast and meditate before each ceremony that we have with voyagers.

20. Individuals have been screened out from participating in Singularism's ceremonies due to their failure to pass the screening criteria. There are numerous examples of people being screened out.

21. For example, during one of Singularism's early ceremonies, a woman came to me and otherwise passed every aspect of the rigorous screening process. She was medically and mentally safe to proceed, and sincere in her desire to improve her marriage. However, during our consultation interview, it became clear that she was not there out of spiritual necessity or calling. She confided that her husband had encouraged her to attend the ceremony, and while she was open

6

to the idea, she did not feel an intrinsic spiritual calling to participate, and she felt some amount of pressure to do it. Her willingness to proceed was based on a sense of obligation to her husband and their relationship, rather than a heartfelt belief that the ceremony was a necessary step for her own spiritual growth. In that moment, I knew it would be unethical—and contrary to Singularism's principles—to administer the sacrament to her. I explained to her that Singularism's ceremonies are sacred and transformative but require the individual to feel a personal and genuine calling to participate. Without that calling, the ceremony would not have its intended spiritual effect and could even be counterproductive. So, I declined to proceed. She expressed her great appreciation for the information. I called her husband and explained that though she was willing to participate for him, she was not individually called to the ceremony.

22. This experience became one of many cornerstone examples of how I train Singularism guides on screening requirement #3, "The calling/Necessity." I use this case to illustrate the importance of individuals feeling the calling and that they must feel it is spiritually necessary for them to participate. They may not be pressured into it, nor coerced. It must be a calling they feel from within. I emphasize to every practitioner that psilocybin is not a substance to be casually administered or used to meet external expectations. I have screened many people out for every one of my six criteria in the last year.

23. In my religious training sessions, I teach that administering the sacrament to someone who does not feel the calling violates the law and Singularism's sacred principles. Necessity must always be affirmed by the individual themselves, free from external pressures. This protects not only the voyager but also the integrity of the ceremony and our religious practice.

7

24. Singularism's ceremonies are practiced at its spiritual center, which also functions as a gathering place for the religious community. Singularism clergy are ordained through a rigorous training process that is focused on safety, sincerity, and spiritual efficacy, issuing clergy cards to those who have demonstrated mastery of the Bridging Model and a commitment to the religion's sacred principles. We wear white, button-up shirts with gold buttons. The white symbolizes purity and a blank slate for learning. The gold buttons are a reminder of the golden threads of creation. This dress code signifies our commitment to spiritual service.

25. Singularism is a non-exclusive faith practice. This means that a voyager can continue to believe and practice in another belief system while also participating in Singularisms spiritual practices. Singularism's non-exclusivity is one of its greatest strengths. This reflects Singularism's core values about spirituality: openness, respect, and the recognition that people connect with the divine in unique ways. Rigid dogma closes people off from spirituality and spiritual connection. Likewise, exclusivity isolates people and creates division. In extreme cases, it fosters cult-like behaviors, where individuals are forced to abandon their relationships, beliefs, and autonomy. Requiring exclusivity to Singularism would go against everything Singularism stands for and would undermine the purpose of Singularism, which is to bring healing, insight, and connection to as many people as possible. Instead of demanding that people abandon their beliefs to participate in Singularism's sacred ceremonies, we invite people to explore their spiritual journey alongside others, integrate what they find meaningful into their own lives, and expand their religious experiences. Singularism is a place where anyone can feel welcome. Singularism's spirituality is about connection, not division. Spirituality is too important to be locked behind walls of exclusivity.

26. Singularism does observe sacred holidays and ceremonies. Our faith observes four key holidays: the Darkness Ceremony (Winter Solstice), the Light Color Ceremony (Spring Equinox), the Lightness Ceremony (Summer Solstice), and the Dark Color Ceremony (Fall Equinox). Each holiday holds symbolic meaning and reflects different aspects of life, light, and spiritual balance. Each season is associated with unique concepts for reflection, allowing members to align their intentions with natural cycles.

27. Additionally, Singularism has its own suggested calendar. Singularism believes in using the Human Era calendar,

28. Singularism is not, and has never been, about business or making money for me. My decision to found Singularism was driven by a belief in its mission to help others find meaning, healing, and a connection to the divine.

