Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **NOTICE OF ERRATA REGARDING EXHIBITS FILED WITH REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Plaintiffs, through their counsel, and in support of their Reply in Support of the Motion for Temporary Restraining Order and Preliminary Injunction ("Reply"), ECF 19, intended to attach to the Reply (1) all exhibits which were attached to Plaintiffs' opening brief (ECF 9), Exhibits A-Q (ECF 9-1 – 9-17); (2) Exhibit R which was inadvertently not filed together with Plaintiffs' opening brief; and (3) additional Exhibits S-V. Inadvertently, Plaintiffs erroneously filed exhibits to the

Reply, resulting in some exhibits to the Reply being filed multiple times, while others not at all.. To fix this error, and clarify the issue, counsel hereby requests the Court accept this errata filing. This errata filing includes only Exhibits R-V which were not previously attached to Plaintiffs' opening brief.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2024, I caused a true and correct copy of the foregoing **NOTICE OF ERRATA REGARDING EXHIBIT S FILED WITH REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be filed via ECF with the Clerk of the Court which sent notification of such filing to all counsel of record entitled to receive such notice.

*/s/ Tanner J. Bean*