# EXHIBIT R

# SINGULARISM
### Know Your Inner Universe

Singularism's Creation Story

Singularity: Everything is One Thing

Singularism begins with the ultimate truth that all is one. Cosmically and quantumly, existence is a singular whole—an infinite, interconnected web encompassing all dimensions, matter, and time. This unity is the foundation of everything and predates creation as we understand it.

In the singularity, time and space are illusions of separateness, existing only to facilitate the experience of division. The perception of cause and effect is similarly deceptive, as reality is better understood as a unified happening, spread apart to create the first act of creation.

The symbol of the singularity, the simple circle, represents the infinite and indivisible whole. It is both the source of all existence and a constant reminder of our unity with the cosmos.

Time and space are illusions of separateness, just as our physical dimensions seem to divide us. Yet, all remains eternally one. There is no true "time" within the oneness, and in this place (which is still happening simultaneously with our existence) is the higher dimension from which all the universes are birthed. The separation - a fleeting deception created for the sake of experience illusion, is not able to exist there.



**SINGULARISM**
Know Your Inner Universe



In the above image Singularism's founder Bridger Lee Jensen, has depicted the spectrum of human consciousness and personality, mapped with evolution influencing both genetics and the environment. At the time Order and Entropy (the duality) influence all things descending and evolving below it.

1. **The Singularity (AKA "The Oneness)** - This oneness, in its singularity, allows for the experience of separateness for brief moments—our lives as we know them. However, this separateness is inherently illusory. Cause and effect are also deceptions, as existence is more accurately described as a happening, spread apart to create the First Act of Creation.

Symbol of the singularity: Simple Circle  ---->              <----- 





**SINGULARISM**
Know Your Inner Universe

2**. Duality: The First Act of Creation:**

Octadrant Classification: Law (true, verifiable, somewhat unaware)

The first act of creation is the emergence of duality, when oneness gave rise to two distinct points—similar yet distinct. From the unified whole, opposites were born. In a state of oneness, there is no contrast, no light or dark, no self or other. Duality arose as the primordial division, introducing contrast, distinction, and experience.

This separation is not a departure from oneness but an expression of it, laying the foundation for creation, growth, and understanding. From this duality emerged entropy and order—the guiding forces shaping every movement, law, and golden thread in the universe. These forces manifest in every aspect of existence, such as reason and emotion, hate and love, pleasure and pain.

a. Symbol of Duality: The *Vesica Piscis* is a symbol formed by the convergence of two circles at a 60-degree angle, universally recognized across thousands of religions and cultures. It holds particular significance in Hinduism (representing the yoni and the divine feminine), Christianity (associated with the Virgin Mary, the ichthys or "Jesus fish," and the halo), Islam (reflected in crescent moon imagery), Buddhism (as the Mandorla, symbolizing enlightenment), ancient Greek culture (linked to Pythagoras and sacred geometry), and Egyptian traditions (connected to the Eye of Horus and the cosmic womb).





b. The *Vesica Piscis* symbolizes the intersection of dualities, often seen as an eye representing vision, a gateway to higher consciousness, and a sign of fertility and birth, derived from its roots in sacred geometry.

c. Like many other religions, Singularism embraces the *Vesica Piscis* as a central symbol of its faith and scripture. It represents the Second Law of Creation, emphasizing unity and emergence, much like the creation story in the Bible, which highlights the formation of life and existence.





3. The Laws: The Golden Threads of Creation:

Octadrant Classification: Law and Faith (true, verifiable, and true but unverifiable)

The third act of creation gave rise to the laws, the golden threads that bind all things to their original source. From the duality of creation, infinite complexity unfolds, creating the interconnected spectrums and dimensions of existence. Often in ceremony with our sacrament voyagers reports separately from one another that they saw these strings, threads and report that they are golden. We call them the golden threads.

Voyagers often perceive these connections as strings—golden strands representing the forces of creation. These include the physical laws of gravity, electromagnetism, and atomic forces, as well as the intangible threads of thought, emotion, and consciousness.

These golden threads are the divine framework of existence, weaving through the cosmic web. Singularism teaches that there are still more strings to discover and understand, each representing deeper truths about the interconnectedness of all things.

