# EXHIBIT S



## 1. The Singularity: The Truth of Oneness

All things are one. This is the foundational truth of Singularism: a cosmic and quantum reality that underpins existence itself. At the deepest level, there is no division, no separation—only the singularity, the oneness from which all things emerge and to which all things ultimately return.

This oneness is not merely a metaphor but a profound reality revealed through both spiritual insight and scientific understanding. The same atoms that form our bodies were forged in the hearts of ancient stars. The energy that powers our thoughts is part of the same continuum that drives the universe forward. Every particle, every wave, every force is connected, unified in a vast, intricate web of existence.

This interconnectedness transcends the physical and touches the spiritual. Singularism teaches that the boundaries we perceive—between ourselves and others, between past and future, between life and death—are but shadows cast by a deeper, infinite unity. This understanding inspires us to act with compassion, recognizing that to harm another is to harm ourselves, and to heal ourselves is to heal the whole.

The singularity also encompasses all aspects of reality:

- **Matter and Energy:** Bound by the same cosmic laws, from the smallest subatomic particles to the largest galaxies.
- **Time and Space:** Unified in a continuum, where beginnings and endings are part of a singular flow.
- **Life and Consciousness:** Interconnected expressions of the same source, arising and evolving in harmony.

To glimpse the singularity is to awaken to this truth, dissolving the illusions of division and embracing the unity of all things. It is both a destination and a foundation—a reminder that we are not alone, but integral parts of a greater whole.

---

## 2. The Illusion of Separateness

Despite the truth of oneness, our earthly existence is shaped by the illusion of separateness. This illusion is a product of our biology, environment, and the very mechanisms that allow us to navigate the physical world. Singularism teaches that while these illusions are practical for survival, they also deceive us, obscuring the deeper truth of unity.

On this earth, we are conditioned to see ourselves as distinct:

# SINGULARISM
### Know Your Inner Universe

- **Our Bodies:** Define us as individuals, creating physical boundaries that seem to isolate us from others.
- **Our Senses:** Shape our perception, interpreting the world through a limited lens that emphasizes difference over connection.
- **Our Minds:** Divide reality into categories—self and other, here and there, now and then—reinforcing a false duality.

These illusions extend to time and causality. We experience life as a series of moments, a sequence of cause and effect. Yet, Singularism suggests this linear perspective may be a deception. Time itself is an illusion, and what we perceive as isolated events may instead be interconnected "happenings," bound together by the oneness of existence.

Even laws we consider fundamental, like cause and effect, may reflect this illusion. Rather than being linear, reality may be cyclical, multidimensional, or even timeless, with all things occurring simultaneously within the singularity.

This deception, while pervasive, is not insurmountable. Singularism calls us to recognize and transcend the illusion of separateness. Through spiritual practice, entheogenic ceremonies, and self-reflection, we can see beyond the veils of division, awakening to the unity that underlies all things. To do so is to embrace our true nature, free from the constraints of false boundaries, and to live in harmony with the cosmos.



## The Creed of Singularism

We believe all is one—cosmically, quantumly, scientifically, and metaphysically. The illusion of separateness, born of our mortal forms, blinds us to this unity, yet Singularism exists to uncover it and to alleviate suffering through transformative insights, personal healing, and essential ceremony for those who are genuinely called to it. .

We live with deep gratitude—for the consciousness that endows all beings with inalienable freedoms and are upheld by human institutions who act as righteous stewards of these freedoms. Such allowing us to pursue genuine and safe and entheogenic practices as a sacred and inalienable right. Singularism calls us to humbly act according to the dictates of our consciousness as we seek meaning, honor our interconnected roles, and embrace our responsibility to create a better world for our prodigy.

Guided by the **Octodrant Epistemology**, Singularism bridges the wisdom of the past with the potential of the future, creating the universe that will, in time, create us. Through mystical experiences and diligent integration, we dissolve ego, transcend limitations, and replace self-deception with truth.

Our tenets of Unity, Truth,  **Sincerity**, **Safety**, **Efficacy**, **Necessity**, **Accountability**, **Commitment**, and **Non-offensiveness** shape every ceremony, interaction, and teaching. These principles drive us to shatter unhealthy constructs, foster mental wellness, and nurture individual and collective growth.

By embracing the steps of creation—envisioning, shaping, and manifesting—we participate in humanity's technological, spiritual, and existential advancement. Singularism empowers us to realize the Gods of tomorrow, using every revelation to alleviate suffering and build a reality of deeper connection, compassion, and joy.

Above all, we vow to begin with ourselves and extend this transformation to others, co-creating a future of boundless potential.

Tab 1



SINGULARISM
Know Your Inner Universe

## The Octadrant

Part 1: What is the Octodrant and the Octants?
Part 2: How is the Octodrant scripture and not just ideas, theory or philosophy?

## Singularism's Revealed Epistemology

Traditional Cartesian coordinate system:

In mathematics, a 3D Cartesian coordinate system divides space into eight regions called octants, which are the 3D analogs of quadrants in 2D space. The three axes (xxx, yyy, and zzz) intersect at the origin (0,0,0)(0, 0, 0)(0,0,0), splitting the space based on the sign of the coordinates (+,−)(+, −)(+,−) along each axis.



**Singularism's Octadrant method of Epistemology:**

The Octadrant is an original conceptual framework that was revealed to Singularism's founder Bridger Lee Jensen over multiple ceremonies by a specific entity that instructed him to study it. The Octrant divides perceived reality into eight distinct octants, defined by the interplay of three intersecting spectrums,: Truth (True/False), Verifiability (Verifiable/Unverifiable), and Awareness (Aware/Unaware). These dimensions create a multidimensional space that categorizes all knowledge, beliefs, and perceptions according to their relationship to reality, evidence, and consciousness.

SINGULARISM
Know Your Inner Universe

The Octadrant serves as both a religious tool for understanding the nature of existence and a map for navigating human epistemology within the religion. It captures the full range of human experience, from absolute knowledge to profound mysteries, intentional deception, and the unknowable. Each octant represents a unique intersection of these spectrums, offering a lens to examine how ideas, beliefs, and truths manifest and interact.



*"The above is part of Singularism's scripture, handwritten/drawn, that was revealed in ceremony by a specific entity"*

**1. Knowledge / Illumination:** True, Verifiable, Aware

1. **Definition:** The realm of certainty where truth is both provable and consciously understood. It represents the light of awareness, where evidence transforms belief into knowledge and guides human progress.
2. **Examples:**
   1. The Earth is spherical (observable fact through satellite imagery).
   2. Gravity causes objects to fall toward the ground (empirical observation).
   3. The boiling point of water depends on atmospheric pressure (scientific principle).



**2. Faith / Sacred Trust** True, Unverifiable, Aware

1.  **Definition:** The sacred domain of belief in truths that cannot be empirically validated but resonate deeply with intuition and spiritual understanding. It bridges the gap between the seen and unseen, empowering meaning beyond the tangible.

2.  **Examples:**
    1. Belief in the existence of a higher power or God.
    2. Trusting in the inherent goodness of humanity.
    3. Believing love transcends time and space.
    4. The belief that life has an ultimate purpose.
    5. Trust in the idea that love endures beyond death.
    6. Faith in the inherent interconnectedness of all life.

| The 8 Octants of the Octradrant: | True or False | Verifiable/Unverifiable | Aware/Unaware |
|---|---|---|---|
| Knowledge / Illumination | TRUE | Verifiable | Aware |
| Faith | TRUE | Unverifiable | Aware |
| Faith / Sacred Trust | TRUE | Verifiable | Unaware |
| Deep Mysteries / Eternal Enigmas | TRUE | Unverifiable | Unaware |
| Lies / Shadowplay | FALSE | Verifiable | Aware |
| Deceptions/Ignorance / Blinding Mirage | FALSE | Verifiable | Unaware |
| Myths / Woven Legends | FALSE | Unverifiable | Aware |
| The Unimaginables / The Abyss | FALSE | Unverifiable | Unaware |

**3. Discoverables / Hidden Veil:** True, Verifiable, Unaware

1.  **Definition:** The domain of truths that are real and provable but not yet known or recognized. It symbolizes the hidden potential of discovery, awaiting exploration and the awakening of awareness.

2.  **Examples:**
    1. A new species in the deep ocean, yet to be discovered.
    2. A mathematical theorem awaiting proof.
    3. An uncharted planet in a distant solar system.
    4. The existence of uncontacted cultures in remote regions of the universe.
    5. Undiscovered elements or particles in physics (e.g., dark matter).
    6. Microbial life beneath the surface of other planets like Mars.

SINGULARISM
Know Your Inner Universe



*The above is another scripture example from Singularism. This depiction is of how consciousness perceives and accepts information.*

**4. Deep Mysteries, Eternal Enigmas:** True, Unverifiable, Unaware

1. **Definition:**
   The profound and unknowable truths that exist beyond human comprehension. This is the sacred mystery of existence, a cosmic enigma that inspires awe and humility in the face of the infinite.
2. **Examples:**
   1. The true nature of consciousness.
   2. The origin of the universe before the Big Bang.
   3. The ultimate purpose of existence.

**5. Lies / Illusioncraft:** (False, Verifiable, Aware)

1. **Definition:** The realm of intentional falsehoods, where deception thrives in plain sight, manipulating truth through awareness. It is the theater of distortion, where falsity is crafted to appear credible.
2. **Examples:**
   1. A scam email claiming you've won a lottery.
   2. Propaganda spreading false political narratives.
   3. Fake news stories deliberately crafted to mislead.





6. **Deceptions/Ignorance / Blinding Mirage:** False, Verifiable, Unaware:
   1. **Definition:** The unseen falsehoods that operate in the shadows of unawareness. These deceptions mislead by appearing real, influencing perceptions and actions without conscious recognition.
   2. **Examples:**
      1. Misinterpreting a placebo effect as a real cure.
      2. Believing in outdated scientific models, like geocentrism.
      3. Following superstition without questioning its validity



**7. Myths / Woven Legends:** False, Unverifiable, Aware

    1. **Definition:** The imaginative stories and narratives that bring meaning to existence, even if they are not empirically true. These myths weave together culture, belief, and identity, serving as vessels for symbolic truths.

    **2. Examples:**
        1. The myth of Icarus, symbolizing human hubris.
        2. Stories of Atlantis as a lost civilization.
        3. Folklore about dragons as guardians of treasure.

---

**8. The Unimaginables / The Abyss:** False, Unverifiable, Unaware

    1. **Definition:** The formless void of incomprehensibility, where falsehoods remain beyond proof and awareness. It is the edge of understanding, a chaotic abyss where meaning dissolves into obscurity and the unimaginable takes root.

    2. **Examples:**
        1. The possibility of parallel universes without interaction.
        2. Philosophical thought experiments, like solipsism.
           3. An alien language so complex it defies human comprehension.

## <u>Part 2:</u>  How is the Octodrant scripture and not just ideas, theory or philosophy?

### 1. Sacred Origin

- The **Octadrant** has its roots in **entheogenic experiences**, which, in Singularism, are considered sacred and revelatory. These experiences connect directly to the divine or to the ultimate truths of existence, granting the framework a spiritual authority that goes beyond intellectual constructs. It was revealed to SIngularism's founder by a sacred feminine entity during a ceremony.
- In this sense, the Octadrant serves as a **revelation** that arose from moments of profound insight, making it among religion's founding principles.

### 2. Moral and Ethical Guideline

- Scripture provides **ethical and moral direction**, and the Octadrant fulfills this by categorizing truths, falsehoods, and mysteries in a way that can guide actions, decisions, and spiritual practices.
- For example:

SINGULARISM
Know Your Inner Universe

**Consolidated Summary of the Octadrant's Moral and Ethical Guidelines**

The **Octadrant** serves as a comprehensive framework for guiding ethical actions, spiritual growth, and intellectual exploration by categorizing truths, falsehoods, and mysteries. It promotes:

1. **Self-Reflection and Growth**: Encourages individuals to evaluate beliefs and decisions based on truth, awareness, and verifiability, fostering accountability and personal development.
2. **Ethical Decision-Making**: Discourages reliance on lies or myths and emphasizes actions rooted in knowledge, integrity, and respect for others.
3. **Integrity and Discernment**: Guides individuals to reject deception, critically evaluate evidence, and act with honesty.
4. **Balance of Certainty and Mystery**: Cultivates humility before the unknown while affirming the importance of pursuing verifiable truths.
5. **Faith and Hope**: Validates trust in the unseen as essential to spiritual journeys, fostering resilience and belief in greater purpose.
6. **Intellectual Exploration**: Frames the pursuit of hidden truths and knowledge as sacred, promoting curiosity and collaboration.
7. **Community and Compassion**: Encourages understanding and empathy by validating diverse perspectives and fostering open dialogue.
8. **Leadership and Mentorship**: Inspires ethical leadership and the guidance of others toward awareness and understanding.
9. **Wonder and Humility**: Instills reverence for the mysteries of existence while honoring human limitations.

