# EXHIBIT U

IN THE FOURTH DISTRICT COURT - ALL DEPARTMENT

IN AND FOR UTAH COUNTY, STATE OF UTAH

## AFFIDAVIT FOR SEARCH WARRANT

STATE OF UTAH )
             :ss
County of Utah )

The undersigned affiant, Detective JACKSON JULIAN of Provo Police Department, upon an oath or written affidavit subscribed under criminal penalty, declares:

That your affiant has reason to believe:

THAT

    On the premises known as 1969 N State Street, Provo, UT, further described as A brown brick building located in a business complex on the west side of North State St. The numbers "1969" are displayed on a white pillar, just outside the front entrance which sits at the bottom of an outdoor stair case. The word "Singularism" is printed on the glass front entrance door.;

    On the person(s) described as:

        Bridger Lee Jensen ▮▮▮▮▮▮▮▮ )

In the City of Provo, County of Utah, State of Utah, there is now certain property or evidence described as:

    - Psilocybin Mushrooms
    - Equipment used to ingest and/or cultivate psilocybin
    - Business records which document the administering of psilocybin to clients
    - Financial records which indicate transaction history of purchasing cultivation equipment, income produced by administering psilocybin to clients, and where the money garnered from this business is being kept

and that said property or evidence:

    Was unlawfully acquired or is unlawfully possessed;

has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or

is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of
- Possession of Psilocybin (Schedule I Controlled Substance) with the Intent to distribute, per UCA 58-37-8
- Possession of Drug Paraphernalia, Per UCA 58-37A-5.



- Page 2 of 6 Search Warrant No. 2992661 -



Later in November 2023 a concerned citizen, who did not want to be named, came forward wanting to speak with detectives about Bridger and his business. I met with the citizen and they advised me that Bridger has a website promoting the business and identified where the business was located. The website is Singularism.org and the business location is 1969 N State St, Provo, UT.

- Page 3 of 6 Search Warrant No. 2992661 -

- Page 4 of 6 Search Warrant No. 2992661 -

- Page 5 of 6 Search Warrant No. 2992661 -

[REDACTED]

This affidavit has been reviewed by Pete Reichman of the Utah County Attorney Office, and it has been approved for presentation to the court.

WHEREFORE, your affiant prays that a Search Warrant be issued for the seizure of said items in the daytime.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

Executed on: 4th day of November, 2024 @ 04:55 PM by   /s/ JACKSON JULIAN





TEL 801.852.6210
445 W. Center St.
PROVO, UT 84601

Chief T. Beebe

December 11, 2024

Bridger Jensen,

Case number(s): Records of Complaints put into our department about your name, address 1969 N State St. We are providing you with the only documentation that we have of a complaint brought to our department. This is documented in the Warrant Affidavit submitted to the courts showing cause for the warrant. The paragraph on page 3 of the affidavit is what we are able to provide.

Our department is partially denying the above two cases for your request under **Protected Records UCA63G-2-305(10)(e).**
**(10) records created or maintained for civil, criminal, or administrative enforcement purposes or audit purposes, or for discipline, licensing, certification, or registration purposes, if release of the records:**

(e)  reasonably could be expected to disclose investigative or audit techniques, procedures, policies, or orders not generally known outside of government if disclosure would interfere with enforcement or audit efforts;

The Warrant Affidavit has been provided to you "highly redacted" under the above GRAMA law. The portions of the warrant affidavit that has been redacted would or could release procedural investigative processes that could hinder future law enforcement practices used in future investigations, therefore are redacted. We have provided the only paragraph that is responsive to your request.

You have the right to appeal this partial denial to Mayor Michelle Kaufusi. Please direct your appeal to the Provo City Attorney's Office at provocityattorney@provo.org or 445 W. Center St.; 3rd Floor, Provo, UT 84601. Your notice of appeal must be submitted within 30 days of the above denial date and must include your name, mailing address, daytime telephone number, and an explanation of the relief sought. You may also include any supporting information with your notice of appeal. See Provo City Code Section 3.13.090 and Utah Code Section 63G-2-401.

Thank you
Sincerely,

Debra Causey
Police Records Clerk
Provo City Police Department
445 W. Center St.

POLICE.PROVO.ORG



**POLICE**
Chief T. Beebe

TEL 801.852.6210
445 W. Center St.
**PROVO, UT 84601**

Provo, UT 84601
801-852-6386

**POLICE.PROVO.ORG**