AO 187 (Rev. 7/87) Exhibit and Witness List

# THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| Jensen et al | WITNESS AND EXHIBIT LIST |
|---|---|
| v. | |
| Utah County et al | Case Number: 2:24-cv-00887 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jill N. Parrish | Anna P. Christiansen | Mitchell A. Stephens |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/13/2024 | Laura Robinson | Tracy Schofield |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| * | | 12/13/2024 | | | **WITNESS: Brandi Lee** |
| * | | " | X | X | Psychedelic Therapy Academy Binder |
| * | | " | | | **WITNESS: Jenna DenBleyker** |
| * | | " | | | **WITNESS: Bridger Lee Jensen** |
| * | | " | X | X | Oklevueha Native American Church Membership Card, both sides |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages