Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **EXHIBITS RELATED TO 12/13/2024 HEARING**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

On December 13, 2024, the Court held a hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. During this hearing, Plaintiffs introduced an exhibit, Plaintiff Jensen's Oklevueha Native American Church Official Membership Card, which was received and admitted by the Court, and attached here as Exhibit W. Additionally, during argument

1

at the end of the hearing, counsel for the parties exchanged argument regarding Plaintiffs' notice of claim related to this matter. The notice of claim is attached as <u>Exhibit X</u>.

DATED December 16, 2024.

<u>/s/ Tanner J. Bean</u>
Tanner J. Bean
Anna P. Christiansen
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I caused the foregoing **EXHIBITS RELATED TO 12/13/2024 HEARING** to be served via the Court's ECF system upon the following:

>Gary DeMott Millward
>J. Brian Jones
>Provo City Attorney's Office
>351 W Center St
>PO Box 1849
>Provo, UT 84603
>gmillward@provo.org
>bjones@provo.org
>
>Richard A. Roberts
>Provo City - Legal Department
>445 W Center St., Ste 300
>Provo, UT 84601
>rroberts@provo.org
>
>Mitchel A. Stephens
>Lara A. Swensen
>James Dodge Russell & Stephens PC
>10 W Broadway Ste 400
>Salt Lake City, UT 84101
>mstephens@jdrslaw.com
>lswensen@jdrslaw.com

>>*/s/ Tanner J. Bean*