# EXHIBIT W





# Oklevueha Native American Church Official Membership

The person secured with this card is a member of Oklevueha Native American Church (ONAC) and, as such, is qualified to carry, possess and/or use Native American Church Sacraments including Peyote, Cannabis, San Pedro and other recognized healing ceremonial plants. For a complete list of covered sacraments and the requirements for their use, visit nativeamericanchurches.org Controlled substances not mentioned there are not covered or legal for personal use or in ceremony.

Laws pertaining to the protection of all ONAC members' Civil Liberties are outlined in the First Amendment of the Bill of Rights to the United States Constitution and more specifically described in the Religious Land Use and Institutionalized Persons Act of 2000.

Please scan this QR Code for information on the consequences of violating the civil rights of this Native American Church member or visit the website.



James Warren 'Flaming Eagle' Mooney
Seminole Elder Medicine Man
Co-Founder of Oklevueha Native American Church