Mitchell A. Stephens (11775)
Justin L. James (15167)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.,
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mstephens@jdrslaw.com
       jjames@jdrslaw.com
       dolson@jdrslaw.com

*Counsel for Utah County and Jeffrey Gray*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, SINGULARISM, PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH COUNTY, PROVO CITY, JEFFREY GRAY, TROY BEEBE, BRIAN WOLKEN, JACKSON JULIAN, JOHN DOES 1-4,<br><br>Defendants. | **EXHIBITS RELATED TO 12/13/2024 HEARING**<br><br>Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish |

Pursuant to the directive from this Court during the hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and consistent with this Court's Witness and Exhibit List, [Dkt. 23], counsel for Defendants Utah County and Jeffrey Gray hereby files the Psychedelic Therapy Academy Binder, which was introduced during cross-examination of Brandi Lee and which this Court received and admitted into evidence. Also included are 11/02/23 and 10/03/24 notes that were introduced and explored during cross-examination of Bridger Jensen.

1

Dated this 17th Day of December, 2024

                    JAMES DODGE RUSSELL & STEPHENS, P.C.

                    */s/ Mitchell A. Stephens*
                    Mitchell A. Stephens
                    Justin L. James
                    Dillon P. Olson

                    *Counsel for Utah County and Jeffrey Gray*