# EXHIBIT Q

THE BRIDGING MODEL

PSYCHEDELIC THERAPY ACADEMY

Chelsea Diva, CPP

# Appointment Dates

**#1**

Preparation  9/4/24    Guided Journey: _____    Follow Up _____
                1300

**#2**

Preparation  9/25/24   Guided Journey: 9/26/24   Follow Up _____

**#3**

Preparation _____    Guided Journey: _____    Follow Up _____

**#4**

Preparation _____    Guided Journey: _____    Follow Up _____

Additional Appointments

THE BRIDGING MODEL

# Preparation

Voyager Name: BECKY

Date: 9/4/24

Practitioner Name: BRANDI / CHELSEA



# Guided Journey
#1

__Becky__      9/5/24
Voyager Name      Date

__Brandi / Chelsea__
Practitioner Name

# Journey Record

Voyager: **Becky**
Interviewer: **Brandi / Chelsea**

Date: **9/5/24**   Case # ___
Start Time: ___   End Time: ___

## ADMINISTRATION

- [x] Voyager has cleared their mind before the ceremony
- [x] Voyager has final version of intention
- [x] Voyager makes final statement of readiness

Time of Voyager's last meal: **previous PM**

Stress Level: 1 2 3 4 5 6 7 8 9 10

## SACRAMENT

| | |
|---|---|
| Dose: | 2 grams |
| Strain: | Shanti |
| Method: | (Tea)  Capsule  Tincture  Raw  Other: |
| Tea: | Temp: ___  Steep Time: 20 min |
| Additives: | Lemon |

## TIME

| Time | Event |
|---|---|
| 10:39 | Consumption Began |
| 10:46 | Consumption Finished |
| 10:57 | Onset Time |
| 11:55 | Booster (Optional) |

Booster – 1 gram
@ time of booster, Becky sees halo on me (prior) and butterfly wings on Brandi's floor moving.
Feels a light to her right, like it is trying to invite her in, tell her something.
→ Threshold?

## Intentions

"Acceptance of the unknown."

# Journey Record

**Voyager:** Becky
**Interviewer:** Brandi / Chelsea
**Date:** 9/5/24
**Case #:**
**Start Time:** ___
**End Time:** ___

## ADMINISTRATION

- [x] Voyager has cleared their mind before the ceremony
- [x] Voyager has final version of intention
- [x] Voyager makes final statement of readiness

**Time of Voyager's last meal:** previous PM

**Stress Level:** 1  2  3  4  5  6  7  8  9  10

## TIME

| Time | Event |
|---|---|
| 10:39 | Consumption Began |
| 10:46 | Consumption Finished |
| 10:57 | Onset Time |
| 11:55 | Booster (Optional) |

Booster — 1 gram
@ time of booster, Becky sees halo on me (prior) and butterfly wings on Brandi's floor moving.

Feels a light to her right, like it is trying to invite her in, tell her something.
↳ Threshold?!

## SACRAMENT

| | |
|---|---|
| Dose: | 2 grams |
| Strain: | Shanti |
| Method: | (Tea)  Capsule  Tincture  Raw  Other: |
| Tea: | Temp: ___  Steep Time: 20 min |
| Additives: | Lemon |

## Intentions

"Acceptance of the unknown."

Date: 9/5/24   Case #

Becky came out asking for Chelsea & Jane

Asked Chelsea to sit w/ her.
"These tears aren't mine."
"My grandmothers were so misunderstood."
Asked to be alone again.

Triggered by figurine on shelf r/t brother's attempted suicide.

@ End of session ~1450 afterglow/coming down

"I was brought back to the birth of my children"

1455 "It was a good, happy experience, but it let me know that was my purpose then, not necessarily now."

THE BRIDGING MODEL





# Integration

\#\_\_\_

Becky
Voyager Name

9/18/24
Date

Brandi / Chelsea
Practitioner Name

Mind more open to adventure
"Quiet, thinking about things quietly, rather than anxiously talking alot."
→ "Noise melts away, opens up space for your own thoughts."
No anxiety right now. I'm not solving thing, I'm just thinking.
→ "Micro changes are actually HUGE."

Sept. 26th - next session (tentative)
    Jeremy + Becky? - see each other during session or no?
- Uber -
working on embracing unknown going through the midlife
How to go forward? Wanting to chase your youth a bit
Feeling flat the past few weeks
No huge highs or lows
Very introspective, lots to process
Hesitant to do it again
Expectation vs. reality
"Getting used to the mundane"
3.5?
Bringing journal, essential oils   10 AM



**THE BRIDGING MODEL**

# Guided Journey

\# 2

Voyager Name: BECKY

Date: 9/26/24

Practitioner Name: CHELSEA / BRANDI

# Journey Record

Voyager: **BECKY**
Interviewer: **CHELSEA / BRANDI**

Date: **9/26/24**   Case #: _____
Start Time: **10 AM**   End Time: _____

## ADMINISTRATION
- ☑ Voyager has cleared their mind before the ceremony
- ☑ Voyager has final version of intention
- ☑ Voyager makes final statement of readiness

Time of Voyager's last meal: **previous PM**

Stress Level: 1 2 ③ 4 5 6 7 8 9 10

## SACRAMENT

| | |
|---|---|
| Dose: | 3.5g |
| Strain: | Shaleti |
| Method: | ☑ Tea   Capsule   Tincture   Raw   Other: |
| Tea: | Temp: 465°  Steep Time: 20 min   1255 |
| Additives: | Lemon, ginger, honey |

## TIME

| | |
|---|---|
| 1050 | Consumption Began |
| 1105 | Consumption Finished |
| 1124 | Onset Time — "something different" |
| | Booster (Optional) |

1127 - Visuals on TV — forest
1128 - Effects intensifying
※ Checking @ 1145
1145 - CPPKs stepped out
"Do not disturb" sign on door, Becky to change when okay for others in room

## Intentions

"I ~~will~~ have embraced the unknown, and I am comfortable with the tides of life"

Date: _____   Case #

**TIME**

F/U -
after 1st - felt down
2nd - "more at peace, calm"
"Don't feel down anymore"
"Better with changes of life"

"Jeremy's next sooner than mine"
Moving December 15th
3 months sober at end of this week
no cravings.

**TIME**

"the joker" "it's all just so fucking boring!!"

"