# EXHIBIT R

PREP: 11/2/23    ISTJ Personality
- like Martin
  "Retardedly Practical"
  o Improving Resilience. Post Trauma Growth Syndrome.
  o Life is heavy.
  o ~~Depression~~/Anxiety (Anxiety comes first for her).
    One problem after another.
  o June 2020 was the worst/hardest year.

- Freak out & solve things is my basic mode.

  "I feel stuck"
  - Not a good history w/ LDS church.
    Dennis Packard.

Mormon God — Tracking everything & telling me what is wrong/right.

  o Suppressive      ABSOLUTIST
  o Shame            mentality has
  o Guilt            harmed her.
  o Conformity

what is the measure of what is right?
 - could

what should I do with all this fear.
  · I'm scared of grief.
  · Accidents.

"I'm afraid of everything"
  Mice, death, bad parenting,
  too tired, lose grasp on
  reality. Scared of suicide.

· CRITICISMS ARE N[OT] TRUTH.

· All the fear os getting stuck.

- I need to [be] cause I['m] still solving problems
- If I don't keep solving I won't want to love.