# EXHIBIT  S

# Bridger

Oct 3, 2024

Intention - "I am a man who is strong enough and wise enough to make good and focused disicions"

3.5 grams -

12:55 Started drinking

1:00 Finished Drinking.

2.0 - gr

1:10 - Booster

1:10 - feeling it

Patterns and Dimensions

They are talking to me.

- Everytime people close their eyelids the answers are right there infront of them, infront of me.

- Have everyone meditate because we know how to build the pyramids. We will teach them.

- Aliens in the bathroom want to tell me things and give me answers.

- The stars talk to me and give me answers. I created the consalations. We are Gods.

- Why didn't I listen to my body. I need to start listening.
 - Why didn't you?

- Because I think I can't do it - (self limiting belief)