Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **PLAINTIFFS' STATUS REPORT AND REQUEST FOR PRELIMINARY INJUNCTION HEARING**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Plaintiffs Bridger Lee Jensen, Singularism, Psyche Healing and Bridging LLC (dba Psychedelic Therapy Journey) ("Plaintiffs") hereby file this Status Report and Request for Preliminary Injunction Hearing.

At the hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction on December 13, 2024, the Court was unable, simply because of time constraints, to

hear the testimony from all the witnesses the parties intended to call. Plaintiffs forewent the presentation of testimony of two of their witnesses they had planned to call, relying on those witnesses' declarations previously submitted to the Court. Defendants made proffers to the Court regarding the anticipated testimony of their three witnesses. Because of this, the Court asked the parties to meet and confer regarding whether another day of hearing was necessary for the Court to rule upon Plaintiffs' request for a preliminary injunction. As stated in the TRO, the Court ordered that if "Defendants wish to present further evidence or argument for the court to consider in ruling on the motion for preliminary injunction, they may request the court no later than December 20 to schedule another hearing." ECF 24, at 3. The Court renewed this order in ECF 36.

Based upon the parties' discussions and Defendants' actions in filing a criminal action against Mr. Jensen and moving for a stay of the Court's TRO, it is necessary for the Court to conduct the hearing it mentioned in the TRO to complete the presentation of evidence and enable the Court to rule upon Plaintiffs' request for preliminary injunction. Given Defendants' recent conduct, as explained in Plaintiffs' filings made concurrently to this filing, and the exigent circumstances Defendants' conduct imposes upon Plaintiffs, Plaintiffs respectfully ask the Court to schedule the second hearing date as soon as possible.

Defendants are available for a hearing on all dates in January besides January 7, 8, 14, and 16, 2025.

DATED December 19, 2024.

/s/ Tanner J. Bean
Tanner J. Bean
Anna P. Christiansen
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I caused the foregoing **PLAINTIFFS' STATUS REPORT AND REQUEST FOR PRELIMINARY INJUNCTION HEARING** to be served via the Court's electronic filing system upon the following:

Gary DeMott Millward
J. Brian Jones
Provo City Attorneys Office
351 W Center St
PO Box 1849
Provo, UT 84603
(801) 852-6141
gmillward@provo.org
bjones@provo.org

Richard A. Roberts
Provo City - Legal Department
445 W Center St Ste 300
Provo, UT 84601
801-852-6140
Email: rroberts@provo.org

Mitchel A. Stephens
Lara A. Swensen
Dillon P. Olson
Justin James
James Dodge Russell & Stephens PC
10 W Broadway Ste 400
Salt Lake City, UT 84101
mstephens@jdrslaw.com
lswensen@jdrslaw.com
dolson@jdsrlaw.com
jjames@jdrslaw.com

*/s/ Tanner J. Bean*