# EXHIBIT A

JEFFREY S. GRAY #5852
Utah County Attorney
RHONDA GIVIDEN #11893
Deputy Utah County Attorney
100 East Center, Suite 2100
Provo, Utah 84606
Email: dcourt@utahcounty.gov
Phone: (801) 851-8026
Fax: (801) 851-8051

### IN THE FOURTH JUDICIAL DISTRICT COURT
### UTAH COUNTY, STATE OF UTAH

| STATE OF UTAH, | INFORMATION |
|---|---|
| **Plaintiff,** | |
| vs. | |
| **BRIDGER LEE JENSEN**<br>1122 W 1970 SOUTH ST<br>Orem, UT 84058<br>DOB: 9/6/1981<br>SID: | Case No.<br><br>Judge<br><br>OTN: |
| **Defendant.** | **BAIL:** Summons |

The State of Utah, by and through the Utah County Attorney's Office, charges the defendant with the commission of the following offenses:

COUNT 1: Possession of Psilocyn with Intent to Distribute, a Second Degree Felony, in violation of Utah Code Ann. §58-37-8(1)(a)(iii), in that on or about 11/11/2024, in Utah County, the defendant, BRIDGER LEE JENSEN, did knowingly and intentionally possess, with intent to distribute, a controlled or counterfeit substance that was (a) classified in Schedule I or II; or (b) a controlled substance analog; namely, Psilocyn, a Schedule I controlled substance.

COUNT 2: POSSESSION OR USE OF TETRAHYDROCANNABINOL (THC), a Class B Misdemeanor, in violation of Utah Code Ann. §58-37-8(2)(d), in that on or about 11/11/2024, in Utah County, the defendant, BRIDGER LEE JENSEN, did knowingly and intentionally possess or use a controlled substance, namely, Tetrahydrocannabinol (THC).

COUNT 3: USE OR POSSESSION OF DRUG PARAPHERNALIA, a Class B Misdemeanor, in violation of Utah Code Ann. §58-37a-5(1), in that on or about 11/11/2024, in Utah County, the defendant, BRIDGER LEE JENSEN, did use, or to possess with intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce a controlled substance into the human body in violation of this chapter.

PROBABLE CAUSE STATEMENT: Jackson Julian of the Provo Police Department, having probable cause to believe that the defendant committed the above-listed offenses, submitted the following evidence in support of the filing of this Information:

> Defendant Bridger Lee Jensen is the founder of the "Psilocybin Treatment Center" located in Provo, Utah, and he advertises "Psilocybin treatment" on his website, Singularism.org. Defendant Jensen is not a licensed therapist and he acknowledged in federal District Court that he has not received a religious exemption from the DEA or any court. Nevertheless, Defendant Jensen advertises that he offers "safe, evidence-based psilocybin therapy through clinically informed and spiritually guided ceremonies." Continuing, the website represents that the therapy sessions are "designed to unlock new possibilities in a supportive, legal environment," whether the client is "seeking healing, personal growth, or profound spiritual insight." The website also states that "psilocybin therapy sessions are designed to help [clients] achieve profound mental wellness, spiritual insight, and personal transformation."

> An undercover officer registered for a webinar conducted by the Psilocybin Treatment Center. The officer received a phone call from a person who identified himself as Defendant Jensen. Defendant Jensen told the officer that the therapy sessions come in two-, three-, or four-session packages ranging in cost from $3,900 to $6,400. Defendant Jensen stated that Singularism is supportive of other religions and that clients do not need to leave any other religion to join Singularism. During the webinar, Defendant Jensen stated that he is the founder of Singularism and explained that Singularism is not to be considered a dogmatic religion, that the use of psilocybin is the central point upon which Singularism is based, and that people do not need to leave any religion to participate in Singularism.

> On November 11, 2024, officers served a search warrant at Defendant Jensen's Psilocybin Treatment Center. Officers found a large amount of mushrooms in various containers and packaging with various labels (approximately 459.8 grams). The Utah Bureau of Forensic Services identified samples of the mushrooms as Psilocyn, a Schedule I controlled substance found in Hallucinogenic mushrooms. In a black safe in Defendant Jensen's office, officers also found a bottle of THC syrup (field tested positive). Officers also found

scales and an electronic grinder used to grind the mushrooms. When the search was executed, a vehicle was parked at the site with a large sign attached to the back of the car (facing State Street). In addition to website information, the sign included the following information: "PSYCHEDELIC THERAPY JOURNEY," "Mushroom Therapy," and "HEALING · SAFE · LEGAL."

Post-Miranda, Defendant Jensen stated that he was providing psilocybin mushrooms to clients who attend the center. Defendant Jensen stated that he uses the THC personally but does not give that to clients. Defendant Jensen stated that he does not have a current medical marijuana card. Defendant Jensen stated that the mushrooms are boiled in water at a specific temperature which allows for the Psilocybin to be extracted and then the psilocybin infused tea is consumed by the client.

Based upon evidence received from Jackson Julian of the Provo Police Department, I have reason to believe the defendant committed the offenses as charged herein.

Authorized for presentment and filing this December 18, 2024.

UTAH COUNTY ATTORNEY'S OFFICE

Sworn to by:

/s/ Rhonda Gividen
RHONDA GIVIDEN
Deputy Utah County Attorney