# EXHIBIT X

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
Jacqueline M. Rosen (A18530)
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>　　　　　Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>　　　　　Defendants. | **SECOND SUPPLEMENTAL DECLARATION OF BRIDGER JENSEN**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

I, Bridger Jensen, declare:

1. I am over eighteen years old and competent to testify.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

1

3. As stated in my original declaration, I am the founder of Singularism. I am also the Supervising Practitioner at Singularism. As the founder and Supervising Practitioner, I have firsthand knowledge regarding Singularism's practices, teachings, and organization.

4. On January 16, 2025 I personally oversaw one of our voyagers through Singularism's sacramental psilocybin ceremony. This individual had participated in a ceremonial voyage with us previously. I supervised her prior ceremony and it was my observation that the voyager had a positive experience.

5. When the voyager returned to participate in another ceremony on January 16, 2025, she requested twice the amount of psilocybin than what had been used in her previous ceremony. However, I advised her against that request, pointing out that that more was not always better. She accepted my guidance and was administered sacramental tea that contained a smaller amount of psilocybin.

6. The voyager's second ceremony began as beautifully as her prior one, and she was having the intended outcome. From my observations, she gained greater clarity regarding her self-worth and an overwhelming feeling of love from the universe and God. From my observations and understanding of her experience, she had never felt such healing and it was the first time in years she had felt God's love and approval of her life.

7. However, as she progressed through her second ceremony, she slowly became skeptical of her positive feelings and had a very rare, atypical reaction to the ceremony. She began showing signs of paranoia and mistrust regarding her secular therapists, others in her life including her ex-husband, other family members, and even individuals she had identified as her emergency contacts. She also began to exhibit signs of mistrust towards me and others at Singularism. She

became emotionally volatile and irate, making uncharacteristic accusations that indicated some level of temporary paranoia. For example, she began to worry that we were trying to hack into her phone somehow, even though we had not touched or even inquired about her phone.

8. While she was in this state, she became increasingly emotionally agitated. She did not show signs of physical concern (such as lack of breath or cardiovascular problems). Rather, her symptoms appeared limited to intense emotion, circular thought, and paranoia. While her thoughts were not logical, she was able to articulate well and was alert and conscious of her surroundings. Her motor and physical functions were not impaired. Even so, myself and others present at Singularism were unable to reassure her. Her condition progressed into volatility and she expressed that she wanted to leave Singularism's spiritual center.

9. As we do for all our voyagers, in Singularism's preparation sessions with this voyager, we carefully made plans with her in the event she had such a reaction. In addition to those preparations, Singularism activated its protocol for instances in which a voyager experiences an adverse reaction, which, fortunately, Singularism had never needed to follow until January 16, 2025. As her symptoms were emotional, cognitive, and not life threatening, and because she was able to use her phone, I asked her to immediately call her emergency contact, or that we would be happy to do so. She first called her ex-husband, who was also her previously arranged ride home that day and was aware that he was an emergency contact. He was ready and came immediately. Due to her paranoia and emotional volatility, she asked him not to communicate with us. She then immediately got into his car. Seeing that she was safe with him, we left her in his care, as she had previously requested.

10. While we have never had to use our emergency protocol, it requires that we remain at the facility after such an incident in case the voyager needs more support, if they return to our site for any reason, or in case we are contacted by medical personnel. I stayed at Singularism's spiritual center and texted the voyager's ex-husband several times offering to support, answer questions, or otherwise provide aid.

11. About an hour after the voyager left Singularism's spiritual center, I spoke with the voyager's mother, who was also listed as one of the voyager's emergency contacts. It was from her that I learned that the voyager had been taken to the hospital. I supported this decision and offered to go to the hospital. However, I feared that in the voyager's frantic state, I worried my presence may upset her. I explained this to her mother, who agreed that she was safe and in good hands at the hospital.

12. I stayed at Singularism's spiritual center and remained available and in contact with the voyager's emergency contacts for several hours. During this time, I learned from phone calls with the voyager's emergency contacts that the voyager had not disclosed all her mental health issues to Singularism during the voyager's screening process. In subsequent conversations, I learned from her mother, her father, and from her ex-husband that they had observed prior mental health conditions that were not disclosed to Singularism.

13. Had the voyager disclosed all her mental health issues, Singularism likely would not have proceeded to include her in one of its psilocybin ceremonies. Nonetheless, Singularism remained committed to its emergency protocol which allowed the voyager to be taken as soon as possible to the hospital to receive treatment.

14. From my conversations with the voyager's emergency contacts, I learned that the voyager was discharged to her home a few hours after being taken to the hospital without any lasting effects.

15. The morning after the incident, on January 17, 2025, the voyager called me and reported feeling terrible for the way she had behaved during the incident. I reassured her that our only concern was for her well-being. From our conversation, I understood that she was safe and recovering at home with her mother. I understood that she was thankful for Singularism's efforts in coordinating her care with her emergency contacts. I encouraged her to rest and recover. I reassured her that she was and is a good person and that all the good feelings and spiritual experiences she had during her first ceremony, and the beginning of her second ceremony, were valid. I hope that she continues to feel the love of God and the positive effects of her experiences.

16. Before I was a clergyman for Singularism, I had extensive experience as a primary therapist in many inpatient settings. Clinical screenings in any voluntary settings rely accurate and complete self-disclosure from individuals. There are no standard mental health records to request or require participants to produce, even if Singularism were a large research facility like those who research psilocybin therapy. Mental health therapists are dependent on self-disclosure from patients as the primary means of gathering information, in order to make diagnosis, provide treatment, and make treatment prescriptions.

17. At Singularism, our screening process was modeled after best practices in medical research facilities, such as Johns Hopkins and Harvard Medical School, which have both published their screening and emergency protocol, and by reviewing government sanctioned protocol in states where psilocybin may be administered under medical licensure, such as Oregon. Even large

5

mental health research facilities have similar incidents, on rare occasions, like Singularism experienced.

19. Regarding this particular voyager, Singularism acted just as a secular mental health facility would act in a similar situation: invoke its emergency procedure, contact the individual's emergency contacts, and remain available to provide information or other support.

19. One of Singularism's core missions is to alleviate human suffering by taking individuals through Singularism's healing ceremonies. While adverse reactions are extremely rare, and the above-mentioned incident is the first in Singularism's history, it remains Singularism's position that we help our voyagers avoid dangerous and harmful circumstances they might experience had they not sought out our spiritual guidance. We serve a population that feels spiritually called to the sacrament and we consider our spiritual center and religious practices a harm reduction resource to the community.

20. I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.

DATED this 22nd day of January, 2025.

*/s/ Bridger Jensen*
Bridger Jensen