

## POLICE

# Voluntary Statement Form

CASE #: 25PRO1087    DATE: 1-17-25    TIME: _____

FULL NAME: Claive Hart

STREET ADDRESS: ▓▓▓▓▓▓▓▓▓    CITY: Provo    STATE: UT    ZIP: 84606

HOME PHONE: _____    CELL PHONE: ▓▓▓▓▓▓▓    WORK PHONE: _____

DATE OF BIRTH: ▓▓▓ 1992    DRIVER LICENSE #: _____

EMPLOYER NAME: _____    OCCUPATION: _____

**NOTICE:** Pursuant to Section 76-8-504.5 Utah Code annotated, 1653 as amended, you are notified the statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make, that you do not believe to be true, may subject you to criminal punishment as a Class A Misdemeanor.** I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Provo City Police Officer.

I was recommended to this treatment facility by my licensed
therapist. I went there of my own free will & took the
treatment willingly. I had a severely bad reaction to the
treatment & became scared & hysterical — we called my
emergency contact, he came, I called ~~the~~ my parents
& we called the police because I was so scared &
hysterical. The ambulance came & took me to the hospital
to give me something to calm down & I was driven
home by my ex husband & sister.

SIGNED: _Claire Hart_    DATE: 1-17-25

OFFICER:_____    DATE: _____ Time:_____
(Print Name / P Number)



**POLICE**

# Voluntary Statement Form Continuation

CASE #: _____     PAGE #: _____

NAME: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: _____     DATE: _____

OFFICER: _____     DATE: _____Time:_____
        (Print Name / P Number)