# EXHIBIT Z

## (FILED AS EXHIBIT G TO THE PARTIES STIPULATED FILING ECF. 67 – STIPULATION of All PARTIES REGARDING JANUARY 23-24, 2025 HEARING)