# EXHIBIT AA



January 13, 2025

Bridger Jensen
Singularism
1969 N State St.
Provo, UT 84604

**Subject: Business License Not Required for Religious Organizations**

Dear Mr. Jensen,

This letter is to confirm that, under Provo City Code sec. 6.01.130, churches or religious organizations are not required to obtain a business license to operate. This exemption is limited to activities directly associated with religious purposes. Application LCB202400923 for Singularism has been closed.

If your organization engages in activities outside the scope of religious operations, such as running a commercial enterprise or selling goods, additional regulations may apply, and compliance will be required.

If you have further questions regarding these requirements, contact our office at 801-852-6000 or [licensing@provo.gov](mailto:licensing@provo.gov)

Sincerely,

Provo 311 Customer Service
Business Licensing
801-852-6000