# EXHIBIT EE

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
Jacqueline M. Rosen (A18530)
jrosen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company; <br><br> Plaintiffs, <br> vs. <br><br> UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals; <br><br> Defendants. | **ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Civil No. 2:24-cv-00887-JNP <br><br> Judge Jill N. Parrish <br><br> (Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Before the Court is Plaintiffs Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging LLC dba Psychedelic Therapy Journey (collectively "Plaintiffs" or "Singularism") motion for the entry of a temporary restraining order and preliminary injunction (the "Motion").

Defendants have received notice of the Motion. Based on Motion, the exhibits and evidence appended thereto, the parties' briefing, and evidence and oral argument received at the hearing on the Motion, for good cause appearing on the record, the court hereby GRANTS the Motion and enters the following preliminary injunction:

## **FINDINGS**

1.      Singularism is a small minority faith located in Provo, Utah that was founded by Plaintiff Bridger Lee Jensen.

2.      Singularism has openly and publicly operated its religious community since November 2023.

3.      In November 2023, a spokesperson for Provo City provided the following statement to the media:

> Psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses.
> We have evaluated recent claims that use is protected under the Religious Freedom Restoration Act and we believe those claims to be without merit. The position of the Provo Police Department is that officers will treat psilocybin as an illegal drug and will arrest or cite users and distributors and refer charges to the Utah County Attorney's Office. We have confirmed with that office that they intend to prosecute violators.

4.      In November 2023, the Utah County Attorney's Office provided the following statement to the media:

> Based upon research conducted by the Utah County Attorney's office, it does not appear that Singularism has Constitutional protections to either use of administer psilocybin.

5.      KeyBank, Singularism's banking institution, included these media statements in reports made the Financial Crimes Enforcement Network of the United States Department of the Treasury ("FinCEN").

6.      On November 11, 2024, law enforcement from Provo City Police Department, at the direction of Provo City, Utah County, and Utah County Attorney Jeffrey Gray, presented at Singularism's spiritual center with a warrant to search the premises and seize certain items. During this search, the officers seized Singularism's sacramental psilocybin and their sacred scripture. In total, law enforcement removed psilocybin, a black grinder, a black scale, and a gold scale used in preparing Singularism's sacramental psilocybin tea, THC, and "Bridging Model."

7.      At the end of the encounter, Detective Julian told Mr. Jensen that he recommended Singularism cease all its religious practices.

8.      The next day, on November 12, 2024, Captain Wolken served Singularism's landlord with a letter, threatening that if he did not evict Singularism from their rented space, that law enforcement would pursue the landlord for civil abatement and forfeiture.

9.      As a result of Defendants' actions, Mr. Jensen was detained and Plaintiffs were deprived of the possession and usage of their sacramental psilocybin, deprived of scriptural records regarding Singularism's voyagers, were placed under threat of eviction, were placed under threat of criminal prosecution and criminal forfeiture, had their livelihoods threatened, and endured substantial emotional and mental distress. It is anticipated that the continued course of Defendants' conduct will only deepen the present and future harms to Plaintiffs' statutory and constitutional religious rights. For example, Plaintiffs expect that Singularism's religious community will be irreparably diminished, voyagers will no longer feel safe participating in a Singularism ceremony,

and Psyche Bridging and Healing, as a result, will sustain substantial financial losses to the point of closure.

10.    On November 19, 2024, the Utah Department of Commerce's Division of Professional Licensing ("DOPL") concluded that Mr. Jensen is entitled to practice mental health therapy under the clergy exemption to the Utah Mental Health Professional Practice Act and according to the dictates of Singularism's sacramental ceremonies.

11.    On December 13, 2024, the Court granted Plaintiffs' request for a temporary restraining order, issuing the written order on December 16, 2024. ECF 24. That order required Defendants "to return the ps[i]loc[y]bin and records seized on November 11 to Plaintiffs as soon as possible." *Id.*

12.    Defendants returned the "records seized on November 11," as well as all other items seized by Defendants, with the exception of the psilocybin and THC. Defendants moved to stay the TRO's order regarding the psilocybin, which the Court granted pending the Court's decision on Plaintiffs' request for a preliminary injunction. *See* ECF 32, 36, 38, 51, 56.

13.    Following the Court issuing the TRO, the State of Utah, through the Utah County Attorney's Office and Defendant Utah County Attorney Jeffrey Gray, then initiated a criminal action against Mr. Jensen in state court on December 18, 2024 in a case styled as *State of Utah v. Bridger Lee Jensen*, Case No. 241404407 (Fourth Judicial District, Utah County, State of Utah).

14.    Defendants' actions have caused injury to the Plaintiffs that greatly outweighs any potential damage to the Defendants.

Each Defendant is hereby RESTRAINED and ENJOINED and ORDERED until further order from the Court as follows:

1. Defendants are ordered to return all items they seized during their November 11, 2024 search within 14 days of this order, to the extent Defendants have not returned these items already, including Singularism's psilocybin.

2. Defendants are prohibited from conducting additional searches or seizures related to psilocybin on Singularism's premises.

3. Defendants are prohibited from threatening to evict or taking direct or indirect action to evict Singularism from its spiritual center in Provo, Utah.

4. Defendants are prohibited from criminally prosecuting Mr. Jensen related to psilocybin or the results of Defendants' November 11, 2024 search. The Court hereby enjoins the proceedings that Defendant Utah County and Utah County Attorney Jeffrey Gray, on behalf of the State of Utah, initiated against Mr. Jensen in the case styled as *State of Utah v. Bridger Lee Jensen*, Case No. 241404407 (Fourth Judicial District, Utah County, State of Utah).

5. Defendants are prohibited from making statements to third parties regarding Singularism which are intended to impact, directly or indirectly, Singularism's ability to freely exercise its religious practices. This prohibition includes, but is not limited to, statements to financial institutions and government agencies.

6. Defendants are prohibited from taking any other action to directly or indirectly limit Plaintiffs' ability to freely exercise their religious practice of performing sacramental psilocybin ceremonies, including but not limited to searches, seizures, or bringing or prosecuting criminal charges against any member of Singularism or any person associated with supplying psilocybin to Singularism.

5

DATED this ___ day of January, 2025.

**BY THE COURT:**

_____