stipuTanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
Jacqueline M. Rosen (A18530)
jrosen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **WRITTEN CONSENT TO FILING OF FIRST AMENDED VERIFIED COMPLAINT**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and DUCivR 15-1, Defendants Utah County, Provo City, Jeffrey Gray, Troy Beebe, Brian Wolken, and Jackson Julian, by and through their respective undersigned counsel, hereby consent to Plaintiffs filing the First Amended Verified

1

Complaint ("Amended Complaint"). Defendants reserve all rights, claims, and defenses. Moreover, Defendants' consent is based on the express agreement by Plaintiffs that the Amended Complaint does ***not*** render the pending Motion to Dismiss (Dkt. 40) moot because Plaintiffs have not removed or added any claims for relief. The Amended Complaint and a redlined version of the Amended Complaint comparing it with the original complaint are filed herewith as <u>Exhibits A and B</u>, respectively.

DATED January 22, 2025.

           FABIAN VANCOTT

           */s/ Tanner J. Bean*
           Tanner J. Bean
           Anna P. Christiansen
           Jacqueline M. Rosen

           *Counsel for Plaintiffs*

*Approved as to form:*

           JAMES DODGE RUSSELL & STEPHENS, P.C.

           */s/ Mitchell A. Stephens\**
           Mitchell A. Stephens
           Justin L. James
           Dillon P. Olson

           *Counsel for Defendants Utah County and Jeffrey Gray*

           PROVO CITY LEGAL

           */s/ Rich Roberts\**
           Rich Roberts

*Counsel for Defendants Provo City, Troy Beebe, Brian Wolken, and Jackson Julian*

\*Signature affixed with permission received by email.