J. Brian Jones (11816)
Gary D. Millward (12170)
Richard A. Roberts (12217)
PROVO CITY ATTORNEY'S OFFICE
445 W Center St.
Provo, Utah 84601
(801) 852-6140
gmillward@provo.gov
rroberts@provo.gov

*Attorneys for Defendants Provo City, Troy Beebe, Brian Wolken, and Jackson Julian*

Mitchell A. Stephens (11775)
Justin L. James (15167)
Dillon P. Olson (16120)
JAMES DODGE RUSSEL & STEPHENS, P.C.
10 West Broadway, Ste. 400
Salt Lake City, Utah 84101
mstephens@jdrslaw.com
jjames@jdrslaw.com
dolson@jdrslaw.com

*Attorneys for Defendants Utah County and Jeffrey Gray*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY, a limited liability company;<br><br>      Plaintiffs,<br><br>v.<br><br>UTAH COUNTY, a political subdivision; PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>      Defendants. | **EXHIBIT LIST STIPULATION OF ALL PARTIES REGARDING JANUARY 23-24, 2025, HEARING**<br><br>Civil Case No. 2:24-cv-00887-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Defendants Utah County and Jeffrey Gray (collectively "Utah County"), hereby submits

the following List of Exhibits for the Stipulation of All Parties Regarding the January 23-24, 2025,

Hearing:

| Exhibit | Description |
|---|---|
| A | January 13, 2025, letter from Provo City, Subject: Business License Not Required for Religious Organizations. |
| B | November 27, 2024, Forensic Analysis Report-CONTROLLED SUBSTANCE ANALYSIS. |
| C | Provo Police, Officer Report for Incident 24PR24922 (updated copy through December 2, 2024) (some information redacted under Federal Rule of Civil Procedure 5.2). |
| D | November 28, 2023, FinCEN Continuing Activity Report (some information redacted under Federal Rule of Civil Procedure 5.2). |
| E | March 12, 2024, FinCEN Continuing Activity Report (some information redacted under Federal Rule of Civil Procedure 5.2). |
| F | *Psychedelic Mushroom Interest Grows in Utah With Center Opening in Provo*, FOX 13 News (Nov. 2, 2023) |
| G | Body camera footage from Jan. 17, 2025. |
| H | Voluntary Statement Form, 25PR01087, Jan. 17, 2025 (some information redacted under Federal Rule of Civil Procedure 5.2) |
| I | Audio recording(s) from service of search warrant. |
| J | Website prints for: Singularism (Ex. J1); BridgerLeeJensen (Ex. J2); PsychedelicTherapyJourney (Ex. J3); Jensen's linkedIn (Ex. J4); and PsychedelicTherapyAcademy (Ex. J5). |
| K | Certificate of Organization for Psyche Healing and Bridging, LLC |

| L | Police and EMT reports from Jan. 16, 2025 (some information redacted under Federal Rule of Civil Procedure 5.2) |
|---|---|
| M | Body camera footage from Jan. 16, 2025 |
| N | 911 calls from Jan. 16, 2025 |
| O | Docket from Case No. 241404407 |

Dated this 22nd Day of January, 2025.

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Mitchell A. Stephens
Mitchell A. Stephens
Justin L. James

*Counsel for Utah County and Jeffrey Gray*