# EXHIBIT B

11/27/2024

**Utah Bureau of Forensic Services**
4451 South Constitution Blvd, Salt Lake City, UT 84129  (801) 965-4487

| | | | |
|---|---|---|---|
| CL Case#: | C2024-4754 | Agency Case #: | 24PR24922 |
| Agency: | PROVO PD | Report#: | 1 |
| Agency Address: | 48 S 300 W PROVO UT 84601 | | |

**Forensic Analysis Report-CONTROLLED SUBSTANCE ANALYSIS**

### Evidence Submission Information

| | |
|---|---|
| Evidence Submitted: | 11/22/2024 |
| How Received: | Hand Delivered |
| Investigating Officer: | Jackson Julian |
| Delivered By: | Scott Cardenas |
| Received By: | Tamara Harper |

### Case Names

| Type | Name | Sex | Race |
|---|---|---|---|
| Suspect | JENSEN, BRIDGER LEE | M | W |

### Crimes

POSSESSION OR USE OF A CONTROLLED SUBSTANCE

### Chain of Custody Statement

The item(s) submitted under the police agency case numbers referenced in this report were in a sealed condition at the time any examination, testing, or analysis was commenced by the undersigned, and that said examination or handling, if any, of the actual items within any such sealed containers was accomplished in a manner to preserve the integrity of the item to assure that any chance of misidentification or environmental cross-contamination would be avoided by adherence to standardized procedures within the Utah Bureau of Forensic Services appropriate to any processes applicable to the examination, analysis, or testing of said items. Any deviation from said procedures and the reasons therefore are noted in the case record. The breaking of any seal or part of the container in which the item was submitted has been followed by reinsertion of the item into its original container, whenever possible, following any examination, testing, or analysis and resealing that container with the undersigned's initials placed over such new seal.

### Forensic Analysis Report Follows

This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. The results relate only to the items tested and/or sampled.

Page **1** of **2**

11/27/2024

**Utah Bureau of Forensic Services**
**4451 South Constitution Blvd, Salt Lake City, UT 84129  (801) 965-4487**

| | | | |
|---|---|---|---|
| CL Case#: | C2024-4754 | Agency Case #: | 24PR24922 |
| Agency: | PROVO PD | Report#: | 1 |
| Agency Address: | 48 S 300 W PROVO UT 84601 | | |

**Forensic Analysis Report-CONTROLLED SUBSTANCE ANALYSIS**

Item 1.A (Agency Item PRP147687). Psilocyn was identified in the plastic bag. The total weight of the mushroom-like material was less than 100 milligrams. The entire sample was used for analysis. A new glass vial containing the unconsumed extract of the sample was packaged with the item to be returned to the submitting agency.

Item 1.B (Agency Item PRP147687). Psilocyn was identified in the clear capsule. The total weight of the mushroom-like material was 204 milligrams +/- 6 milligrams.

Weight measurement uncertainty calculated at a coverage probability of 95.45%.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

**Executed On:** 11/27/2024

*Katherine Cavazos* (signature)

Katherine Cavazos
Forensic Scientist I