# EXHIBIT  C



# Provo Police

## Officer Report for Incident 24PR24922

### ***CONFIDENTIALITY NOTICE***

The information in this document is CONFIDENTIAL and/or PRIVILEGED. It is intended to be reviewed by only the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination, or copying of this document and its attachments, if any, or the information contained herein, is prohibited. If you have received this document in error, advise the sender of your receipt of it and destroy and/or delete the document immediately.

### ***PROTECTED RECORD NOTICE***

This document is a PROTECTED RECORD under UCA 63G-2-305(10),(11) and (25). Further or secondary release would interfere with an ongoing criminal investigation or case, jeopardize the life or safety of the individual, and/or is a clearly unwarranted invasion of personal privacy, Release or dissemination of any summaries, transcripts and video/audio recordings or CJC interviews are also prohibited unless authorized by UCA 77-37-4(5) and (6).

| | | |
|---|---|---|
| **Nature:** WARRANT SERVICE | **Address:** | 1969 N STATE ST |
| **Location:** PR110 | | Provo UT 84604 |

**Offense Codes:**

| | | |
|---|---|---|
| **Received By:** Tucker C PR | **How Received:** O | **Agency:** PRPD |
| **Responding Officers:** | | |
| **Responsible Officers:** Julian Jac (PR) | **Disposition:** SUM 11/21/24 | |
| **When Reported:** 17:30:44 11/11/24 | **Occurred Between:** 17:30:41 11/11/24 and 17:30:41 11/11/24 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:** | **Sex:** | **Phone:** | **City:** , |

Alert Codes:

## Offense Codes

| | |
|---|---|
| **Reported:** | **Observed:** CSSL CS-Sale-Manuf-Hallucinogen |

**Additional Offense:**  CSSL CS-Sale-Manuf-Hallucinogen
**Additional Offense:**  CSPM CS-Poss-Marijuana
**Additional Offense:**  CSPP CS-Poss Paraphernalia

## Circumstances

ASET Agcy Special Enforecment Team
BUSPV Business-private
SWGEN Search Warrant-Res/Veh
PICS Photographs-Pictures
CSLRG Large Drug Seizure
DRUG Drugs Involved
TDIST TYPE-Distributing-Selling
TPOSS TYPE-Possessing-Concealing

| **Responding Officers:** | **Unit :** |
|---|---|
| Julian Jac (PR) | 2J4342 |
| Rowberry A (PR) | 2J4264 |
| Wolfgramm L PR | 2J4329 |

| | | | |
|---|---|---|---|
| **Responsible Officer:** | Julian Jac (PR) | **Agency:** | PRPD |
| **Received By:** | Tucker C PR | **Last Radio Log:** | **:**:** **/**/** |
| **How Received:** | O Officer Initiat | **Clearance:** | DUC Disseminated to UC Attorney |
| **When Reported:** | 17:30:44 11/11/24 | **Disposition:** | SUM **Date:** 11/21/24 |
| **Judicial Status:** | | **Occurred between:** | 17:30:41 11/11/24 |
| **Misc Entry:** | | **and:** | 17:30:41 11/11/24 |

| **Modus Operandi:** | **Description :** | **Method :** |
|---|---|---|

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 11/11/24 | Name | JENSEN, BRIDGER LEE | Offender |
| 11/11/24 | Cad Call | 17:30:44 11/11/24 WARRANT SERVICE | Initiating Call |
| 11/21/24 | Property | WHI CS-LSD-Hallucin Psilocybin 0 | Evidence |
| 11/11/24 | Property | WHI CS-LSD-Hallucin Psilocybin 0 | Seized |
| 11/11/24 | Property | WHI CS-LSD-Hallucin Psilocybin 0 | Seized |
| 11/11/24 | Property | GRY CS-Paraphernali Cups 2 | Evidence |
| 11/11/24 | Property | BLK CS-Paraphernali Scales/Grinder 2 | Evidence |
| 11/11/24 | Property | BLU CS-Unidentified 0 | Seized |
| 11/11/24 | Property | WHI Paper-Official 5 | Evidence |
| 11/11/24 | Property | BLK CS-Marijuana Lime Tincture 0 | Seized |
| 11/22/24 | DS | COUNTY ATTORNEY | Dissemination |
| 11/21/24 | DS | COUNTY ATTORNEY | Dissemination |

