# EXHIBIT D

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
## BSA: 31000259112891 and DCN:

| Filing Information | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 11/27/2023 |
| Received Date | 11/27/2023 |
| Entry Date | 11/28/2023 |
| Submission Method | Electronic batch filing |

| Subject Information | | |
|---|---|---|
| Subject 1 of 3 : *PSYCHE HEALING AND BRIDGING, LLC | | |
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *PSYCHE HEALING AND BRIDGING, LLC | |
| EIN | 932377864 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 134873940160 |
| | Other Text | SOS |
| | Issuing State Code | UT |
| | Issuing State | Utah |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 1969 N STATE STREET |
| | | 1969 N STATE ST - Enhanced |
| | City | PROVO |
| | | PROVO - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84604 |
| | | 84604-1012 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 6213 | |
| NAICS Code Text | Offices of Other Health Practitioners | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Health practice | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

![FinCEN | Financial Crimes Enforcement Network, United States Department of the Treasury]

## BSAR Transcript
BSA: 31000259112891 and DCN:

| Subject Information | | |
|---|---|---|
| Affected Account(s) | Account Number | 44075100█ |
| | Financial Institution TIN | 340797057 |
| Subject 2 of 3 : *SINGULARISM | | |
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *SINGULARISM | |
| EIN | 920835772 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 130076110140 |
| | Other Text | SOS |
| | Issuing State Code | UT |
| | Issuing State | Utah |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 1899 S 1030 W |
| | | 1899 S 1030 W - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 8133 | |
| NAICS Code Text | Social Advocacy Organizations | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Religious/therapeutic services | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account Number | 44075100█ |
| | Financial Institution TIN | 340797057 |
| Subject 3 of 3 : JENSEN | | |
| Role | Subject | |
| Individual/Organization | Individual | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
BSA: 31000259112891 and DCN:

| Subject Information | | |
|---|---|---|
| Last (or Entity) Name | JENSEN | |
| First Name | BRIDGER | |
| Middle Name | L | |
| Gender Type | Male | |
| Date of Birth | 09/06/1981 | |
| SSN/ITIN | ▮ | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |
| | Identification Number | ▮ |
| | Issuing State Code | UT |
| | Issuing State | Utah |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | ▮ |
| | | ▮ - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number(s) | Type | Mobile |
| | Number | ▮-0102 |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Therapist\Life Coach | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account 1 of 2 | |
| | Account Number | 44075100▮ |
| | Financial Institution TIN | 340797057 |
| | Account 2 of 2 | |
| | Account Number | 44075100▮ |
| | Financial Institution TIN | 340797057 |

Page 3

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
## BSA: 31000259112891 and DCN:

| Suspicious Activity Information | |
|---|---|
| Amount Involved | $211,431 |
| Date or Date Range of Activity | 08/02/2023 - 11/02/2023 |
| Money laundering | Suspicious EFT/wire transfers<br>Suspicious concerning the source of funds<br>Transaction out of pattern for customer(s) |
| Structuring | Alters or cancels transaction to avoid CTR requirement<br>Transaction(s) below CTR threshold |
| Other suspicious activities | Transaction with no apparent economic, business, or lawful purpose |
| Financial instrument or payment mechanism | Other Financial instrument or payment mechanism: EFT/ Wire<br>U.S. Currency |
| Financial product | Deposit account |

| Activity Location | | | |
|---|---|---|---|
| Financial Institution Location 1 of 1 | | | |
| Type of Financial Institution | Depository institution | | |
| Primary Regulator | OCC | | |
| Legal Name | KEYBANK NA | | |
| EIN | 340797057 | | |
| Role in Transaction | Selling/Paying Location | | |
| Address | Address Type | Address where transaction occurred | |
| | Street Address | 127 PUBLIC SQUARE | |
| | | 127 PUBLIC SQ - Enhanced | |
| | City | CLEVELAND | |
| | | CLEVELAND - Enhanced | |
| | State | OH | |
| | | OH - Enhanced | |
| | ZIP Code | 44114-1226 | |
| | | 44114-1217 - Enhanced | |
| | Country | US | |
| | | US - Enhanced | |
| Internal Control File Number | CA3255423 | | |
| Branch Office Location 1 of 1 | | | |
| Financial Institution Name | KEYBANK NA | | |
| RSSD Number | 0939173 | | |
| Address | Address Type | Address where transaction occurred | |
| | Street Address | 207 NORTH UNIVERSITY AVE | |
| | | 207 N UNIVERSITY AVE - Enhanced | |
| | City | PROVO | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
BSA: 31000259112891 and DCN:

