# EXHIBIT E

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000266505487

BSAR Transcript
BSA: 31000266505487 and DCN:

## Filing Information

| | |
|---|---|
| Type of Report | Continuing Activity Report |
| Filing Date | 03/11/2024 |
| Received Date | 03/11/2024 |
| Entry Date | 03/12/2024 |
| Amended | Prior BSA ID: 31000259112891 |
| Submission Method | Electronic batch filing |

## Subject Information

Subject 1 of 3 : *PSYCHE HEALING AND BRIDGING, LLC

| | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *PSYCHE HEALING AND BRIDGING, LLC | |
| EIN | 932377864 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 134873940160 |
| | Other Text | SOS |
| | Issuing State Code | CT |
| | Issuing State | Connecticut |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 1969 N STATE STREET |
| | | 1969 N STATE ST - Enhanced |
| | City | PROVO |
| | | PROVO - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84604 |
| | | 84604-1012 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 6213 | |
| NAICS Code Text | Offices of Other Health Practitioners | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Health practice | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting | Institution TIN | 340797057 |



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury



BSAR Transcript
BSA: 31000266505487 and DCN:

| Subject Information | | |
|---|---|---|
| Institution(s) | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account Number | 440751006113 |
| | Financial Institution TIN | 340797057 |
| Subject 2 of 3 : *SINGULARISM | | |
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *SINGULARISM | |
| EIN | 920835772 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 130076110140 |
| | Other Text | SOS |
| | Issuing State Code | CT |
| | Issuing State | Connecticut |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | [redacted] |
| | | [redacted] - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 8133 | |
| NAICS Code Text | Social Advocacy Organizations | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Religious/therapeutic services | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account Number | 44075100[redacted] |
| | Financial Institution TIN | 340797057 |
| Subject 3 of 3 : JENSEN | | |
| Role | Subject | |



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury



BSAR Transcript
BSA: 31000266505487 and DCN:

## Subject Information

| Field | | |
|---|---|---|
| Individual/Organization | Individual | |
| Last(or Entity) Name | JENSEN | |
| First Name | BRIDGER | |
| Middle Name | L | |
| Gender Type | Male | |
| Date of Birth | 09/06/1981 | |
| SSN/ITIN | [redacted] | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |
| | Identification Number | [redacted] |
| | Issuing State Code | CT |
| | Issuing State | Connecticut |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | [redacted] |
| | | [redacted] - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number(s) | Type | Mobile |
| | Number | [redacted]-0102 |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Therapist\Life Coach | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account 1 of 2 | |
| | Account Number | 44075100[redacted] |
| | Financial Institution TIN | 340797057 |
| | Account 2 of 2 | |
| | Account Number | 44075100[redacted] |
| | Financial Institution TIN | 340797057 |



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury



BSAR Transcript
BSA: 31000266505487 and DCN:

| Suspicious Activity Information | |
|---|---|
| Amount Involved | $68,441 |
| Cumulative Amount | $279,872 |
| Date or Date Range of Activity | 11/15/2023 - 02/05/2024 |
| Money laundering | Suspicious EFT/wire transfers<br>Suspicious concerning the source of funds |
| Other suspicious activities | Other: Negative news<br>Transaction with no apparent economic, business, or lawful purpose |
| Financial instrument or payment mechanism | U.S. Currency<br>Other Financial instrument or payment mechanism: EFT/ Wire |
| Financial product | Deposit account |

| Activity Location | | |
|---|---|---|
| Financial Institution Location 1 of 1 | | |
| Type of Financial Institution | Depository institution | |
| Primary Regulator | OCC | |
| Legal Name | KEYBANK NA | |
| EIN | 340797057 | |
| Role in Transaction | Selling/Paying Location | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 127 PUBLIC SQUARE |
| | | 127 PUBLIC SQ - Enhanced |
| | City | CLEVELAND |
| | | CLEVELAND - Enhanced |
| | State | OH |
| | | OH - Enhanced |
| | ZIP Code | 44114-1226 |
| | | 44114-1217 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Internal Control File Number | CA3295626 | |
| Branch Office Location 1 of 1 | | |
| Financial Institution Name | KEYBANK NA | |
| RSSD Number | 0939173 | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 207 NORTH UNIVERSITY AVE |
| | | 207 N UNIVERSITY AVE - Enhanced |
| | City | PROVO |
| | | PROVO - Enhanced |



