# EXHIBIT G

*Body camera footage from January 17, 2025. Delivered to the court January 22, 2025 via thumb drive.