# EXHIBIT  H



**POLICE**

# Voluntary Statement Form

CASE #: 25PRO1087          DATE: 1-17-25          TIME: _____

FULL NAME: Claire Hart

STREET ADDRESS: ███████          CITY: ███          STATE: ██ ZIP: ███

HOME PHONE: _____    CELL PHONE: ███ -9979    WORK PHONE: _____

DATE OF BIRTH: ███████          DRIVER LICENSE #: _____

EMPLOYER NAME: _____          OCCUPATION: _____

**NOTICE:** Pursuant to Section 76-8-504.5 Utah Code annotated, 1653 as amended, you are notified the statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make, that you do not believe to be true, may subject you to criminal punishment as a Class A Misdemeanor.** I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Provo City Police Officer.

I was recommended to this treatment facility by my licensed therapist. I went there of my own free will & took the treatment willingly. I had a severely bad reaction to the treatment & became scared & hysterical — we called my emergency contact, he came, I called ~~the~~ my parents & we called the police because I was so scared & hysterical. The ambulance came & took me to the hospital to give me something to calm down & I was driven home by my ex husband & sister.

SIGNED: _Claire Hart_          DATE: 1-17-25

OFFICER:_____          DATE: _____Time:_____
        (Print Name / P Number)



**Voluntary Statement Form Continuation**

CASE #: _____     PAGE #: _____
NAME: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: _____     DATE: _____

OFFICER:_____     DATE: _____Time:_____
      (Print Name / P Number)