# EXHIBIT I

*Audio recordings from service of search warrant.
Delivered to the court January 22, 2025 via thumb drive.