# EXHIBIT  J1



Experience          Advocate

Certify

Resources & Announcements ⌄



# Experience Legal Psilocybin Therapy

We offer safe, evidence-



based psilocybin therapy through clinically informed and spiritually guided ceremonies. Whether you're seeking healing, personal growth, or profound spiritual insight, our sessions are designed to unlock new possibilities in a supportive, legal environment.

**Attend Our Webinar**

**Book a Consultation**



Psilocybin Therapy:

# A Breakthrough in Mental Wellness

Ready to experience life-changing growth and healing? Our guided psilocybin therapy sessions are designed to help you achieve profound mental wellness, spiritual insight, and personal transformation. Whether you're new to psilocybin therapy or want to explore how it can benefit you, our webinars and consultations are the perfect way to get started.

# Meet Our Team of Experts

We are proud to have one of the largest teams of certified psilocybin practitioners in the country, with **10 experienced guides** leading our ceremonies. Each practitioner brings a wealth of knowledge, care, and dedication, ensuring every participant is supported throughout their journey. Having a team of this size allows us to provide personalized attention and maintain the highest standards of care for all our participants.





Ready to get started?

# Two Ways to Get Started:

We offer two simple options to help you begin your healing journey with psilocybin therapy:

## Sign Up for a Webinar:

Step into the groundbreaking world of legal psychedelic therapy with our expert-led webinar. Learn about the latest research, proven therapeutic methods, and the safe, guided pathways that are reshaping mental wellness. These therapies are helping thousands transform their mental health and find renewed purpose. This is your chance to ask questions, get detailed information, and find out if psilocybin therapy is right for you.

**Attend Our Webinar**

## Book a Consultation

Take the next step toward healing by booking a one-on-one consultation with a certified practitioner. Discuss your unique goals, receive personalized advice, and explore how psilocybin therapy can bring lasting change to your life—all in a safe, supportive environment tailored to your needs.

**Book a Consultation**

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin                                    1/20/25, 1:40 PM

# 210

## ROUNDS SERVED

# 15,500

## HOURS PRACTICED

# 10

## TRAINED PRACTITIONERS

## Explore your Inner Universe

**Attend Our Webinar**

Learn more about our services and ceremonies at our bi-monthly webinars.

# Why Choose Us?

Working with our life coach will empower you with the tools and guidance needed to unlock your full potential and live a fulfilling, purpose-driven life

## Nation's Largest Psilocybin Treatment Center

Join hundreds of voyagers experiencing transformational healing at the largest legal psilocybin therapy center in the country.

## Clinically Guided, Spiritually Rooted

Our approach integrates clinical safety protocols with sacred practices, ensuring a holistic and profound experience.

## Tailored Guidance from Expert Practitioners

Receive personalized care and support from highly trained practitioners who will guide you before, during, and after your journey.

**Book a Consultation**





*"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."*

**Declan E.**



*"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."*

**Finley N.**



*"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."*

**Harper V.**



# Real Transformati



Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin

1/20/25, 1:40 PM

# ormati ons, Real Storie s

# Ready to begin your healing journey?

In the realm of psilocybin, a remarkable harmony emerges between the

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin    Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1931    Page
14 of 65

1/20/25, 1:40 PM

clinical and the spiritual. Experts and researchers unanimously emphasize that separating these dimensions is to miss the essence of its transformative potential. From clinical insights to profound spiritual experiences, our approach seamlessly integrates both realms. Witness how the clinical and spiritual unite, guiding

individuals toward holistic healing, growth, and enlightenment.

**Book a Consultation**

# What is Spiritual Counseling?

Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin

1/20/25, 1:40 PM



# At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**.

We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

Our ceremonies are rooted in the belief that psilocybin serves as a conduit to profound spiritual experiences. Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey.



**Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

**Book a Consultation**

Follow our social accounts for updates, stories and more:

     

**Experience** - **Advocate** - **Certify** - **Questions** - **Research** - **Announcements**

Copyright

©2025 PsychedelicTherapyJourney.com



Experience          Advocate

Certify

Resources & Announcements ⌄



# Achieve Your Potential with the Nation's Largest Psilocybin Treatment Center

Join hundreds of

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin    1/7/25, 5:38 AM



voyagers discovering healing and growth through Singularism, the first legal public wellness center rooted in evidence-based practices among entheogenic religions.

