# EXHIBIT J5

# Psychedelic Therapy Academy





🏛 The Bridging Model in Psychedelics

# Take part in this immersive educational experience.

Join our

# Are you ready to be at the forefront of a revolutionary approach to healing?

# Skills of a True Practitioner

Embrace a transformative journey of learning and personal growth as you delve into the art of facilitating psychedelic therapy. Gain comprehensive knowledge and practical skills to guide individuals safely through profound healing experiences. Join us on this immersive course and become a trusted facilitator in the expanding field of psychedelic-assisted therapy.



## Research & Analysis

**Learn how to deal with data**

Delve into the captivating world of psychedelic research and history.



## Screening and Safety

**Master effective screening techniques**

Students will learn how to assess individuals' suitability for



## Effective Sessions

**The Art of Skilled Facilitation**

Learn how to make psychedelic sessions safe, effective, and

Uncover the pioneering studies conducted by influential figures, and the amazing spiritual practices from other cultures. You will develop a profound appreciation for the potential of psychedelics as tools for healing and personal transformation.

psychedelic experiences, taking into account medical history, experince, mental health conditions, and current medications. Learning safety protocols equips facilitators with the knowledge and skills to mitigate potential risks, and provide the necessary support.

life-changing. This is paramount for facilitators who aspire to guide individuals on profound journeys of healing and transformation. Facilitators can cultivate an environment where participants feel secure, allowing for deeper exploration, profound healing, and the realization of the immense therapeutic potential that psychedelics offer.



## Changes That Last

**Master the Art of Psychedelic Integration**

Integration work is essential for all psychedelic facilitators to learn as they provide the necessary guidance and tools for clients to integrate insights, emotions, and newfound perspectives from their psychedelic journeys into sustained personal growth and positive behavioral changes.



## Legal & Ethics

**Ensuring Responsible and safe Psychedelic Practice**

Understand the importance of legal and ethical considerations in psychedelic practice is paramount. By exploring the complex legal frameworks and ethical guidelines surrounding psychedelic therapy, students gain the knowledge and tools to ensure responsible and ethical facilitation.



## Psychotherapeutic Paradigm

**Finding your theory of practice**

Choosing a psychotherapeutic paradigm provides a solid foundation and guiding framework for your therapeutic practice. Choosing a specific paradigm, allows therapists to develop expertise and mastery in a particular approach.



Summer 2024 is now enrolling

# Apply by Aug 31st, 2024 to become a candidate.

## Our next cohort begins Sept 18th, 2024

**Apply Now**

*Each cohort limited to 14 enrollees in order to keep classes small



# Frequently Asked Questions:

## Q: How does "The Bridging Model" differ from other psychedelic facilitator training programs?

A: "The Bridging Model" stands out in a number of ways. 1. Our unique approach radically centers the participant as the authority on their own process. 2. Our approach is for both clinicans and proudly competent laymen who are  By emphasizing the integration of mystical insights with practical applications, we provide an extremely powerful framework that combines the spiritual and scientific aspects of psychedelic therapy, offering a holistic approach to facilitating transformative experiences.

## Q: What psychedelic substances will I learn about?

"The Bridging Model"  covers a broad spectrum of psychedelic substances, but we will be placing a strategic emphasis on ketamine, and psilocybin.

## Q: What is the duration and format of "The Bridging Model" course?

12 weeks beginning May 21st, 2024 and continue every Wednesday night at 6pm - 8:30pm.

Participants must be committed to all 12 of these classes, or will need to wait for the next cohort to gain full credit.

**Fall Cohort Dates:**
- Sept. 18th, 25th
- Oct. 2nd, 9th, 16th, 23rd, 29th
- Nov. 6th, 13th, 19th 26th
  Dec. 4th, 11th

## Q: Will I receive certificate of completing "The Bridging Model" course?

Yes, upon successful completion of the course requirements, participants will receive a certificate of completion that you may use as part of your vite, resumé or portfolio. This certification validates your knowledge and competence in psychedelic facilitation according to "The Bridging Model" approach.

## Will I have access to ongoing support and resources after the course?

Absolutely. We believe in the importance of continued support and growth. Upon completion, you will have access to a community of like-minded individuals and ongoing resources, including integration support, research updates, and networking opportunities.

