# EXHIBIT  K


DocuSign Envelope ID: 0F8AA5A6-12A7-4C4F-983B-E6BE7B08A830
State of Utah
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this ___ day of July 20 23
in this office of this Division and hereby issued
This Certificate thereof.

Examiner _____ Date 7/7/23

Leigh Veillette
Division Director

Receipt Number: 10097346
Amount Paid:    $129.00

## EXPEDITE

## CERTIFICATE OF ORGANIZATION OF

### RECEIVED

## PSYCHE HEALING AND BRIDGING, LLC

### JUL 06 2023

### A UTAH LIMITED LIABILITY COMPANY

Utah Div. Corp. & Comm. Code

I, Garett Robertson, acting as organizer of **Psyche Healing and Bridging, LLC** (hereinafter the "**Company**"), hereby form a limited liability company under the provisions of the Utah Revised Uniform Limited Liability Company Act, UTAH CODE ANN. §48-3a-101, *et seq.* (the "**Act**"), and adopt the following Certificate of Organization:

### ARTICLE I
### NAME

The name of the limited liability company is: **Psyche Healing and Bridging, LLC**.

### ARTICLE II
### PERIOD OF DURATION

The period of duration of the Company shall commence and be effective upon the filing of this Certificate with the Utah Division of Corporations and Commercial Code and shall be perpetual unless (a) sooner dissolved by the members, or (b) dissolved by a statutory event of dissolution.

### ARTICLE III
### PRINCIPAL OFFICE

The Principal Office and mailing address for the limited liability company is **1899 South 1030 West, Orem, UT 84058**.   Records to be kept at the Principal Office include but are not limited to: (1) a current list in alphabetical order of the full name and address of each member; (2) a copy of the stamped Certificate of Organization and any amendments thereto; (3) copies of all tax returns for the three (3) most recent years; (4) a copy of the Company's Operating Agreement.

### ARTICLE IV
### BUSINESS PURPOSES

The Company and its business is distinct from its members. The primary purpose or purposes for which the Company is organized is to market and sell educational products, materials, and services in the field of mental wellness and healing, and to transact any and all business for which limited liability companies may be formed under Utah law, including becoming a member of other limited liability companies. Furthermore, it is empowered to sue and be sued in its own name and the power to do all things necessary or convenient to carry on the afore described activities and affairs.

### ARTICLE V
### REGISTERED AGENT AND OFFICE

The name of the initial registered agent of the Company in the State of Utah is **Michael W. Wadsworth**.   The business office address where the initial registered agent of the Company may be located is **201 South Main Street, Suite 2200, Salt Lake City, UT 84111**. The consent to appointment as registered agent with the registered agent's signature is set forth at the end of this Certificate of Organization.

JUL 6 '23 PM 1:55

13487394 -0160

## ARTICLE VI
## MANAGEMENT OF COMPANY

The Company shall be managed by one or more managers. The initial manager shall be **Bridger Jensen**. Management of the Company may be delegated at a later date to other members or managers pursuant to the provisions of the Operating Agreement, or the Act, as applicable.

## ARTICLE VII
## INDEMNIFICATION OF MEMBERS AND MANAGERS

The Company shall have the power to indemnify and hold harmless each of its members, managers and employees to the full extent permitted by the Act.

## ARTICLE VIII
## MEMBERS AND MANAGER CONTRACTS

A contract or other transaction with the Company may be permitted regardless of the fact that a member of the Company is financially interested in, or may be interest in, such transaction. No contract, act, or other transaction of the Company with any person or entity shall be affected by the fact that a member of the Company (a) is a party to, or (b) is in some way connected with such person or entity. Each person who is now or may become a member or manager of the company is hereby relieved from any liability he or she might otherwise incur in the even such member or manager contracts with the Company, provided such person acts in good faith.

## ARTICLE IX
## SIGNING AUTHORITY

Any document, liability, financing instrument, or other instrument signed by the Company's manager shall be binding on and inure to the benefit of the Company.

DATED this 21st day of June 2023.

**ORGANIZER:**

Bridger Jensen

## CONSENT TO APPOINTMENT AS REGISTERED AGENT

I, **Michael W. Wadsworth**, accept the appointment as registered agent of **Psyche Healing and Bridging, LLC**, and state that I am familiar with the duties as agent.

DATED this 21st day of June 2023.

Michael W. Wadsworth

2

JUL 6 '23 PM 1:55