# EXHIBIT L



# Provo Police
## Officer Report for Incident 25PR01087

***CONFIDENTIALITY NOTICE***

The information in this document is CONFIDENTIAL and/or PRIVILEGED. It is intended to be reviewed by only the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination, or copying of this document and its attachments, if any, or the information contained herein, is prohibited. If you have received this document in error, advise the sender of your receipt of it and destroy and/or delete the document immediately.

***PROTECTED RECORD NOTICE***

This document is a PROTECTED RECORD under UCA 63G-2-305(10),(11) and (25). Further or secondary release would interfere with an ongoing criminal investigation or case, jeopardize the life or safety of the individual, and/or is a clearly unwarranted invasion of personal privacy, Release or dissemination of any summaries, transcripts and video/audio recordings or CJC interviews are also prohibited unless authorized by UCA 77-37-4(5) and (6).

| | | |
|---|---|---|
| **Nature:** M AGENCY ASSIST | | **Address:** 1928 N 1120 WEST ST |
| **Location:** PR110 | | Provo UT 84604 |

**Offense Codes:**
**Received By:** Tucker C PR   **How Received:** T   **Agency:** PRPD
**Responding Officers:**
**Responsible Officers:** Burgoyne, C PR   **Disposition:** CLO 01/16/25
**When Reported:** 14:36:00 01/16/25   **Occurred Between:** 14:33:56 01/16/25 and 14:39:04 01/16/25

**Assigned To:**   **Detail:**   **Date Assigned:** \*\*/\*\*/\*\*
**Status:**   **Status Date:** \*\*/\*\*/\*\*   **Due Date:** \*\*/\*\*/\*\*

**Complainant:** 703556
**Last:** HART   **First:** CLAIRE   **Mid:** LARAYNE
**DOB:** ▮   **Dr Lic:** ▮   **Address:** ▮
**Race:** W   **Sex:** F   **Phone:** ▮-9979   **City:** ▮

**Alert Codes:**

## Offense Codes

**Reported:** AGNC Agency Assist   **Observed:** AGNC Agency Assist

01/21/25

**Additional Offense:** AGNC Agency Assist

## Circumstances

    ARHWY Highway Road Or Street
    BUSPV Business-private
    BODY Bodycam
    MEDT Medical Treatment with Transpo

| **Responding Officers:** | **Unit :** |
|---|---|
| Burgoyne, C PR | 2J3423 |
| Stika J (PR) | 2J3356 |

| | | | |
|---|---|---|---|
| **Responsible Officer:** | Burgoyne, C PR | **Agency:** | PRPD |
| **Received By:** | Tucker C PR | **Last Radio Log:** | **:**:** **/**/** |
| **How Received:** | T Telephone | **Clearance:** | CRO Cleared, Responding Officer |
| **When Reported:** | 14:36:00 01/16/25 | **Disposition:** | CLO **Date:** 01/16/25 |
| **Judicial Status:** | | **Occurred between:** | 14:33:56 01/16/25 |
| **Misc Entry:** | | **and:** | 14:39:04 01/16/25 |

**Modus Operandi:**                **Description :**                **Method :**

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 01/16/25 | Name | HART, CLAIRE LARAYNE | Complainant |
| 01/16/25 | Cad Call | 14:36:00 01/16/25 M AGENCY ASSIST | Initiating Call |

## Narrative

```
Thu Jan 16 15:18:40 2025
```

On 1/16/2025 at approximately 1500, I responded to 1928 N 1120 W for a drugs call. The complainant advised that she had been drugged. Upon arrival, I made contact with the female who was hysterical and upset. She advised that she was recommended to be seen at Singularism by her therapist and that they had tricked her into taking Psilocybin. She also advised that they give her 4-5g. It was hard to get any other information out of her because she was so hysterical and was yelling and paranoid. Paramedics responded and transported the female to Utah Valley Hospital to be evaluated. No further action taken.

