# EXHIBIT M

\*Body camera footage from January 16, 2025. Delivered to the court January 22, 2025 via thumb drive.