# EXHIBIT N

*911 calls from January 16, 2025.  Delivered to the court January 22, 2025 via thumb drive.