# EXHIBIT O

# FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT
## UTAH, STATE OF UTAH
### STATE OF UTAH vs. JENSEN, BRIDGER LEE

**CASE NUMBER**   241404407 - State Felony

CURRENT ASSIGNED JUDGE: SEAN PETERSEN

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | STATE OF UTAH | JEFFREY GRAY<br>PETER REICHMAN |
| Defendant | BRIDGER LEE JENSEN | STEPHANIE PITCHER<br>TANNER BEAN<br>ANNA CHRISTIANSEN |

**Charges**

| | Offense | Offense Date |
|---|---|---|
| Charge 1 | 58-37-8(1)(A)(III) - POSS W/ INTENT TO DIST C/SUBSTANCE 2nd Degree Felony | November 11, 2024 |
| Charge 2 | 58-37-8(2)(D) - POSSESSION OF CONTROLLED SUBSTANCE MARIJUANA/SPICE Class B Misdemeanor | November 11, 2024 |
| Charge 3 | 58-37A-5(1) - USE OR POSSESSION OF DRUG PARAPHERNALIA Class B Misdemeanor | November 11, 2024 |

**Events**

| Date | Event |
|---|---|
| December 18, 2024 | Filed: INFORMATION |
| December 18, 2024 | Case filed by efiler |
| December 18, 2024 | Filed: Return of Electronic Notification |
| December 18, 2024 | Filed: Summons - To Issue (Proposed) |
| December 18, 2024 | Filed: Return of Electronic Notification |
| December 18, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| December 18, 2024 | Filed: Request for Discovery |
| December 18, 2024 | Filed: Return of Electronic Notification |
| December 19, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance for Pete Reichman |
| December 19, 2024 | Filed: Return of Electronic Notification |
| December 19, 2024 | WEBEX INITIAL APPEARANCE   on 02/03/2025 |
| December 19, 2024 | Filed: Summons Issued |
| December 19, 2024 | Filed: Return of Electronic Notification |
| December 20, 2024 | Filed: Return of Electronic Notification |
| December 20, 2024 | Filed: Summons on Return Served to Attorney Tanner J. Bean upon TANNER J. BEAN for |
| December 20, 2024 | Filed: Return of Electronic Notification |
| December 30, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance Tanner J. Bean and Anna P. Christiansen |
| December 30, 2024 | Filed: Return of Electronic Notification |