# EXHIBIT C



# PROPERTY REPORT
## UTAH COUNTY MAJOR CRIMES TASK FORCE

CASE No.

| ☐ EVIDENCE | BOOK TO ARRESTEE: WHEN THERE IS NO ARRESTEE, BOOK TO VICTIM. | ☐ IMPOUND | BOOK TO REGISTERED OWNER |
| --- | --- | --- | --- |
| ☐ FOUND EVIDENCE | BOOK TO OFFICER WHEN THERE IS NO ARRESTEE OR VICTIM | ☐ FOUND PROPERTY | BOOK TO OFFICER OR PERSON THAT FOUND THE PROPERTY |

| PROPERTY TAKEN INTO POLICE CUSTODY | DATE & TIME | LOCATION | | |
| --- | --- | --- | --- | --- |
| PROPERTY BOOKED TO | ADDRESS / CITY | | RESIDENCE PHONE | BUSINESS PHONE |
| ARRESTEE'S NAME | DOB | ADDRESS / CITY | RESIDENCE PHONE | BUSINESS PHONE |
| ARRESTEE'S NAME | DOB | ADDRESS / CITY | RESIDENCE PHONE | BUSINESS PHONE |
| ARRESTEE'S NAME | DOB | ADDRESS / CITY | RESIDENCE PHONE | BUSINESS PHONE |

| TYPE OF CRIME OR PROBABLE CRIME | TYPE OF PROPERTY (If vehicle, give: make, model, year, color and license number) |
| --- | --- |
| | |

| CASE OFFICER | ID NUMBER | DEA NUMBER | PRESENT LOCATION OF PROPERTY |
| --- | --- | --- | --- |
| Julian | | | UTAH COUNTY SHERIFFS EVIDENCE ROOM |

(1) Itemize And Describe All Property. (2) Note All Damage to Property. (3) Give Ll Serial Numbers And Other Marks of Identification. (4) List Only One Article on a Line. (5) Indicate When Last Item Is Entered. (6) Give explanation of why property was seized

| ITEM NO. | QUANTITY | OFFICER | DESCRIPTION OF PROPERTY IF CASH PLEASE ID OWNER | LOCATION FOUND |
| --- | --- | --- | --- | --- |
| 1 | | | PSILOCYBIN | Shelf Above Desk on wall |
| 2 | | | PSILOCYBIN | White safe under desk |
| 3 | | | BLACK GRINDER | Left side of desk |
| 4 | | | BLACK SCALE | Left Drawer of Desk |
| 5 | | | GOLD SCALE | Right Drawer of Desk |
| 6 | | | THC | Black safe in main office |
| 7 | | | Bridging model paperwork | North West office |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |

| SEIZING OFFICER(S) | APPROVED BY | | RECEIVED IN EVIDENCE BY | AREA STORED |
| --- | --- | --- | --- | --- |
| ITEM NO. | DATE AND TIME 11/11/24  5:34 | RELEASED BY | RELEASED TO | REASON FOR RELEASE |
| ITEM NO. | DATE AND TIME | RELEASED BY | RELEASED TO | REASON FOR RELEASE |
| ITEM NO. | DATE AND TIME | RELEASED BY | RELEASED TO | REASON FOR RELEASE |