# EXHIBIT E

Date 11/18/2024

**To: Captain Brian Wilkin**
Provo City Police Department
Special Operations Division

**Subject: Response to Notice Regarding Property at 1969 North State Street, Provo, Utah**

Dear Captain Wilkin,

Thank you for notifying me of the activities you referenced in your recent undated letter regarding the property at 1969 North State Street. I appreciate the opportunity to respond with transparency and cooperation.

I would like to emphasize that my position here is complicated. I find myself between conflicting obligations, as I am tasked with both respecting legal non-discrimination requirements and complying with the concerns raised in your letter. After speaking with Singularism (I was in the act of letting them know they could no longer rent), I understand they are actively working to clarify their legal standing and are pursuing a temporary restraining order (TRO) as they believe their practices are protected under the law. Singularism has expressed to me that they have a willingness to comply with law enforcement and has even extended an open invitation to Provo City officials to tour their facilities. From my perspective as a landlord, I have not observed any behavior that would typically prompt concern. I have asked my employees about Singularism's presence in the same building and they have not reported feeling unsafe or threatened by their presence. We have not seen any questionable activity nor have we had unsavory people coming and going from their facility. If anything, they have been exemplary tenants.

At this time, I intend to continue a professional distance from Singularism, maintaining a clear separation between my business and their organization. However, the situation leaves me in a challenging position: either to take action that could be perceived as unlawful discrimination based on religious grounds or to risk noncompliance with the concerns you have raised.

While I am fully prepared to comply with any direct court order regarding this matter, I respectfully request that further action be deferred until these legal questions are resolved. My role here is to ensure that I meet my responsibilities as a landlord in full compliance with applicable laws and, given the complexity of the situation, to proceed with caution.

Thank you for understanding the difficult position I am in and for considering this perspective. Please feel free to reach out with any further questions or to discuss this matter further.

**Sincerely,**

Jared Clegg
Utah Valley Foot and Ankle LLC