# EXHIBIT D

```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF UTAH

                         CENTRAL DIVISION


  _____
                                )
  BRIDGER LEE JENSEN,           )
  SINGULARISM                   )
  PSYCHE HEALING AND            )
  BRIDGING, LLC dba             )
  PSYCHEDELIC THERAPY JOURNEY,  )
                                )
            Plaintiffs,         )
                                )
  vs.                           ) Case No. 2:24-cv-00887-JNP-CMR
                                )
  UTAH COUNTY, PROVO CITY,      )
  JEFFREY GRAY, TROY BEEBE,     )
  BRIAN WOLKEN, JACKSON         )
  JULIAN, JOHN DOES 1-4,        )
                                )
            Defendants.         )
  _____)
```

MOTION FOR TEMPORARY RESTRAINING ORDER

MOTION FOR PRELIMINARY INJUNCTION

BEFORE THE HONORABLE JUDGE JILL N. PARRISH


DECEMBER 13, 2024

10:04 a.m. to 5:10 p.m.

** ALL PARTIES ATTENDED VIA TELECONFERENCING **

CORRECTED


Reported by Michelle B. Gonsalves, RPR, CRR, CBC, CSR
Orrin G. Hatch United States Courthouse
351 South West Temple, Room 7.431 Salt Lake City, Utah 84101
801.783.8657  michelle_gonsalves@utd.uscourts.gov

# I N D E X

| WITNESS | PAGE |
|---|---|

**BRANDI LEE**
```
  Direct Examination by Mr. Bean                          37
  Cross-Examination by Mr. Olson                          64
  Cross-Examination resumes by Mr. Olson                  89
  Redirect Examination by Mr. Bean                       106
  Cross-Examination by Mr. Millward                      106
  Redirect Examination by Mr. Bean                       107
  Recross-Examination by Mr. Olson                       113
```

**JENNIFER JANE DENBLEYKER**
```
  Direct Examination by Ms. Christiansen                 116
  Cross-Examination by Mr. Stephens                      126
  Cross-Examination by Mr. Millward                      138
  Redirect Examination by Ms. Christiansen               139
```

**BRIDGER LEE JENSEN**
```
  Direct Examination by Mr. Bean                         141
  Cross-Examination by Mr. Stephens                      187
  Cross-Examination by Mr. Millward                      221
  Redirect Examination by Mr. Bean                       222
  Recross-Examination by Mr. Stephens                    222
```

```
13:04:28   1  result in a bad journey?
           2  A.   A difficult journey, yes.
           3  Q.   And here there's no stress level that's noted; is that
           4  right?
13:04:39   5  A.   Nope.
           6  Q.   Is that typical?
           7  A.   It can be.
           8  Q.   If you go down to the next box, there's one titled "dose,"
           9  do you see that?  Ms. Lee, on the left-hand side, do you see
13:05:09  10  the reference to dose?
          11  A.   Yes.
          12  Q.   And here it indicates that the dose was 2 grams; is that
          13  right?
          14  A.   Yes.  Yes.
13:05:17  15  Q.   Is a uniform dosage given to Voyagers?
          16  A.   No.
          17  Q.   So some Voyagers are given more?
          18  A.   Yes.
          19  Q.   And some Voyagers are given less?
13:05:30  20  A.   Yes.
          21  Q.   How is that determined?
          22  A.   It is determined on a couple of factors.  And that is what
          23  we talk about in their screening, and it could be there's
          24  certain medications that make you, you know, not as sensitive
13:05:45  25  to the psilocybin.  We take into consideration weight.  We take
```

```
13:08:46   1  Q.  What is it?
           2  A.  Isn't it a concentrate of a liquid?
           3  Q.  I'm not sure.  I'll defer to you on that.  So for this one
           4  other member that took a capsule, is that something that
13:09:00   5  members of Singularism are free to elect?
           6  A.  Not usually.
           7  Q.  I understand it's uncommon, but in theory any member of
           8  Singularism, could they request to participate in a ceremony
           9  through a capsule?
13:09:16  10  A.  Yes, they could.
          11  Q.  Do you see the image now referring to Guided Journey
          12  No. 2?
          13  A.  Yes.
          14  Q.  And that's also with Becky?
13:09:30  15  A.  Yes.
          16  Q.  And if we look at the journey record here, there's now a
          17  reference to 3.5 grams in the dose section; is that right?
          18  A.  Yes.
          19  Q.  And this is a higher dose than what was administered
13:09:49  20  previously?
          21  A.  Yes.
          22  Q.  So the sacrament that Singularism administers isn't always
          23  the same even for the same individuals; is that right?
          24  A.  Right.
13:10:01  25  Q.  And the additives are also different this time?
```