# EXHIBIT E

# PROVO CITY LICENSING

—— A FUNCTION OF PROVO 311 ——

**?** (801) 852-6000 || PROVO.ORG/LICENSING

445 WEST CENTER ST | PROVO, UT 84601

---

**NOT TRANSFERABLE**

| KIND | NUMBER |
|---|---|
| **BUSINESS LICENSE** | **LCB202300523** |

| BUSINESS NAME | BUSINESS ADDRESS |
|---|---|
| PSYCHE HEALING AND BRIDGING, LLC | 1969 N STATE ST, PROVO, UT 84604 |

| START DATE | EXPIRATION DATE |
|---|---|
| **JULY 24, 2023** | **SEPTEMBER 30, 2025** |

**ATTN**
BRIDGER LEE JENSEN
1969 N State St.
Provo, UT 84604

# SEPTEMBER

---

## 2025

*[signature]*

_____

**MAYOR**

POST IN A CONSPICOUS PLACE

**NOT TRANSFERABLE**