# EXHIBIT F

CityView - search - + New Email Contact Employee Directory Help

## Licensee Information

| licensee number | name / description (required) | highest ranked alert | licensee type (required) | application status | entered on |
|---|---|---|---|---|---|
| LCB202400923 | SINGULARISM | | Business | Closed | 11/11/2024 |

master project: MP2024005163

primary location: 1969 N State St, Provo, UT 84604

| built-in fire protection systems (required) | process discharge to sewer (required) | hazardous materials on site? |
|---|---|---|
| Yes | Yes | No |

towing or auto wrecker business?: No

### Cayenta Account Number

cayenta account number

### Insurance Information

| liability policy co./# | liability expires | workers' comp policy co./# |
|---|---|---|
| | MM/dd/yyyy | |

workers' comp expires: MM/dd/yyyy

### Spatial Property Information

| neighborhood | spatial query zone |
|---|---|
| Grandview North | CG: General Commercial |

### Standard Land Use

slu code: 6910

### 1 Classifications + Add Classification

| Type | Date Entered | Status | Status Date |
|---|---|---|---|
| 813110 - Religious Organizations | 11/11/2024 | - none - | MM/dd/yyyy |

Generate Fees and Submittal

### 3 Locations + Add Location

| Description | Type | Status | Property Alert | Primary | Display | Licensee Location Status |
|---|---|---|---|---|---|---|
| 1969 N State St, Provo, UT 84604 | Address | Active | | ☑ | ☐ | Active |
| 49:296:0002 | Property | Active | | ☐ | ☐ | Active |
| # 8805472 | Structure | Active | | ☐ | ☐ | Active |

Temporary Location

Add Related Parcels and Addresses   Show Map

9

CityView - search - Email Contact Employee Directory Google Maps Help

## Licensee Information

| licensee number | name / description (required) | highest ranked alert | licensee type (required) | application status | entered on |
|---|---|---|---|---|---|
| LCB202400923 | SINGULARISM | | Business | Closed | 11/11/2024 |

master project: MP2024005163

primary location: 1969 N State St, Provo, UT 84604

## Licensing Application

| start date | end date | submitted by |
|---|---|---|
| MM/dd/yyyy | 01/09/2025 | Web Registered User |

| inspector | neighborhood | department |
|---|---|---|
| - none - | Grandview North | Business Licensing |

activity description

Singularism is a contemporary church and religion dedicated to fostering mental wellness, spiritual growth, and relief from existential suffering.

### Mailing Address

search for mailing address

Search for Mailing Address

address line 1 (required): 1969 North State Street

address extra line 1:

address extra line 2:

| city (required) | state (required) | zippostal (required) |
|---|---|---|
| Provo | UTAH | 84058 |

country: United States

1 contact numbers add

| Type | Contact Number | Ext |
|---|---|---|
| Cell | [redacted] | |

preferred contact method (required): Email

email (required): [redacted]

| issuance hold | tax exempt | portal user |
|---|---|---|
| ☐ | ☐ | ☐ |

### Business Details - Please Note: If your business will be selling Beer a separate Alcohol License will be required.

| entity type (required) | solicitor license application | doing business as |
|---|---|---|
| Corporation | No | |

| federal emp. id (required) | sales tax # | open hours |
|---|---|---|
| | | |

| days closed | no. of full-time employees | no. of part-time employees |
|---|---|---|
| | | |

| total no. employees (required) | total sq footage | mobile vendor? |
|---|---|---|
| 1 | | No |

| built-in fire protection systems (required) | process discharge to sewer (required) | hazardous materials on site? |
|---|---|---|
| Yes | Yes | No |

9



