# EXHIBIT G

## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | DIVINE ASSEMBLY THE | **Assumed Name:** | N/A |
| **Entity Type:** | Domestic Nonprofit Corporation | **Entity Number:** | 11798960-0140 |
| **Entity Subtype:** | Domestic Nonprofit Corporation | **Entity Status:** | Active |
| **Profession:** | N/A | **Entity Status Details:** | Current |
| | | **Status Date:** | 09/26/2024 |
| **Formation Date:** | 06/03/2020 | **Renew By Date:** | 06/30/2025 |
| **Formation Effective Date:** | 06/03/2020 | **Last Renewed Date:** | 06/14/2024 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name:** | NEXT STEP ADVISORS, LLC |

| | |
|---|---|
| **Registered Agent Type:** | Entity |
| **Entity Number:** | 0 (/BusinessSearch/BusinessInformation?businessId=0&Source=fromFormation) |
| **Status:** | Active |
| **Street Address:** | 437 S BLUFF ST STE 301, ST GEORGE, UT, 84791, USA |
| **Last Updated:** | 9/13/2024 9:22:44 PM |

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Director | Marcie Hanson Collett | 1430 W 500N, Salt Lake City, UT, 84116, USA | 09/19/2024 |
| Director | Sara Stanley Urquhart | 48 W Broadway 2005, Salt Lake City, UT, 84101, USA | 09/19/2024 |
| Director | Stephen Harold Urquhart | 48 W Broadway 2005, Salt Lake City, UT, 84101, USA | 09/13/2024 |
| Incorporator | Stephen Harold Urquhart | 48 W Broadway 2005, Salt Lake City, UT, 84101, USA | 09/19/2024 |

**Page 1 of 1, records 1 to 4 of 4**

## ADDRESS INFORMATION

| | | | |
|---|---|---|---|
| **Physical Address:** | 48 W Broadway 2005, Salt Lake City, UT, 84101, USA | **Updated Date:** | 9/13/2024 8:42:59 PM |
| **Mailing Address:** | | **Updated Date:** | |

## SERVICE OF PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Service of Process Name:** | DIVINE ASSEMBLY THE | **Last Updated:** | 9/13/2024 8:42:59 PM: |
| **Service of Process Address:** | 48 W Broadway 2005, Salt Lake City, UT, 84101, USA | | |

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results