# EXHIBIT H

File Number: 11798960

## Non-Profit Corporation Articles

# ARTICLES OF INCORPORATION
# OF
# The Divine Assembly

**We, the undersigned natural persons all being of the age of eighteen years or more, acting as incorporators under the Utah Revised Nonprofit Corporation Act, adopt the following Articles of Incorporation for such Corporation:**

## Article I
### Name

**The name of the corporation is** The Divine Assembly

## Article II
### Purpose

The Divine Assembly is a church. We worship God, believing that each person may receive guidance and peace through direct communion with the Divine.

To engage in any and all other lawful purposes, activities and pursuits, which are substantially similar to the foregoing and which are or may hereafter be authorized by Section 501(c)(3) of the Internal Revenue Code and are consistent with those powers described in the Utah Nonprofit Corporation and Cooperation Association Act, as amended and supplemented.

## Article III
### Name and Address of Registered Agent

**The address of the corporation's initial registered office shall be:**

48 W Broadway 2005
Salt Lake City, UT 84101

**The corporation's initial registered agent at such address shall be:**

Stephen Harold Urquhart

---

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 3, June 2020 in the office of the Division and hereby issues this Certification thereof.

JASON STERZER
Division Director

## Article IV
### Names and Addresses of Incorporators

**The name(s) and address(es) of the incorporators are:**

    Incorporator #1
    Stephen Harold Urquhart
    48 W Broadway 2005
    Salt Lake City, UT 84101
    Stephen Urquhart (POA or AIF)
    Signature

**In Witness Whereof I / We have executed these Articles of Incorporation on** 3    June,    2020 **and say:**

**That they are all incorporators herein; that they have read the above and foregoing Articles of Incorporation; know the contents thereof and that the same is true to the best of their knowledge and belief, excepting as to matters herein alleged upon information and belief and as to those matters they believe to be true.**

## Article V
### Members

**The nonprofit corporation will have voting members**

## Article VI
### Shares

**The nonprofit corporation will not issue shares evidencing membership or interests in water or other property rights.**

## Article VII

### Directors/Trustees/Officers

**The name(s), address(es) and signature(s) of the director(s)/trustee(s)/officer(s) are:**

    Director #1
    Stephen Harold Urquhart
    48 W Broadway 2005
    Salt Lake City, UT 84101
    Stephen Urquhart (POA or AIF)
    Signature

    Director #2
    Sara Stanley Urquhart
    48 W Broadway 2005
    Salt Lake City, UT 84101

    Stephen Urquhart (POA or AIF)
    Signature

    Director #3
    Marcie Hanson Collett
    1430 W 500N
    Salt Lake City, UT 84116
    Stephen Urquhart (POA or AIF)
    Signature

# Article VIII

**The period of duration of this corporation is**    Perpetual

## Article IX
### Principal Place of Business

**The street address of the principal place of the business is:**

                                                        48 W Broadway 2005
                                                        Salt Lake City, UT, 84101

**Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**