# EXHIBIT I

# The Divine Assembly

2.8K likes · 3.9K followers

**Learn more**

Posts · About · Mentions · Reviews · Reels · Photos · More

## Intro

A community in Salt Lake City, Utah promoting the power of responsible religious use of psilocybin.

Page · Community Organization

info@thedivineassembly.org

thedivineassembly.org

Always open

Not yet rated (4 Reviews)

## Featured

 The Divine Assembly created an event.
August 31, 2023



Fri, Sep 8, 2023
**The Delle Work Day and Campout!**
10 people interested

 Interested

 The Divine Assembly created an event.
August 30, 20



Sun, Sep 24, 2023
**TDA Friends and F**
78 people interested

 Inte