# EXHIBIT FF

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Jacqueline M. Rosen (A18530)
jrosen@fabianvancott.com
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>    Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual;<br><br>    Defendants. | **THIRD SUPPLEMENTAL DECLARATION OF BRIDGER JENSEN**<br><br>Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

I, Bridger Jensen, declare:

1.      I am over eighteen years old and competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them under oath.

3.      Following the search of Singularism's spiritual center on November 11, 2024, law enforcement seized Singularism's sacramental psilocybin. I have come to understand, based upon

1

the document ECF 13-15 which Defendants filed in this action, that Detective Julian recorded the seized psilocybin as "459.8 grams psilocybin mushrooms." In this document, Detective Julian also recorded that psilocybin paraphernalia, including "storage cups" were seized.

4.     Based upon my understanding of the amount of psilocybin that was present at Singularism's spiritual center at the time of the search, as well as how the psilocybin was stored in storage cups, Detective Julian's record of the amount of psilocybin seized is incorrect.

5.     If I were to estimate the weight of the psilocybin seized, I would say that it was approximately 1/3 the amount that Detective Julian described, or approximately 153.26 grams.

6.     One possible explanation for why Detective Julian's report is inaccurate is that he may have weighed the psilocybin in the three storage cups in which they were kept. My understanding is each of those cups weighed approximately 20 grams. Another explanation might be that the psilocybin could have been weighed in the vacuum sealed bags in which some of the psilocybin was kept.

7.     Although Defendants have not returned Singularism's sacramental psilocybin, they have returned the storage cups in which it was kept.

8.     I have come to understand, based upon the lab report which Defendants provided, filed as ECF 71-1 in this action, that on or around November 22, 2024, Defendants caused Singularism's sacramental psilocybin to be tested.

9.     The lab report states that two "items" of psilocybin were delivered and tested.

    a.     For the first, the lab report states that "Psilocyn was identified in the plastic bag. The total weight of the mushroom-like material was less than 100 milligrams. The entire sample was used for analysis. A new glass vial containing the

unconsumed extract of the sample was packaged with the item to be returned to the submitting agency."

b. For the second, the lab report states that "Psilocyn was identified in the clear capsule. The total weight of the mushroom-like material was 204 milligrams and +/- 6 milligrams."

10.     The amounts discussed in the lab report further lead to my belief that law enforcement did not seize 459.8 grams of psilocybin from Singularism's spiritual center on November 11, 2024.

11.     Because Defendants remain in possession of Singularism's sacramental psilocybin, it is impossible for Singularism to know with certainty how much psilocybin law enforcement seized.

12.     I am familiar with another entheogenic religious organization in Utah that utilizes psilocybin as a sacramental substance, The Divine Assembly.

13.     Although I have no affiliation with the Divine Assembly, for informational purposes, I "follow" The Divine Assembly's social media account on Instagram and Facebook. The Divine Assembly's username on Instagram is "mushroomsacrament." That is evident on The Divine Assembly's profile page on Instagram, a screenshot of which is submitted concurrently with this declaration as part of Exhibit GG. On that profile page, The Divine Assembly's photo contains its initials, "TDA," as well as hyperlinks to its website, www.thedivineassembly.org.

14.     While following The Divine Assembly's Instagram and Facebook page, I have seen multiple posts indicating that it conducts religious activities and operations in Orem City, Utah County. A few example posts which indicate such are attached as Exhibit GG. They indicate The

Divine Assembly conducts church at 532 East 800 North, Orem, Utah. The Divine Assembly's Facebook page contains similar posts, also attached as part of <u>Exhibit GG</u>.

15.     In a previous declaration I submitted in this case, I discussed one of Singularism's voyagers that had an adverse reaction to psilocybin on January 16, 2025. *See* ECF 71-2.

16.     At the hearing on Singularism's request for a preliminary injunction on January 23, 2025, Defendants asserted that this voyager was an example of someone that had come to Singularism solely for secular purposes and that Singularism provided the individual psilocybin despite her lack of religious calling.

17.     Defendants' assertion is incorrect. Singularism vetted this individual, through its screening procedure, for religious sincerity before she participated in a ceremony. She also confirmed her religious sincerity in a document, where she acknowledged, among other things, that:

   a.  Her "voluntary participation in the ceremonial use of psychedelic substances within the religious context of Singularism" and that her participation was "entirely voluntary and predicated on a full understanding and acknowledgment of the ceremonial, spiritual, and religious context of this practice."

   b.  That she "recognize[d] and sincerely declare[d] that participating in this entheogenic ceremony is a vital and central component of my spiritual well-being" and that she "firmly believe[d] it to be integral to my spiritual journey," entering the "ceremony with a deep conviction . . . that this experience is indispensable for my spiritual development and religious exploration."

      c.   That "the psychedelic ceremonies conducted under the auspices of Singularism are strictly religious and spiritual in nature and not intended to be clinical or therapeutic interventions."

