# EXHIBIT GG
















**The Divine Assembly**

✉ info@thedivineassembly.org

🌐 thedivineassembly.org

🕐 Always open ▾

⭐ Not yet rated (4 Reviews) ⓘ

**Photos**  See all photos



**The Divine Assembly**
January 17 at 10:37 AM · 🌐

Join us at this Sunday in SLC! We will have networking (mingle and get to know), integration with Sara, and a special Exercising your Mental Health breakout with Micha... **See more**

5 · 1 share

Like · Comment · Send · Share

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▸ · Cookies · More · Meta © 2025