Tanner J. Bean (A17128)
tbean@fabianvancott.com
Jacqueline M. Rosen (A18530)
jrosen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual;<br><br>Defendants. | **WITHDRAWAL OF MOTION FOR ATTORNEY FEES REGARDING ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Plaintiffs, by and through counsel, hereby provide notice of the withdrawal of their Motion for Attorney Fees Regarding Order Granting Motion for Preliminary Injunction, filed on February 21, 2025, ECF No. 93, (the "**Motion**") in light of the U.S. Supreme Court's recent decision in *Lackey v. Stinnie*, 604 U.S. ___, 2025 WL 594737 (Feb. 25, 2025).

The *Lackey* decision addresses the standards governing prevailing parties' motions for attorney fees at the preliminary injunction stage and appears to overrule and alter the legal framework previously applicable in the Tenth Circuit. Given the potential impact of *Lackey* on this matter, and as to not waste the parties' or the Court's resources adjudicating a changed matter, Plaintiffs withdraw their Motion without prejudice at this time.

Plaintiffs expressly reserve the right to seek attorney fees related to the Court's orders granting Plaintiffs a TRO and preliminary injunction, as well as all other fees incurred in this litigation, at a later stage in this case, including at this case's conclusion or if subsequent case law or other authority clarifies the effect of *Lackey* in a manner that would permit the renewal of the Motion.

DATED this 6th day of March, 2025.

*/s/ Tanner J. Bean*
Tanner J. Bean
Jacqueline M. Rosen
**FABIAN VANCOTT**
*Attorneys for Plaintiffs*