DAVID N. WOLF (6688)
Assistant Utah Attorney General
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
*Counsel for Utah Attorney General*

**IN THE THIRD JUDICIAL DISTRICT COURT**
**IN AND FOR SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC. dba PSYCHEDELIC THERAPY JOURNEY, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>UTAH COUNTY, a political subdivision; PROVO CITY, a political subdivision; and JEFFREY GRAY, an individual,<br><br>Defendants. | **UTAH ATTORNEY GENERAL'S RESPONSE TO CERTIFICATION OF PLAINTIFFS' AS APPLIED CONSTITUTIONAL CHALLENGE TO THE UTAH CONTROLLED SUBSTANCES ACT UNDER 28 U.S.C. § 2403**<br><br>Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish |

Having received proper notice under Fed. R Civ. P. 5.1(a), Utah Attorney General Derek Brown ("Attorney General Brown"), by and through counsel, responds to the Court's Order (Doc. 88) certifying the question of the constitutionality of the Utah Controlled Substances Act, as applied to Plaintiffs Bridger Lee Jense, Singularism, and Psyche Healing and Bridging in this case.

Attorney General Brown joins in and adopts the arguments made in Defendants' Motion to Dismiss (Doc. 40) and Reply Memorandum in Support of that Motion (Doc. 59.) Attorney

General Brown believes additional briefing on these issues is unnecessary and would be largely redundant and duplicative.

DATED: April 11, 2025.

OFFICE OF THE UTAH ATTORNEY GENERAL

*/s/ David N. Wolf*
DAVID N. WOLF
Assistant Utah Attorney General
*Counsel for Utah Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I served the foregoing, *Response to Certification Under 28 U.S.C. § 2403,* using the Court's electronic filing system, which gave notice to the following:

Tanner J. Bean
Jacqueline M. Rosen
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
tbean@fabianvancott.com
jrosen@fabianvancott.com
*Counsel for Plaintiffs*

          */s/ Lily Egginton*
          LILY EGGINTON
          Legal Secretary