MITCHELL A. STEPHENS (11775)
JUSTIN L. JAMES (15167)
DILLON P. OLSON (16120)
JAMES DODGE RUSSEL & STEPHENS, P.C.
10 West Broadway, Ste. 400
Salt Lake City, Utah 84101
mstephens@jdrslaw.com
lswensen@jdrslaw.com

*Attorneys for Defendants Utah County and Jeffrey Gray*

J. BRIAN JONES (11816)
GARY D. MILLWARD (12170)
RICHARD A. ROBERTS (12217)
PROVO CITY ATTORNEY'S OFFICE
445 W Center St.
Provo, Utah 84601
(801) 852-6140
gmillward@provo.gov
rroberts@provo.gov

*Attorneys for Defendants Provo City*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN; SINGULARISM; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY;<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH COUNTY; PROVO CITY; JEFFREY GRAY; TROY BEEBE; BRIAN WOLKEN; JACKSON JULIAN; JOHN DOES 1-;<br><br>Defendants. | **STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>Civil Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish |

Defendants Utah County and Jeffrey Gray, Defendant Provo City, and Plaintiffs Bridger Lee Jensen, Singularism, Psyche Healing and Bridging, LLC, collectively the Parties, move this Court to stay all proceedings in this case for sixty days. The Parties have exchanged settlement offers and counteroffers. Based on those preliminary negotiations, the Parties feel it is in the best interests of their respective clients to pursue resolution through mediation.

Consistent with Alternative Dispute Resolution under the Local Rules of Civil Practice DUCivR 16-2, and this Court's inherent authority to manage the cases before it, the Parties request that this Court stay all proceedings and rulings for sixty days in this case to allow the Parties to conduct mediation.

Dated this 3rd day of June, 2025

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Justin Jones (signed with permission)
Mitchell A. Stephens
Justin L. James
*Counsel for Utah County and Jeffrey Gray*


PROVO CITY LEGAL

/s/ Richard A. Roberts
Gary D. Millward
Richard A. Roberts
*Counsel for Provo City, Troy Beebe, Brian Wolken, and Jackson Julian*

FABIAN VANCOTT

/s/ Tanner J. Bean (signed with permission)
Tanner J. Bean
Jacqueline M. Rosen
*Counsel for Bridger Lee Jensen, Singularism, Psyche Healing and Bridging, LLC*