IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, SINGULARISM, and PSYCHE HEALING AND BRIDGING,<br><br>Plaintiffs,<br><br>v.<br><br>UTAH COUNTY, PROVO CITY, JEFFREY GRAY, TROY BEEBE, BRIAN WOLKEN, and JACKSON JULIAN,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR STAY**<br><br>Case No. 2:24-cv-00887-JNP-CMR<br><br>District Judge Jill N. Parrish |

The parties have filed a stipulated motion to stay proceedings in this case for 60 days to allow them an opportunity to pursue resolution of their dispute through mediation.

The court GRANTS the stay. However, no further stays will be granted. If the court does not receive notice that all claims are fully resolved by Monday, August 4, 2025, it will proceed to issue its order resolving Defendants' motion to dismiss and Plaintiffs' motion for anti-suit injunction.

Signed June 3, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge