MITCHELL A. STEPHENS (11775)
JUSTIN L. JAMES (15167)
DILLON P. OLSON (16120)
JAMES DODGE RUSSEL & STEPHENS, P.C.
10 West Broadway, Ste. 400
Salt Lake City, Utah 84101
mstephens@jdrslaw.com
lswensen@jdrslaw.com

*Attorneys for Defendants Utah County and Jeffrey Gray*

J. BRIAN JONES (11816)
GARY D. MILLWARD (12170)
RICHARD A. ROBERTS (12217)
PROVO CITY ATTORNEY'S OFFICE
445 W Center St.
Provo, Utah 84601
(801) 852-6140
gmillward@provo.gov
rroberts@provo.gov

*Attorneys for Defendants Provo City*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN; SINGULARISM; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY;<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH COUNTY; PROVO CITY; JEFFREY GRAY; TROY BEEBE; BRIAN WOLKEN; JACKSON JULIAN; JOHN DOES 1-;<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION TO FILE ANSWER**<br><br>Civil Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish |

With stipulation from Plaintiffs Bridger Lee Jensen, Singularism, Psyche Healing and Bridging, LLC, Defendants Utah County, Jeffrey Gray, and Provo City move this Court for an extension of two weeks to file an answer to Plaintiffs' First Amended Complaint. Based on the Court's order denying Defendants' motion to dismiss, Defendants are currently required to file an answer on or before August 18, 2025. The Parties request an extension to September 2, 2025.

The Parties have been engaged in good-faith negotiation for several months. In an effort to further this negotiation, and to avoid incurring unnecessary litigation expenses, the Parties request the two-week extension.

Dated this 18th day of August, 2025

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Mitchell A. Stephens (signed with permission)
Mitchell A. Stephens
Justin L. James
*Counsel for Utah County and Jeffrey Gray*

PROVO CITY LEGAL

/s/ Richard A. Roberts
Gary D. Millward
Richard A. Roberts
*Counsel for Provo City*

FABIAN VANCOTT

/s/ Tanner J. Bean (signed with permission)
Tanner J. Bean
Jacqueline M. Rosen
*Counsel for Bridger Lee Jensen, Singularism, Psyche Healing and Bridging, LLC*