| | |
|---|---|
| Mitchell A. Stephens (11775) <br> Justin L. James (15167) <br> Dillon P. Olson (16120) <br> JAMES DODGE RUSSELL & STEPHENS, P.C. <br> 545 East 300 South <br> Salt Lake City, Utah 84102 <br> 801.363.6363 <br> mjames@jdrslaw.com <br> mstephens@jdrslaw.com <br> jjames@jdrslaw.com <br><br> *Attorneys Utah County and Jeffrey Gray* | J. Brian Jones (11816) <br> Gary D. Millward (12170) <br> Richard A. Roberts (12217) <br> PROVO CITY ATTORNEY'S OFFICE <br> 445 W Center St. <br> Provo, Utah 84601 <br> 801.852.6140 <br> gmillward@provo.gov <br> rroberts@provo.gov <br><br><br> *Attorneys for Provo City* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, SINGULARISM and PSYCHE HEALING AND BRIDGING, <br><br> *Plaintiffs,* <br><br> vs. <br><br> UTAH COUNTY, PROVO CITY, and JEFFREY GRAY, <br><br> *Defendants*. | **NOTICE OF APPEAL** <br><br> Case No: 2:24-cv-00887-JNP-CMR <br><br> District Judge Jill N. Parrish |

Pursuant to 28 U.S.C. §§ 1291, 1292(a), and Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendants Utah County, Jeffrey Gray, and Provo City appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum Decision and Order Denying Defendants' Motion to Dismiss and Granting Plaintiffs' Motion for Anti-Suit Injunction (the "Order"), entered by the United States District Court for the District of Utah on August 4, 2025. The appeal shall address the portions of the Order that enjoined the State of Utah's criminal prosecution in the State of Utah's Fourth District Court, *State v. Jensen*, Case No. 241404407 (4th Dist. Utah) (the "State Criminal Case") and the denial of Defendants' immunity claims. This

Notice of Appeal also incorporates all prior proceedings, pleadings, motions and orders to the extent they are incorporated within or were relied upon in connection with the Order and the injunction of the State Criminal Case or the denial of Defendants' immunity claims.

DATED this 29th day of August, 2025.

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Mitchell A. Stephens
Mitchell A. Stephens
Justin L. James
Dillon P. Olson

*Attorneys for Utah County and Jeffrey Gray*

PROVO CITY ATTORNEY'S OFFICE

/s/ Richard A. Roberts
J. Brian Jones
Gary D. Millward
Richard A. Roberts