Mitchell A. Stephens (11775)
Justin L. James (15167)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 East 300 South
Salt Lake City, Utah 84102
(801) 363-6363
mstephens@jdrslaw.com
jjames@jdrslaw.com
dolson@jdrslaw.com

*Attorneys for Defendants Utah County and Jeffrey Gray*

J. Brian Jones (11816)
Gary D. Millward (12170)
Richard A. Roberts (12217)
PROVO CITY ATTORNEY'S OFFICE
445 W Center St.
Provo, Utah 84601
(801) 852-6140
gmillward@provo.gov
rroberts@provo.gov

*Attorneys for Defendant Provo City*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY, a limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH COUNTY, a political subdivision; PROVO CITY, a political subdivision; JEFFREY GRAY, an individual;<br><br>Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS**<br><br>Civil Case No. 2:24-cv-00887-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rules 6(b)(1)(A) and 7(b) of the Federal Rules of Civil Procedure and DUCivR 7-1, Defendants Utah County, Provo City, and Jeffrey Gray ("Defendants"), together with

1

Case 2:24-cv-00887-JNP-CMR   Document 117   Filed 11/04/25   PageID.2885   Page 2 of 2

Plaintiffs Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC d/b/a Psychedelic Therapy Journey ("Plaintiffs") (collectively the "Parties"), by and through respective counsel of record, hereby submit this Stipulated Motion to Extend Deadline for Reply in Support of Motion to Stay Proceedings (the "Stipulated Motion"), which seeks an extension of the deadline for Defendants to submit a reply memorandum in support in their Motion to Stay Proceedings, [Dkt. 112].

Based on the trial and travel schedule of Defendants' counsel, the Parties hereby stipulate and move the Court to extend Defendants' reply deadline from November 4, 2025 to November 18, 2025. A proposed order granting the Stipulated Motion is filed contemporaneously herewith.

DATED this 4th day of November, 2025.

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/   Dillon P. Olson
Mitchell A. Stephens
Justin L. James
Dillon P. Olson

PROVO CITY ATTORNEY'S OFFICE

/s/ Rich Roberts (signed with permission)
Rich Roberts

*Attorneys for Defendants*

FABIAN VANCOTT

/s/Jacqueline M. Rosen (signed with permission)
Tanner J. Bean
Jacqueline M. Rosen

*Attorneys for Plaintiffs*

2