Mitchell A. Stephens (11775)
Justin L. James (15167)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 East 300 South
Salt Lake City, Utah 84102
(801) 363-6363
mstephens@jdrslaw.com
jjames@jdrslaw.com
dolson@jdrslaw.com

*Attorneys for Defendants Utah County and Jeffrey Gray*

J. Brian Jones (11816)
Gary D. Millward (12170)
Richard A. Roberts (12217)
PROVO CITY ATTORNEY'S OFFICE
445 W Center St.
Provo, Utah 84601
(801) 852-6140
gmillward@provo.gov
rroberts@provo.gov

*Attorneys for Defendant Provo City*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY, a limited liability company;<br><br>    Plaintiffs,<br><br>    vs.<br><br>UTAH COUNTY, a political subdivision; PROVO CITY, a political subdivision; JEFFREY GRAY, an individual;<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS**<br><br>Civil Case No. 2:24-cv-00887-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

1

This matter is before the Court on the Parties' Stipulated Motion to Extend Deadline for Reply in Support of Motion to Stay Proceedings (the "Stipulated Motion"). Being fully informed on the matter, and for good cause appearing therefor, the Court hereby GRANTS the Motion. The deadline for Defendants to submit a reply in support of their Motion to Stay Proceedings, [Dkt. 112], is hereby extended from November 4, 2025 to November 18, 2025.

DATED this _____ of November, 2025.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero

**Approved as to form:**

FABIAN VANCOTT

*/s/Jacqueline M. Rosen (signed with permission)*
Tanner J. Bean
Jacqueline M. Rosen

*Attorneys for Plaintiffs*