Tanner J. Bean (A17128)
tbean@fabianvancott.com
Jacqueline M. Rosen (A18530)
jrosen@fabianvancott.com
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>**MOTION FOR SCHEDULING CONFERENCE**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Pursuant to DUCivR 7-1, Plaintiffs Bridger Lee Jensen, Singularism, Psyche Healing and Bridging LLC (dba Psychedelic Therapy Journey) ("Plaintiffs") hereby request that the Court submit for decision Plaintiff's Motion for Scheduling Conference. In support of this Request, Plaintiffs represent as follows:

1. On October 31, 2025, Plaintiffs filed the *Motion for Scheduling Conference*. [DKT No. 116].

2. The Defendants' response deadline was November 14, 2025.

3. As of November 17, 2025, there has been no response filed by any of the Defendants.

4. Therefore, Plaintiffs' Motion for Scheduling Conference is now fully briefed and ready for decision by the Court.

DATED November 17, 2025.

                                                 */s/ Jacqueline M. Rosen*
                                                 Tanner J. Bean
                                                 Jacqueline M. Rosen
                                                 *Attorneys for Plaintiffs*