29. I left a much more profitable career to dedicate myself to this calling, knowing full well that it would be less lucrative. I hope that in disclosing the following, I will accurately convey dedication to this religion and my mission. I currently received $3,400 per month through Singularism, much less than what I previously earned. Before founding Singularism, the last corporate offer letter I received in 2017 was for a package of $116,000 per year. My job offer before that was approximately $105,000 per year. I was a highly sought after and recommended therapist in a lucrative private care industry before founding Singularism. But today I make much, much less. I have not always taken pay from Singularism myself every month. I live paycheck to paycheck and when I have any funds to spare, I use it to make my humble church even nicer and more symbolic for our religion so that I can provide an even better experience for the voyagers.

I believe in the cause deeply, but to assert that Singularism is primarily a money-making endeavor is not true. From a purely financial standpoint, it has not been a profitable endeavor.

30. Furthermore, I prioritize paying my small team of clergy and employees before Singularism pays me, I also pay my bills before I am paid. It is my personal belief that people often have an unhealthy addiction to money, and I actively avoid fostering such tendencies in myself or in Singularism.

31. Defendants' actions alleged in the Complaint in this case have had a demonstrated effect upon Singularism's religious community and its financial resources. I have already seen Singularism's religious community dimmish and shrink through fear. I transparently let individuals know that Singularism is seeking to protect its religious free exercise in court, but this has led to some individuals stepping away from Singularism. As a result, Singularism is performing less ceremonies for voyagers, engaging in less religiously infused therapeutic tasks, and, as a result, Singularism has sustained measurable financial losses. These losses are so significant that some of I and one other member of the clergy have forgone receiving pay for the past two months. I am open and forthcoming with all of my Voyagers. I never try to deceive them, and so I have been open with them about disclosing the problems I have been having with the local municipality and they have been afraid to sign up, despite my perfect record of safety. In all of Singularism's history, we have never had one incident, nor accident. Not one trip to the hospital, nor even one person stating they were harmed by our ceremony. Quite the opposite - our voyagers are overwhelmingly ecstatic about the ceremonies and recommend it to others in eagerness. But since the search of Singularism's spiritual center, we have been severely harmed and now our future is uncertain without court intervention.

32. Singularism's fees approximate market standards that other professional clergy charge for services, as do Singularism's clergy compensation. A significant portion of monies received go toward making Singularism's small place of worship nicer and more comfortable to further improve the quality of the voyagers' experience.

33. Singularism frequently allows discounts and accommodations to make its ceremonies accessible. Much of the proceeds from one voyager may end up subsidizing ceremonies for other voyagers who need help doing so. .

34. Singularism represents the culmination of decades of spiritual exploration and reflection, and it exists as an authentic expression of my commitment to making the world a better place, beginning with myself and extending outward to the community. My work is rooted in sincerity, compassion, and the unwavering belief that this mission is necessary for the spiritual and emotional growth of those who choose to participate.

35. Any claim that Singularism was created solely to avoid legal repercussions is categorically false. My journey into spirituality began over 20 years ago, and the formation of Singularism represents a well-documented evolution of my beliefs and practices, not a reactive measure.

36. For years, I have been deeply involved in studying entheogenic practices and their potential for addressing existential and spiritual challenges. Singularism was founded as a structured religious framework to bring these insights to others in a safe, ethical, and meaningful way. The principles of Singularism, including its creation story, Octodant's framework, and focus on alleviating suffering, were developed over years of reflection, study, and experience.

37. This evolution is evident in the structured doctrines, policies, and procedures that govern Singularism today. The religion emphasizes preparation, informed consent, and integration, ensuring that each participant's experience is transformative and grounded in spiritual sincerity, safety and our other requirements. These elements reflect careful thought and dedication to creating a legitimate religious framework, not a hasty or opportunistic effort.

38. I formed Singularism and set forth its doctrines prior to consulting with legal counsel, including my attorneys which represent me in this action. However, after forming Singularism, I have engaged legal counsel in order to advise Singularism of the risks associated with others' misunderstandings of Singularism's religious practices and the religious freedom protections to which Singularism is entitled. I do not represent to others that I founded Singularism through or in partnership with an attorney. However, I have represented that Singularism has consulted legal counsel regarding constitutional and statutory protections for religious free exercise following Singularism's founding.