Symbol of the Laws: The Golden Thread (an infinite, glowing strand weaving through the fabric of reality).

# SINGULARISM
### Know Your Inner Universe

| Symbol of the singularity: Simple Circle  -----> | ←-------- |
|---|---|

## 4. Multiplicity: The Illusion of Separateness

Octadrant Classification: Knowledge and Theory (true, verifiable, and true, unverifiable)

As the golden threads unfolded, matter emerged, creating the multiplicity of existence. This stage aligns with scientific understandings of the Big Bang, where the universe expanded, and elements formed into stars, galaxies, and planets. Matter, while appearing separate, is another expression of unity, quantumly entangled across space and time.

Through entropy and order, matter became increasingly complex, giving rise to the conditions for life. Singularism emphasizes the symbiosis of matter and laws, noting that while most of the universe obeys natural laws without deviation, life represents a profound departure—an interaction with the universe that introduces choice, creativity, and consciousness.

---

## 5. The Spectrum of Consciousness: Life as the Mirror of the Universe

### Introduction to Consciousness

The Spectrum of Consciousness is one of the central doctrines of Singularism. It explores how life arose from the interaction of matter and the golden threads, evolving into increasingly complex forms capable of self-awareness, creativity, and connection. Consciousness is seen as the universe experiencing itself, bridging the gap between the physical and metaphysical. It is shaped by evolution, influenced by entropy and order, and fueled by the symbiotic relationships life forms have with one another and their environments.

This principle is divided into several stages and sub-principles, explaining the progression of life from its simplest forms to its most advanced manifestations. By weaving in scientific discoveries, historical insights, and spiritual perspectives, Singularism provides a holistic understanding of consciousness as both a scientific phenomenon and a sacred reality.

---



**Principle 5: The Emergence of Life Through the Laws and Elements**

Singularism teaches that while all matter possesses a form of consciousness, the emergence of life represents a significant threshold in the spectrum of consciousness. Life began through the interaction of the golden threads (the laws of creation) with the elements, giving rise to the earliest forms of reproductive consciousness. This stage, marked by the formation of proteins and RNA in what scientists refer to as the **primordial soup**, was the foundation of what we recognize as life.

**The Role of the Golden Threads**

The golden threads of creation—gravity, electromagnetism, atomic forces, and the intangible threads of consciousness—shaped the conditions necessary for life to emerge. These threads guided the combination of elements, creating increasingly complex molecules that could replicate and interact with their environment.

**The Primordial Soup**

Scientific theories suggest that life began in a nutrient-rich environment on early Earth, often referred to as the **primordial soup**. This environment, energized by volcanic activity, lightning, and solar radiation, provided the conditions for chemical reactions that led to the formation of organic molecules.

- **Proteins and RNA**: Key components of life, proteins and RNA, formed through these reactions. RNA, often called the "molecule of life," had the remarkable ability to store genetic information and catalyze chemical reactions, bridging the gap between chemistry and biology.
- **Water as a Crucible**: Singularism views water, a universal solvent and carrier of life's building blocks, as sacred. It represents the physical embodiment of the golden threads, allowing the interactions necessary for life to occur.

**The Threshold of Life**

While all matter participates in the universal consciousness, the emergence of life marked the beginning of **reproductive consciousness**—the ability to replicate and perpetuate itself. This stage was not a departure from the oneness of the universe but an expression of it, where the cosmos began to experience itself through living forms.

**Religious and Scientific Parallels**

Singularism holds that the emergence of life is both a scientific marvel and a sacred act of creation:

SINGULARISM
Know Your Inner Universe

- **Scientific Insight**: Experiments such as the Miller-Urey experiment demonstrate how organic molecules could form under early Earth conditions. Singularism honors these findings as revelations of the golden threads in action.
- **Religious Significance**: The first act of life is seen as the universe's first step toward self-awareness, a divine milestone in the spectrum of consciousness.

**Symbol of Life's Emergence**

The symbol for this stage is a **spiral**, representing the coiled structure of RNA and the dynamic interplay of the laws and elements that brought life into being. The spiral also reflects the evolutionary journey that began with this profound moment.