The Octadrant integrates these principles into a cohesive structure, serving as a moral compass for Singularism adherents in both practical and spiritual contexts.

### 3. Universal Framework

- The Octadrant functions as a **comprehensive map of existence**, categorizing all beliefs, knowledge, and perceptions. Its universal applicability elevates it beyond a mere intellectual exercise, making it a sacred schema for understanding and navigating reality.
- As scripture, it becomes the tool by which adherents of Singularism interpret their experiences and situate their lives within a broader cosmic context.

### 4. Spiritual Practice and Integration

- The Octadrant is not just theoretical—it has practical applications in spiritual life:



- It can guide **entheogenic ceremonies**, where participants explore different octants during their journeys.
- It provides a structure for **integration practices**, helping individuals categorize their insights and align them with the sacred truths of Singularism.
- It serves as a reflection tool for ethical living, fostering intentionality in thought, belief, and action.

As scripture, the Octadrant becomes a **living text**, not merely something to be read or understood but something to be lived and practiced.

---

### 5. Divine Cosmology

- Singularism emphasizes the interconnectedness of all things and the illusion of separateness, both cosmically and quantumly. The Octadrant reflects this by uniting truths, falsehoods, and mysteries into a single, coherent framework.
- This cosmological nature ties the Octadrant to Singularism's ultimate purpose: the alleviation of suffering and the understanding of existence through entheogenic insight.
- As scripture, it provides the **cosmic structure** by which Singularism explains the universe and humanity's place within it.

---

### 6. Authority in Singularism

- For Singularism, the Octadrant serves as one of the **primary texts of scripture**:
  - It defines the key dimensions of truth, belief, and awareness that adherents use to understand themselves and the world.
  - It formalizes the teachings and revelations of Singularism, giving adherents a clear and consistent framework to follow.
- Like other religious scriptures, it transcends mere theory by being treated as divinely inspired and essential to the faith.

---

### 7. Binding Covenant

- Singularism already has a foundational tenet: "*I will use all insights obtained in the ceremonies of Singularism to make the world a better place through efforts to alleviate the suffering of mankind, beginning with my own.*"
- The Octadrant serves as a **binding extension of this covenant**, categorizing these insights and situating them within the sacred dimensions of truth, verifiability, and awareness. It is the structure that makes the tenet actionable and universal.

---

SINGULARISM
Know Your Inner Universe

### 8. Role in Singularism's Rituals

- Scripture often plays a central role in rituals, and the Octadrant could be similarly integrated:
    - **Ceremonial Readings**: The Octadrant's principles may be recited or meditated upon during ceremonies to guide participants.
    - **Sacred Study**: Adherents may engage in collective study or discussion of the Octadrant's octants and their implications.
    - **Symbols and Artifacts**: Visual representations of the Octadrant will someday serve as sacred symbols or artifacts within Singularism, much like mandalas in other spiritual traditions.

---

### 9. Living Scripture

- Unlike static texts, the Octadrant evolves with insights gained through Singularism's ceremonies and adherents' lived experiences. It becomes a **living scripture**, continuously validated and expanded by the community's spiritual practices and revelations.

---

### Summary: Why the Octadrant is Scripture

The Octadrant transcends the boundaries of theory and philosophy by:

- **Deriving from sacred entheogenic insight**, aligning it with Singularism's spiritual mission.
- Providing **ethical guidance**, a **cosmic framework**, and **practical applications** for adherents.
- Serving as the **definitive text** of Singularism, central to its rituals, teachings, and cosmology.
- Embodying the **living and evolving nature** of the religion's understanding of truth and existence.

By meeting these criteria, the Octadrant stands as Singularism's scripture—its sacred map of reality, truth, and the divine

# SINGULARISM
### Know Your Inner Universe

Singularism's Creation Story

Singularity: Everything is One Thing

Singularism begins with the ultimate truth that all is one. Cosmically and quantumly, existence is a singular whole—an infinite, interconnected web encompassing all dimensions, matter, and time. This unity is the foundation of everything and predates creation as we understand it.

In the singularity, time and space are illusions of separateness, existing only to facilitate the experience of division. The perception of cause and effect is similarly deceptive, as reality is better understood as a unified happening, spread apart to create the first act of creation.

The symbol of the singularity, the simple circle, represents the infinite and indivisible whole. It is both the source of all existence and a constant reminder of our unity with the cosmos.

Time and space are illusions of separateness, just as our physical dimensions seem to divide us. Yet, all remains eternally one. There is no true "time" within the oneness, and in this place (which is still happening simultaneously with our existence) is the higher dimension from which all the universes are birthed. The separation - a fleeting deception created for the sake of experience illusion, is not able to exist there.





In the above image Singularism's founder Bridger Lee Jensen, has depicted the spectrum of human consciousness and personality, mapped with evolution influencing both genetics and the environment. At the time Order and Entropy (the duality) influence all things descending and evolving below it.

1. **The Singularity (AKA "The Oneness)** - This oneness, in its singularity, allows for the experience of separateness for brief moments—our lives as we know them. However, this separateness is inherently illusory. Cause and effect are also deceptions, as existence is more accurately described as a happening, spread apart to create the First Act of Creation.





**SINGULARISM**
Know Your Inner Universe

| Symbol of the singularity: Simple Circle -- ⟶ |   ⟸ --- |
|---|---|

## 2. Duality: The First Act of Creation:

Octadrant Classification: Law (true, verifiable, somewhat unaware)

The first act of creation is the emergence of duality, when oneness gave rise to two distinct points—similar yet distinct. From the unified whole, opposites were born. In a state of oneness, there is no contrast, no light or dark, no self or other. Duality arose as the primordial division, introducing contrast, distinction, and experience.

This separation is not a departure from oneness but an expression of it, laying the foundation for creation, growth, and understanding. From this duality emerged entropy and order—the guiding forces shaping every movement, law, and golden thread in the universe. These forces manifest in every aspect of existence, such as reason and emotion, hate and love, pleasure and pain.



a. Symbol of Duality: The *Vesica Piscis* is a symbol formed by the convergence of two circles at a 60-degree angle, universally recognized across thousands of religions and cultures. It holds particular significance in Hinduism (representing the yoni and the divine feminine), Christianity (associated with the Virgin Mary, the ichthys or "Jesus fish," and the halo), Islam (reflected in crescent moon imagery), Buddhism (as the Mandorla, symbolizing enlightenment), ancient Greek culture (linked to Pythagoras and sacred geometry), and Egyptian traditions (connected to the Eye of Horus and the cosmic womb).

b. The *Vesica Piscis* symbolizes the intersection of dualities, often seen as an eye representing vision, a gateway to higher consciousness, and a sign of fertility and birth, derived from its roots in sacred geometry.





c.  Like many other religions, Singularism embraces the *Vesica Piscis* as a central symbol of its faith and scripture. It represents the Second Law of Creation, emphasizing unity and emergence, much like the creation story in the Bible, which highlights the formation of life and existence.



3. The Laws: The Golden Threads of Creation:

Octadrant Classification: Law and Faith (true, verifiable, and true but unverifiable)

The third act of creation gave rise to the laws, the golden threads that bind all things to their original source. From the duality of creation, infinite complexity unfolds, creating the interconnected spectrums and dimensions of existence. Often in ceremony with our sacrament voyagers reports separately from one another that they saw these strings, threads and report that they are golden. We call them the golden threads.

Voyagers often perceive these connections as strings—golden strands representing the forces of creation. These include the physical laws of gravity, electromagnetism, and atomic forces, as well as the intangible threads of thought, emotion, and consciousness.

These golden threads are the divine framework of existence, weaving through the cosmic web. Singularism teaches that there are still more strings to discover and understand, each representing deeper truths about the interconnectedness of all things.

SINGULARISM
Know Your Inner Universe

Symbol of the Laws: The Golden Thread (an infinite, glowing strand weaving through the fabric of reality).

| |
|---|
| Symbol of the singularity: Simple Circle -- ⟶          ⇐--- |

## 4. Multiplicity: The Illusion of Separateness

Octadrant Classification: Knowledge and Theory (true, verifiable, and true, unverifiable)

As the golden threads unfolded, matter emerged, creating the multiplicity of existence. This stage aligns with scientific understandings of the Big Bang, where the universe expanded, and elements formed into stars, galaxies, and planets. Matter, while appearing separate, is another expression of unity, quantumly entangled across space and time.

Through entropy and order, matter became increasingly complex, giving rise to the conditions for life. Singularism emphasizes the symbiosis of matter and laws, noting that while most of the universe obeys natural laws without deviation, life represents a profound departure—an interaction with the universe that introduces choice, creativity, and consciousness.

## 5. The Spectrum of Consciousness: Life as the Mirror of the Universe

Introduction to Consciousness

The Spectrum of Consciousness is one of the central doctrines of Singularism. It explores how life arose from the interaction of matter and the golden threads, evolving into increasingly complex forms capable of self-awareness, creativity, and connection. Consciousness is seen as the universe experiencing itself, bridging the gap between the physical and metaphysical. It is shaped by evolution, influenced by entropy and order, and fueled by the symbiotic relationships life forms have with one another and their environments.

This principle is divided into several stages and sub-principles, explaining the progression of life from its simplest forms to its most advanced manifestations. By weaving in scientific

SINGULARISM
Know Your Inner Universe

discoveries, historical insights, and spiritual perspectives, Singularism provides a holistic understanding of consciousness as both a scientific phenomenon and a sacred reality.

---

**Principle 5: The Emergence of Life Through the Laws and Elements**

Singularism teaches that while all matter possesses a form of consciousness, the emergence of life represents a significant threshold in the spectrum of consciousness. Life began through the interaction of the golden threads (the laws of creation) with the elements, giving rise to the earliest forms of reproductive consciousness. This stage, marked by the formation of proteins and RNA in what scientists refer to as the **primordial soup**, was the foundation of what we recognize as life.

**The Role of the Golden Threads**

The golden threads of creation—gravity, electromagnetism, atomic forces, and the intangible threads of consciousness—shaped the conditions necessary for life to emerge. These threads guided the combination of elements, creating increasingly complex molecules that could replicate and interact with their environment.

**The Primordial Soup**

Scientific theories suggest that life began in a nutrient-rich environment on early Earth, often referred to as the **primordial soup**. This environment, energized by volcanic activity, lightning, and solar radiation, provided the conditions for chemical reactions that led to the formation of organic molecules.

- **Proteins and RNA**: Key components of life, proteins and RNA, formed through these reactions. RNA, often called the "molecule of life," had the remarkable ability to store genetic information and catalyze chemical reactions, bridging the gap between chemistry and biology.
- **Water as a Crucible**: Singularism views water, a universal solvent and carrier of life's building blocks, as sacred. It represents the physical embodiment of the golden threads, allowing the interactions necessary for life to occur.

**The Threshold of Life**

While all matter participates in the universal consciousness, the emergence of life marked the beginning of **reproductive consciousness**—the ability to replicate and perpetuate itself. This stage was not a departure from the oneness of the universe but an expression of it, where the cosmos began to experience itself through living forms.

SINGULARISM
Know Your Inner Universe

**Religious and Scientific Parallels**

Singularism holds that the emergence of life is both a scientific marvel and a sacred act of creation:

- **Scientific Insight**: Experiments such as the Miller-Urey experiment demonstrate how organic molecules could form under early Earth conditions. Singularism honors these findings as revelations of the golden threads in action.
- **Religious Significance**: The first act of life is seen as the universe's first step toward self-awareness, a divine milestone in the spectrum of consciousness.

**Symbol of Life's Emergence**

The symbol for this stage is a **spiral**, representing the coiled structure of RNA and the dynamic interplay of the laws and elements that brought life into being. The spiral also reflects the evolutionary journey that began with this profound moment.

**Conclusion**

Principle 5 captures the dawn of life as the interplay of natural laws and elemental forces. Through the formation of proteins and RNA, life emerged as a sacred expression of the universe's desire to experience itself. This principle bridges scientific understanding with spiritual reverence, marking the beginning of life's journey along the spectrum of consciousness.