## Narrative

```
Mon Nov 11 21:23:32 2024 - Julian 4342
```

```
On November 11, 2024, Provo Special Enforcement Team detectives served a search
warrant at 1969 N. State Street, Provo, UT. Detectives seized approximately 460
grams of psilocybin mushrooms, drug paraphernalia, and documents related to the
distribution of psilocybin mushrooms. Bridger Lee Jensen (DOB 09/06/1981) was
found to be in possession of the mushroom and found to be operating a therapy
center, with the use of psilocybin being at the center of the therapy center.
Charges for Bridger will be referred to the Utah County Attorney's Office for
screening.
```

_____

Responsible LEO:


_____

Approved by:


_____

Date

## Supplement
```
CAD Call info/comments
=================================

17:31:03 11/11/24   - Tucker C PR - From: Rowberry A (PR)
NEG CHECKS
```

## Supplement

L. Wolfgramm

Search Warrant

Contact with Bridger Jensen:
Myself and Det. Graham were doing surveillance on the business of Bridger
Jensen. Bridger exited the place of business along with a female. Bridger was
with the female for a short time before walking toward his vehicle. We exited
our vehicle with our police vests on that were clearly marked as police. We
approached him and he was advised that we were police, and that he was being
detained. He had his phone out and called his attorney, and had his attorney on
speaker while we were explaining the process of the search warrant. The female
that walked out of the building came over after Bridger asked if he can
coordinate with her about having someone watch his kids. She came over and
coordinated with him about the care of his kids, he was then searched for any
weapons, then we walked into his place of business with him.

While Detective Julian was explaining everything to him, the business was
cleared then a search was conducted. I was the "finder" in this case and all of
the items located and seized will be listed below along with its location.

Seized:

Shelf on the wall above the desk - 2 jars of psilocybin mushrooms on of which
were grounded.
White safe under desk - A large amount of psilocybin mushrooms in various
containers and packaging with various labels.
Left side of desk - A small blender that has some white/grey residue inside of
it that was consistent with psilocybin mushrooms.
Left top drawer of desk - A black scale.
Black safe located in Bridger's office - THC syrup.
Bridging Model paperwork - His approach towards the use of psilocybin mushroom
through a clergy/religious practice

Photos were taken of the evidence prior to being moved then close ups were taken
of the evidence before being packaged and documented. Photos of various
paperwork to show different "clients" and amounts of psilocybin mushrooms were
also taken and will be included in case report.

## Supplement

Mon Nov 11 22:04:02 2024 - Julian 4342

INVOLVED PERSONS:

Offender: Bridger Lee Jensen (DOB 09/06/1981)

Tanner Bean (Bridger's Attorney)
801-323-2266
tbean@fabianvancott.com

BACKGROUND INFORMATION:

Provo Special Enforcement Team (SET) detectives received information in
September of 2023 about a Facebook post advertising the opening of a "Mushroom
Wellness Center" in Provo. The Facebook post listed the address for the center
at a residence in Provo, and that the grand opening would be on September 6,
2023. On September 6, 2023 I went to the residence and knocked on the door. I
was greeted by a male at the front door. When I inquired about the mushroom
wellness center, the male stated that I must be mistaken and he had no idea what
I was talking about. When I spoke with the male at the door, there was no
indication that there was any nefarious activity happening there.

On November 2, 2023, a FOX 31 News story was published about a mushroom
treatment center called Singularism opening its doors in Provo. The news article
featured a male named Bridger Lee Jensen who claims to be the founder of the
business. In the article, Bridger is quoted and audio/video recorded discussing
his experiences in using psilocybin mushrooms. He also discusses how his
treatment center is a place where people can "work on their lives and progress
spiritually." He also discusses with the interviewer about "guided trips."