| Activity Location | | |
|---|---|---|
| | | PROVO - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84603 |
| | | 84601-2836 - Enhanced |
| | Country | US |
| | | US - Enhanced |

| Filer Information | | |
|---|---|---|
| Primary Regulator | OCC | |
| Filer Name | KEYBANK NA | |
| EIN | 340797057 | |
| Address | Address Type | Reporting party address |
| | Street Address | 127 PUBLIC SQUARE |
| | | 127 PUBLIC SQ - Enhanced |
| | City | CLEVELAND |
| | | CLEVELAND - Enhanced |
| | State | OH |
| | | OH - Enhanced |
| | ZIP Code | 44114-1226 |
| | | 44114-1217 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Type of Financial Institution | Depository institution | |
| RSSD Number | 280110 | |
| Internal control/file number | CA3255423 | |
| Contact for Assistance | Full Name | AML UNIT |
| | Phone Number | (216) 813-4709 |
| | Phone Type | Work |

## Law Enforcement Information
No Law Enforcement Information Available

## Narrative
KeyBank Case Number: CA3255423

Case Name: BRIDGER L JENSEN

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

| Narrative |
|---|

NTP-Drugs

INTRODUCTION:

This case was initiated upon receipt of an internal referral from KeyBank branch personnel regarding conducting cash withdrawals in a manner indicative of purposefully evading reporting requirements. The activity involves KeyBank Account 44075100▮ in the name of BRIDGER L JENSEN and PSYCHE HEALING AND BRIDGING, LLC. There were no prior investigations identified.

This investigation, which covers the time period of 07/14/2023 (opening) through 11/14/2023, disclosed suspicious account activity involving inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious account activity involves cash withdrawals as they have no clear economic purpose for the business type. Additionally, some approach just under the reporting threshold. Branch personnel revealed the client intentionally limits cash withdrawals to evade reporting. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance and under Utah law. The suspicious activity totals $211,430.66 in accounts 44075100▮ and 44075100▮ which occurred between 08/02/2023 through 11/02/2023 at KeyBank branch UT075. SAR warranted.

DETAILS OF INVESTIGATION:

According to bank records BRIDGER L JENSEN, 42 is the Controlling Party of PSYCHE BRIDGING AND HEALING and SINGULARISM. The customer is listed as the 50% Beneficial Owner of PSYCHE BRIDGING AND HEALING. External research revealed he is a life coach/therapist associated with UTAH PSYCHEDELIC THERAPY, MENTAL GURUS, REVEAL MYSELF, PSYCHEDELICCON and UTAH MUSHROOM THERAPY. These entities appear to provide therapy services specializing in clinical psychedelic integration. The customer holds a BS in Therapeutic Recreation/ Psychology from BRIGHAM YOUNG UNIVERSITY and Master of Psychological Counseling from UNIVERSITY OF PHOENIX. The customer has been a KeyBank customer since 07/14/2023 and is listed as residing in Orem, UT. According to bank records and external research PSYCHE BRIDGING AND HEALING appears to be a therapeutic practice in Provo, UT and has been a KeyBank customer since 07/14/2023. According to

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN | Financial Crimes Enforcement Network**
United States Department of the Treasury