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000266505487

BSAR Transcript
BSA: 31000266505487 and DCN:

## Activity Location

| | | |
|---|---|---|
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84603 |
| | | 84601-2836 - Enhanced |
| | Country | US |
| | | US - Enhanced |

## Filer Information

| | | |
|---|---|---|
| Primary Regulator | OCC | |
| Filer Name | KEYBANK NA | |
| EIN | 340797057 | |
| Address | Address Type | Reporting party address |
| | Street Address | 127 PUBLIC SQUARE |
| | | 127 PUBLIC SQ - Enhanced |
| | City | CLEVELAND |
| | | CLEVELAND - Enhanced |
| | State | OH |
| | | OH - Enhanced |
| | ZIP Code | 44114-1226 |
| | | 44114-1217 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Type of Financial Institution | Depository institution | |
| RSSD Number | 280110 | |
| Internal control/file number | CA3295626 | |
| Contact for Assistance | Full Name | AML UNIT |
| | Phone Number | (216) 813-4709 |
| | Phone Type | Work |

## Law Enforcement Information

No Law Enforcement Information Available

## Narrative

KeyBank Case Number: CA3295626

Case Name: BRIDGER L JENSEN

NTP-Drugs



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.




BSAR Transcript
BSA: 31000266505487 and DCN:



## Narrative

INTRODUCTION:

This supplemental review is the result of KeyBank's SAR monitoring process, involving KeyBank accounts 44075100[redacted] and 44075100[redacted] in the names of PSYCHE HEALING AND BRIDGING, LLC, SINGULARISM and BRIDGER L JENSEN. There was one prior investigation for this customer that resulted in one SAR filing (11/27/2023). The most recent investigation covered the timeframe of 07/14/2023 (opening) through 11/14/2023, which resulted in the SAR filing on 11/27/2023 for inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious activity involved cash withdrawals as they had no clear economic purpose for the business type and CTR evasion. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could have been proceeds from the illicit sale of drugs. Since the last review, there were no alerts generated.

This investigation, which covers the time period of 11/15/2023 through 02/16/2024 (closure), disclosed continuing suspicious activity involving merchant service credits as they could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. Additional suspicious activity involves cash withdrawals as there does not appear to be a clear business purposes for the activity given the nature of the business involves illegal controlled substances. The suspicious activity totals $68,441 in accounts 44075100[redacted] and 440751006121 which occurred between 11/15/2023 through 02/05/2024 at KeyBank branch UT075. The cumulative amount of all suspicious activity being reported with this and the prior SAR which occurred between 08/02/2023 through 02/05/2024 is $279,871.66. SAR warranted.

DETAILS OF INVESTIGATION:

According to bank records BRIDGER L JENSEN, 42 is the Controlling Party of PSYCHE BRIDGING AND HEALING and SINGULARISM. The customer is listed as the 50% Beneficial Owner of PSYCHE BRIDGING AND HEALING. External research revealed he is a life coach/therapist associated with UTAH PSYCHEDELIC THERAPY, MENTAL GURUS, REVEAL MYSELF, PSYCHEDELICCON and UTAH MUSHROOM THERAPY. These entities appear to provide therapy services specializing in clinical psychedelic integration. The customer holds a BS in Therapeutic Recreation/ Psychology from BRIGHAM YOUNG UNIVERSITY and Master of Psychological Counseling from UNIVERSITY OF PHOENIX. The customer has been a KeyBank customer since