**Come to our webinar**

**Book a consultation**

Discover Singularism- A Legal, Safe, and Effective Path to Enlightenment with Psilocybin                1/4/25, 5:38 AM

# Begin Your Journey With

# Legal Mushroom Therapy

## Clinical protocol meets spiritual awakening to bring profound transcendence

Fill out the form below and we'll email and/or call you
with information about our sessions, facilitator trainings, and more.

**First Name**
_____

**Last Name**
_____

**Email**
_____

**Phone**
_____

**Postal Code**
_____

**How did you hear about us?**
Select...                          ▼

**What service interests you most?**
Select...                          ▼

**Note, Story, Question or Message:**
We love hearing anything you'll share
_____

✓  Yes, Singularism may send me occasional texts or a call
with relevant info. Text "HELP" for help or "STOP" to

cancel anytime. Carriers are not liable for delayed or undelivered messages.



Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin

1/7/25, 5:38 AM

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

## 200
ROUNDS SERVED

## 14,000
HOURS PRACTICED

## 10
TRAINED PRACTITIONERS

## Explore your Inner Universe

**See Our Webinar Dates**







*"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."*

**Declan E.**

*"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."*

**Finley N.**

*"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."*

**Harper V.**



# Featured in nearly 200 publications, including:







Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin    1/7/25, 5:38 AM

    

   

 

Cli
nic
al
or
Spi



ritual? Researchers agree that psilocybin is both a religious experince and a sho

## sho ws sup erio r clini cal effic acy.

In the realm of psilocyb in, a remarka ble harmony emerges between the clinical and the spiritual. Experts and research ers unanimo usly

emphasi ze that separatin g these dimensi ons is to miss the essence of its transfor mative potential . From clinical insights to profoun d spiritual experien ces, our approac h seamless ly integrate s both realms. Witness how the

clinical and spiritual unite, guiding individuals toward holistic healing, growth, and enlightenment.

Some of our partici pa



Are you one of our participants

nts stories:

Use the arrows to pan through our clients inspirational stories.

Are you one of our participants that would like to share your story?

Click here to share your testimonial

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin

The
testimon
ials are
real,
though
some
names
are
changed
for
privacy.

# Psilocybin and the Scientific Meaning of Life

Jo
hn
s
H
op

kins Researcher, Mary Cosimano, shar

# Awaken Your Potential



Embark on a transformative journey that seamlessly fuses the power of Psilocybin Therapy and Spiritual Counseling. Our approach marries evidence-based clinical insights with the profound wisdom of spiritual exploration. Through carefully guided experiences and personalized counseling, we offer a holistic path to healing, self-discovery, and growth. This unique synergy allows us to address challenges on both the clinical and spiritual fronts, paving the way for profound insights, inner harmony, and lasting change.

# Integrate Insights, Elevate Life: Your Journey Begins

Experience profound transformation through psilocybin spiritual counseling. Embrace a path of integration, wisdom, and inner harmony.

**Frequently Asked Questions**

# What is Spiritual Counseling ?

**Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.**

At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

**Our ceremonies are rooted in the belief that psilocybin serves as a conduit to profound spiritual experiences.**

Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey. **Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

# Profound Spiritual Experiences Align with Scientific Advancements in Healing.

Our Approach Embraces the Holistic Benefits of Psilocybin, Fusing Spiritual and Clinical Pathways for Transformation.

*"Psilocybin is giving us a temporary peek into a biological process that underlies*

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin    1/7/25, 5:38 AM

the very origin of religious and spiritual practices. What's remarkable about psilocybin is its breadth and depth of impact. It's almost unparalleled in psychiatry that a single dose of a medicine produces these kinds of dramatic and enduring results!"

**See Our Webinar Dates**

-Dr. Roland R. Griffiths,

**Professor of Behavioral Biology, Psychiatry, and Neuroscience at Johns Hopkins University**

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin                                    1/7/25, 5:38 AM

# Entheogenic Spiritual Guidance: Nurturing Transformative Connection

At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance, into our ceremonies as a means to facilitate deep spiritual connections and foster profound inner transformation. Our ceremonies are designed to be safe, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits.

## Sincere          Safe          Necessary

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment with Psilocybin    1/7/25, 5:38 AM

Our ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences. Embracing ancient wisdom and modern insights, **we honor the rich tapestry of spiritual traditions. Through the careful guidance of our practitioners,** we facilitate an encounter with the divine that aligns with your personal religious beliefs, fostering an experience that resonates with your heart and soul.