## Is this course suitable for beginners with no prior experience in psychedelics or therapy?

Yes, The Bridging Model course welcomes participants from various backgrounds, including beginners. It is designed to provide a solid foundation and equip participants with the necessary knowledge and skills to become competent psychedelic facilitators.

## Tell me more about the courses philosophy

This course is designed to empower facilitators to empower their clients and participants, "Bridge" the gap between the profound and the practical, ensuring lasting impact and meaningful change for clients.

## Where are courses held?

Courses last 2.5 hours on Wednesday nights and are held at Singularism in Provo, Utah.

## I don't have a masters degree, can I still participate?

Yes, the course if open to all qualifying applicants, many of which have a masters degree, however, a genuine interest in the field of psychedelic therapy and a commitment to personal growth are essential.

# It's called The Bridging Model because:

1. The Bridging Model "bridges" the realms of mysticism and science in psychedelic facilitation, in



Home  Terms
Privacy  Contact
About

Copyright ©2024 The Bridging Model All rights reserved



# Facilitator Course Application form

Welcome to a transformative journey that sets the benchmark in the world of psychedelic facilitation. We're thrilled that you're applying to join our exclusive course and training program, designed for those who aspire to be the best in this field.

Our course isn't just another training; it's a pathway to excellence, curated for individuals who are passionate about guiding others through profound experiences and facilitating personal growth.

You're invited to be part of a select group of individuals who share a common goal: to create a safer, more supportive, and more enlightening space for those exploring the incredible world of psychedelics. While we maintain high standards, we are committed to fostering a warm and welcoming community. Your journey begins here, and we're eager to have you on board.

Please be aware that we place little emphasis on perfect spelling, punctuation, or formal qualifications. No need to spend hours filling out this form. We prioritize individuals who are dedicated to safety, authenticity, and the creation of a nurturing and enriching experience for their clients.

We are also NOT exclusively looking for people with lots of experience as a psychedelic guide. We are open and receptive to all experience levels.

mitchell.a.stephens@gmail.com   Switch account    

* Indicates required question

**Email** *

Your email

**First Name** *

Your answer

**Last Name** *

Your answer

**Phone Number** *

Your answer

**Age**

Your answer

**Why are you interested in becoming a psychedelic facilitator, and what personal or professional experiences have led you to this path?**

There no right or wrong answer here.

Your answer

**Share any relevant skills or qualifications you possess that you feel will contribute to your success as a psychedelic facilitator.**

These do not need to be formal skills, your personality and life experiences count.

Your answer

**What unique perspectives or qualities do you bring to the table that would enrich our community of facilitators?**

Everyone has skills. :)  Tell us some things about yourself. There's no wrong answer.

Your answer

**Have you had any prior experience with psychedelics, either personally or in a supportive role? If so, please share a brief description of your experiences and insights.**

Your answer

**What do you hope to achieve by completing this training, and how do you envision your role as a facilitator impacting the psychedelic community and individuals you'll work with?**

Your answer

**In your view, what makes a facilitator truly exceptional, and how do you plan to embody these qualities throughout your career?**

Your answer

**What expectations do you have for our facilitator training program in terms of personal and professional development, and how do you see yourself contributing to the learning experience of your peers?**

Your answer

During this course we may be recording audio and video for future digitization. Are you willing to allow your questions and comments be part of our online course and other media purposes?

◯ Yes

◯ No

If accepted, are you able and committed to attending on ALL the following dates from 6:00-8:30PM in our wellness center located in Provo Utah?

May 21st, 22nd, 28th
June 5th, 12th, 19th, 26th
July 3rd, 10th, 17th, 23rd, 31st

○ Yes

○ No

I understand that the tuition is $1,800, and I can pay in full by the 14th of May.

If this is a major problem for you, let's talk. We'll do what we can to help this work for you if needed.

Your answer

**What questions do you have? What are your hopes? How can we serve you best with this course and training?**

Your answer

Submit                                              Clear form

Never submit passwords through Google Forms.

This form was created inside of Bridger Jensen.
Does this form look suspicious? Report

Google Forms