_____

Responsible LEO:

_____

Approved by:

_____

Date

## Supplement

```
CAD Call info/comments
================================

14:35:17 01/16/25    - Tucker C PR
rp stating she has been drugged and is being scammed
14:36:01 01/16/25    - Tucker C PR
CaseId PzDDcRpE5j created in IntelliComm. Access case via the following URL:
https://app.apcointellicomm.net/case/PzDDcRpE5j
14:36:01 01/16/25    - Tucker C PR
Case ID: PzDDcRpE5j
14:36:46 01/16/25    - Tucker C PR
rp stating she was given psilocybin
14:37:12 01/16/25    - Tucker C PR
CHIEF COMPLAINT M DRUGS
14:37:12 01/16/25    - Tucker C PR
New Card M DRUGS from LE
14:37:18 01/16/25    - Tucker C PR
claire is outside the building
14:37:27 01/16/25    - Tucker C PR
rp is north of waffle love
14:38:10 01/16/25    - Tucker C PR
rp is in a veh; not responding to dispatch
14:38:36 01/16/25    - Tucker C PR
rp yelling erratically and stating therapist recommended this facility
14:39:00 01/16/25    - Tucker C PR
*EDITED* rapidsos showing 1945 N 1120 W PR; 12.7 m
14:43:01 01/16/25    - Gillis, H PR
01/16/2025 14:40:34Gotay, B PR
ABAN 911, NO ANSWER ON CB 2X


01/16/2025
14:40:43Gotay, B PR
CaseId xWjTBwYoox created in IntelliComm. Access case via
the following URL: https://app.apcointellicomm.net/case/xWjTBwYoox



01/16/2025 14:40:43Gotay, B PR
Case ID: xWjTBwYoox


01/16/2025
14:40:50Gotay, B PR
RP YELLING


01/16/2025 14:41:04Gotay, B PR
RP SAYING
```

```
SHE HAS BEEN DRUGGED


01/16/2025 14:41:49Gotay, B PR
RP'S THERAPIST
DRUGGED HER, PSLOPSYBIN

14:44:34 01/16/25    - Gotay, B PR
RP IN WHITE TOYOTA RAV4
14:45:42 01/16/25    - Gotay, B PR
*URGENT* RAPIDSOS SHOWING THEM AT 1921 N 1120 W
14:45:58 01/16/25    - Gotay, B PR
RP SCREAMING, HYSTERICAL
14:46:43 01/16/25    - Gotay, B PR
RP'S BROTHER IS WITH HER
14:47:39 01/16/25    - Gotay, B PR
*EDITED* NEITHER OF THEM RESPONDING TO DISPATCH ANYMORE
14:48:41 01/16/25    - Hill, L PR - From: Burgoyne, C PR
PINNACLE BUSINESS PARKING, UNABLE TO LOCATE

14:49:26 01/16/25    - Gotay, B PR
*EDITED* THEY ARE PARKED NEXT TO ALLSTATE ON 1120 W
14:56:14 01/16/25    - Hill, L PR - From: Burgoyne, C PR
FEMALE REQUESTING PARAMEDICS

14:57:14 01/16/25    - Hill, L PR
Fire Dispatch Address change from 1796 N 950 WEST ST; WAFFLE LOVE PR to 1921 N
1120 WEST ST; ALLSTATE
15:13:08 01/16/25    - Makuakane, S PR - From: Burgoyne, C PR
C4

15:15:00 01/16/25    - Makuakane, S PR
Nature change from M DRUGS to M AGENCY ASSIST
```

## Supplement

```
14:36:00 01/16/2025 MEDICAL ASSIST J. STIKA
Address: 1928 N 1120 WEST ST
```

I backed Officer Burgoyne on a female claiming she had been drugged. Upon arrival, I found a female sitting in the passenger seat of a vehicle, extremely distraught. She was yelling and crying uncontrollably. She made several statements about being "lied to", "tricked", and even stated "It's a scam!" She was referring to her therapist giving her mushrooms. It is unknown how or why she was allowed to to leave the facility in this state. Or, why the facility did not call for assistance from EMS.

I attempted to help calm her down but I was unsuccessful. Medical was dispatched and she was transported to Utah Valley Hospital for emergency treatment.