*See* <u>Exhibit HH</u>.

18.    Further, she wrote, in her own handwriting, that her specific religious reason for coming to Singularism and wishing to participate in its ceremonies was to "heal spiritually & connect with God." Ex. HH.

19.    At the hearing on Singularism's request for a preliminary injunction on January 23, 2025, Defendants asserted, as they have before, that Singularism is not a religion, including by wrongly comparing, for the first time in this case, Singularism to the organization at issue in *State v. Cordingley*, 154 Idaho 762, 302 P.3d 730 (Ct. App. 2013). As I have explained in a previous declaration, Singularism is a profound, nuanced, and structured religion, *see* ECF 9-1, at 5-7; ECF 21-5, at 2-9, 11-12, 14, and it is significantly different than the organization at issue in *Cordingley*.

20.    Rather than rehearsing my past declaration or past arguments, *see* ECF 19, at 27-31 (including a dispute as to the application of *Meyers*), I would simply like to reference for the Court's benefit examples of where Singularism has already provided evidence of its religious nature.

      a.   Ultimate Ideas.

          i.   *See* ECF 9-16, at 3-5; ECF 21-1; ECF 21-5, at ¶¶ 4-5, 36; ECF 53, at 151:19—153:9 (creation story)

    ii. *See* ECF 9-16, at 5; ECF 21-1, at 13-16 (belief that humanity is creating, and has an obligation to create, Gods that will, in turn, create humanity in the past);

    iii. *See* ECF 21-1, at 12 (divine cosmology)

    iv. *See* ECF 53, at 111:14-19; ECF 21-2, at 16-22, 26-29 (the singularity and golden threads of creation)

    v. *See* ECF 9-1, at ¶¶ 18, 23 (religious beliefs and practices drawn from ancient traditions)

b. Metaphysical Beliefs.

    i. *See* ECF 21-2, at 22-26 (psilocybin's necessity to evolution of humankind)

    ii. *See* 21-2, at 25; ECF 21-5, at ¶ 11; ECF 53, at 152:9—153:8 (essential role of psilocybin in reconnecting with truth, restoring balance, and promoting healing)

    iii. *See* ECF 9-1, at ¶ 25; ECF 9-16, at 1 (existence of a great spirit/God)

c. Moral or Ethical System.

    i. *See* ECF 9-1, at ¶¶ 18, 21-22; ECF 9-16, at 1; ECF 21-5, at ¶¶ 13, 36; ECF 53, at 91:7-23, 203:6-9, 213:12-17; ECF 71-2, at ¶ 19 (purpose and obligation to alleviate human suffering and reduce harm)

    ii. *See* ECF 9-16, at 3-4; ECF 21-5, at ¶ 13 (non-offensiveness)

    iii. *See* ECF 21-5, at ¶ 13 (agency and responsibility)

    iv. *See* ECF 9-16, at 3; ECF 53, at 154:17-18 (opposition to cultish behavior)

    v. *See* ECF 21-5, at ¶ 15 (commitment to act on religious insights)

    vi. *See* ECF 9-16, at 3-4; ECF 21-2, at 31, 42-43; ECF 21-5, at ¶ 15 (family responsibilities and relationships)

d. Comprehensiveness of Beliefs.

    i. *See* ECF 9-16, 9-17, 21-1, 21-2 (compiled doctrinal statements)

    ii. *See* ECF 9-16, at 2; ECF 9-17; ECF 21-5, at ¶¶ 6-8, 10, 36; ECF 53, at 111:16, 155:4—157:14; 214:3-6 (the "Octodrant," an epistemological framework for understanding all things, revealed by the "Octogoddess" and regarded as scripture)

    iii. *See* ECF 9-1, at ¶¶ 20, 23, 26-27; ECF 9-16, at 2; ECF 21-5, at ¶¶ 9, 13-14; ECF 53, at 65:24-25, 66:2-6, 108:1—109:3 , 144:22—145:6, 168:1-5 (personalized revelation and scripture scribed by clergy during psilocybin ceremonies, but which contributes to collective scriptural records, which Singularism stores, which are reviewed for overarching insight and evidence of the singularity of all things and the golden threads)

e. Accoutrements of Religion.

    i. Founder, Prophet, or Teacher.