39. In addition to Singularism, I am an associate member of the Oklevueha Native American Church and hold a valid membership card issued by ONAC. My member number is AM-00538, and the card explicitly states my rights and qualifications as follows:

> *"The person secured with this card is a member of the Oklevueha Native American Church (ONAC) and as such is qualified to carry, possess, and/or use Native American sacraments including peyote, cannabis, San Pedro, and other recognized healing ceremonial plants. For a complete list of covered sacraments and the requirements for their use, visit NativeAmericanChurches.org. Controlled substances not mentioned there are not covered for legal or personal use during ceremony. Laws pertaining to the protection of all ONAC members' civil liberties are outlined in the First Amendment and the Bill of Rights to the United States Constitution and are more specifically described in the Religious Land Use and Institutionalized Persons Act of 2000."*

40. I became a member of ONAC through active participation in their ceremonies, dating all the way back to 2017, which are conducted in strict adherence to the church's religious principles, which are not in contradiction to Singularism's. My membership reflects my commitment to these spiritual practices, and my possession of cannabis is solely for ceremonial and religious purposes.

41. I am a Native American descendant, proudly a descendant of Pochontas and I am happy to provide a pedigree chart. My participation, including through the use of cannabis as a sacred sacrament, reflects my personal commitment to honoring and preserving the spiritual practices of my ancestors, and I sincerely utilize these sacraments and medicines to converse with them in ceremony, prayer and meditation.

42. The cannabis which police found on the premises of Singularism's spiritual wellness center is for personal religious use by me. I kept it securely locked in a safe in my office desk, separate from our other sacraments. I used this cannabis as a sacred sacrament exclusively for my own personal religious ceremonies in accordance with the teachings and guidelines of ONAC. Cannabis of any form has never been used in any religious ceremony performed at Singularism. I conveyed all of this information to law enforcement during their search of Singularism's spiritual center.

43. Like many clergy in different religious organizations, before I was full-time clergy with Singularism, I had a professional career, which can be seen, in part by viewing my LinkedIn profile, as well as several other sites. Several of those professional endeavors were related to mental health therapy. Since founding Singularism, I no longer engage in those professional endeavors, although there remains content online regarding them.

13

44. For example, I have a personal website, briderleejensen.com. This is not a website that I actively use, but I have left it intact because it may serve as a way for interested individuals to find Singularism. It contains outdated information, including my bio, and references to my prior efforts with the organizations Mental Gurus, Reveal Myself, and a psychedelics conference. This sort of outdated information is present in different online locations, including my LinkedIn profile (for example, my bio there), and webpages for that mention or explain Metal Gurus and Reveal Myself.

45. During the course of Singularism's existence, I have also engaged in different ways of bringing people to Singularism as part of Singularism's missionary efforts. Some of those efforts include putting out information online in different formats, and, at times, I have used different names to describe different of Singularism's religious programs or efforts. For example, while Singularism's nonprofit organization carries its name, Singularism's for-profit organization is called Psyche Healing and Bridging. Other names have included Utah Mushroom Therapy. Singularism's missionary efforts reflect modern methods like social media outreach and we aim to train people in its religious ways often manifest under the heading of Psychedelic Therapy Academy or Psychedelic Therapy Journey. However, whatever path by which individuals come to Singularism, Singularism treats them according to the same religious principles and by the same religious doctrines. For example, individuals interested in receiving Singularism's religious training are screened for religious sincerity just like voyagers.

46. Singularism's nonprofit organization is governed by me as the founder. I work alongside two counselors and a board of directors, ensuring both spiritual guidance and organizational oversight. The for-profit side has a regular board of Directors.

47. I made a GRAMA request to the Provo City Police Department asking for all records related to any complaints made regarding Singularism. I received a response which has been submitted as an exhibit to the Court.

48. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 11th day of December, 2024.

*/s/ Bridger Jensen*
Bridger Jensen

*(signed with permission granted to Tanner J. Bean on December 11, 2024)*