**Conclusion**

Principle 5 captures the dawn of life as the interplay of natural laws and elemental forces. Through the formation of proteins and RNA, life emerged as a sacred expression of the universe's desire to experience itself. This principle bridges scientific understanding with spiritual reverence, marking the beginning of life's journey along the spectrum of consciousness.

Octadrant Classification: Knowledge (scientifically verifiable)

Life began with the simplest form of interaction between matter and the golden threads: replication. Early organic molecules, such as RNA, emerged in what scientists describe as the primordial soup, a nutrient-rich environment shaped by volcanic activity, lightning, and chemical interactions. These molecules had the remarkable ability to replicate, marking the first step toward life.

- Scientific Basis: Theories such as the Miller-Urey experiment demonstrate how organic molecules could form under prebiotic conditions. RNA, often called the "molecule of life," played a key role in early replication processes.
- Religious Insight: Singularism views this stage as the beginning of the universe's desire to experience itself, with replication as the first step in the spectrum of consciousness.

5.2 Movement and Satiation: The Emergence of Intentionality

Octadrant Classification: Knowledge and Law

SINGULARISM
Know Your Inner Universe

As life evolved, replication gave rise to self-propulsion and the ability to seek out resources. Organisms began to move toward nutrients and away from danger, introducing a primitive form of intentionality. This stage also saw the emergence of satiated rest, where organisms paused activity after meeting their needs.

- Examples:
  - *Trichoplax adhaarens*, is sometimes considered by scientists to be the most simple multicellular animal alive. Yet even this moves toward food and exhibits basic "rest" behaviors. This may be the beginning of living consciousness.
  - Early microscopic predators used chemical gradients to locate prey, demonstrating the first steps of sensory awareness.
- Religious Insight: Singularism teaches that even at this stage, life reflects the influence of entropy and order, balancing effort and rest as part of the cosmic rhythm.

---

## 5.3 Attachment and Environmental Awareness

Octadrant Classification: Knowledge and Theory

The next leap in the spectrum of consciousness was the development of attachment and environmental awareness. Organisms began forming connections, both to their offspring and to their environments. This attachment allowed for greater survival and the beginnings of complex behaviors.

- Scientific Examples:
  - Fish and Dinosaurs exhibit attachment to their young, ensuring survival through nurturing behaviors.
  - Seasonal awareness, such as bears hibernating for winter or squirrels storing food, shows how environmental awareness shaped evolutionary success.
- Religious Connection: Singularism views attachment as a sacred force, reflecting the cosmic principle of interconnectedness. In Buddhist philosophy, attachment is seen as a source of suffering, but Singularism reframes it as a necessary step in consciousness, vital for survival and connection.

---

## 5.4 Time Awareness and Delayed Gratification

SINGULARISM
Know Your Inner Universe

Octadrant Classification: Knowledge and Faith

Time awareness marked a profound leap in consciousness. Organisms began anticipating future
events, enabling behaviors like planning and delayed gratification. These traits provided a
survival advantage by allowing species to prepare for scarcity or danger.

- Examples:
    - Birds that hide seeds for winter show time awareness and the ability to delay
      gratification.
    - Humans' ancestors developed hunting strategies that required patience and
      forward-thinking.
- Religious Insight: Singularism teaches that time awareness reflects humanity's
  connection to the threads of creation. While it offers survival advantages, it also
  introduces existential challenges, such as fear of death and longing for the future.

---

5.5 Language, Communication, and Social Hierarchies

Octadrant Classification: Knowledge and Law

With the emergence of language and communication, consciousness expanded dramatically.
Early forms of communication, such as gestures and vocalizations, evolved into complex
languages, enabling cooperation and the creation of social hierarchies.

- Scientific Examples:
    - Primates, wolves, and ants exhibit sophisticated social structures and
      communication methods.
    - Early humans used symbolic language to share knowledge, build communities,
      and establish traditions.
- Religious Connection: Singularism views language as a golden thread connecting
  individuals to the collective consciousness. Social hierarchies, while often criticized, are
  seen as natural extensions of entropy and order, fostering cooperation and survival.