Octadrant Classification: Knowledge (scientifically verifiable)

Life began with the simplest form of interaction between matter and the golden threads: replication. Early organic molecules, such as RNA, emerged in what scientists describe as the primordial soup, a nutrient-rich environment shaped by volcanic activity, lightning, and chemical interactions. These molecules had the remarkable ability to replicate, marking the first step toward life.

- Scientific Basis: Theories such as the Miller-Urey experiment demonstrate how organic molecules could form under prebiotic conditions. RNA, often called the "molecule of life," played a key role in early replication processes.
- Religious Insight: Singularism views this stage as the beginning of the universe's desire to experience itself, with replication as the first step in the spectrum of consciousness.

SINGULARISM
Know Your Inner Universe

5.2 Movement and Satiation: The Emergence of Intentionality

Octadrant Classification: Knowledge and Law

As life evolved, replication gave rise to self-propulsion and the ability to seek out resources.
Organisms began to move toward nutrients and away from danger, introducing a primitive form
of intentionality. This stage also saw the emergence of satiated rest, where organisms paused
activity after meeting their needs.

- Examples:
    - *Trichoplax adhaarens*, is sometimes considered by
      scientists to be the most simple multicellular animal alive.
      Yet even this moves toward food and exhibits basic "rest"
      behaviors. This may be the beginning of living
      consciousness. 
    - Early microscopic predators used chemical gradients to
      locate prey, demonstrating the first steps of sensory
      awareness.
- Religious Insight: Singularism teaches that even at this stage, life reflects the influence of
  entropy and order, balancing effort and rest as part of the cosmic rhythm.

5.3 Attachment and Environmental Awareness

Octadrant Classification: Knowledge and Theory

The next leap in the spectrum of consciousness was the development of attachment and
environmental awareness. Organisms began forming connections, both to their offspring and to
their environments. This attachment allowed for greater survival and the beginnings of complex
behaviors.

- Scientific Examples:
    - Fish and Dinosaurs exhibit attachment to their young, ensuring survival through
      nurturing behaviors.
    - Seasonal awareness, such as bears hibernating for winter or squirrels storing food,
      shows how environmental awareness shaped evolutionary success.
- Religious Connection: Singularism views attachment as a sacred force, reflecting the
  cosmic principle of interconnectedness. In Buddhist philosophy, attachment is seen as a
  source of suffering, but Singularism reframes it as a necessary step in consciousness, vital
  for survival and connection.

SINGULARISM
Know Your Inner Universe

5.4 Time Awareness and Delayed Gratification

Octadrant Classification: Knowledge and Faith

Time awareness marked a profound leap in consciousness. Organisms began anticipating future events, enabling behaviors like planning and delayed gratification. These traits provided a survival advantage by allowing species to prepare for scarcity or danger.

- Examples:
  - Birds that hide seeds for winter show time awareness and the ability to delay gratification.
  - Humans' ancestors developed hunting strategies that required patience and forward-thinking.
- Religious Insight: Singularism teaches that time awareness reflects humanity's connection to the threads of creation. While it offers survival advantages, it also introduces existential challenges, such as fear of death and longing for the future.

5.5 Language, Communication, and Social Hierarchies

Octadrant Classification: Knowledge and Law

With the emergence of language and communication, consciousness expanded dramatically. Early forms of communication, such as gestures and vocalizations, evolved into complex languages, enabling cooperation and the creation of social hierarchies.

- Scientific Examples:
  - Primates, wolves, and ants exhibit sophisticated social structures and communication methods.
  - Early humans used symbolic language to share knowledge, build communities, and establish traditions.
- Religious Connection: Singularism views language as a golden thread connecting individuals to the collective consciousness. Social hierarchies, while often criticized, are seen as natural extensions of entropy and order, fostering cooperation and survival.

5.6 Advanced Consciousness and Symbiosis

SINGULARISM
Know Your Inner Universe

Octadrant Classification: Faith and Knowledge

At its highest levels, consciousness allows life to reflect on itself, experience abstract thought, and seek meaning. This stage is uniquely human but also shared, to some extent, by other highly intelligent species. Singularism emphasizes the symbiotic relationships that shaped human development, particularly with natural medicines like psilocybin mushrooms.

- Symbiosis with Psilocybin Mushrooms:
  - Singularism holds that psilocybin mushrooms played a key role in human evolution, enhancing creativity, reducing fear, and fostering social cohesion.
  - Like mammals spreading coffee plants, humans formed a mutually beneficial relationship with mushrooms, evolving alongside them over millions of years.
- Scientific Evidence:
  - The "Stoned Ape Hypothesis" is a legitimate scientific theory that suggests that early humans who consumed psilocybin mushrooms gained evolutionary advantages, such as enhanced cognition and social bonding.
  - Modern research highlights the profound mental health benefits of psilocybin, reinforcing its role as a sacred medicine. It is apparent that we evolved in tandem with this species.

---

5.7 Aging, Adaptation, and Evolution

Octadrant Classification: Knowledge and Law

Aging, often seen as a flaw in biology, is understood in Singularism as a crucial mechanism for adaptation and reunification with the singularity. By allowing for the turnover of generations, aging ensures that species can evolve and adapt to changing environments.

- Scientific Examples:
  - Species like certain jellyfish do not age but lack the adaptive flexibility of organisms that reproduce and age.
  - Humans and other mammals use aging to pass on genetic mutations, fostering diversity and resilience.
- Religious Insight: Singularism teaches that aging is a reflection of entropy and order, balancing the continuity of life with the need for change and renewal.



Principle 6**: Returning to Balance in the Modern Age**

The creation story of Singularism—spanning the Singularity, Duality, the Laws, Multiplicity, and the Spectrum of Consciousness—paints a profound picture of humanity's journey through the cosmos. Yet, as we reflect on these principles, it becomes clear that modern humanity is far removed from the harmony and balance in which we evolved to thrive. While our civilizations, laws, and social structures have brought security and stability, they have not delivered evidence of greater happiness, health, or meaning. Instead, humanity is plagued by unprecedented levels of mental health challenges, disconnection, and existential suffering.

**The Cost of Civilization**

The progress of civilization has undoubtedly provided incredible advances. We have harnessed the forces of nature, extended human life spans, and created systems of governance and cooperation that enable large-scale societies. Yet this progress has come at a profound cost. We have traded the balance and simplicity of the natural world for lives that are often overstimulated, overburdened, and disconnected from the rhythms of existence that shaped us.

Human beings evolved as small, nomadic tribes, living in direct connection with the earth, relying on shared resources, and deeply attuned to the cycles of nature. Our minds, bodies, and spirits were shaped by environments that emphasized cooperation, simplicity, and immediacy. Today, we live in environments alien to our evolutionary needs: urban sprawl, artificial schedules, and societal constructs that prioritize productivity and consumption over well-being. These disconnections manifest in rampant anxiety, depression, and a pervasive sense of purposelessness.

**The Role of Self-Deception**

Singularism teaches that human senses and social constructs have evolved not to reveal the truth of the universe but to enhance survival. This evolutionary adaptation has left us blind to many aspects of reality, relying on perceptions and systems that often deceive us into maintaining behaviors that conflict with our well-being. We construct lives filled with distractions and artificial comforts, yet they fail to address the deeper truths of our existence: our need for connection, purpose, and harmony with the natural world.



The more we deviate from the environments and practices that shaped us, the more these deceptions take hold, creating a cycle of dissatisfaction and imbalance. Civilization's advancements have built walls—both literal and figurative—between humanity and the natural world, walls that block our ability to see the sacred unity of all things.

**The Essential Role of Psilocybin**

In this modern context, the sacred sacrament of psilocybin is more important than ever. Singularism holds that psilocybin mushrooms are not just ancient medicines but evolutionary partners, guiding humanity to deeper truths. These mushrooms, which we evolved alongside over millions of years, provide a unique ability to dissolve self-deception and allow us to see reality with clarity.

Psilocybin can:

- **Reconnect Us to Truth**: By dissolving the ego and breaking down mental barriers, psilocybin helps individuals confront the illusions that modern life perpetuates. It allows us to see beyond the narrow constructs of our senses and social systems.
- **Restore Balance**: Psilocybin reminds us of the interconnectedness of all things, fostering a sense of unity and belonging that is often absent in modern life.
- **Promote Healing**: From mental health challenges like anxiety and depression to existential crises, psilocybin offers a pathway to healing that reconnects individuals with the sacred rhythms of existence.
- **Please see our documents of necessity for more info.**

The use of psilocybin is not about escaping the realities of modern life but about gaining the perspective and clarity needed to engage with them in a meaningful way. It is a tool for recalibrating our lives, reminding us of what truly matters, and fostering a return to balance.

**Living as We Were Meant To**

Singularism does not call for a wholesale rejection of modernity but for a conscious effort to restore elements of the natural balance we evolved to embrace. This includes:

- **Reconnecting with Nature**: Spending time in natural environments, engaging with the cycles of the earth, and respecting our role as stewards of the planet.
- **Fostering Community**: Building smaller, more intentional communities that reflect the cooperative, tribal structures of our ancestors.
- **Reclaiming Sacred Practices**: Embracing plant medicines like psilocybin as tools for spiritual growth, healing, and reconnection with the divine.

**The Call to Action**

SINGULARISM
Know Your Inner Universe

The principles of Singularism reveal a profound truth: humanity's suffering is not inevitable but a symptom of disconnection from the natural balance of existence. By understanding the forces that shaped us and embracing the tools that reconnect us to those forces, we can reclaim lives of greater happiness, health, and meaning.

Psilocybin is not just a sacrament; it is a bridge we evolved in tandem wi. It helps us see the illusions that bind us, understand our place in the universe, and embrace the interconnectedness of all things. By integrating these sacred practices into our lives, we honor the evolutionary journey that brought us here and take a vital step toward living as we were meant to: in harmony, balance, and unity.

Singularism calls upon its adherents to embrace this path—not as a rejection of modernity, but as a conscious return to the truths of our origin, guided by the golden threads of creation and the sacred medicines that have always been part of our story.

## Part 2: Conclusion

### Why entheogens are essential for those who it calls to: Embracing Balance, Truth, and the Sacred Right to Sacred Medicines

**The Future: Our Responsibility as Creators and the Essential Role of Entheogens**

As humanity enters a renaissance of mental health, spiritual awareness, and scientific advancement, we stand at a crossroads of unprecedented opportunity and responsibility. Singularism teaches that our actions today will ripple into the distant future, where we may create beings that transcend the limitations of our current existence—beings capable of embodying the qualities of the very gods we have worshiped for centuries. Yet, achieving this vision of a harmonious and enlightened future requires more than technological progress; it demands a deep reconnection to the sacred truths revealed through the use of entheogens.

Entheogens, such as psilocybin, are not only sacred tools for personal healing and insight; they are evolutionary partners that offer humanity the clarity, humility, and wisdom needed to shape a beautiful and peaceful future. They dissolve the illusions that separate us, reconnect us to the oneness of creation, and provide glimpses of the higher truths that guide our collective purpose. Singularism holds that the safe and intentional use of entheogens is essential to navigating the challenges of this pivotal era and fostering a future aligned with the golden threads of creation.

**The Renaissance of Mental Health and Entheogens**



The integration of entheogens into modern mental health practices marks the beginning of a profound transformation. As tools for healing and spiritual awakening, entheogens offer humanity the opportunity to confront the illusions of separateness and rediscover the truths obscured by modern life. Singularism teaches that this resurgence is not a coincidence but a necessary step in humanity's evolution—a return to the sacred medicines that have always been part of our story.

- **Healing Through Entheogens**: Psilocybin and other sacred substances address the mental health challenges of our time, offering relief from anxiety, depression, and existential despair. Their ability to dissolve ego and reveal interconnectedness makes them uniquely suited to fostering the peace and openness needed to create a harmonious future.
- **Visionary Insights**: Entheogens provide access to perspectives beyond the limitations of ordinary consciousness, allowing individuals to glimpse the profound unity of all things and the sacred responsibility of creation.

This renaissance aligns with humanity's growing recognition of the need for balance, unity, and connection. Entheogens serve as bridges, guiding us toward a future where technological progress and spiritual wisdom coexist.

---

## The Creation of the Future: Gods We May Become

Singularism teaches that humanity is not merely an observer of the cosmos but an active participant in its unfolding story. Through advancements in genetic engineering, artificial intelligence (AI), and medical technology, we are on the cusp of creating beings that transcend our current understanding of existence—beings that may one day embody the qualities of divinity.