The news article discusses how Bridger pushed legislators to pass a bill to
allow for the legal use of psilocybin. The bill Bridger is referencing is S.B.
200 "Psilocybin Recommendation Pilot Program Amendments". That bill's current
location is found in "Senate file for bills not passed". In the news article,
Governor Spencer Cox is quoted saying, "It's just not there yet. We got there
with medical marijuana. I just don't believe the science is there. I don't
believe we should be experimenting on 5000 people here in our state. And I think
there are some serious consequences and side effects societally and as well as
medically that I'm just not comfortable with."

The news interview goes on to where Bridger says the following, "When you get to
the point where you have had these experiences and you've seen hundreds of
people benefit and healed from it, the scary thought is NOT doing it." According
to the news article, Bridger claims that his business is protected by the
Religious Freedom Restoration Act of the United States Constitution.

Later in November 2023, a concerned citizen, who did not want to be named, came
forward wanting to speak with detectives about Bridger and his business. I met
with the citizen and they advised me that Bridger has a website promoting the

business and identified where the business was located. The website is Singularism.org and the business location is 1969 N. State Street, Provo, UT.

SINGULARISM WEBSITE:

I went to the website and found that it shows Bridger Jensen as the founder, Alex Koritz as the Public Relations Director, and Brandi Lee Didrickson as the administrative assistant. Mariangel Babbel as the Relations Specialist, Justin Sharp as the Chief Technical Officer, and Garett Robertson as the founder partner. The website shows a picture of Bridger appearing to provide some kind of council while a female lays on a couch and appears to be in an either unconscious or semi-conscious state. The website also includes testimonials of people who state they used psilocybin at Singularism.

The website states:
"At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits."

I found that throughout the website, there are several claims that Singluarism is a religious experience and as such it operates within the Utah State Constitution and United States Constitution. However, the website also states that Singularism charges for their "spiritual counseling services" at a rate of "approximately $180 per hour,...Participants book packages ranging from 20 to 40 hours at a time."

While Singularism claims to be religious, therefore exempt from the controlled substance act, their website states that participants "do not need to leave [their] current faith or religious beliefs to participate in Singularism's ceremonies."

I spoke with a Utah County Attorney regarding this case and was advised that their office does not feel that Singularism's claim to have religious exemption has any merit and that if there is evidence of anyone possessing, using, distributing or cultivating psilocybin, that person is subject to prosecution in the State of Utah.

TOUR OF SINGULARISM:

Over the last few months, I have continued researching Singularism to try and determine the legitimacy of their claims for the legal use of psilocybin under claims of religious exemption. While on the website, I found a link to register for a free webinar. I also found the website to promote an "academy" to become a "Certified Psychedelic Practitioner". I applied to register for the webinar under an undercover alias.

On October 14, 2024, after registering for the webinar, I received a call from

801-203-0102. When I answered, the male on the other end of the line identified
himself as Bridger Jensen. He was calling to follow up on my application. We
spoke for a few minutes about my interest in psychedelic therapy. I discussed my
interest using a made up back story to support my undercover role. During the
call, Bridger's phone disconnected. I attempted to call back several times, but
it went straight to voicemail. The pre-recorded voicemail message stated that I
had reached Bridger Jensen's phone. I opted not to leave a voicemail. About a
minute later, I received another phone call from 435-800-1969. When I answered,
I was greeted again by Bridger who explained that his phone had died and that he
was now calling me from his assistant, Brandi's, phone. We continued our
conversation and he explained he invited me to attend a tour of the wellness
center.

I inquired about how much the therapy sessions costed and he explained that they
have packages that cost between $3900-$6400. He also invited me to attend a
consultation. When I asked him how much a consultation costs, he informed me
that they are $49. We discussed how I was not so much interested in receiving
the therapy, but rather in becoming a facilitator, he stated that I should come
on the tour and then possibly schedule a consultation. During our conversation,
Bridger explained that the use of psilocybin is legal in his practice due to the
religion of Singularism. He explained that Singularism is supportive of other
religions and that you need not leave any other religion to join Singularism,
but rather it adds to your beliefs that already exist.