## BSAR Transcript
BSA: 31000259112891 and DCN:

| Narrative |
|---|
| bank records and external research SINGULARISM appears to a nonprofit group which held its ribbon cutting ceremony on Sept. 6th, 2023. The business appears to be a clinically informed spiritual wellness center plans to begin sessions Oct 1st, 2023. They have been a KeyBank customer since 08/01/2023. They are a grassroots team empowering the legal use of psychedelics for clinical and clergy leadership. The company advertises use of magic mushrooms (psilocybin) for therapeutic services. According to news articles in November 2023, psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. JENSEN says they're protected by the Religious Freedom Restoration Act of the U.S. Constitution. The clinic claims they has taken every effort to accord with state and federal constitutional and statutory religious freedom authorities which would permit its religious practices. SINGULARISM is prepared to defend its religious freedom to, as a small religious minority group, partake of its religious rites and sacraments in a closed, supervised, and secure setting. Based upon research conducted by the Utah County Attorney's office, it does not appear that SINGULARISM has constitutional protections to either use of administer psilocybin.City of Provo Police Department released a statement regarding the business and how the mushroom treatment center is allowed to operate legally, and a spokesperson issued the following statement: Psilocybin is a Schedule I controlledsubstance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. We have evaluated recent claims that use is protected under the Religious Freedom Restoration Act, and we believe those claims to be without merit. The position of the Provo Police Department is that officers will treat psilocybin as an illegal drug and will arrest or cite users and distributors and refer charges to the Utah County Attorney's Office. We have confirmed with that office that they intend to prosecute violators. A review of public records through Lexis Nexis, World-Check did not reveal any apparent adverse information.<br><br>The focus of the investigation consists of the following account(s):<br><br>Business Checking account 4407510█████ was opened on 07/14/2023. The account is titled BRIDGER L JENSEN and PSYCHE HEALING AND BRIDGING, LLC. This account was reviewed from 07/14/2023 (opening) through 11/14/2023. Credit activity during this review is made up of various retail return credits from entities such as AMAZON, IKEA, LOWS, and HOME GOODS. A $4,900 cash deposit is also noted on 08/01/2023. Funding is primarily made up of four wire deposits totaling $125,000 from ASPIRE |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

![FinCEN logo] **FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
BSA: 31000259112891 and DCN:

### Narrative

HEALTH MANAGEMENT LLC, a healthcare support business. Further wires are noted from SKYLER JED ROBERTSON and JERAMY & BECKY LUND. External research suggest SKYLER JED ROBERTSON is a mental health supporter and JERAMY LUND appears to be a business start-up investor. One wire from ASPIRE HEALTH MANAGEMENT LLC has the memo (ASPIRE BUY IN). The wires appear to be business start up investments from related health/ investment counterparties. Although it appears the purpose is for the startup of the business, there is suspicion concerning the source of funds. Additionally, the nature of the business involves illegal controlled substances. As such, all wire deposits are suspicious. Debits are made up of payments with entities such as ADOBE, AMAZON, AMERICA FIRST CREDIT UNION, ASPIRE HEALTH, EMPYREAN ADVISORS (healthcare consultants), FABIAN VANCOTT (law firm), INTUIT, GOOGLE, IKEA, METAPAY, ONTRAPORT (marketing/ sales), WAL-MART, COSTCO, ROSS STORES, RC WILLEY (furniture), U-HAUL, XFINITY, RIVERS STUDIO (design and staging) and ZOOM. One wire is noted on 08/23/2023 to KAILEY STOCCO with memo interior design. Cash withdrawals are made up 14 transactions between 08/08/2023 through 10/31/2023 ranging from $200 to $5,900 totaling $37,260. Branch contact with personnel at UT075 revealed the client is aware of the cash reporting requirements and intentionally limits cash withdrawals to evade reporting. Staff believed the business operated as a psychic service and a church. The branch found the customer unusual as he clearly articulated that he does not want the government to find out about his cash withdrawals and learned to keep cash under $10,000 from his father. The employee stated the customer is always in a hurry and only wants to conduct transactions with her. She stated she gets anxiety when he is in the branch because he is always rushing her. She finds overall cash withdrawals odd for the business type and does not know the purpose of the cash debits. The customer was in the branch yesterday wanting to open a new business account however, decided against it since he knew he would exceed $10,000 in one day. Review of cash debits revealed two cash withdrawals on 08/08/2023: $4,000 and $5,900 totaling $9,900. The debits total just below the threshold. Overall cash withdrawals are conducted for unknown purposes as they do not appear consistent with therapy services. Coupled with the client's knowledge and apparent attempt to evade reporting, all are deemed suspicious. Suspicious activity identified.