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000266505487

BSAR Transcript
BSA: 31000266505487 and DCN:

## Narrative

07/14/2023 and is listed as residing in Orem, UT. According to bank records and external research PSYCHE BRIDGING AND HEALING appears to be a therapeutic practice in Provo, UT and has been a KeyBank customer since 07/14/2023. According to bank records and external research SINGULARISM appears to a nonprofit group which held its ribbon cutting ceremony on Sept. 6th, 2023. The business appears to be a clinically informed spiritual wellness center plans to begin sessions Oct 1st, 2023. They have been a KeyBank customer since 08/01/2023. They are a grassroots team empowering the legal use of psychedelics for clinical and clergy leadership. The company advertises use of magic mushrooms (psilocybin) for therapeutic services. According to news articles in November 2023, psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. JENSEN says they're protected by the Religious Freedom Restoration Act of the U.S. Constitution. The clinic claims they has taken every effort to accord with state and federal constitutional and statutory religious freedom authorities which would permit its religious practices. SINGULARISM is prepared to defend its religious freedom to, as a small religious minority group, partake of its religious rites and sacraments in aclosed, supervised, and secure setting. Based upon research conducted by the Utah County Attorney's office, it does not appear that SINGULARISM has constitutional protections to either use of administer psilocybin. City of Provo Police Department released a statement regarding the business and how the mushroom treatment center is allowed to operate legally, and a spokesperson issued the following statement: Psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. We have evaluated recent claims that use is protected under the Religious Freedom Restoration Act, and we believe those claims to be without merit. The position of the Provo Police Department is that officers will treat psilocybin as an illegal drug and will arrest or cite users and distributors and refer charges to the Utah County Attorney's Office. We have confirmed with that office that they intend to prosecute violators. A review of public records through Lexis Nexis, World-Check did not reveal any apparent adverse information.

As this case was initiated as part of KeyBank's SAR Monitoring process, this investigation only covers accounts in which suspicious activity was uncovered during the previous investigation. Other related accounts in which no suspicious activity was uncovered will not be reviewed unless required due to suspicious flow of funds or alerted activity.



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury



BSAR Transcript
BSA: 31000266505487 and DCN:

## Narrative

The clients maintain a total of two business checking accounts.

The focus of the investigation consists of the following accounts:

Business Checking account 44075100[redacted] was opened on 07/14/2023 and closed on 02/16/2024. The account is titled PSYCHE HEALING AND BRIDGING, LLC, and BRIDGER L JENSEN. This account was reviewed from 11/15/2023 through 02/16/2024 (closure). Credits consists of eight direct deposits from INTUIT totaling $17,026, appearing as merchant service credits. As the nature of the business involves illegal controlled substances, these deposits are considered suspicious as they could be from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. Additional credits are primarily made up of transfers from internal related account 44075100[redacted]. Cash withdrawals are made up of three transactions on 11/16/2023, ranging from $950 to $3,568, totaling $7,418. While a decrease is noted, there does not appear to be a clear business purposes for the activity given the nature of the business involves illegal controlled substances. As such, cash withdrawals are deemed suspicious. Further suspicious debits include four direct withdrawals totaling $26,054 to PSYCHE HEALING. The purpose of these debits is unknown and could be related to supply purchases. Debit activity not considered unusual includes payments with entities such as ADOBE, AMAZON, DOORDASH, ASPIRE HEALTH, EMPYREAN ADVISOR, FABIAN VANCOTT (lawyer), INTUIT, GOOGLE, VONAGE BUSINESS, and XFINITY. There are two Official Bank Check (OBC) purchases on 02/08/2024 totaling $11,630, payable to BRIDGER L JENSEN, which are likely related to the account being closed. Suspicious activity identified.