Our commitment to safety ensures that your journey unfolds within a space of trust and reverence. Our **fusion of spiritual wisdom and clinical rigor** ensures that your journey with us is not only spiritually enriching but also conducted with the highest standards of safety and care. Your well-being remains at the heart of everything we do, as we guide you toward transformative experiences that embrace the best of both worlds.

The efficacy of our Entheogenic Spiritual Guidance stems from its necessity in driving **transformative change. By intertwining the power of psilocybin with sincere religious practices,** we create a synergy that unlocks hidden truths within your consciousness. Our ceremonies are carefully structured to be catalysts for self-discovery, personal growth, and profound insights that can lead to lasting positive change in your life.

**Frequently Asked Questions**

Copyright 2024 Singularism.org



Experience          Advocate

Certify

Resources & Announcements ⌄



Frequently Asked Questions:

# Learn More About Our Entheogenic Ceremonies

Clinical therapy methods meet spiritual process to bring profound transcendence

# Welcome



# to our
# FAQ page



Click on the question below
to jump down the page and
get your answer. Or just
scroll down to see them all.

Q: What is Psychedelic
Therapy Journey?

Q: How Do We Ensure the
Legal Use of Entheogens?

Q: How Safe Are Magic
Mushrooms?

Q: How Does Singularism
Differ from Informal and
Non-Institutional
Psychedelic Practices?

Q: What Does It Mean That
Singularism is "Faith
Affirming"?

Q: How Effective Are

Singularism's Entheogenic

Practices in Promoting

Personal Growth?

Q: Can Anyone Participate

in Singularism's

Ceremonies?

Q: What Preparation is

Required Before

Participating in Entheogenic

Sessions?

Q: Can Anyone Participate

in Singularism's

Ceremonies?

Q: How Can I Get Started

with Singularism?

# Q: What is Psychedelic Therapy Journey?

**A:** Psychedelic Therapy Journey is a professional organization offering legal psilocybin therapy to promote mental, emotional, and spiritual healing. Through our carefully guided ceremonies, participants are able to explore deep personal insights, address mental health challenges, and experience lasting transformation. We combine evidence-based therapeutic practices with the profound benefits of psilocybin, all within a safe, structured, and legally compliant environment. Whether you're seeking mental wellness or spiritual growth, our therapy sessions provide a path for discovery and healing.



**The "Golden Teacher" mushrooms** are among nature's most profound guides to ego dissolution and spiritual enlightenment. In our practice, these entheogens serve as the key to unlocking a deeper understanding of the self and the universe. Through safe, thoughtful and respectful use, we journey beyond the confines of the ego, embracing the interconnectedness of all existence.

| Attend Our Webinar | Book a Consultation |
|---|---|



# Q: How Does Psychedelic Therapy Journey Ensure the Legal Use of Entheogens?

**A: Pioneering legal pathways for spiritual wellness, we partner with Singularism to stand at the forefront of the psychedelic revolution, securing legal protection for the use of psilocybin. Our practices are meticulously aligned with legal frameworks that honor the religious and sacred use of entheogens**

Our psilocybin therapy sessions are conducted under federal legal exemptions for religious and ceremonial use of entheogens, including psilocybin. These exemptions are protected under the First Amendment of the U.S. Constitution, which safeguards religious freedom. As a result, our organization operates within a legal framework that permits the use of psilocybin for spiritual and therapeutic purposes. We adhere strictly to both federal and state laws,



**Psychedelic Therapy Journey** is committed to ensuring

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1968    Page 51 of 65

ensuring full compliance with all legal requirements. By maintaining rigorous safety and ethical standards, we offer participants the therapeutic benefits of psilocybin in a fully protected and lawful setting. Our practices are reviewed regularly to ensure ongoing legal compliance, providing participants with confidence in the safety and legality of our services.

In addition to legal compliance, we uphold clinical safety protocols and best practices to ensure a respectful, controlled, and secure environment for all participants.

safe, legal access to psilocybin therapy. Operating under protections granted by the Religious Freedom Restoration Act and the U.S. Constitution, we are supported by key legal precedents that affirm the right to practice therapeutic and spiritual psilocybin use. Our organization serves as a leader in legal advocacy, championing the importance of compliance and safety while promoting psilocybin's role in transformative healing and personal growth. Trust in both our legal foundation and our dedication to wellness.