Her ex-husband was sitting in the driver's seat. He told me they had given her a large dose in amount 4grams.

```
J. STIKA, 3356
Provo Police Department
```

## Supplement

```
Fri Jan 17 15:24:52 2025
```

On 1/17/2025, I conducted a follow up at Claire's residence and took a statement from her. She advised that she had gone to Singularity voluntarily and knew what she was taking. She also advised that she was administered 4mg of Psilocybin in the form of a tea. Claire has been to this facility before but was given a lower dose last time. She told me that for the first few hours she was fine but then she started to become paranoid and the treatment facility called her emergency contact to come and pick her up. Nothing further

## Name Involvements:

**Complainant :** 703556
- **Last:** HART		**First:** CLAIRE		**Mid:** LARAYNE
- **DOB:** ▇▇▇▇		**Dr Lic:** ▇▇▇▇		**Address:** ▇▇▇▇
- **Race:** W		**Sex:** F		**Phone:** ▇▇▇-9979		**City:** ▇▇▇▇



Patient Name: Hart, Claire

**Prehospital Care Report**

## Patient Information

**Name:** Hart, Claire  **Age:** 33 Years  **D.O.B.:** [redacted]
**Address:** [redacted]  **Gender:** Female  **Race:** White

## Provider Impression

**Primary Impression:** Overdose/Drug Ingestion

## Narrative

**Narrative:** Medic ambulance 23 was dispatched to a 31-year-old female having a bad trip from psilocybin. Law-enforcement was already on scene and request requested medics. Upon arrival the patient climbed into the ambulance for evaluation. An attempt was made to evaluate her vitals. Her heart rate was elevated, and her oxygen saturation was normal, however, she pulled off the blood pressure cuff before we could get a reading. The patient was very emotional, upset, and agitated. The patient was screaming, but not violent or aggressive. The patient's ex-husband was on scene, and his presence seemed to help with her agitation. The decision was made to transport the patient to the hospital to wait for the trip to be over in a controlled environment. The patient agreed with this decision and signed a report. The patient's ex-husband accompanied us to the hospital and road in the back of the ambulance with us. The ex-husband stated that she had no medical history that he was aware of besides anxiety and depression. There were no changes during transport. Care was transferred to a nurse in the emergency department at Utah Valley Regional Medical Center.

## Past Medical History

### Patient Medications

| Medication | Dosage | Route |
|---|---|---|
| Not Recorded | | |

**Pregnancy:** Unable to Complete

## Assessment Exam

**Time**
01/16/2025 15:26:24

## Assessment Summary

**01/16/2025 15:26:24**

### Detailed Findings

| Location | Description | Details |
|---|---|---|
| Mental Status | Agitation<br>Hallucinations | |

### Normal Findings

### Not Done

---

**Unit Notified:** 01/16/2025 14:56:22  **Patient Name:** Hart, Claire  **Date Printed:** 01/21/2025 08:58
**Incident #:** 250000253  **Call #:** C9374711

**Patient Name:** Hart, Claire

## Patient Condition

| Complaint Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | Psilocybin bad trip | 1 |

**Alcohol/Drug Use:** Patient Admits to Drug Use
**Primary Symptom:** Altered mental status
**Vehicular, Pedestrian, or Other Injury Risk Factor:**

## Activities

### Vitals

| Time | BP | Limb | Pulse | Rhythm | Resp | Effort | SpO2 | Qual | CO2 | GCS | Pain | Stroke Scale | PTA | RTS | Pt. Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2025 15:04:17 | / | | 120 | | 28 | | 95 | | | 14 | | | No | | |

### GCS

| Time | Eye | Motor | Verbal | Score Qualifier |
|---|---|---|---|---|
| 01/16/2025 15:04:17 | Opens Eyes spontaneously (All Age Groups) | Obeys commands (>2Years); Appropriate response to stimulation | Confused (>2 Years); Cries but is consolable, inappropriate interactions | Not Applicable |

## Call Type/Location/Disposition

**Cardiac arrest:** Psychiatric Problem/Abnormal Behavior/Suicide Attempt
**Resp. Mode:** Emergent (Immediate Response)
**Transport Mode:** Emergent (Immediate Response)
**Destination:** UTAH VALLEY HOSPITAL
1034 NORTH 500 WEST
Provo, UT 84604
**Response:** 911 Response (Scene)
**Dest. Determ.:** Closest Facility
**Location:** Street and highway
**Incident Address:** 1796 N 950 WEST ST
Provo, UT 84604
**Response Delay:** None/No Delay
**Trauma Center Criteria:**
**Transport Delay:** None/No Delay