        1. *See* ECF 9-1, at ¶¶ 3-18; ECF 21-5, at ¶¶ 36-37 (founder's religious journey)

2. *See* ECF 21-5, at ¶¶ 8-9; ECF 53, at 111:16, 143:16—144:7, 145:7-21, 157:13 (deity, the "Octogoddess," instructed founder to form Singularism and revealed Singularism doctrine)

3. *See* ECF 53, at 110:21—111:4, 139:11-20, 151:4-14 (founder is responsible for setting forth doctrines of Singularism)

ii. Important Writings.

1. *See* ECF 9-16, 9-17, 21-1, 21-2 (extensive written doctrinal statements)

2. *See* ECF 9-16, at 2; ECF 9-17; ECF 21-5, at ¶¶ 6-8, 10, 36; ECF 53, at 111:16, 214:3-6 (the "Octodrant," an epistemological framework for understanding all things, revealed by the "Octogoddess" and regarded as scripture)

3. *See* ECF 9-1, at ¶¶ 20, 23, 26-27; ECF 9-16, at 2; ECF 21-5, at ¶¶ 9, 13-14; ECF 53, at 65:24-25, 66:2-6, 108:1—109:3 , 144:22—145:6, 168:1-5 (personalized revelation and scripture scribed by clergy during psilocybin ceremonies, but which contributes to collective scriptural records, which Singularism stores, which are reviewed for overarching insight and evidence of the singularity of all things and the golden threads)

iii. Gathering Places.

1. *See* ECF 21-5, at ¶¶ 24, 32; ECF 53, at 109:4-10, 147:13, 147:25, 163:18-20 (Singularism's physical spiritual center)

iv.  Keepers of Knowledge.

1.  *See* ECF 53, at 110:21—111:4, 151:4-14 (founder is responsible for setting forth doctrines of Singularism)

2.  *See* ECF 9-1, at ¶¶ 20, 23, 26-27; ECF 9-16, at 2; ECF 21-5, at ¶¶ 9, 13-14; ECF 53, at 65:24-25, 66:2-6, 108:1—109:3 , 144:22—145:6, 168:1-5 (personalized scripture scribed by clergy during psilocybin ceremonies, but which contributes to collective scriptural records, which Singularism stores, which are reviewed for overarching insight and evidence of the singularity of all things and the golden threads)

3.  *See* ECF 53, at 48:18-21, 49:5-11 (facilitators are clergy and scriptural guides)

v.  Ceremonies and Rituals.

1.  *See* ECF 21-5, at ¶ 16; *see also* ECF 21-5, at ¶¶ 10, 15-18, 22 (screening ordinance)

2.  *See* ECF 53, at 43:2-6, 90:14-17, 97:15-19 (intention ceremony)

3.  *See* ECF 21-5, at ¶ 11 (psilocybin ceremony)

4.  *See* ECF 53, at 89:16—90:13 (solstice ceremonies)

vi.  Structure or Organization.

1.  *See* ECF 9-1, at ¶¶ 3-18; ECF 21-5, at ¶¶ 8-9, 46; ECF 53, at 110:21—111:4, 111:16, 143:16—144:7, 145:7-21, 151:4-14, 157:13 (founder is Mr. Jensen)

      2. *See* ECF 21-5, at ¶ 46 (two counselors, board of directors)

  vii. Holidays.

      1. *See* ECF 21-5, at ¶ 26; ECF 53, at 89:16—90:13 (solstice holidays)

  viii. Diet or Fasting.

      1. *See* ECF 21-5, at ¶ 19; ECF 53, at 96:8—97:2, 98:14-15 (healthy foods, fasting before psilocybin ceremony)

  ix. Appearance and Clothing.

      1. *See* ECF 21-5, at ¶ 24 (symbolic white shirts with symbolic gold buttons)

      2. *See* ECF 21-5, at ¶ 19; ECF 53, at 96:8-13 (comfortable dress for psilocybin ceremonies)

  x. Propagation.

      1. *See* ECF 53, at 93:18—94:8, 161:18—162:4 (training of facilitators to continue and expand the faith)

      2. *See* ECF 21-5, at ¶ 45 (modern missionary efforts)

21.     With this declaration, I wish to submit my solemn testimony of my deeply held, unwavering faith in Singularism, a religion revealed to me through divine experiences, sacred visions, and the Octogoddess. At times, I have wished I had not been given this calling, but I have learned that I cannot deny it. My faith is not a pretext, philosophy, or convenience. It is a sacred truth that was revealed to me beyond the veil of ordinary perception, through the dissolving of ego

and the revelation of the golden threads—the luminous, interconnected fibers of existence that form the fabric of reality.

22.    I declare under criminal penalty of perjury under the law of Utah that the foregoing is true and correct.


DATED this 5th day of February, 2025.


*/s/ Bridger Jensen*
Bridger Jensen
*(signed with permission granted to Tanner J. Bean on February 5, 2025)*

11