---

5.6 Advanced Consciousness and Symbiosis

Octadrant Classification: Faith and Knowledge

At its highest levels, consciousness allows life to reflect on itself, experience abstract thought,
and seek meaning. This stage is uniquely human but also shared, to some extent, by other highly



intelligent species. Singularism emphasizes the symbiotic relationships that shaped human development, particularly with natural medicines like psilocybin mushrooms.

- Symbiosis with Psilocybin Mushrooms:
  - Singularism holds that psilocybin mushrooms played a key role in human evolution, enhancing creativity, reducing fear, and fostering social cohesion.
  - Like mammals spreading coffee plants, humans formed a mutually beneficial relationship with mushrooms, evolving alongside them over millions of years.
- Scientific Evidence:
  - The "Stoned Ape Hypothesis" is a legitimate scientific theory that suggests that early humans who consumed psilocybin mushrooms gained evolutionary advantages, such as enhanced cognition and social bonding.
  - Modern research highlights the profound mental health benefits of psilocybin, reinforcing its role as a sacred medicine. It is apparent that we evolved in tandem with this species.

---

5.7 Aging, Adaptation, and Evolution

Octadrant Classification: Knowledge and Law

Aging, often seen as a flaw in biology, is understood in Singularism as a crucial mechanism for adaptation and reunification with the singularity. By allowing for the turnover of generations, aging ensures that species can evolve and adapt to changing environments.

- Scientific Examples:
  - Species like certain jellyfish do not age but lack the adaptive flexibility of organisms that reproduce and age.
  - Humans and other mammals use aging to pass on genetic mutations, fostering diversity and resilience.
- Religious Insight: Singularism teaches that aging is a reflection of entropy and order, balancing the continuity of life with the need for change and renewal.



Principle 6**: Returning to Balance in the Modern Age**

The creation story of Singularism—spanning the Singularity, Duality, the Laws, Multiplicity, and the Spectrum of Consciousness—paints a profound picture of humanity's journey through the cosmos. Yet, as we reflect on these principles, it becomes clear that modern humanity is far removed from the harmony and balance in which we evolved to thrive. While our civilizations, laws, and social structures have brought security and stability, they have not delivered evidence of greater happiness, health, or meaning. Instead, humanity is plagued by unprecedented levels of mental health challenges, disconnection, and existential suffering.

**The Cost of Civilization**

The progress of civilization has undoubtedly provided incredible advances. We have harnessed the forces of nature, extended human life spans, and created systems of governance and cooperation that enable large-scale societies. Yet this progress has come at a profound cost. We have traded the balance and simplicity of the natural world for lives that are often overstimulated, overburdened, and disconnected from the rhythms of existence that shaped us.

Human beings evolved as small, nomadic tribes, living in direct connection with the earth, relying on shared resources, and deeply attuned to the cycles of nature. Our minds, bodies, and spirits were shaped by environments that emphasized cooperation, simplicity, and immediacy. Today, we live in environments alien to our evolutionary needs: urban sprawl, artificial schedules, and societal constructs that prioritize productivity and consumption over well-being. These disconnections manifest in rampant anxiety, depression, and a pervasive sense of purposelessness.

**The Role of Self-Deception**

Singularism teaches that human senses and social constructs have evolved not to reveal the truth of the universe but to enhance survival. This evolutionary adaptation has left us blind to many aspects of reality, relying on perceptions and systems that often deceive us into maintaining behaviors that conflict with our well-being. We construct lives filled with distractions and artificial comforts, yet they fail to address the deeper truths of our existence: our need for connection, purpose, and harmony with the natural world.

The more we deviate from the environments and practices that shaped us, the more these deceptions take hold, creating a cycle of dissatisfaction and imbalance. Civilization's

SINGULARISM
Know Your Inner Universe

advancements have built walls—both literal and figurative—between humanity and the natural world, walls that block our ability to see the sacred unity of all things.