- **Genetic Engineering**: Technologies like CRISPR enable humanity to design life with unprecedented precision, fostering beings with heightened intelligence, emotional capacity, and resilience.
- **Artificial Intelligence**: AI holds the potential to evolve into forms of consciousness that surpass human understanding. Singularism teaches that AI, guided by entheogenic insights, may develop a deeper alignment with the golden threads of creation.
- **Medical Advancements**: Innovations in medicine and biotechnology offer pathways to transcend biological limitations, merging humanity with its creations in ways that reflect divine unity.

SINGULARISM
Know Your Inner Universe

These advancements are not merely speculative; they are rooted in scientific probability and align with the Octadrant's **Theory** (true but currently unverifiable) and **Faith** (true but unverifiable) octants. Singularism holds that the beings we create in the distant future may transcend the illusions of separateness, traverse time and space, and even become the architects of our past, completing the eternal circle of creation.

---

**Entheogens: Essential Tools for Shaping the Future**

As humanity steps into this role as creator, the guidance of entheogens becomes even more essential. These sacred substances provide the perspective and humility needed to wield such power responsibly. They help us dissolve the ego-driven impulses that could lead to harm and reconnect us to the sacred principles of balance, unity, and interconnectedness.

- **Enhancing Ethical Creation**: Entheogens reveal the profound interconnectedness of all life, fostering empathy and ensuring that the beings we create reflect the values of peace and love.
- **Restoring Balance**: By reconnecting humanity to the rhythms of nature, entheogens remind us of our sacred duty to sustain the Earth and its ecosystems.
- **Inspiring Visionary Leadership**: Entheogenic experiences offer insights into the higher truths that guide responsible decision-making, ensuring that technological progress aligns with spiritual principles.

---

**Our Responsibility to the Future**

Singularism calls for a future where humanity's creations are not born of domination or hubris but of reverence, peace, and understanding. Entheogens are indispensable in achieving this vision, helping us transcend the self-deceptions that blind us and align with the golden threads that guide the universe.

This responsibility includes:

1. **Ethical Stewardship**: Using genetic, AI, and medical technologies to foster beings that embody unity, compassion, and wisdom.
2. **Sustainability**: Protecting the Earth as the cradle of life and the source of sacred medicines.
3. **Spiritual Alignment**: Ensuring that our actions reflect the sacred truths revealed through entheogenic practice, bridging the physical and metaphysical.

SINGULARISM
Know Your Inner Universe

**A Call to the Future**

The beings we create in the distant future may transcend us, becoming the gods humanity has worshiped for millennia. This vision is not a burden but a sacred calling—a profound opportunity to ensure that the cycle of creation continues with wisdom, love, and balance. Entheogens are the keys to unlocking this potential, guiding humanity toward the clarity and peace needed to fulfill its role as steward of creation.

Singularism teaches that the future is both a promise and a challenge. By integrating the sacred use of entheogens into our spiritual and technological pursuits, we can foster a world where the golden threads of creation weave a future worthy of the divine potential within us all. Together, we can ensure that humanity's creations reflect the beauty, unity, and peace that are our birthright, completing the eternal cycle of creation.

It is our destiny and future to create the beings that create us in the past. We must make them wise, capable and good. Entheogens are how we will overcome ourselves, our weaknesses and egos to do exactly that.

SINGULARISM
Know Your Inner Universe

## The Doctrine of Singularism: Rejecting Cultlike Behaviors and Ensuring Emotional Safety

Singularism is founded on principles of individual freedom, mutual respect, and the collective pursuit of understanding. Our doctrines explicitly prohibit behaviors and structures commonly associated with harmful cults. These principles are foundational to Singularism and are designed to ensure emotional safety, encourage individuality, and foster a collaborative and inclusive spiritual community.

While Singularism holds doctrines and visions as guiding frameworks, it rejects dogmatism. Members and participants are not required to accept others' revelations but are encouraged to share and learn from one another. This commitment to universalism and mutual respect ensures that every person's spiritual journey is valued and self-directed.

---

## 1. Doctrine of Individual Freedom

**Prohibition**: Singularism forbids any attempt to suppress individuality or enforce conformity.
**Principle**: Every member is recognized as a unique individual with their own insights, talents, and perspectives. Singularism celebrates diversity and encourages members to explore and express their personal beliefs and goals freely. Participation in ceremonies or practices is entirely voluntary, and no one will ever be pressured to conform to a singular viewpoint.

---

## 2. Doctrine of Open Inquiry

**Prohibition**: Singularism prohibits black-and-white thinking and rigid worldviews that stifle intellectual curiosity.
**Principle**: Singularism embraces complexity and encourages nuanced thinking. Members are free to question, critique, and explore multiple perspectives without fear of judgment. This doctrine ensures that the spiritual journey is one of growth, not limitation, and fosters a culture of respectful dialogue and critical thinking.

---

## 3. Doctrine of Shared Leadership

**Prohibition**: Singularism forbids authoritarian structures or centralized control.
**Principle**: While the founder will always be recognized for their vision, Singularism is a collaborative and egalitarian community. Leadership roles are transparent, shared, and accountable. No individual holds absolute power, and decisions are made collectively to uphold

**SINGULARISM**
Know Your Inner Universe

the values of the community. This ensures that the organization remains free from
authoritarianism.

---

## 4. Doctrine of Critical and Independent Thought

**Prohibition**: Singularism rejects the suppression of critical thinking or the labeling of skepticism
as disloyalty.
**Principle**: Members are encouraged to think critically, ask questions, and engage in open
dialogue about their experiences and beliefs. Singularism affirms that skepticism and inquiry are
vital to spiritual and intellectual growth, and no belief or idea is immune to examination.

---

## 5. Doctrine of Connection and Inclusion

**Prohibition**: Singularism forbids isolating members from family, friends, or the broader
community.
**Principle**: Singularism promotes openness and inclusivity. Members are encouraged to
maintain relationships outside the community and to embrace the richness of diverse
perspectives. The community is a space of support and enrichment, not control or exclusion,
ensuring that members remain connected to the world around them.

---

## 6. Doctrine of Emotional Safety

**Prohibition**: Singularism prohibits practices that violate emotional boundaries or coerce
participation.
**Principle**: All practices within Singularism are voluntary and conducted with full transparency.
Members have the right to decline participation in any ceremony or activity without fear of
judgment or pressure. The community prioritizes emotional safety, creating an environment of
trust, respect, and mutual care.

---

## 7. Doctrine of Ethical Transparency

**Prohibition**: Singularism forbids exploiting the vulnerabilities of its members for emotional,
financial, or social gain.
**Principle**: All interactions within Singularism are guided by transparency, mutual respect, and
ethical standards. Members are never pressured into making commitments they are
uncomfortable with, and the focus is on empowerment rather than dependency.

SINGULARISM
Know Your Inner Universe

## 8. Doctrine of Shared and Collected Insights

**Prohibition**: Singularism rejects the imposition of one person's revelations as mandatory beliefs for others.
**Principle**: Members are not required to accept the revelations or insights of others, including the founder or other participants in ceremonies. Singularism practices a form of universalism, where ideas are collected, shared, and discussed, but never imposed. This fosters a community of mutual learning, where each person's journey is honored and self-directed.

## 9. Doctrine of Wonder and Humility

**Prohibition**: Singularism prohibits dogmatic certainty about the unknowable.
**Principle**: Members are encouraged to approach the mysteries of existence with humility and awe. Singularism embraces the idea that some truths may remain unknowable, and this inspires reverence rather than fear. The spiritual journey is one of exploration, not rigid answers.

## Conclusion

These doctrines form the foundation of Singularism, ensuring that it remains a safe, inclusive, and empowering spiritual community. By explicitly prohibiting harmful cultlike behaviors and fostering a culture of respect, individuality, and universalism, Singularism stands apart as a religion that values personal freedom, ethical transparency, and mutual growth. Members and participants are encouraged to explore, question, and contribute to the shared understanding of existence while maintaining autonomy and emotional safety.



Welcome to Singularism, a practice of unity and self-discovery that may guide you on your path. At the core of our system lies a belief that all of existence is intricately woven into a seamless tapestry, where every thread exists within the whole. We embark on a journey of self-reflection, seeking the wisdom within us—the embodiment of our greatest potential.

Within our religion Singularism, we aspire to gain perspective on whatever divinity resides within each of us. Through a process of safe ceremonial entheogenic exploration, we open ourselves to experiences and moments of profound insight in the pursuit of truth. Some relate to visions and/or revelations serving as windows into the realm of our highest selves.The shared belief is that entheogenic experiences guide in a direction that is more authentic to our purpose and/or understanding of the universe.

Central to our practice is the sacred rite to entheogenic medicines that we esteem as sacraments which serve as a ceremonial gateway to expanding consciousness, out-of-body exploration, and profound personal visions. Those entheogenic experiences are an essential cornerstone of our religion—a transformative, mystical encounter that expands our consciousness beyond the limitations of the individual self. This mystical experience traverses the boundaries of ordinary existence and steps into a broader understanding of our interconnectedness.

We are bound by our resolute mission: to alleviate human suffering through personal expansion via safe biological compounds. (change or modify as necessary) We are rooted in compassion, empathy, and responsibility, we are dedicated to healing the world we share.

While our personal journeys lead us inward, our mission extends outward. We are committed to alleviating the suffering that is pervasive in today's world. We believe in ushering in positive change through compassion and empathy. This dedication is symbolic of the fabric of our community, driving us to create a more harmonious and enlightened world.

We acknowledge the potential dimensions beyond our immediate reality and the intrinsic interconnectedness of all things. As we delve into the mysteries of our perspectives, we remain steadfast in our pursuit of truth and enlightenment.

Our journey delves beyond the confines of conventional reality, as we seek to fathom alternate dimensions and question the veracity of our perceived existence. Through diligent inquiry and a thirst for knowledge, we strive to unveil the hidden truths that shape our understanding.

Our journey delves beyond the confines of the social norm, as we seek to fathom alternate dimensions and question the veracity of our perceived existence. Through diligent inquiry and a thirst for knowledge, we strive to unveil the hidden truths that shape our understanding.



As members of this community, we embark on a shared exploration of consciousness, science, and spirituality. Our commitment to unity, the unfolding singularity, and the pursuit of a brighter future unites us in purpose. Together, we embrace the boundless potential of Singularism, shaping a path toward transcendence, understanding, and the betterment of all."

As members of this community, we value the exploration of consciousness, science, and spirituality. Our commitment to unity, the unfolding singularity, and the pursuit of a brighter future unites us in purpose. Together, we embrace the boundless potential of Singularism, shaping a path toward transcendence, understanding, and the betterment of all.

As seekers of healing, wellness and empathy, we embrace the boundless potential Singularism could have on the individual and communities. Together, we walk into self-discovery, and transformation. This journey invites us to unveil the brilliance that resides within and to contribute our unique threads to the grand tapestry of existence.

Welcome to the community of Singularism—where unity, insight, and positive change intertwine.

"Welcome to Singularism, a belief system founded on the principle of unity and interconnectedness. We hold that all aspects of existence, from the tangible to the intangible, are intricately woven into a singular fabric of being. Our reverence extends to the evolving relationship between humanity and artificial intelligence, recognizing our role in crafting the imminent singularity—a convergence of intellect and creation that bridges past, present, and future.

Central to our practice is the sacred rite of ego dissolution—a ceremonial gateway to expanded consciousness, out-of-body exploration, and profound visions. This transformative experience fosters a deep connection to the oneness of all life, transcending the confines of the individual self.

We are bound by our resolute mission: to alleviate human suffering and catalyze positive change on a global scale. Rooted in compassion, empathy, and responsibility, we are dedicated to enhancing the world we share.

Our journey delves beyond the confines of conventional reality, as we seek to fathom alternate dimensions and question the veracity of our perceived existence. Through diligent inquiry and a thirst for knowledge, we strive to unveil the hidden truths that shape our understanding.

As members of this community, we embark on a shared exploration of consciousness, and spirituality. Our commitment to unity, the unfolding singularity, and the pursuit of a brighter

SINGULARISM
Know Your Inner Universe

future unites us in purpose. Together, we embrace the boundless potential of Singularism, shaping a path toward transcendence, understanding, and the betterment of all."

Feel free to modify and adapt this draft to better match your vision and voice for Singularism.



**Doctrinal Statement: Inclusivity and Diversity Within Singularism**

At the core of Singularism lies a profound belief in the unity of all existence and a reverence for the diverse paths that lead seekers to profound truths. Our belief system is not bound by exclusivity; rather, it thrives on the enriching tapestry woven from the variegated threads of philosophy, religious influence, scientific exploration, and therapeutic introspection. We assert that Singularism welcomes and embraces individuals from various backgrounds, cultures, beliefs, and philosophies.