On October 21, 2024 I attended a tour of the Mushroom Therapy Center located at
1969 N. State Street, Provo, UT. I met with Bridger in an undercover capacity.
He and I walked through the wellness center together. He showed me several rooms
that he informed me is where the therapy sessions occur. Each therapy room has a
large couch in it where their client sits with a large cushioned chair
positioned in front of it where the staff member sits during the sessions.

Bridger and I discussed some aspects of how the center operated. He informed
about psilocybin is at the core of their practice at the wellness center. He
strongly asserted that their use of psilocybin at the wellness center unlocks
the mind and allows for their clients to get the best therapeutic care possible.
I asked him about how he knows what mushrooms are safe and he stated that the
mushroom they use are "lab quality" and that they grow from grain. He also
stated that the way he knows they are safe is by "becoming an expert" such as
himself.

During the tour, I noticed one room in the center that the door was slightly
ajar. Bridger did not take me into that room, but from what I could see through
the small opening, there appeared to be lab equipment inside. I also observed
just outside the front entrance, there were about 7 to 10 five gallon jugs of
purified water.

During the tour, Bridger also briefly explained the process of a therapy
session. He definitively confirmed that they do give psilocybin to their clients
in the form of a tea. He stated that the drinking of the tea was considered a
"ceremony" and that it induces a psychedelic state. He said that he and his
staff members are the ones who provide the psilocybin and that they are

"Certified Psychedelic Practitioners." He also said that these sessions last anywhere from 5 to 10 hours.

The tour lasted about 10 to 15 minutes and he invited me to join a webinar the following day to get more information about pricing for their services.

SINGULARISM WEBINAR:

On October 22, 2024 I attended a webinar that was hosted by Bridger. There where two other people that attended that were interested in participating in the wellness center's services. There where also two other people that attended the webinar that were members of Bridger's staff. Their names were displayed on their screen as Brandi Lee and Ryan Hightower. During the webinar, Ryan stated that he had "guided a trip" just earlier that day and had completed that session about a half hour before the webinar began at 18:00 hours.

During the webinar, Bridger discussed how he is the founder of Singularism and discussed the basis of the religion. He said that the use of psilocybin is the central point upon which Singularism is based. He said that Singularism is not to be considered a "dogmatic" religion in a sense that you do not need to leave any religion you currently associate yourself with in order to participate in Singularism. He also stated that the way that he founded the religion was by talking with his lawyer to review prior cases in which people claimed religious exemption; where those claimants won or lost; and the judges comments, and essentially created a roadmap to create his religion of Singularism. He even said the ceremonies where the psilocybin is used are his ceremonies. Bridger discussed how the guided use of psilocybin is a "mystical" and "religious" experience. He stated that their sessions are "clinically informed" even though he is "no longer a licensed clinician."

During the webinar, Bridger shared videos of people giving interviews and sharing their experiences using psilocybin. In one particular video, about 1 hour into the webinar, the person being interviewed was detailing the hallucinations he had seen during his "trip." The talk show host asks the person he is interviewing if what he was doing was legal. The person being interviewed abruptly responded with, "No." Bridger immediately paused the video and assured those of us attending the webinar that his practice of using psilocybin mushrooms in Singularism is legal. Although he did not offer any explanation as to how. Bridger also claimed that he knows that the mushrooms used at his clinic are safe because they are "lab quality" and that he had to learn through trial and error the perfect conditions for extracting the psilocybin from the mushrooms. He also stated that at his wellness center they do not use placebos.

At the conclusion of the webinar, Bridger explained the pricing and the process of how the therapy sessions work. He sells packages in "rounds" and the minimum package is a two round package.

The first step is by attended a consultation with Bridger. During the consultation, you answer various screening questions for him to determine if this is the proper course of action for you and if you would benefit from taking

psilocybin. If Bridger feels that you qualify, then you can purchase a two, three, or four round package.