Business Checking account 4407510 0▮▮▮▮ was opened on 08/01/2023. The account is titled SINGULARISM and BRIDGER L JENSEN. This account was reviewed from 08/01/2023(opening) through 11/14/2023. Credits are made up of a $100 cash deposit on 08/01/2023 and direct deposits from INTUIT and STRIPE totaling $46,880.66. These deposits could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance and under Utah law. As such, all direct deposits are deemed suspicious.

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
## BSA: 31000259112891 and DCN:

| Narrative |
|---|
| Debits are made up of two cash withdrawals between 09/12/2023 and 10/03/2023 ranging from $100 to $2,190 totaling $2,290. Additional debits include payments with entities such as AMAZON, GUSTO, INTUIT, WAL-MART, UTAH INTERACTIVE LLC (website design), and SUMMIT HEALTH, UTAH CORPORATIONS, transfers to 440751006113 and a $5,000 Official Bank Check (OBC) purchase on 10/17/2023 made payable to CASSIE MEDURA, who appears to be a family lawyer. Suspicious activity includes cash withdrawals as the true purpose of those debits are unknown and not consistent with business type. Suspicious activity identified. |
| |
| A sampling of the suspicious activity is detailed below: |
| |
| Account #440751006113 |
| |
| Date         Amount        Description |
| 8/2/2023     $25,000.00    WIRE DEP-SKYLER JED ROBERTSON |
| 8/8/2023     $4,000.00     WITHDRAWAL BRANCH 0075 UTAH |
| 8/8/2023     $5,900.00     WITHDRAWAL BRANCH 0075 UTAH |
| 9/12/2023    $5,900.00     WITHDRAWAL BRANCH 0075 UTAH |
| 10/17/2023   $3,560.00     WITHDRAWAL BRANCH 0075 UTAH |
| 10/19/2023   $50,000.00    WIRE DEP-JERAMY & BECKY LUND |
| |
| Account #440751006121 |
| |
| Date         Amount        Description |
| 9/20/2023    $5.00         DIRECT DEPOSIT,   INTUIT 06093985 DEPOSIT |
| 9/20/2023    $7,179.46     DIRECT DEPOSIT,   STRIPE       TRANSFER |
| 9/27/2023    $7,600.00     DIRECT DEPOSIT,   INTUIT 10826475 DEPOSIT |
| 9/29/2023    $6,214.10     DIRECT DEPOSIT,   STRIPE       TRANSFER |
| 10/5/2023    $6,214.10     DIRECT DEPOSIT,   STRIPE       TRANSFER |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
## BSA: 31000259112891 and DCN:

| Narrative |
|---|

10/13/2023   $4,800.00   DIRECT DEPOSIT,   INTUIT 28567785 DEPOSIT

10/17/2023   $4,800.00   DIRECT DEPOSIT,   INTUIT 48157215 DEPOSIT

10/18/2023   $6,400.00   DIRECT DEPOSIT,   INTUIT 49653875 DEPOSIT

11/2/2023   $3,668.00   DIRECT DEPOSIT,   INTUIT 22649635 DEPOSIT

The suspicious activity totals $211,430.66 in accounts 44075100█ and 44075100█ which occurred between 08/02/2023 through 11/02/2023 at KeyBank branch UT075.

CONCLUSION:

This case was initiated upon receipt of an internal referral from KeyBank branch personnel regarding conducting cash withdrawals in a manner indicative of purposefully evading reporting requirements. The activity involves KeyBank Account 44075100█ in the name of BRIDGER L JENSEN and PSYCHE HEALING AND BRIDGING, LLC. There were no prior investigations identified.

This investigation, which covers the time period of 07/14/2023 (opening) through 11/14/2023, disclosed suspicious account activity involving inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious account activity involves cash withdrawals as they have no clear economic purpose for the business type. Additionally, some approach just under the reporting threshold. Branch personnel revealed the client intentionally limits cash withdrawals to evade reporting. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance and under Utah law. The suspicious activity totals $211,430.66 in accounts 44075100█ and 44075100█ which occurred between 08/02/2023 through 11/02/2023 at KeyBank branch UT075. SAR warranted.

Contents of File:

Customer and Account Profiles

Checks, deposited items and account statements

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSAR Transcript
BSA: 31000259112891 and DCN:

| Narrative |
|---|
| Cash and Wire Reports |
| Internet Research |
| Analytical Spreadsheet |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.