Business Checking account 44075100[redacted] was opened on 08/01/2023 an closed on 02/16/2024. The account is titled SINGULARISM and BRIDGER L JENSEN. This account was reviewed from 11/15/2023 through 02/16/2024 (closure). Credits consists of four direct deposits from INTUIT totaling $17,943 appearing as merchant service credits. As the nature of the business involves illegal controlled substances, these deposits are considered suspicious as they could be from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. No cash withdrawals occurred. Debits are made up of payments with entities such as AMAZON, APPLE, DOORDASH, GUSTO, INTUIT, COSTCO, WAL-MART, POSITIVEPSYCHOLOGY.COM and a $6,125 OBC on 02/08/2024, payable to BRIDGER L JENSEN, which is likely related to the account being closed. Suspicious activity identified.



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSAR Transcript
BSA: 31000266505487 and DCN:



## Narrative

A sampling of the suspicious activity is detailed below:

Account #44075100[redacted]

Date Amount Description

11/15/2023 $3,960.00 DIRECT DEPOSIT, INTUIT 77470515 DEPOSIT

12/6/2023 $2,985.00 DIRECT DEPOSIT, INTUIT 70965005 DEPOSIT

1/2/2024 $4,999.00 DIRECT DEPOSIT, INTUIT 65742965 DEPOSIT

Account #440751006113

Date Amount Description

11/16/2023 $3,568.00 CASH WD- UT075

11/16/2023 $2,900.00 CASH WD- UT075

11/16/2023 $950.00 CASH WD- UT075

11/27/2023 $7,618.00 DIRECT WITHDRAWAL, PSYCHE HEALING AKBBO ACH

1/2/2024 $1,855.00 DIRECT DEPOSIT, INTUIT 65661185 DEPOSIT

1/10/2024 $5,400.00 DIRECT DEPOSIT, INTUIT 08067655 DEPOSIT

1/18/2024 $2,700.00 DIRECT DEPOSIT, INTUIT 39170425 DEPOSIT

2/5/2024 $49.00 DIRECT DEPOSIT, INTUIT 19002505 DEPOSIT

The suspicious activity totals $68,441 in accounts 44075100[redacted] and 44075100[redacted] which occurred between 11/15/2023 through 02/05/2024 at KeyBank branch UT075.

CONCLUSION:

This supplemental review is the result of KeyBank's SAR monitoring process, involving KeyBank accounts 44075100[redacted] and



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

4e8721-2ec5-496b






BSAR Transcript
BSA: 31000266505487 and DCN:

## Narrative

440751006121 in the names of PSYCHE HEALING AND BRIDGING, LLC, SINGULARISM and BRIDGER L JENSEN. There was one prior investigation for this customer that resulted in one SAR filing (11/27/2023). The most recent investigation covered the timeframe of 07/14/2023 (opening) through 11/14/2023, which resulted in the SAR filing on 11/27/2023 for inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious activity involved cash withdrawals as they had no clear economic purpose for the business type and CTR evasion. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could have been proceeds from the illicit sale of drugs. Since the last review, there were no alerts generated.

This investigation, which covers the time period of 11/15/2023 through 02/16/2024 (closure), disclosed continuing suspicious activity involving merchant service credits as they could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. Additional suspicious activity involves cash withdrawals as there does not appear to be a clear business purposes for the activity given the nature of the business involves illegal controlled substances. The suspicious activity totals $68,441 in accounts 44075100[REDACTED] and 44075100[REDACTED] which occurred between 11/15/2023 through 02/05/2024 at KeyBank branch UT075. The cumulative amount of all suspicious activity being reported with this and the prior SAR which occurred between 08/02/2023 through 02/05/2024 is $279,871.66. SAR warranted.

Contents of File:

Customer and Account Profiles

Checks, deposited items and account statements

Cash and Wire Reports

Internet Research

Analytical Spreadsheet

Law Enforcement requests for documentation can be sent to lerequest@keybank.com



The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

146e8721-2ecb-496