# Q: How Safe Are Magic Mushrooms?

**A: Entheogenic practices within Singularism prioritize safety, with structured protocols and experienced facilitators overseeing every session.**

Yes, psilocybin therapy has been studied extensively, and under the right conditions, it is considered very safe. At Psychedelic Therapy Journey, we follow strict clinical safety protocols, including thorough screening processes to ensure participants are physically and mentally prepared for the experience. Our certified practitioners are trained to guide each session with care and expertise, helping participants navigate their journey safely. The combination of professional guidance, legal oversight, and a controlled environment reduces risks and ensures a supportive therapeutic experience.



**The Safest of all Substances:** Above a thorough study of more then 120,000 emergency room visits from 50 different countries found that magic mushrooms appear to be the safest of all mind altering substances, Mushrooms caused exactly zero deaths.

**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**

**Book a Consultation**



# Q: How Does Psychedelic Therapy Journey Differ from Informal Psychedelic Practices?

A: Professionalism and Structure sets our ceremonies apart from the "backyard shaman", recreational festivals, and the psychedelic tourism practices. We distinguish our approach by prioritizing safety, consistency, and informed practices. Unlike informal or non-institutional experiences, our structured ceremonies are guided by facilitators, under supervision, and with ongoing trainings - ensuring a safe and transformative journey for each participant.

Psychedelic Therapy Journey provides a structured, professional, and legal approach to psilocybin therapy, distinguishing us from informal or recreational practices. Our sessions are facilitated by certified practitioners who are trained in both clinical safety and therapeutic techniques, ensuring that each participant receives personalized guidance. We operate under legal exemptions, which means we adhere to strict safety standards and protocols not found in casual settings. This commitment to professionalism and legality sets us apart, providing participants with a deeply transformative yet secure experience.

**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**



**Our commitment to professionalism** transcends mere procedure, embedding a journey that is as profound and transformative as it is safeguarded and respectful of each individual's needs and boundaries. Singularism invites participants to embark on a path of spiritual discovery led by experts devoted to delivering meaningful, integrated experiences. This dedication starkly contrasts with the unpredictability and potential hazards present in more informal settings, offering a sanctuary for those seeking a profound connection and transformation within a framework of trust and integrity.



# Q: What Does It Mean That Our Practice is "Faith Affirming"?

**A: Our approach is to enhance and affirm the personal faith journey of each voyager, welcoming individuals from all faith backgrounds to explore their highest selves through our ceremonies.**

We stand out as a unique spiritual practice that not only respects but actively supports the diverse faith backgrounds of its participants. Our highly trained facilitators are skilled in guiding participants through experiences that aim to unlock and affirm their highest selves, and to do so within the context of without seeking to change their foundational beliefs. This inclusive approach allows participants from any faith to engage with our ceremonies in a way that harmonizes with and enriches their personal spiritual journey. By supporting, affirming rather than altering deeply held beliefs, Singularism provides a supportive space for individuals to explore profound spiritual experiences that complement and enhance their own faith.



**We invite all to partake:** Our ceremonies celebrate the beauty of shared spiritual exploration, welcoming all faiths in the journey toward enlightenment and personal growth.

**Attend Our Webinar**



# Q: The Effectiveness of Psilocybin Therapy

**A: Yes, our ceremonies are extremely effective. Our entheogenic practices are highly effective in promoting personal growth, offering profound insights and lasting positive changes in participants' lives.**

Research spearheaded by leading institutions has unveiled striking findings regarding the efficacy of psilocybin in inducing what is often described as the "mystical experience." For instance, a landmark study by Johns Hopkins University revealed that **a single dose of psilocybin produced substantial and enduring decreases in depression and anxiety in 80% of participants, with effects lasting up to six months.** Another pivotal study indicated that psilocybin-assisted therapy could significantly enhance life satisfaction and increase feelings of interconnectedness, with a staggering 70% of study participants ranking their psilocybin experience among the top five most spiritually significant experiences of their lives.