## Response Times and Mileage

**PSAP:** 01/16/2025 14:36:00
**Incident Number:** 250000253
**Disp. Notified:** 01/16/2025 14:36:00
**Call Sign:** MA23
**To Dest:** 1.2
**Unit Disp.:** 01/16/2025 14:56:22
**Veh. #:** MA23
**Enroute:** 01/16/2025 14:59:55
**At Scene:** 01/16/2025 15:01:21
**Scene Odom:** 0
**Dest. Odom:** 1.2
**Depart:** 01/16/2025 15:05:40
**Arrive Dest.:** 01/16/2025 15:09:40
**In Service:** 01/16/2025 15:28:45

## Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| Briggs, Matthew | EMT-Paramedic | |
| Francis, Sydney | EMT-Basic | |
| Hawley, Jeremy | EMT-Paramedic | |

**Unit Notified:** 01/16/2025 14:56:22
**Patient Name:** Hart, Claire
**Date Printed:** 01/21/2025 08:58
**Incident #:** 250000253
**Call #:** C9374711

McGregor, Brandon

**Patient Name:** Hart, Claire
EMT-Paramedic

## Billing Information

**Payment:** Insurance

## Insurance Information

| Company Name | Company City | Company State | Insurance Policy # | Relationship |
|---|---|---|---|---|
| United Healthcare | | | 951141361 | |

## Signatures

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:**

**Signature Graphic:**

**Printed Name:** Matthew Briggs

**Signature Date:**

---

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:**

**Signature Graphic:**

**Printed Name:** Sydney Francis

**Signature Date:**

---

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:**

**Signature Graphic:**

---

**Unit Notified:** 01/16/2025 14:56:22    **Patient Name:** Hart, Claire    **Date Printed:** 01/21/2025 08:58

**Incident #:** 250000253    **Call #:** C9374711

Patient Name: Hart, Claire

[Signature: Matt Briggs]

**Printed Name:** Matthew Briggs

**Signature Date:** 01/16/2025 15:15:09

**Type of Person Signing:** Patient

**Signature Reason:** HIPAA acknowledgement/Release; Permission to Transport; Permission to Treat; Release for Billing

**Paragraph Text:**
I understand that I can access Provo City Fire's Notice of privacy practices on the Provo City Fire Department's web page located at http://www.provo.org/fire.hippa.html

Release for Billing
I, the undersigned, understand that i am legally responsible for all charges and request that the payment of authorized benefits be made on my behalf to Provo City for any ambulance service provided. I authorize any holder of medical information or documentation about me to release to the Centers for Medicare & Medicaid Services, CMS, and its agents and/ or other insurance carriers, as well as to Provo City, any information or documentation, needed to determine these benefits or benefits payable for related services provided now or in the future.

I, the undersigned, understand that I am legally responsible for all charges and request that the payment of authorized benefits be made on my behalf to Provo City for any ambulance service provided. I authorize any holder of medical information or documentation about me to release to the Centers for Medicare & Medicaid Services, CMS, and its agents and/ or other insurance carriers, as well as to Provo City, any information or documentation, needed to determine these benefits or benefits payable for related services provided now or in the future. I am aware and agree that a monthly service charge of 1-1/2% per month (18% APR) will be charged on all accounts over 90 days, with a minimum charge of fifty cents per month. If collection is made by suit or otherwise, patient and/or responsible party agrees to pay service charges until paid, collection costs of 50% of the remaining balance, and all attorney fees and court costs. I understand that I can access Provo City Fire's Notice of privacy practices on the Provo City Fire Department's web page located at http://www.provo.org/fire.hippa.html

**Status:**

**Signature Graphic:**

[Signature: Claire Hart]

**Printed Name:** Claire Hart

**Signature Date:** 01/16/2025 15:15:56

**Type of Person Signing:** Healthcare Provider

**Signature Reason:** Transfer of Patient Care

**Paragraph Text:**

**Status:** Signed

**Signature Graphic:**

[Signature]

**Printed Name:**

**Signature Date:** 01/16/2025 15:16:54

Unit Notified: 01/16/2025        Patient Name: Hart, Claire        Date Printed: 01/21/2025 08:58