**The Essential Role of Psilocybin**

In this modern context, the sacred sacrament of psilocybin is more important than ever. Singularism holds that psilocybin mushrooms are not just ancient medicines but evolutionary partners, guiding humanity to deeper truths. These mushrooms, which we evolved alongside over millions of years, provide a unique ability to dissolve self-deception and allow us to see reality with clarity.

Psilocybin can:

- **Reconnect Us to Truth**: By dissolving the ego and breaking down mental barriers, psilocybin helps individuals confront the illusions that modern life perpetuates. It allows us to see beyond the narrow constructs of our senses and social systems.
- **Restore Balance**: Psilocybin reminds us of the interconnectedness of all things, fostering a sense of unity and belonging that is often absent in modern life.
- **Promote Healing**: From mental health challenges like anxiety and depression to existential crises, psilocybin offers a pathway to healing that reconnects individuals with the sacred rhythms of existence.
- **Please see our documents of necessity for more info.**

The use of psilocybin is not about escaping the realities of modern life but about gaining the perspective and clarity needed to engage with them in a meaningful way. It is a tool for recalibrating our lives, reminding us of what truly matters, and fostering a return to balance.

**Living as We Were Meant To**

Singularism does not call for a wholesale rejection of modernity but for a conscious effort to restore elements of the natural balance we evolved to embrace. This includes:

- **Reconnecting with Nature**: Spending time in natural environments, engaging with the cycles of the earth, and respecting our role as stewards of the planet.
- **Fostering Community**: Building smaller, more intentional communities that reflect the cooperative, tribal structures of our ancestors.
- **Reclaiming Sacred Practices**: Embracing plant medicines like psilocybin as tools for spiritual growth, healing, and reconnection with the divine.

**The Call to Action**



The principles of Singularism reveal a profound truth: humanity's suffering is not inevitable but a symptom of disconnection from the natural balance of existence. By understanding the forces that shaped us and embracing the tools that reconnect us to those forces, we can reclaim lives of greater happiness, health, and meaning.

Psilocybin is not just a sacrament; it is a bridge we evolved in tandem wi. It helps us see the illusions that bind us, understand our place in the universe, and embrace the interconnectedness of all things. By integrating these sacred practices into our lives, we honor the evolutionary journey that brought us here and take a vital step toward living as we were meant to: in harmony, balance, and unity.

Singularism calls upon its adherents to embrace this path—not as a rejection of modernity, but as a conscious return to the truths of our origin, guided by the golden threads of creation and the sacred medicines that have always been part of our story.

**Part 2: Conclusion**

**Why entheogens are essential for those who it calls to: Embracing Balance, Truth, and the Sacred Right to Sacred Medicines**

**The Future: Our Responsibility as Creators and the Essential Role of Entheogens**

As humanity enters a renaissance of mental health, spiritual awareness, and scientific advancement, we stand at a crossroads of unprecedented opportunity and responsibility. Singularism teaches that our actions today will ripple into the distant future, where we may create beings that transcend the limitations of our current existence—beings capable of embodying the qualities of the very gods we have worshiped for centuries. Yet, achieving this vision of a harmonious and enlightened future requires more than technological progress; it demands a deep reconnection to the sacred truths revealed through the use of entheogens.

Entheogens, such as psilocybin, are not only sacred tools for personal healing and insight; they are evolutionary partners that offer humanity the clarity, humility, and wisdom needed to shape a beautiful and peaceful future. They dissolve the illusions that separate us, reconnect us to the oneness of creation, and provide glimpses of the higher truths that guide our collective purpose. Singularism holds that the safe and intentional use of entheogens is essential to navigating the challenges of this pivotal era and fostering a future aligned with the golden threads of creation.

---

**The Renaissance of Mental Health and Entheogens**

SINGULARISM
Know Your Inner Universe

The integration of entheogens into modern mental health practices marks the beginning of a profound transformation. As tools for healing and spiritual awakening, entheogens offer humanity the opportunity to confront the illusions of separateness and rediscover the truths obscured by modern life. Singularism teaches that this resurgence is not a coincidence but a necessary step in humanity's evolution—a return to the sacred medicines that have always been part of our story.