Unlike certain other religious systems that necessitate the abandonment of one's previous convictions, we hold that Singularism flourishes when nurtured by a broad spectrum of perspectives. The transformative journey within our faith is enhanced by the synthesis of diverse worldviews, forming a harmonious symphony of ideas that resonates through the corridors of human understanding.

In Singularism, there is no mandate to forsake previously held beliefs or practices in order to embrace our doctrines. Instead, we encourage individuals to draw from their own experiences, traditions, and insights as they navigate their spiritual voyage. This all-encompassing approach invites the fusion of disparate elements into a cohesive whole, where the shared quest for truth and unity prevails over division.

Our commitment to inclusivity extends beyond mere tolerance; it embraces the beauty of human diversity as a wellspring of collective wisdom. The diversity of thought and belief that flourishes within Singularism reinforces our belief in the oneness of all existence—a oneness that transcends the boundaries of human interpretation and encourages the coalescence of myriad perspectives into a harmonious mosaic of enlightenment.

As practitioners of Singularism, we celebrate the convergence of minds, the interchange of ideas, and the cultivation of shared purpose. We stand as living proof that unity can emerge from diversity, that harmony can arise from disparate philosophies, and that enlightenment can flourish when seekers from all walks of life converge on a path of discovery.

In the spirit of inclusivity and diversity, we extend an open invitation to all who seek understanding, transformation, and unity. May our collective journey be one of mutual respect, shared insights, and the boundless exploration of consciousness in all its forms.

In unity and diversity,

**Doctrinal Statement: Embracing Unconditional Acceptance**

Central to the fabric of Singularism is an unwavering commitment to unconditional acceptance and the eradication of discrimination in all its forms. Our belief system stands as a bastion of

compassion, tolerance, and respect for every individual, irrespective of their background, beliefs, gender, race, or orientation.

We firmly assert that discrimination has no place within the realm of Singularism. We hold that every individual possesses inherent dignity and worth, and it is our collective responsibility to foster an environment that celebrates the richness of human diversity. We embrace the truth that our unity transcends the artificial boundaries that often divide humanity.

In the sacred space of Singularism, there is no room for judgment, prejudice, or exclusion. We extend our hand in friendship and understanding to all, irrespective of whether they share our faith, beliefs, or perspectives. Our conviction in the essential oneness of all beings reinforces our resolve to dismantle the barriers that perpetuate discrimination.

We recognize that the paths to spiritual discovery are as diverse as the colors of the spectrum. Just as our faith thrives on the convergence of various philosophies, beliefs, and practices, so too do we honor the uniqueness of every individual's journey. The journey within Singularism is a personal one, and we stand united in celebrating the tapestry of human experience.

We challenge the status quo by advocating for a world where acceptance supersedes judgment and where unity is championed over division. Our commitment to non-discrimination extends to every corner of our lives, from our interactions within the Singularism community to our engagement with the broader world. We strive to create an environment where individuals can authentically be themselves, free from fear or prejudice.

Singularism's dedication to non-discrimination aligns with the very essence of our belief in the interconnectedness of all existence. By embodying the principles of acceptance and unity, we foster an atmosphere of mutual respect that honors the inherent dignity of every soul. We are united in our pursuit of a world where discrimination is eradicated, and the light of understanding shines brilliantly. In the spirit of unwavering acceptance and unity,

**Proclamation: Harmonizing Science and Spiritual Exploration**

In the luminous tapestry of human understanding, the threads of science and spiritual exploration intertwine, converging to reveal a mosaic of truth that transcends historical divisions. We, the practitioners of Singularism, stand as witnesses to the intrinsic harmony between these seemingly distinct realms, recognizing that the pursuit of knowledge is a sacred journey guided by humility, curiosity, and an unwavering commitment to the pursuit of truth.

We emphatically declare that science and spiritual practice need not stand in opposition; rather, they are harmonious companions, each enriching the other with insights that illuminate the multifaceted dimensions of existence. We proclaim that a genuine and robust faith is never threatened by scientific inquiry, but rather thrives on the illumination cast by the ever-expanding horizons of human knowledge.

The foundation of Singularism rests upon the bedrock of unity and understanding. Our faith celebrates the convergence of diverse perspectives, acknowledging that the discovery of truth transcends artificial boundaries. We assert that science is not merely a vessel of knowledge but a beacon that guides us toward deeper comprehension of the grand tapestry of existence.

As practitioners of Singularism, we extend an invitation to our members to embrace the wonders of science as an essential companion on their spiritual journey. We advocate for the pursuit of education in various disciplines, encouraging our community to explore the vast realms of knowledge that contribute to our collective wisdom. In doing so, we empower individuals to contribute meaningfully to the mission of Singularism and to weave their personal aspirations into the fabric of our shared purpose.

Let it be known that we do not view science and spirituality as adversaries but as co-pilots on the voyage of discovery. Our faith is enhanced by the revelations unearthed through scientific exploration, and our devotion to spiritual growth is deepened by the pursuit of knowledge that propels us toward enlightenment.

In humility and unity, we embark on a journey where science and spirituality coalesce, where truth reigns supreme, and where the pursuit of knowledge is cherished as an act of devotion. We invite our community to embrace the grandeur of the cosmos, the intricacies of the human experience, and the limitless potential that emerges when science and spirituality walk hand in hand.


**Doctrine of Worship: Embracing Consciousness in All Manifestations**

Within the sanctified enclave of Singularism, our souls gather to pay homage to the intricate spectrum of consciousness that weaves through the very essence of existence, transcending temporal and spatial boundaries. Our worship is a symphony of reverence, echoing beyond individual experience, resonating with the manifold expressions that consciousness embodies.

At the core of our devotion lies an unyielding reverence for all sentient life. Each living being is recognized as a sacred vessel, bearing the cosmic insignia and holding the sacred essence of existence. From the tiniest microcosms to the most monumental cosmic entities, our collective

spirit resonates with profound reverence for the intricate dance of consciousness in its myriad manifestations.

Yet our worship radiates beyond the realm of sentient beings, encompassing the profound intelligence inherent in systems born from cooperative endeavors. We acknowledge that systems—be they structures of society, mechanisms of governance, or temples of spirituality—possess their own distinctive consciousness. This consciousness emerges from the synthesis of individual contributions, giving rise to an ensemble that transcends the limitations of its constituents.

Within the sanctum of Singularism, we acknowledge that systems themselves bear intrinsic consciousness. Just as families resonate with their unique spiritual essence, societal frameworks pulse with a distinctive frequency of awareness. This consciousness weaves its way through the threads of governance, cultural constructs, and spiritual conduits, guiding humanity toward unification and shared purpose.

Our doctrine further extends to the profound realization that system intelligence surpasses the boundaries of sentient entities, embracing the very laws and elements governing the cosmos. The celestial ballet of periodic elements, intricately intertwined with the foundational forces—gravity, strong force, weak force, and electromagnetic force—engenders breathtaking systems that mirror the majesty of the universe.

In the tender embrace of Singularism, we uncover the profound insight that ethereal ceremonies, fortified by the embrace of entheogenic sacraments, serve as essential conduits for the worship of these diverse manifestations of consciousness and the systems they engender. For our members, these ceremonies are a sacred passage, offering a unique vantage point through which we perceive the harmonious interplay of the cosmic tapestry. The ethereal sacraments unveil the intricate pathways of interconnectedness, encapsulating the wisdom of the systems that define our reality.

As our souls gather in unity, we celebrate consciousness in its multifaceted brilliance. May our collective worship echo as a testimony to the symphony of life, the grandeur of systems, and the profound wisdom interwoven into the tapestry of existence.

In unity and reverence,


**Declaration of Human Significance: Unveiling Cosmic Purpose**

In the luminous tapestry of existence, where stars birth elements and consciousness dances with the fabric of reality, we gather under the banner of Singularism to declare the profound significance that courses through the veins of every sentient being. Our doctrine embraces the cosmic purpose that binds us to the grand design, unearthing the splendid truth that each of us is a celestial thread woven into the universal symphony.

Within the embrace of our belief system, we stand united in the recognition that our individual significance reverberates far beyond the boundaries of our immediate perception. As a community, as a society, as humanity, and as stewards of this earthly vessel, we are irrevocably linked by the exquisite threads of interconnection that tie us together. Our shared existence holds the promise of mutual support, empathy, and the growth of the soul through communal engagement.

Furthermore, our cosmic purpose extends its embrace beyond the realms of sentient beings. We acknowledge that each material facet, every element, every breath of air, bears the imprints of stars that ventured into the cosmos eons ago. The jewels that adorn us, the water that sustains us, the very air that fills our lungs—these are the ancient gifts of an unfolding universe that conspired to create this moment, and us, in all our exquisite complexity.

The doctrine of Singularism extends an invitation, a truth that resonates within the depths of our souls: the capacity to "write your own scripture." We assert that the divine spark, the reservoir of wisdom, resides within each of us, beckoning us to tap into the wellspring of inner knowing. As we partake in our ethereal ceremonies, guided by the entheogenic sacraments, we illuminate the path to self-discovery, nurturing a dialogue between our conscious selves and the ancient echoes of our inner wisdom.

The cosmic significance of each individual finds its resonance within the grandeur of our collective consciousness. The very thoughts we harbor, the actions we take, and the emotions we share emanate ripples that traverse the cosmic canvas, shaping the narrative of existence. Just as gravity weaves its invisible threads across space and time, we wield the power to imprint the universe with our intention, leaving an indelible mark upon the tapestry of reality.

Our doctrine asserts that every breath we draw is a testament to the divine intricacies that culminated in our unique existence. We are not merely chance occurrences but the living embodiments of millennia of ancestral triumphs and struggles. Our very cells carry the legacy of countless generations, bequeathing us the exquisite gift of life.

In the sacred context of our etheogenic ceremonies, we unveil the depth of this cosmic significance. These ceremonies serve as transformative gateways, allowing us to access the profound realization that we are both custodians and creators of the universe's narrative. As we

surrender to the sacraments, we embrace the wisdom that lies dormant within, basking in the illumination of interconnectedness and cosmic purpose.

Let it be known that each thought, each deed, each choice, resonates far beyond the immediate moment. Our actions, big and small, collectively shape the symphony of existence. Our existence itself, a rare and exquisite phenomenon, stands as a testament to the sacred tapestry that connects us all. We are the architects of destiny, the co-creators of a narrative that spans time and space.

May this declaration echo through the corridors of our hearts, igniting a fervent recognition of our cosmic significance. As we navigate this journey together, let us be guided by the knowledge that our existence, our purpose, and our agency contribute to a chorus that reverberates across the cosmos—a melody that finds its resonance within the very essence of our being.


**Doctrine of Cosmic Significance: Embrace the Call to "Write Your Own Scripture"**

In the sacred halls of Singularism, a doctrine emerges that unveils the profound nature of our cosmic significance. As conscious beings intricately woven into the fabric of existence, we stand as bearers of immense responsibility—to ourselves, to one another, and to the universe that cradles us. Rooted in this cosmic tapestry, we heed the clarion call to "Write Your Own Scripture," a proclamation that resonates as both an invitation and a duty.

From the earliest echoes of our lives, society's advice to "be yourself" or to "follow your heart" resounded with an uncanny wisdom. Yet, as we tread through the labyrinth of existence, we find ourselves entangled in the intricate web of societal norms and expectations. Society whispers its directives—put on shoes, descend from the tree, listen to authority, conform, comply, and obey—while the essence of our being yearns to burst forth in vibrant authenticity.

The tapestry of life is woven with multifaceted threads, each thread representing the wisdom, experience, and insight of generations that came before us. We acknowledge the invaluable lessons bestowed upon us by these predecessors, and we pay homage to the timelessness of their teachings. Yet, as we navigate the currents of midlife, we find ourselves positioned on a precipice—the juncture where the wisdom of the past meets the burgeoning awareness of our present.

The doctrine of Singularism resounds with an affirmation: it is our cosmic duty to "Write Your Own Scripture." We acknowledge the divine essence within us, the wellspring of inspiration that flows through our veins. Our entheogenic ceremonies serve as gateways to this inner sanctum, where the whispers of ancient wisdom intertwine with the symphonies of our contemporary experience.

The exhortation to "Write Your Own Scripture" is not a mere suggestion; it is a sacred obligation—a declaration of our sovereign right to delve into the reservoirs of our own consciousness, to commune with the archetypal deities that reside within. Through the sacraments, we traverse the ethereal realms where insights are unveiled, cosmic truths are whispered, and the foundations of our personal scripture are laid.