The first round consists of four meetings. The first two meetings are considered preparatory meetings. Each preparatory meeting lasts about an hour where you discuss what you may encounter on your "psychedelic journey" and how to deal with those encounters and what to expect from the practitioner supervising your "trip." The third meeting is the "guided session" where you partake of the psilocybin infused tea and enter the hallucinogenic state. This session lasts anywhere from 5 to 10 hours. During this session, the staff member documents the client's behaviors and experiences. The final session of the round is a follow up where the client and staff member review the staff member's notes and they discuss the client's experiences. This session lasts about an hour. After about 2-6 weeks, the client repeats the process for a second round, except there is only one preparatory meeting, followed by a guided trip session, followed by a follow up session. The pricing for a two round package is $3900, a three round package is $5400, and a four round package is $6400.

SEARCH WARRANT:

Due to the totality of the circumstances, I feel there is Probable Cause that Bridger is running an illicit business under the guise of a religion. He is getting people to come to a location where he gets them to pay incredibly high amounts of money in exchange for psilocybin. He has admitted openly that at his "wellness center" the use of psilocybin is the foundation of their practice. He has made statements that he has intimate knowledge of where and how the mushrooms are cultivated, and that he has learned the perfect conditions for extracting psilocybin through trial and error.

On November 4, 2024 I submitted an affidavit for search warrant to the Fourth District Court, requesting for authority to search the premises of 1969 N. State Street, Provo, UT. That affidavit was reviewed and a search warrant was granted by the Honorable Judge Sean Petersen.

On November 11, 2024 Provo Special Enforcement Team (SET) detectives served that search warrant. Through my investigation, I had found that Singularism's hours of operation usually close around 17:00 hours. At around 17:00 hours, Detective Wolfgramm, Detective Graham, and I waited outside the building for Bridger to exit. A short time later, Bridger exited the building and began walking to his vehicle. Detective Graham and Detective Wolfgramm stopped Bridger in the parking lot, identified themselves as police officers, and detained him pursuant to the search warrant.

Bridger asked Detective Graham and Detective Wolfgramm if he could call his attorney, and they allowed him to do so. I then walked up to Bridger and I introduced myself. When I made contact with Bridger, he was already on speaker phone with his attorney. I provided Bridger a copy of the search warrant and asked if we could go inside the building so we could speak. Bridger complied and walked us into the business.

Once we walked inside the business, Bridger and I sat down on a couch and had a

conversation while Detective Graham, Detective Wolfgramm, and Sgt. Rowberry
searched the business.

INTERVIEW:

My entire interaction with Bridger was audio recorded. The following is a
summary of our conversation. For complete details about the interview, refer to
the recording.

While Bridger and I spoke, he had his attorney on speaker phone the entire time.
I advised Bridger of his Miranda rights and both he and his lawyer stated they
understood them. I explained to Bridger that I had probable cause to support
allegations that Bridger was providing psilocybin to his clients that attended
his wellness center. Bridger openly stated that to be true and even showed me
where he keeps the psilocybin mushrooms in the wellness center. He walked over
to a desk in the middle of the room and opened a safe. Inside the safe were
numerous bags filled with mushrooms, which were consistent with psilocybin
mushrooms and identified as such by Bridger. He also opened another safe in his
office that contained a bottle of THC syrup, which Bridger later stated he uses
personally as part of his religious practices, however, he does not give that to
any of his clients. I asked Bridger if he had a medical marijuana card, and he
stated that he does not have a current one.

During our conversation, Bridger stated that he believes that his business is
legal because of the religion that he founded. I explained that a concern that I
had was how can he guarantee that the mushrooms he is providing to people are
safe. He said that his record of safe experiences is evidence that the mushrooms
are safe. I asked Bridger if he was cultivating the mushrooms, and he alluded
that he was not cultivating them. When I pressed about where does he acquire the
mushrooms, he said that he did not want to answer that question. No matter how
much I pressed about where he gets the mushrooms or where are they cultivated,
he did not want to answer as he did not want to self-incriminate.

I asked Bridger about his employees that are psychedelic practitioners at his
wellness center. I asked him about when a practitioner conducts a ceremony at
his wellness center, who is getting paid for the session, is it the
practitioner, is it him, or is it both. He likened it to when a person goes to
see a religious councilor. While the client is paying the center, some amount
would be distributed to the practitioner. When I asked who all were the people
that he employs as practitioners, he said he did not want to say their names, as
he did not want to get any of them in trouble and would rather have the legal
liability fall completely on his shoulders.