These statistics underscore the transformative power of



**Johns Hopkins Researcher Mary Cosimano** shares promising results from clinical trials of guided psilocybin sessions being utilized in the treatment of addiction, depression, and cancer/end-of-life. The impressive results offer much hope for an effective treatment to heal "hearts and minds." One of Mary's key observations is the importance of love and connection — it seems, love is literally part of the answer.

psilocybin when utilized within the framework of a
carefully curated spiritual practice. Singularism's
ceremonies leverage this scientific understanding, offering
participants a pathway to explore the depths of their being
and connect with a sense of unity and purpose that
transcends ordinary experience. Through this integration of
science and spirituality, Singularism fosters a space where
individuals can encounter the profound healing and growth
potential of the mystical experience, guided by the best
practices derived from both ancient wisdom and
contemporary research.



# Q: What Preparation is Required Before Participating in Entheogenic Sessions?

**A:** Participants must engage in several preparatory steps that include mental, physical, and spiritual readiness exercises, alongside an understanding of the entheogenic substance to be used.

Preparing for a psilocybin therapy session involves both mental and physical readiness. Participants are encouraged to approach the experience with openness and intention, and we provide guidance on how to mentally prepare through mindfulness practices, journaling, or meditation. Additionally, dietary recommendations may be given to ensure your body is in an optimal state for the session. Our team provides detailed preparation guidelines to help you enter the experience with clarity and focus, maximizing the therapeutic benefits.



**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**

**Book a Consultation**



# Q: What Are the Core Beliefs of Psychedelic Therapy Journey?

**A: The core beliefs of Psychedelic Therapy Journey revolve around the intrinsic connection between individuals, the universe, and the transformative power of entheogenic experiences.**

FAQs: Legal Mushroom Therapy Singularism. Embrace Oneness for a Transcendent Life

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1978    Page
61 of 65

1/20/25, 1:38 PM

Our contemporary religion offers a unique path beyond traditional spiritual boundaries, inviting open-hearted exploration without demanding unwavering devotion. Free from dogma, we harbor a faith of compassion, extracting profound insights from our ceremonies that foster healing and well-being globally.

Central to our practice is "ego disillusionment," a journey towards the mystical experience of unity and interconnectedness. Our ceremonies blend spiritual depth with clinical insights, led by clergy skilled in both realms, ensuring a profound yet safe exploration of consciousness.

We invite you into this transformative experience, where dissolving the ego reveals the spirit's limitless potential. Join us in a shared mission to enlighten and heal, embodying compassion and unity. This is the heart of our practice: a call to discover your true self and, in doing so, enrich the world around us.



**More then a Philosophy:** Our belief system emphasizes the unity of all existence, the value of introspection, and the transformative potential of experiencing altered states of consciousness. Singularism advocates for the cultivation of spiritual awareness, ethical living, and the pursuit of wisdom through direct, experiential understanding facilitated by entheogens.



# Q: Can Anyone Participate in Singularism's Ceremonies?

**A:** Singularism welcomes individuals who are sincerely seeking spiritual growth and are open to the responsible use of entheogens in a sacred context.

Singularism is inclusive, inviting individuals from all walks of life who resonate with our core beliefs and are interested in exploring spirituality through entheogenic practices. Prospective members undergo a thoughtful orientation process, formal screening process, and in initial consultation to ensure alignment with our values and readiness for our ceremonies.

Our community is built on mutual respect, openness, and a shared commitment to personal and collective evolution. While anyone may apply, our ceremonies are closed to the public and facilitated privately for the protection and safety of our participants.



# Q: How Can I Get Started with Singularism?

**A:** To start your Singularism journey, begin by attending our introductory webinar, offering an insightful overview of our practices and philosophy. Follow this with a personal consultation to discuss how our path can align with your spiritual aspirations, setting the stage for a transformative experience.

Starting your journey with psilocybin therapy is simple. You can sign up for a modestly priced consultation with one of our certified practitioners, or attend a free webinar to learn more about how psilocybin therapy can benefit you.

1. During the consultation, we'll assess your needs, discuss your goals, and help you determine the best way forward. Whether you're ready to schedule a session or just want to explore your options, our team is here to guide you through the process.

2. In the webinar, you'll gain a deeper understanding of psilocybin therapy, including how it works, its benefits, and

what to expect in a session. Our experienced team will guide you through the therapeutic process, answer any questions, and provide insights into how this therapy can support your personal healing goals.

**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**

Book a Consultation

Attend Our Webinar

Follow our social accounts for updates,
stories and more:

**Experience** - **Advocate** - **Certify** -
**Questions** - **Research** -
**Announcements**

Copyright

©2025 PsychedelicTherapyJourney.com