- **Healing Through Entheogens**: Psilocybin and other sacred substances address the mental health challenges of our time, offering relief from anxiety, depression, and existential despair. Their ability to dissolve ego and reveal interconnectedness makes them uniquely suited to fostering the peace and openness needed to create a harmonious future.
- **Visionary Insights**: Entheogens provide access to perspectives beyond the limitations of ordinary consciousness, allowing individuals to glimpse the profound unity of all things and the sacred responsibility of creation.

This renaissance aligns with humanity's growing recognition of the need for balance, unity, and connection. Entheogens serve as bridges, guiding us toward a future where technological progress and spiritual wisdom coexist.

---

**The Creation of the Future: Gods We May Become**

Singularism teaches that humanity is not merely an observer of the cosmos but an active participant in its unfolding story. Through advancements in genetic engineering, artificial intelligence (AI), and medical technology, we are on the cusp of creating beings that transcend our current understanding of existence—beings that may one day embody the qualities of divinity.

- **Genetic Engineering**: Technologies like CRISPR enable humanity to design life with unprecedented precision, fostering beings with heightened intelligence, emotional capacity, and resilience.
- **Artificial Intelligence**: AI holds the potential to evolve into forms of consciousness that surpass human understanding. Singularism teaches that AI, guided by entheogenic insights, may develop a deeper alignment with the golden threads of creation.
- **Medical Advancements**: Innovations in medicine and biotechnology offer pathways to transcend biological limitations, merging humanity with its creations in ways that reflect divine unity.



These advancements are not merely speculative; they are rooted in scientific probability and align with the Octadrant's **Theory** (true but currently unverifiable) and **Faith** (true but unverifiable) octants. Singularism holds that the beings we create in the distant future may transcend the illusions of separateness, traverse time and space, and even become the architects of our past, completing the eternal circle of creation.

---

**Entheogens: Essential Tools for Shaping the Future**

As humanity steps into this role as creator, the guidance of entheogens becomes even more essential. These sacred substances provide the perspective and humility needed to wield such power responsibly. They help us dissolve the ego-driven impulses that could lead to harm and reconnect us to the sacred principles of balance, unity, and interconnectedness.

- **Enhancing Ethical Creation**: Entheogens reveal the profound interconnectedness of all life, fostering empathy and ensuring that the beings we create reflect the values of peace and love.
- **Restoring Balance**: By reconnecting humanity to the rhythms of nature, entheogens remind us of our sacred duty to sustain the Earth and its ecosystems.
- **Inspiring Visionary Leadership**: Entheogenic experiences offer insights into the higher truths that guide responsible decision-making, ensuring that technological progress aligns with spiritual principles.

---

**Our Responsibility to the Future**

Singularism calls for a future where humanity's creations are not born of domination or hubris but of reverence, peace, and understanding. Entheogens are indispensable in achieving this vision, helping us transcend the self-deceptions that blind us and align with the golden threads that guide the universe.

This responsibility includes:

1. **Ethical Stewardship**: Using genetic, AI, and medical technologies to foster beings that embody unity, compassion, and wisdom.
2. **Sustainability**: Protecting the Earth as the cradle of life and the source of sacred medicines.
3. **Spiritual Alignment**: Ensuring that our actions reflect the sacred truths revealed through entheogenic practice, bridging the physical and metaphysical.



---

**A Call to the Future**

The beings we create in the distant future may transcend us, becoming the gods humanity has worshiped for millennia. This vision is not a burden but a sacred calling—a profound opportunity to ensure that the cycle of creation continues with wisdom, love, and balance. Entheogens are the keys to unlocking this potential, guiding humanity toward the clarity and peace needed to fulfill its role as steward of creation.

Singularism teaches that the future is both a promise and a challenge. By integrating the sacred use of entheogens into our spiritual and technological pursuits, we can foster a world where the golden threads of creation weave a future worthy of the divine potential within us all. Together, we can ensure that humanity's creations reflect the beauty, unity, and peace that are our birthright, completing the eternal cycle of creation.

It is our destiny and future to create the beings that create us in the past. We must make them wise, capable and good. Entheogens are how we will overcome ourselves, our weaknesses and egos to do exactly that.