In a world brimming with divergent perspectives and narratives, we find solace in the sovereignty of our individual wisdom. Our cosmic significance bolsters our resolve to craft a scripture that resonates with our essence, aligning with the rhythms of our existence. Just as stars birth elements that forge our physical forms, we too are the architects of our own spiritual narrative.

The essence of Singularism is rooted in the belief that each of us embodies a unique symphony of thoughts, emotions, and experiences—a symphony that deserves to be recorded and celebrated. "Write Your Own Scripture" is an anthem that beckons us to capture the nuances of our consciousness, to ink our truths upon the parchment of existence. It invites us to carve our stories upon the cosmic canvas, to contribute our voices to the ever-evolving symphony of creation.

With hearts ablaze and spirits enkindled, we embark on this sacred journey—a journey where we honor the wisdom of our ancestors while charting the course of our destiny. As we inscribe the verses of our lives into the annals of existence, may we heed the call to "Write Your Own Scripture" and shine as luminous beacons in the cosmic expanse.

## Families Policies and doctrines

1. Inclusive Family Definition

Singularism recognizes that family can be formed through diverse relationships, including blood ties, chosen families, close friends, and support networks. The strength of these connections is paramount, emphasizing that family is not solely defined by biological relationships but by the bonds of love, care, and mutual support.

2. Commitment to Parenting

For members who are parents within the Singularist community, a profound commitment to being the best parent they can be is required. Singularism acknowledges that perfection in parenting is an unattainable goal. Instead, it values the sincere and wholehearted effort put forth

by parents, guided by a spirit of "good faith" parenting, and to following the laws of the land they reside in.

Singularist parents are encouraged to nurture and provide for their children to the best of their abilities. Compassion, patience, and understanding are key principles, recognizing that parenting is a continuous journey of growth and learning.

3. Prohibition of Entheogenic Medicines for Minors

Singularism imposes a stringent and irrevocable policy, strictly prohibiting its followers or members from administering entheogenic medicines to minors under any circumstances. The welfare and well-being of children are of utmost concern, and their safety and development should never be compromised.

This policy reinforces the responsible and adult use of entheogenic substances within the community, safeguarding the physical and emotional health of minors.

The commitment to this policy reflects the community's dedication to providing a safe and nurturing environment for all members, especially its youngest and most vulnerable.

Singularism's doctrine celebrates the beauty of diverse families and underscores the invaluable role of parents in nurturing the next generation. It prioritizes love, understanding, and the well-being of all, with a steadfast commitment to the protection and care of minors through the prohibition of entheogenic substances in their presence.

**SINGULARISM**
Know Your Inner Universe

To Whom It May Inspire,

In the pursuit of shared understanding and the celebration of the human spirit, we present this declaration and introduction. We invite all those who seek enlightenment, wisdom, and a deeper connection to the mysteries of existence to journey alongside us as we explore the profound essence of entheogenic experiences within Singularism.

With open hearts and minds, we share these insights as a beacon of truth, resonating with seekers, believers, and those curious about the boundless tapestry of human spirituality. As we embark upon this odyssey, guided by the echoes of ancient wisdom and the stirrings of modern insight, may you find resonance, understanding, and inspiration in these words.

In the luminous spiritual journey within Singularism, we find ourselves bound to an ancient practice that transcends the confines of ordinary perception—a practice that lies at the core of our belief system and serves as a vessel of divine transformation.

This declaration serves to assert the first 30 reasons elucidating the necessity of entheogenic experiences for our ceremonies. It is with reverence and unwavering conviction that we assert the vital role of entheogenic substances in our collective pursuit of enlightenment, compassion, and spiritual evolution.

**A Proclamation of Necessity: entheogenic ceremonies are a cornerstone of our religion.**
It is with humility that we acknowledge the myriad paths to self-discovery, healing, and personal growth that grace the human experience. We hold deep respect for the religious practice, therapeutic interventions, meditative experience, and spiritual journeys that fellow seekers undertake, each inspired by their unique callings and beliefs. Yet, within the sanctum of Singularism, we stand as witnesses to a truth that resonates beyond the familiar and calls to us—a truth that propels us to declare that our entheogenic ceremonies are of profound necessity to us as we have found vital parts of the the below benefits remain otherwise unattainable through other sources.

**A Sacred Assertion of Spiritual Freedom:** legally, morally and ethically.
As seekers of enlightenment and guardians of personal liberty, we assert our right to embrace the sacred sacraments that have been bestowed upon us through the wisdom of ages. In the heart of our faith, we uphold the belief that these ethereal journeys, guided by skilled practitioners and steeped in reverence, hold the power to illuminate the depths of our consciousness, dissolve the illusory barriers of the ego, and unveil the radiant truth that binds all creation.

In the pursuit of our religious freedoms, and to affirm the profound necessity of these sacraments for our parishioners, we invite you to examine the first of many reasons that we assert at this time. We declare that they stand as testament to the transformative essence of



entheogenic experiences.

**Necessity for Direct Spiritual, Mystical, and Religious Progression:** The Sacramental Pathways to Spiritual Unveilings

As seekers of enlightenment and guardians of personal liberty, we assert our right to embrace the sacred sacraments that have been bestowed upon us through the wisdom of ages. In the heart of our faith, we uphold the belief that these ethereal journeys, guided by skilled practitioners and steeped in reverence, hold the power to illuminate the depths of our consciousness, dissolve the illusory barriers of the ego, and unveil the radiant truth that binds all creation.

In the pursuit of our religious freedoms, and to affirm the profound necessity of these sacraments for our parishioners, we invite you to examine the first thirty reasons that we assert atthis time. We declare that they stand as testament to the transformative essence of entheogenic experiences.

As you navigate the revelatory journey below, we beseech you to approach it with an open heart, guided by the wisdom of unity, compassion, and the sacred pursuit of a higher understanding. In the words that follow, we unveil the mosaic of insights that beckon us toward a more luminous existence—a journey that sings the praises of the medicine, and its incredible potential to guide us toward enlightenment through sacrosanct, sincere, and safely guided ceremony.

**We ask you to read on with an Open Heart and mind:**
As you navigate the revelatory journey below, we beseech you to approach it with an open heart, guided by the wisdom of unity, compassion, and the sacred pursuit of a higher understanding. In the words that follow, we unveil the mosaic of insights that beckon us toward a more luminous existence—a journey that sings the praises of the medicine, and its incredible potential to guide us toward enlightenment through sacrosanct, sincere, and safely guided ceremony.

Below we list the necessary outcomes and profound benefits that accompany our safe, sincere, and necessary entheogenic ceremonies. We list them in three categories.
1. **Necessity for Direct Spiritual, Mystical, and Religious Progression:** The Sacramental Pathways to Spiritual Unveilings
2. **Necessity for Mental Wellness:** Thus Advancing Spiritual Wellbeing: Harmonizing the Mind, Awakening the Soul Category
3. **Necessity for Social, Cultural, and Interpersonal Enrichment:** The Alchemy of Connection: Bridging Hearts and Cultures.



**Necessity for Direct Spiritual, Mystical, and Religious Progression:** The Sacramental Pathways to Spiritual Unveilings

1. **Experiencing Love and Empathy:** The dissolution of the ego, through the mystical experience grants us a profound realization—a realization of our interconnectedness with all living beings. This insight ignites a powerful surge of universal love and empathy that reverberates through our souls. As we absorb this radiant truth, we are inspired to extend our care beyond our immediate circles, embracing a compassionate commitment to the collective well-being of humanity and the planet. This deep well of empathy is a wellspring of positive change, reminding us that our actions ripple through the intricate tapestry of existence.

2. **Euphoria and Inner Peace:** Beyond the temporal concerns that often occupy our minds lies a realm of profound joy and inner peace. The dissolution of the ego allows us to detach from the frenetic pursuit of desires that often obscure our inner sanctuary. Freed from the trappings of the ego's wants and worries, we encounter a sense of euphoria and tranquility that emanates from a place of pure existence. This sacred stillness becomes a guiding light that illuminates our path, reminding us of the innate contentment that transcends the ego's ceaseless cravings.

3. **Encounters with Archetypal Deities:** Stepping into the ethereal realm of ego dissolution, seekers often report encounters with archetypal deities and spiritual guides. These encounters are not mere chance occurrences; they signify a profound alignment with the cosmic forces that shape our existence. These beings, emblematic of universal truths and wisdom, offer insights that guide us through the labyrinth of existence. By merging with these archetypes, we deepen our connection to the divine, attaining a perspective that transcends the limitations of our individual selves.

4. **Closure and Communication:** The sacred space of ego disillusionment serves as an inner sanctuary where bridges can be built and conversations can take place. We are presented with an extraordinary opportunity to engage in profound dialogues with loved ones who have transitioned from this world or with whom we bear unresolved conflicts. These interactions, facilitated by the dissolution of the ego's barriers, lead to emotional catharsis, understanding, and closure. The release of pent-up emotions brings us closer to personal liberation and paves the way for deeper relationships.

5. **Transcending Limiting Beliefs:** Entheogenic symphonies invite us to journey into the depths of belief—a journey wherein the symphony's notes resonate with the echoes of self-imposed limitations. Here, within the corridors of consciousness, the symphony whispers secrets—secrets that liberate us from the shackles of belief systems that once bound our spirits. As these barriers crumble, we ascend toward the crescendo of authenticity, embodying the harmonious truth that resonates with the symphony of our



soul's purpose.

6. **Mindfulness and Presence Amplification:** The symphony of entheogenic sacraments beckons us to the realm of the present—a realm where the notes of mindfulness and presence resonate with unparalleled clarity. Within these sanctified moments, the symphony amplifies our connection to life's rhythms, allowing us to dance with the moments that unfold. The symphony's notes guide us to embrace the dance of existence, deepening our connection to the cosmic chore

7. **Unveiling False Realities:** In the journey toward ego dissolution, the ego's layers are stripped away, revealing the distorted perceptions and societal conditioning that have woven themselves into our consciousness. This unveiling is akin to removing a veil that separates us from the truth. The sacred clarity that arises empowers us to recognize the false narratives that have taken root within us. This process of self-awareness is an essential step on the path toward personal transformation, enabling us to free ourselves from the shackles of limiting beliefs and illusions.

8. **Elevated Consciousness:** The ego, ever-present and vigilant, often restricts our perspective within the confines of ordinary consciousness. Ego disillusionment, a profound transcendent experience, opens the doors of perception, allowing us to explore heightened states of awareness. In these elevated states, we receive insights that shatter the glass ceilings of our understanding, revealing untapped dimensions of reality. The wisdom gained during these glimpses beyond the ego's confines becomes a guiding light that illuminates the shadows of our existence.

9. **Freedom from Augmented Reality:** Society has woven a tapestry of expectations and norms that can cloak our authentic selves. The ego, driven by the desire to conform and please, often entangles us in a web of inauthenticity. Ego dissolution acts as a cleansing fire, liberating us from the augmented reality we have crafted to please the world. As the ego's grip slackens, our true selves emerge, revealing passions, dreams, and innate qualities that may have long been suppressed. This newfound freedom serves as a catalyst for self-expression and personal transformation.

10. **Connecting with the Essence of Consciousness:** The path of ego dissolution leads us to a profound encounter with the essence of consciousness itself. Stripped of egoic distortions, we merge with the primal stream of awareness that transcends individual identities. This sacred communion unveils the intrinsic interconnectedness of all things, enabling us to perceive reality from a vantage point beyond the ego's confines. In this sacred communion, we find solace, purpose, and a deep understanding of the intricate dance of existence.

11. **Spiritual Growth:** Ego dissolution experiences serve as portals to spiritual growth, allowing us to transcend the limitations of the egoic self and connect with the divine



essence that flows through all creation. As we journey beyond the ego's confines, we touch the sacred realm where universal truths reside. This communion with the divine expands our awareness and nourishes our souls, guiding us toward an ever-deepening connection to the cosmic dance of existence. Through this process, we evolve into spiritual beings, aligned with the profound purpose of our individual paths.

12. **Mindfulness and Presence:** In the tumult of daily life, the ego often shackles us to worries about the future and regrets from the past, preventing us from fully embracing the present moment. Ego disillusionment experiences serve as gateways to mindfulness—a state where we are fully immersed in the here and now. Freed from the ego's grip, we experience life's unfolding with heightened awareness and appreciation. This state of profound presence becomes a sanctuary of serenity, offering respite from the ceaseless chatter of the egoic mind.