I asked Bridger about the ceremonies themselves and how they are conducted. He
stated that the mushrooms are boiled in a water at a specific temperature, which
allows for the psilocybin to be extracted and then the psilocybin infused tea is
consumed by the client.

I explained to Bridger that the search warrant allows for me to search for and
seize any and all psilocybin products, in addition to any records of sessions
that he has. Bridger pleaded for me not to take the records as he claimed the

records of his clients' psilocybin induced "journeys" were considered scripture for his religion. I opted to honor his wish and we took photos of session records and left him with the physical copies.

There was one piece of paper that Bridger was insistent that I took with me and admit into evidence. It was a letter that was in the white safe that contained a large quantity of mushrooms. The letter was written by his attorney, address "To Whom it May Concern". The letter explains that the contents of the safe (the psilocybin mushrooms) are considered holy sacrament to the the followers of Singularism and are "integral to the practice of their faith." There was also a hand written expiration date at the bottom of the letter. The bottom of the letter states, "This is one of just 10 copies made 9/8/23 & expires 9/8/24" and is signed by Bridger Lee Jensen.

CONCLUSION:

Bridger fully feels that since he has founded the religion of Singularism, his use and providing of psilocybin to individuals is legal and protected under federal law as part of the Freedom of Religion. However, when speaking with the Utah County and Provo City Attorney Offices, it has been expressed that Singularism is not exempt from the Utah Controlled Substance Act. Bridger has openly stated that he is facilitating and providing psilocybin to numerous people. A large quantity of psilocybin was located in the business that he is responsible for. A bottle of THC syrup was also located in Bridger's business, which he admitted was for personal use. Due to these factors, this case will be referred to the Utah County Attorney's Office for screening of charges.

FinCEN REPORT:
I reached put to the Statewide Information Analysis Center (SIAC) and asked them to run a financial report for Singularism. I received a copy of the reports and they show that Singularism's KeyBank accounts had been previously flagged for suspicious activity due to the nature of the business and the transaction history that took place during to the monitoring period. I have attached those reports to this case. The reports are password protected. The password for the FinCEN reports are "SIAC2024!"

CHARGES:

Please refer the following charges for Bridger Lee Jensen (DOB 09/06/1981) to the Utah County Attorney's Office and screen for any additional charges they deem appropriate and necessary:

- Possession of a Schedule I Controlled Substance (Psilocybin) with Intent to Distribute, 58-37-8, F2
- Possession of Drug Paraphernalia, 58-37A-5, MB
- Possession of Marijuana, 58-37-8, MB

## Supplement

Thu Nov 21 15:26:17 2024 - Julian 4342

On November 21, 2024 I received a call from a Utah County Attorney requesting that I field test the THC and the Psilocybin mushrooms. I checked out the bottle of THC syrup from evidence and field tested it, which resulted in a positive test. I then resealed the packaging and turned it back into the evidence.

I also checked out the large package of mushrooms. I cut open the package and removed one mushroom that weighs .9 grams that I will use to field test for psilocybin. I resealed the large package of mushrooms and turned them back into evidence as well. I field tested the small sample that I removed from the large package and it field tested positive for psilocybin.

I did not use the entire .9 grams for the field tests. The remainder of the sample was packaged again separately and booked into evidence at the Provo Police Station.

## Supplement

```
Mon Dec 2 17:50:54 2024 Julian 4342
```

On November 28, 2024 I received an email informing me that the two samples I had sent
to the state crime lab had been tested for psilocybin. The report indicates that both
samples contained psilocybin. I have a hard copy of the report in my possession. The
report is accessible through the Crime Lab Inquiry within the UCJIS portal.