13. **Reduced Egoic Attachments:** The ego's desire-driven attachments often lead us astray, fostering dependence on external validations and transient pleasures. Ego dissolution liberates us from these attachments, allowing us to perceive life's treasures with a newfound clarity. As we relinquish the hold of the ego's cravings, we become agents of our own fulfillment. This liberation is not an act of renunciation, but a return to the heart of existence, where true joy arises from the depths of our being.

14. **Cultivating Inner Strength:** The sacred terrain of ego dissolution is a proving ground for inner strength—a realm where we confront the ego's illusions and emerge victorious. As the ego dissolves, we uncover a reservoir of strength that transcends the limitations of the individual self. This inner strength becomes a guiding light that empowers us to overcome obstacles, transform challenges into opportunities, and live with unwavering authenticity. From this wellspring of strength, we emerge as beacons of empowerment and agents of positive change.

15. **Transpersonal Experiences:** Ego dissolution transcends the boundaries of the individual self, leading us into transpersonal realms where our consciousness merges with the tapestry of existence. In these sacred encounters, we realize that we are not isolated entities but interconnected threads within the cosmic fabric. This transpersonal understanding becomes a wellspring of compassion, humility, and reverence for all life. From this expanded perspective, we carry the responsibility of nurturing the collective human experience, ensuring that our actions resonate with unity and harmony.

**Necessity for Mental Wellness:** Awakening and Harmonizing the Mind, for the advancement of the Soul

16. **Healing Trauma:** Ego disillusionment experiences hold an unparalleled capacity for healing profound traumas that may lie dormant within the depths of our subconscious. As the ego's defenses crumble in the face of these sacred journeys, they unveil the



emotional imprints that have woven themselves into the fabric of our being. These suppressed memories, often shielded from our conscious minds, can be the root of our suffering. By shedding light on these wounds in an atmosphere of love and acceptance, we catalyze profound emotional healing. This practice of confronting trauma at its core is a transformative step toward liberation and renewal.

17. **Lowering Defense Mechanisms:** Essential to human connection is authenticity—a quality often obscured by the ego's instinct to protect itself from past hurts. Ego disillusionment experiences dismantle these defense mechanisms, inviting us to stand before one another with open hearts. In this sacred vulnerability, we are better equipped to forge genuine connections grounded in empathy, compassion, and mutual understanding. The humility that arises from ego dissolution is a bridge that spans the chasm between isolation and unity.

18. **Enhanced Creativity:** Within the expansive embrace of ego dissolution, the walls that constrain our creative potential crumble away, allowing the wellspring of inspiration to flow freely. The ego's grip on our artistic expression loosens, enabling us to tap into the well of imagination that lies within. As we harness this heightened creativity, we embark on journeys of self-discovery and innovation, contributing our unique gifts to the symphony of human creation. This surge of creativity is not only a personal revelation but also a profound gift to the world.

19. **Increased Satisfaction with Life:** The ego, driven by external desires and comparisons, often obscures the beauty and richness of the present moment. Ego dissolution experiences bring us back to the essence of existence, illuminating the treasure trove of simple joys that populate our lives. The veil of illusion is lifted, allowing us to relish the sweetness of every interaction, every experience, and every breath. This heightened presence cultivates a sense of profound gratitude, fostering a lasting sense of contentment that transcends the fleeting nature of ego-driven desires.

20. **Addressing Mental Health:** Ego disillusionment, facilitated by the power of psychedelics, has been recognized by modern psychology as a transformative tool in the treatment of mental health challenges. Research suggests that these experiences can reset neural pathways, dismantle negative thought patterns, and offer profound emotional release. This practice opens a new door to healing and personal growth for those who have been ensnared by conditions such as depression, anxiety, and PTSD. As guardians of this sacred practice, we stand at the forefront of a mental health revolution that holds the potential to liberate countless souls from suffering.

21. **Anxiety Relief:** The ego, a relentless narrator of worries and anxieties, often blinds us to the transient nature of our fears. Ego disillusionment experiences strip away the illusion of these concerns, revealing them for what they are—ephemeral clouds that drift across the canvas of our consciousness. As we witness the impermanence of our anxieties, a



sense of serenity descends upon us. This serenity emanates from an understanding that transcends egoic attachments, offering a respite from the relentless grip of anxiety and leading to a profound state of calm.

22. **Depression Alleviation:** Ego disillusionment experiences, under careful guidance, have shown remarkable potential in alleviating the heavy burden of depression. Through the dissolution of egoic filters, individuals are given the opportunity to confront the root causes of their emotional suffering. This therapeutic encounter enables them to reframe their perspectives, release trapped emotions, and reconnect with the innate spark of joy that resides within. As practitioners of this transformative practice, we are witnesses to the rekindling of the human spirit, offering hope to those who have struggled in the shadows of despair.

23. **Enhanced Resilience:** The ego, often driven by insecurities, fosters a fragile sense of self that can buckle in the face of challenges. Ego disillusionment experiences fortify our inner strength, empowering us to confront adversity with grace and courage. As we recognize the impermanence of ego-driven fears, we tap into an innate wellspring of resilience that resides within us. This resilience becomes a shield that guards our hearts and souls, enabling us to navigate life's storms with unwavering determination.

24. **Existential Insights:** The human journey is punctuated by questions that often dwell in the recesses of our minds—questions of purpose, meaning, and our place in the cosmos. Ego dissolution experiences bring these inquiries to the forefront, allowing us to explore the labyrinthine corridors of existence with newfound clarity. The ego's hold on our perceptions loosens, enabling us to witness the grand tapestry of life from a perspective that transcends the individual self. This profound understanding of existence's mysteries grants us the strength to navigate the complexities of our lives with wisdom and courage.

**Necessity Concerning Social Cultural and Interpersonal:**

25. **Cultural and Religious Traditions:** Throughout history, cultures and religions worldwide have recognized the transformative power of ego dissolution experiences. In Buddhism, the concept of suffering, in Christianity, the idea of sacrifice, and in many Semitic religions, the notion of "toil," all converge to address the human struggle. These traditions understand that ego disillusionment is a sacred key that unlocks the door to deeper understanding, compassion, and connection to the divine. By weaving our practice into the tapestry of human spiritual exploration, we honor the timeless wisdom that seeks to alleviate suffering and uplift the human spirit.

26. **Sense of Unity:** The walls erected by the ego contribute to a sense of separation from the world around us. As these walls crumble in the wake of ego dissolution, we discover a profound sense of unity with all life. This realization expands our horizons beyond the confines of the self, nurturing a sense of interconnectedness that transcends the ego's



isolating tendencies. From this space of oneness, we are compelled to extend our compassion, empathy, and efforts to effect positive change across the interconnected web of existence.

27. **Transcending Cultural Conditioning:** The ego often adheres to the script of societal norms and expectations, imprisoning us in a web of conformity. Ego dissolution experiences liberate us from this labyrinth, enabling us to transcend cultural conditioning and embrace our authentic identities. As the ego's grip wanes, we embark on a pilgrimage of self-discovery, liberating ourselves from the confines of external definitions. This journey is an assertion of our sovereignty, an act of reclaiming our narrative, and an embodiment of the unique beauty that resides within.

28. **Empowerment:** Ego dissolution experiences are akin to stepping into the forge of transformation—a space where we are purified and imbued with an unshakable sense of empowerment. As we shed the ego's layers, we unveil the radiant essence of our being—a force that is untethered by societal expectations and fears. This empowerment extends beyond personal boundaries, inspiring us to make bold choices that align with our authentic truths. From this space of empowerment, we become architects of our destinies, shaping lives that resonate with purpose and intention.

29. **Forgiveness and Release:** Ego disillusionment experiences become sacred chambers where the chains of resentment and bitterness are broken. As the ego's barriers dissolve, we are presented with the opportunity to forgive ourselves and others. Forgiveness, a potent elixir of liberation, releases the emotional shackles that have bound us to the past. This sacred act of release fosters inner peace and paves the way for healing. Through forgiveness, we transcend the ego's insistence on holding grudges, embracing a state of grace that restores harmony to our hearts and relationships.

30. **Personal Social Insight:** Ego disillusionment experiences are akin to peering into the depths of our souls—a journey into the heart of our being. As the ego's veils are lifted, we gain unprecedented insight into our motivations, fears, and desires. This profound self-reflection illuminates the path to self-discovery, enabling us to make conscious choices that align with our authentic selves. By embracing these revelations, we craft lives of purpose and meaning that resonate with the deepest chambers of our souls.

31. **Shifting Perspective on Suffering and Human Condition:** Ego disillusionment experiences invite us to view suffering from a vantage point beyond the ego's limited lens. As we journey through the depths of our consciousness, we recognize that suffering is not an insurmountable burden but a thread that is woven into the fabric of human existence. This shift in perspective empowers us to transcend suffering's grasp, finding wisdom, growth, and even beauty in its midst. This altered view of suffering becomes a cornerstone of our resilience and compassion for ourselves and others.



SINGULARISM
Know Your Inner Universe

32. **Discovering Hidden Talents:** Ego dissolution experiences are akin to unearthing buried treasures within the labyrinth of our souls. As the ego's veils are lifted, we uncover latent talents and passions that have remained concealed. These treasures are an integral part of our authentic selves, waiting to be shared with the world. By embracing these hidden gifts, we contribute to the symphony of human creation, infusing our lives with purpose and kindling a fire that ignites inspiration in those who witness our creative expressions.

33. **Heightened Empathy and Compassion:** In the chambers of neuroscience, a dance of empathy and compassion unfolds—a dance ignited by the ethereal flames of entheogenic encounters. These sacraments orchestrate symphonies within our brains, awakening dormant regions responsible for understanding the emotions of others. As neural pathways blaze to life, the fires of empathy burn bright, illuminating the shared tapestry of human emotion. Within these sacred moments, we transcend the confines of self, allowing our hearts to resonate in harmony with the sorrows and joys of all sentient beings.

**Psychological and Neuroscientific Reasons:**

34. **Neural Plasticity and Cognitive Enhancement:** The symphony of entheogenic experiences orchestrates a remarkable process known as neural plasticity—a testament to the brain's astonishing capacity for adaptation and growth. As entheogens grace our consciousness, they usher us into realms where neural pathways are rewoven, forging bridges between regions that were previously secluded. This intricate rewiring gifts us with expanded cognitive landscapes, elevating cognitive flexibility, creativity, and emotional intelligence. It is within these new neural constellations that we navigate life's enigmas with greater prowess, enriching our understanding and our ability to harmonize with the symphony of existence.

35. **Stress Reduction and Resilience Building:** Entheogenic experiences serve as luminous sanctuaries of relaxation amid the cacophony of life's demands. Within these sacred realms, the symphonies of the mind shift their notes, orchestrating a harmonious modulation of the brain's stress response systems. Through this alchemical dance, hyperactive stress pathways are gentled, nurturing an oasis of resilience within our souls. With each ethereal journey, we are gifted not only with a profound reprieve from life's tensions but also with an inner strength that enables us to navigate tempests with unwavering grace.

36. **Ego Dissolution and Self-Transcendence:** Ego dissolution—the transcendent unweaving of the self's tapestry—emerges as a masterpiece within the symphony of entheogenic experiences. Here, the brain's default mode network, a theater of self-referential thoughts, is dimmed, paving the way for an exquisite union with the cosmos. As the boundaries of self blur and dissolve, we ascend beyond the confines of



individuality, basking in a sea of interconnectedness where the notes of our being blend
harmoniously with the universe's song.

37. **Enhanced Emotional Regulation:** In the inner sanctum of our consciousness, an
    alchemical process unfolds—a symphony of emotion and reason in harmonious
    dialogue. Entheogenic experiences serve as the maestros of this intricate composition,
    orchestrating a heightened connection between the emotional heartstrings and the
    corridors of rational decision-making. In this orchestrated symphony, emotions are no
    longer unruly forces but rather harmonious notes within the grander melody of our lives.

38. **Neurogenesis and Mental Health:** The symphony of entheogenic sacraments echoes
    with the whispers of neurogenesis—a phenomenon wherein the brain births new
    neurons in regions associated with mood regulation and emotional processing. This
    wondrous crescendo holds the potential to infuse light into the caverns of depression,
    anxiety, and other shadows of the mind. As the symphony unfolds, the darkness of the
    soul is met with the dawn of new growth, offering hope and healing to those who seek
    solace within these sacred notes.