12/05/24

## Property

| | | | |
|---|---|---|---|
| **Property Number:** | PRP147932 | | |
| **Item:** | CS-LSD-Hallucin | **Owner Applied Nmbr:** | |
| **Brand:** | Psilocybin | **Model:** | |
| **Year:** | 0 | **Quantity:** | .7 |
| **Meas:** | GM | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DNK Drug/Narc, Other Hallucinogens | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Sample taken from the main package of mushrooms that was field tested positive for psilocybin - .9 grams was removed from the original package - .2 grams was consumed in the tests - .7 grams was booked back into evidence | | |

| | | | |
|---|---|---|---|
| **Property Number:** | PRP147686 | | |
| **Item:** | CS-LSD-Hallucin | **Owner Applied Nmbr:** | |
| **Brand:** | Psilocybin | **Model:** | |
| **Year:** | 0 | **Quantity:** | 459.8 |
| **Meas:** | GM | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DNK Drug/Narc, Other Hallucinogens | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | | | |

| | | | |
|---|---|---|---|
| **Property Number:** | PRP147687 | | |
| **Item:** | CS-LSD-Hallucin | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | Psilocybin | **Model:** | |
| **Year:** | 0 | **Quantity:** | 2 |
| **Meas:** | DU | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DNK Drug/Narc, Other Hallucinogens | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Please send this to the State Crime lab for testing for psilocybin | | |
| **Property Number:** | PRP147688 | | |
| **Item:** | CS-Paraphernali | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | | **Model:** | Cups |
| **Year:** | 0 | **Quantity:** | 2 |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $2.00 | **Color:** | GRY |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DEQ Drug/Narc Equipment | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Cups that contained mushrooms and smaller cups that held ground up mushrooms | | |
| **Property Number:** | PRP147689 | | |
| **Item:** | CS-Paraphernali | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | | **Model:** | Scales/Grinder |
| **Year:** | 0 | **Quantity:** | 4 |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $2.00 | **Color:** | BLK |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |

| | | | |
|---|---|---|---|
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DEQ Drug/Narc Equipment | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Scales and an electronic grinder used for grinding up psilocybin mushrooms | | |
| **Property Number:** | PRP147690 | | |
| **Item:** | CS-Unidentified | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | .01 |
| **Meas:** | GM | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | BLU |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DUT Drugs-Unknown Type | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | | | |
| **Property Number:** | PRP147691 | | |
| **Item:** | Paper-Official | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | 1 |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $5.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DPB Documents/Personal or Business | **UCR Status:** | SEZ |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |

**Released To:**
**Reason:**
**Comments:** Paperwork for Singularism journeys and attorney letter
**Property Number:** PRP147692
**Item:** CS-Marijuana

|  |  |  |  |
|---|---|---|---|
| **Custody:** | \*\*:\*\*:\*\* \*\*/\*\*/\*\* | | |
| **Owner Applied Nmbr:** | | | |

**Brand:** Lime
**Year:** 0
**Meas:** MG
**Total Value:** $0.00
**Owner:** JENSEN BRIDGER LEE B117082
**Agency:** PRPD Provo PD
**Accum Amt Recov:** $0.00
**UCR:** DMJ Drugs-Narc-Marijuana
**Local Status:** EIS
**Crime Lab Number:**
**Date Released:** \*\*/\*\*/\*\*
**Released By:**
**Released To:**
**Reason:**
**Comments:** THC Syrup/Tincure **-** 1000 mg Live Resin

**Model:** Tincture
**Quantity:** 1000
**Serial Nmbr:**
**Color:** BLK

**Tag Number:**
**Officer:** Julian Jac (PR)
**UCR Status:** SEI
**Storage Location:** Provo PD
**Status Date:** 11/11/24
**Date Recov/Rcvd:** \*\*/\*\*/\*\*
**Amt Recovered:** $0.00
**Custody:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*

12/05/24

## Name Involvements:

**Offender :**  B117082

| | | | |
|---|---|---|---|
| **Last:** JENSEN | **First:** BRIDGER | **Mid:** LEE |
| **DOB:** 09/06/81 | **Dr Lic:** 162491187 | **Address:** 1122 W 1970 SOUTH ST |
| **Race:** W  **Sex:** M | **Phone:** (801)203-0102 | **City:** Orem, UT 84058 |

12/05/24