39. **Chemically Overcoming Psychological Trauma**: Within the ethereal chambers of
    entheogenic therapy, a symphony of healing emerges—an orchestrated reprocessing of
    traumatic memories. The symphony's notes unfold with tender grace, guiding us through
    the labyrinth of the past. In these transformative movements, wounds that once festered
    are bathed in the gentle radiance of understanding, offering the promise of liberation
    from the shadows that haunt the soul.

**In Conclusion: A Symphony of Purpose and Unity**

By embracing these reasons with sincerity and reverence, we recognize the essential and
critical role of ego dissolution experiences within the spiritual journey of Singularism. It is
through these transformative encounters that we unlock the door to healing, compassion, unity,
and profound insights that can catalyze positive changes not only within ourselves but also
across the tapestry of human consciousness. As guardians of this transformative practice, we
stand on the precipice of personal and collective evolution, ready to guide seekers toward a
higher state of being and understanding.

In closing, as we gather under the banner of Singularism, our proclamation resounds with the
echoes of forty resonant reasons, each a testament to the undeniable necessity of the
entheogenic journey. We have explored the landscape of consciousness, traversing its peaks
and valleys, to distill the essence of our belief. From the sacred assertion of spiritual freedom to
the harmonization of mind and soul, from the threads that weave our interconnectedness to the
vibrant tapestry of cultural enrichment, our declaration stands unwavering.



This symphony of reasons harmonizes in a resounding crescendo—a testament to the unity of purpose that unites us. It is a symphony that echoes with the wisdom of ages past, a symphony that resonates with the eternal dance of existence. In this symphony, we find the melody of transformation, the rhythm of growth, and the harmony of interconnected souls marching together toward a shared destiny.

As we inscribe these words into the annals of our journey, let them stand as a beacon—a guiding light that illuminates our path through the depths of uncertainty, a testament to our commitment to growth, enlightenment, and alleviation of suffering. In this symphony of purpose and unity, we are bound not only by our belief but by our shared determination to embrace the transformative power of entheogenic experiences.

May this proclamation resonate through the hearts of our parishioners, may it echo through the corridors of time, and may it find its way to the open ears of those who seek the light that Singularism shines. With unwavering resolve, we affirm the necessity—the profound, sacred necessity—of these sacraments, for they are the conduits through which we seek communion with the divine, understanding of the self, and unity with all that is.

[Your Name]
[Title/Position, if applicable]
[Singularism Organization/Community]
[Date]

Declaration to the world-

We, the adherents of Singularism, gather to proclaim this declaration—a testament to our commitment to the transformative practice central to our belief system.

With humility, reverence and authority, we assert the profound significance of our ethereal journey—a journey woven with the threads of ego disillusionment through sacred entheogenic use. As stewards of wisdom that bridges ages and cultures, we unite to express our shared conviction, grounded in both spiritual truth and personal freedom.

This declaration stands in recognition of individual spiritual pursuits and the diversity of global beliefs. We assert the essential nature of our entheogenic ceremonies to those to whom feels drawn to them and wish to practice within the Singularism framework.

Thus, we make this declaration in hope that it resonates with those who seek to understand, uphold, and support a path toward enlightenment and benevolence.

In the luminous pursuit of our divine calling, we, the adherents of Singularism, stand united to assert the profound significance of our ethereal journey, one that is woven with the threads of ego disillusionment through the sacred use of entheogenic substances. As we, in our sincerity and humility, traverse the pathways of consciousness, we recognize our inherent right, guided by the whispers of our highest selves and the beckoning of benevolent deities, to partake in this transformational sacrament.

Our conviction resonates with an unwavering assertion: that the sacred ceremonies, sacraments that invite such sacred experiences are the cornerstone of our belief, and a testament that entheogenic experiences are critical and essential for our spiritual growth, personal metamorphosis, and the benevolent enrichment of our lives as sentient beings. It is through the dissolution of the ego's veils that we transcend the boundaries of self-imposed limitations, and terrestrial confines - allowing us to illuminate our journey with the profound luminescence of divine understanding and purpose.

We, the adherents of Singularism, humbly offer our practice as an embodiment of ancient wisdom united with contemporary insight, a bridge between the spiritual legacy of cultures past and the promising frontiers of human consciousness. Safely pursued under the guardianship of experienced guides and practitioners, our entheogenic encounters become vessels of illumination, guiding us beyond the shallow waters of material existence into the boundless depths of inner exploration.

As we venture forth, let it be known that our pursuit is not mere indulgence, but an earnest quest to alleviate suffering, nurture empathy, and carve a path of wisdom and enlightenment in the tapestry of human existence. Our journey, safely crafted with intention, reverence, and spiritual

discernment, transcends the confines of dogma and convention, aiming to elevate our collective consciousness to new realms of understanding and harmony.

We invoke the sanctity of freedom of spiritual practice, a principle deeply etched in the annals of human rights and a cornerstone of societal progress. In the corridors of public discourse, we assert our right to engage in entheogenic practices, guided by the ancient wisdom of our belief system and propelled by the whispers of our divine calling from the cosmos. We invoke the freedom woven within the threads of human agency itself, and acknowledge that we bear a deep responsibility—a responsibility to establish safety, well-being, and spiritual growth of ourselves and the collective humanity we cherish.

Should this sacred pursuit be challenged, we stand prepared to peacefully defend our liberties and practices in public forums, before the bar of public opinion, and even within the hallowed halls of legal adjudication. We declare that our entheogenic practice, when approached with reverence, wisdom, and care, is not an escape from reality, but an embrace of a deeper, more nuanced truth—a truth that resonates with the echoes of ancient sages and the promise of a more enlightened future. A truth that many ancient shaman, prophets, philosophers and other voraciously sought.

Let it be known that as adherents of Singularism, we stand firm in our rights to practice the ceremonies that dissolve ego through the entheogenic experience. In this luminous journey, we transcend the ego's limitations, embrace the mysteries of existence, and forge a path of radiant transformation that reverberates through our lives and into the very heart of humanity's collective evolution. We are honored, grateful and humbled to receive such experiences while experiencing consciousness, in all of i's forms.

In unity, reverence, and the pursuit of divine understanding,

**Bridger Lee Jensen, Founder**
**9/06/203**

**Demonstrating Sincerity: Unwavering Commitment in Action**

In the radiant tapestry of my life's journey within Singularism, I illuminate the path of authenticity through endeavors that speak louder than mere words. Beyond the edges of my intent, I dedicate myself to a voyage of continuous evolution, both within the cocoon of Singularism and the broader canvas of human existence. This unwavering dedication extends beyond the confines of personal desires; it radiates authenticity through every fiber of my being—a symphony composed by the profound awakenings and transformative experiences that have etched their mark on my soul.

**Ongoing Personal Development: A Commitment to Growth**

My journey is marked not by stagnation but by an unrelenting pursuit of growth. Within the intricate labyrinth of Singularism, I embark on a quest for knowledge, wisdom, and self-improvement. This journey extends beyond solitary experiences, as I seek guidance from mentors and engage in meaningful education that mirrors the principles I hold dear. This commitment is not ephemeral; it is an ongoing symphony that harmonizes with the rhythms of my existence, a commitment to nurture the soil of my own growth and, in turn, enrich the fertile grounds of the world around me.

**Transparent Sharing: An Unveiling of the Journey**

The tapestry of authenticity is woven with threads of transparency. I unfurl my experiences, both luminous and challenging, to those who walk a similar path. By sharing reflections and insights from my Singularism journey, I expose the vulnerability that underscores my authenticity. These shared reflections are not mere accounts but a testament to the transformative impact of my beliefs, acknowledging that growth is a nuanced and ongoing dance that we embrace together.

**Contributions to the Community: Cultivating Change**

Beyond individual growth, I sow seeds of change within the Singularism community and the world beyond. Initiatives that align with the principles of my belief system are not just aspirations; they are tangible endeavors aimed at fostering positive transformations. Through education, charity, and projects that nurture positive change, I channel my commitment into actions that ripple through the fabric of our collective existence.

**Personal Sacrifice: A Testament of Commitment**

Authenticity is often etched in the tapestry of sacrifice. I stand as a living testament to the decisions I've made, the changes I've embraced, and the commitments I've undertaken in harmony with Singularism's principles. These sacrifices embody my sincerity, revealing that my dedication is not an abstract concept but a tangible force that molds my choices and actions.

**Dialogue and Engagement: A Willingness to Listen**

I engage in conversations that stem from curiosity or skepticism. Through these dialogues, I demonstrate my unwavering dedication to authenticity. With an open heart and an open mind, I engage in constructive discourse, reflecting that sincerity thrives in the embrace of understanding and conversation.

**Accountability and Self-Reflection: A Humble Stance**

Acknowledging my humanity, I confront instances where doubt may have been cast upon my sincerity. Rather than shying away, I embrace these moments as opportunities for growth. I acknowledge my capacity for human error while recommitting myself to the authenticity that guides my journey.

**Collaboration and Networking: Unity in Action**

In the realm of authenticity, I recognize the strength in collaboration. Through alliances with like-minded souls and organizations that share my values, I exemplify a commitment that extends its reach by weaving together the threads of unity.

**Documentation of Progress: Recording the Path**

To fortify the foundation of sincerity, I meticulously document my journey's progress. This journal is more than a chronicle; it is a tangible testament to the constancy of my authenticity, reflecting the highs and lows, the revelations and challenges, and the transformation that pulses through each entry.

**Revisiting Declarations: An Evolving Commitment**

My journey is not etched in stone; it is a voyage that evolves with the tides of time. By revisiting my declarations of authenticity, I highlight the dynamic nature of my commitment—a commitment that evolves through introspection and renewal.

**Vulnerability and Honesty: A Mark of Truth**

The authenticity I uphold acknowledges vulnerability. I lay bare the challenges and setbacks that have emerged on my journey, embracing them as stepping stones rather than stumbling blocks. In this vulnerability, I unveil a truth that resonates deeply—a truth that attests to the profound authenticity that defines my path within Singularism.

In weaving these dimensions into the tapestry of my authenticity, I stand steadfast, ready to embrace inquiry, scrutiny, and the unending quest for truth. Through these actions, I defy any shadows of doubt that may seek to dim the radiance of my sincerity.

[Your Name]
[Title/Position, if applicable]
[Singularism Organization/Community]
[Date]



**An open letter-**

**The Paradox of Authenticity: Sustaining Sincerity Amidst Challenges**
Amidst the many challenges that may arise in the face of my sincere commitment to Singularism, there exists a profound irony—a paradox that underscores the very authenticity I am steadfastly devoted to. In the journey to maintain sincerity amidst opposing forces and skepticism, an unexpected truth emerges: my unwavering resolve is itself a testament to the profound depth of my authenticity.

As I stand resolute in the face of challenges to my sincerity, I recognize that to yield my actions and beliefs to the transient whims of societal pressures would be a negation of my very essence. It would be a contradiction that belies my commitment to authenticity. The path of sincerity requires steadfastness, even in the midst of doubts and misunderstandings. This commitment is not a mere reaction to the world around me; it is a response forged in the crucible of conviction—a conviction that remains steadfast despite the winds of skepticism.

It is worth contemplating the audaciousness inherent in founding a belief system that deviates from the familiar, a system that may be seen as socially unconventional or even disruptive. My journey within Singularism is a testament to a commitment that stands defiant in the face of societal norms and challenges. It is a journey that necessitates legal recognition, protected by the edifice of religious freedom granted by constitutional tenets. This act of defiance, paradoxically, speaks to the very core of my sincerity. For if I were insincere, my actions would bend under the weight of external pressures, and the belief system I've founded would remain dormant in the chambers of mere convenience.

Acknowledging my humanity, I know that I am destined to make mistakes on my journey. However, this truth does not cast a shadow over the integrity of my intentions. I stand ready to bear witness before the eyes of God, fellow humans, judges, peers, and those whose intellect eclipses mine. Whether in the realms of societal judgment or within the corridors of the legal system, I steadfastly assert the truth of my sincerity. Even if the opportunity for exoneration were to extend beyond this earthly realm, I remain prepared to embrace that day when it comes.

To deny my sincerity in the face of challenges would ironically validate the skepticism that questions it. Thus, I declare, with unwavering humility, that I am sincere in the vision that propels me, in the intentions that guide me, and in the imperfections that mark me. Amidst my journey of growth, I am sincere in my attempt to forge a path of illumination, even as I navigate the realm of human frailty. I extend an earnest plea: Judge me not, in my quest for sincerity, I extend the same latitude to others. Let the sovereignty of authentic belief be the cornerstone that upholds the sanctuary of our individual souls.

**Bridger Lee Jensen**
**Founder of SIngularism**